SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X

| | |
|---|---|
| JAMIE PUTMAN, | INDEX NO.: 539258/2025 |
| Plaintiff, | |
| -against- | NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT |
| SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on the 25th day of November, 2025, defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELCTIVE INSURANCE COMPANY OF AMERICA filed with the Clerk of the United States District Court for the Eastern District of New York a Notice of Removal of the above-captioned action to federal court, a copy of which is attached hereto as Exhibit "A" (the "Notice of Removal"). Pursuant to 28 U.S.C. § 1446(d), the instant filing of the attached copy of the Notice of Removal with the office of the Clerk of the Supreme Court of the State of New York, County of Kings, effects the removal of this action to federal court. The Supreme Court of the State of New York shall proceed no further with this action unless and until the case is remanded.

Dated: Elmsford, New York
November 25, 2025

O'MALLEY, PADOVANI & DEMLER

By: _____
Colin Rathje, Esq.
Attorneys for Defendants
565 Taxter Road, Suite 220
Elmsford, NY 10523

(914) 347-1344
Colin.Rathje@Selective.com

To: (Via NYSCEF)

Law Office of Adam D. White Attorney
Attorneys for Plaintiff
75 Broad Street, Suite 1601
New York, New York 10004
(212) 577-9710