# Colin Rathje

| | |
|---|---|
| **Subject:** | FW: Claim number 22658016 Jaime Putman |

**From:** adam@adamwlaw.com <adam@adamwlaw.com>
**Sent:** Thursday, September 25, 2025 3:23 PM
**To:** Jeff Brillhart <Jeff.Brillhart@selective.com>; Susan DiFilippo <Susan.DiFilippo2@selective.com>
**Cc:** 'Chamberlin, Brandon' <brandon@adamwlaw.com>; 'Andrew P. Zamudio' <andrew@adamwlaw.com>
**Subject:** Claim number 22658016 Jaime Putman

> External Email – Use Caution

Dear Jeff and Susan,

Per your coverage counsel's September 22, 2025 letter confirming that Selective is providing UM coverage for this claim, I'm forwarding to you the following treatment records so you can begin evaluation of Jamie's UM claim (these records are incomplete and we will forward additional records shortly):

Woodhull Hospital
HSS/Dr. Demetracopoulos
Scot Hanauer, DPM

As a result of being hit by a motorized scooter just after she had exited an Uber on June 15, 2024, Jaime sustained a right ankle lateral malleolus fracture along with a right ankle syndesmotic disruption which required the following surgical procedures to repair:

ARTHROSCOPY ANKLE DEBRIDEMENT, (Right)
OPEN REDUCTION INTERNAL FIXATION FIBULA, DISTAL (Right)
REPAIR SYNDESMOSIS LOWER EXTREMITY (Right)
ASPIRATION ILIAC CREST BONE MARROW (Right)

I'm also attaching two recent photos showing a Tailor Bunion that has developed related to her ankle injuries and one showing her right ankle swelling following moderate walking or other exercise. Her surgeon has recommended surgical removal of the painful bunion which she plans on having done.

Jamie reports that the injuries she sustained to her right ankle have had a significant impact on her life including that she is no longer able to do high impact sports that she has participated in her entire life, impacts to her normal gait, and consistent pain including pain from the hardware that she reports will need to be removed at some point.

As a an immediate result of her crash, surgical treatment and extended disability during months required to recover, she was unable to continue her work as a lead field producer on GCI Health's Live Action Team as it required constant air travel to be on set for client shoots. As a result she was laid off from that position despite having previously received glowing reviews.

Considering the long-term significant impacts from her injuries and continued need for treatment more than 1 year later, it is our position that the value of Jaime's damages exceeds her family's $500,000 UM coverage limits.

We will forward additional treatment records as we receive them.

In the interim, please let us know whether you have any questions or need anything else.

Sincerely,

Adam White

**Please Note New Firm Name and Location**
Law Office of Adam D. White
75 Broad Street, Suite 1601
New York, New York 10004
212-577-9710 (phone)
212-577-9715 (fax)
adam@adamwlaw.com