UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN,<br><br>    Plaintiff,<br><br>  - against –<br><br>SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action No. 1:25-cv-6563 (ENV)<br><br><br>**NOTICE OF APPEARANCE** |

Please take notice that, pursuant to Local Civil Rule 1.4(a), I hereby appear in this action on behalf of Plaintiff Jamie Putman. All notices pertaining to this action should be sent to the undersigned at the address below.

DATED:    New York, New York
               December 3, 2025

                                              /s/ Brandon W. Chamberlin
                                              Brandon W. Chamberlin
                                              LAW OFFICE OF ADAM D. WHITE
                                              *Attorneys for Plaintiff*
                                              75 Broad Street #1601
                                              New York, New York 10004
                                              (212) 577-9710
                                              brandon@adamwlaw.com