UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
JAIME PUTMAN,

      *Plaintiff,*

   - *against* -

SELECTIVE INSURANCE COMPANY OF NEW
JERSEY and SELECTIVE INSURANCE COMPANY
OF AMERICA,

      *Defendants.*
--------------------------------------------------

VERIFIED ANSWER

Civil Action No.: 1:25-cv-6563

  Defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA (hereinafter "Answering defendants") by and through their attorneys, O'Malley, Padovani & Demler, as and for a Verified Answer to plaintiff's Verified Complaint, states the following:

  1. Answering defendants deny each and every allegation contained in paragraph numbered "1" of the Verified Complaint.

  2. Answering defendants admit the allegations contained in paragraph numbered "2" of the Verified Complaint.

  3. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "3" of the Verified Complaint.

  4. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "4" of the Verified Complaint.

  5. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "5" of the Verified Complaint except admit that Selective Auto Insurance Company of America issued said policy.

  6. Answering defendants admit the allegations contained in paragraph numbered "6" of the Verified Complaint.

7. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "7" of the Verified Complaint.

8. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "8" of the Verified Complaint.

9. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "9" of the Verified Complaint.

10. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "10" of the Verified Complaint.

11. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "11" of the Verified Complaint.

12. Answering defendants deny each and every allegation contained in paragraph numbered "12" of the Verified Complaint.

13. Answering defendants admit the allegations contained in paragraph numbered "13" of the Verified Complaint.

14. Answering defendants admit the allegations contained in paragraph numbered "14" of the Verified Complaint.

15. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "15" of the Verified Complaint.

16. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "16" of the Verified Complaint.

17. Answering defendants admit the allegations contained in paragraph numbered "17" of the Verified Complaint.

18. Answering defendants admit the allegations contained in paragraph numbered "18" of the Verified Complaint.

19. Answering defendants deny each and every allegation contained in paragraph numbered "19" of the Verified Complaint.

20. Answering defendants deny each and every allegation contained in paragraph numbered "20" of the Verified Complaint.

21. Answering defendants deny each and every allegation contained in paragraph numbered "21" of the Verified Complaint.

22. Answering defendants admit the allegations contained in paragraph numbered "22" of the Verified Complaint.

23. Answering defendants deny each and every allegation contained in paragraph numbered "23" of the Verified Complaint.

24. Answering defendants deny each and every allegation contained in paragraph numbered "24" of the Verified Complaint.

25. Answering defendants deny each and every allegation in the Verified Complaint not otherwise specifically admitted or denied.

**WHEREFORE**, the answering defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA demand judgment

dismissing the Verified Complaint herein, together with attorneys' fees, costs and disbursements of this action.

Dated: Elmsford, NY
       December 4, 2025

LAW OFFICE OF O'MALLEY,
PADOVANI & DEMLER

By: _____
COLIN RATHJE, ESQ.
*Attorneys for Defendant*
SELECTIVE INSURANCE
COMPANY OF NEW JERSEY
and SELECTIVE INSURANCE
COMPANY OF AMERICA
565 Taxter Road, Suite 220
Elmsford, NY  10523
Telephone: (914) 347-5522
Facsimile: (855) 721-4009
E-Mail:  Colin.Rathje@Selective.com

TO: **VIA PACER:**
Adam D. White, Esq.
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff, Jamie Putman*
75 Broad Street, Suite 1601
New York, NY  10004
Telephone: (212) 577-9710
E-Mail:  adam@adamwlaw.com

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------

JAIME PUTMAN,

                        *Plaintiff,*

  - *against* -

SELECTIVE INSURANCE COMPANY OF NEW
JERSEY and SELECTIVE INSURANCE COMPANY
OF AMERICA,

                        *Defendants.*
--------------------------------------------

**ATTORNEY'S VERIFICATION**

Civil Action No.: 1:25-cv-6563

    Colin Rathje, Esq., an attorney duly admitted to practice in the courts of New York State and the United Stated District Court for the Eastern District of New York, hereby affirms under penalty of perjury and pursuant to CPLR § 2106 as follows:

    I am associated with the Law Offices of O'Malley, Padovani & Demler, the attorneys of record for the defendants Selective Insurance Company of New Jersey and Selective Insurance Company of America in the within action and as such is fully familiar with the facts and circumstances heretofore had herein by virtue of the file maintained by this office.

    I have read the foregoing **VERIFIED ANSWER** and the same is true to my own knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

    This Verification is made by an attorney because the defendants Selective Insurance Company of New Jersey and Selective Insurance Company of America are not in the same county where your affirmant's office is located.

Dated: Elmsford, NY
       December 4, 2025

                                          LAW OFFICE OF O'MALLEY,
                                          PADOVANI & DEMLER

By: _____
    COLIN RATHJE, ESQ.
    *Attorneys for Defendant*
    SELECTIVE INSURANCE
    COMPANY OF NEW JERSEY
    and SELECTIVE INSURANCE
    COMPANY OF AMERICA
    565 Taxter Road, Suite 220
    Elmsford, NY  10523
    Telephone: (914) 347-5522
    Facsimile: (855) 721-4009
    E-Mail:  Colin.Rathje@Selective.com

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------.
JAIME PUTMAN,

       *Plaintiff,*     JURY DEMAND

  - *against* -

               Civil Action No.: 1:25-cv-6563

SELECTIVE INSURANCE COMPANY OF NEW
JERSEY and SELECTIVE INSURANCE COMPANY
OF AMERICA,

       *Defendants.*
-------------------------------------------------.

  Defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA (hereinafter "Answering defendants") by and through their attorneys, O'Malley, Padovani & Demler, hereby demand a trial by jury of all issues.

Dated: Elmsford, NY
    December 4, 2025     LAW OFFICE OF O'MALLEY,
                PADOVANI & DEMLER

           By: _____
             COLIN RATHJE, ESQ.
             *Attorneys for Defendant*
             SELECTIVE INSURANCE
             COMPANY OF NEW JERSEY
             and SELECTIVE INSURANCE
             COMPANY OF AMERICA
             565 Taxter Road, Suite 220
             Elmsford, NY  10523
             Telephone: (914) 347-5522
             Facsimile: (855) 721-4009
             E-Mail:  Colin.Rathje@Selective.com

TO: **VIA PACER:**
   Adam D. White, Esq.
   LAW OFFICE OF ADAM D. WHITE
   *Attorneys for Plaintiff, Jamie Putman*
   75 Broad Street, Suite 1601
   New York, NY  10004
   Telephone: (212) 577-9710
   E-Mail:  adam@adamwlaw.com