UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN,<br><br>  Plaintiff,<br><br>  - against –<br><br>SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>  Defendants. | Civil Action No. 1:25-cv-6563 (MMH)<br><br>**REPORT OF RULE 26(f) PLANNING MEETING** |

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 10, 2024, via videoconference, and was attended by: Adam D. White, Esq. and Brandon W. Chamberlin Esq., counsel for Plaintiff, and Colin Rathje, Esq., counsel for Defendants.

2.  Initial disclosure:

    a.  The parties will exchange by December 23, 2025, the information required by Fed. R. Civ. P. 26(a)(1).

    b.  With her initial disclosure, Plaintiff will include Uber records from the incident at issue in this action and authorizations for Defendants to obtain her treatment records.

3.  Discovery plan. The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on the alleged occurrence and Plaintiff's damages stemming from the collision at issue in the case.

    b.  Attached hereto is the Court's form Proposed Discovery Plan/Scheduling Order completed by the parties.

    c.  Plaintiff's deposition will be completed by January 30, 2026.

    d.    Pursuant Fed. R. Civ. P. 35 to Plaintiff consents to a physical examination, which shall take place on or before February 27, 2026, on notice to Plaintiff served at least 20 days prior containing the information set forth in Fed. R. Civ. P. 35(a)(2)(B).

4.    Other matters:

    a.    The parties respectfully submit that an in-person conference is not necessary prior to the entry of the scheduling order and request the Court waive the January 8, 2026, Initial Conference, or in the alterative, permit the parties to attend by videoconference.

    b.    Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties consent to service of papers via electronic mail to the addresses registered with the Court's electronic-filing system and to receive the production of documents via electronic file sharing service (*e.g.* Dropbox or Google Drive).

    c.    Pursuant to Fed. R. Civ. P. 30(b)(4), the parties stipulate that depositions shall take place by videoconference.

DATED:    New York, New York
              December 19, 2025

/s/ Brandon W. Chamberlin
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com

2

Case Name: __Putman v. Selective Ins. Co. of N.J.__   Case Number: __25__ CV - __6563__ (___) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 12/10/25 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 12/23/25 |
| 3. Requested: | | | |
|    a. Medical records authorization | X | | |
|    b. CPL § 160.50 releases for arrest records | | X | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Procedures for claiming privilege / protecting trial-preparation materials discussed (Rule 26(f)(3)(D)) | X | | |
| 6. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | X | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 2/27/26 |
| 2. Defendant to make settlement offer | | | 3/6/26 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (enter proposed completion date) | | X | |
| 4. Settlement Conference (enter proposed date) | | | week of 3/16/26 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 2/1/26 |
| 2. Motion to amend pleadings | | | 2/1/26 |
| 3. Initial documents requests and interrogatories | | | 1/5/26 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 2/27/26 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 3/6/26 |

Rev. 12-09-2025

| 6. Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | Medicine, psychiatry/psychology, economics | |
| Defendant expert proposed field(s) of expertise: | | Medicine, psychiatry/psychology, economics | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | | 3/31/26 |
| b. Rebuttal expert reports due | | | 4/30/26 |
| c. Depositions of experts to be completed | | | 5/29/26 |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | 5/29/26 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 6/5/26 |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | 6/15/26 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 7/15/26 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☒ Yes<br>☐ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☒ Yes<br>☐ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
|   a. Response due | | | |
|   b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
|   a. Response due | | | |
|   b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**MARCIA M. HENRY**                           Date
United States Magistrate Judge

Rev. 12-09-2025