UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN, | Civil Action No. 1:25-cv-6563 (MMH) |
| Plaintiff, | |
| - against – | **RULE 7.1 DISCLOSURE** |
| SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

CORPORATE DISCLOSURE STATEMENT

1.      SELECTIVE INSURANCE COMPANY OF NEW JERSEY is a wholly owned subsidiary of Selective Insurance Group, Inc., a publicly traded company (NASDAQ: SIGI).

2.      SELECTIVE INSURANCE COMPANY OF AMERICA is a wholly owned subsidiary of Selective Insurance Group, Inc., a publicly traded company (NASDAQ: SIGI).

3.      BlackRock, Inc. ("BlackRock"), a publicly traded investment management firm, owns more than a 10% interest of SIGI.  BlackRock has purchased SIGI common shares in the ordinary course of its investment business and has previously filed Schedules 13G/A with the SEC.  On January 23, 2024, BlackRock filed a Schedule 13G/A reporting beneficial ownership as of December 31, 2023, of 12.8% of SIGI's common stock.  In connection with purchasing SIGI common shares, BlackRock filed the necessary filings with the insurance regulatory authorities.  Based on those filings, BlackRock is deemed not to be a controlling person for the purposes of applicable insurance law.

4.      The Vanguard Group ("Vanguard"), a large investment management company, owns more than a 10% interest of SIGI. Vanguard has purchased SIGI common shares in the

ordinary course of its investment business. On February 13, 2024, Vanguard filed a Schedule 13G/A reporting beneficial ownership of 10.24% of SIGI's common stock as of December 29, 2023. In connection with purchasing SIGI common shares, Vanguard filed the necessary filings with insurance regulatory authorities. On the basis of those filings, we do not expect Vanguard to be deemed a controlling person for the purposes of applicable insurance law.

DATED:      New York, New York
                December 30, 2025

Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com

To:
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

2