EDNY-MJ Consent (09/23)

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| JAMIE PUTMAN | |
|---|---|
| *Plaintiff* | |
| SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA | Civil Action No. 1:25-cv-6563 |
| *Defendant* | |

## NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION

A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings in this civil action (including presiding over a jury or non-jury trial) and to order the entry of final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case resolved by the assigned Magistrate Judge or you may withhold your consent without any adverse consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved in your case.

The parties through their signature (or that of their counsel) consent to have the assigned United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings, as indicated below:

| Name of Party | Signature of Party (or Attorney) | Date |
|---|---|---|
| JAMIE PUTMAN | *[signature]* | 12/4/25 |
| SELECTIVE INSURANCE COMPANY OF NEW JERSEY | *[signature]* | 12/4/25 |
| SELECTIVE INSURANCE COMPANY OF AMERICA | *[signature]* | 12/4/25 |

**NOTE:** Do <u>not</u> file this form on ECF unless all parties have consented.

---

**(For Court Use Only)**

**IT IS ORDERED:** All parties having consented, the assigned Magistrate Judge is authorized to conduct all proceedings in this case, and enter final judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 12/29/2025

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge