1

2

3      IN RE:                       )
                                    ) EXAMINATION UNDER OATH
4         JAMIE PUTMAN              )

5

6

7
                                --oOo--
8

9

10     WITNESS:          Jamie Putman

11     TAKEN BY:         Colin J. O'Brien, Esquire

12     DATE:             Wednesday, June 25, 2025

13     TIME:             12:00 p.m.

14     PLACE:            Via Zoom Videoconference

15     REPORTER:         Lisa L. Miller, RPR
                         Notary Public
16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2   (Attending via Zoom videoconference:)
     THE LAW OFFICE OF ADAM D. WHITE
 3   BY:  BRANDON CHAMBERLIN, ESQUIRE
     75 Broad Street
 4   Suite 1601
     New York, New York 10004
 5   212.577.9710
     adam.adamwlaw.com
 6
     Counsel for Jamie Putman
 7

 8    (Attending via Zoom videoconference:)
      STRADLEY RONON STEVENS & YOUNG, LLP
 9   BY:  COLIN J. O'BRIEN, ESQUIRE
     2005 Market Street
10   Suite 2600
     Philadelphia, Pennsylvania 19103
11   215.564.8024
     cobrien@stradley.com
12
     Counsel for Selective Insurance Company of America
13

14   ALSO PRESENT:

15    (Attending via Zoom videoconference:)
     Bruce Metts, Associate with Stradley Ronon
16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO WITNESS

 2   WITNESS                              PAGE

 3   Jamie Putman                         04

 4
     EXAMINATION                          PAGE
 5
     By Attorney O'Brien                  04
 6

 7                  *       *   *   *

 8

 9

10                  INDEX TO EXHIBITS

11                  (None marked.)

12                  *       *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G
                S (12:03 p.m.)
 2

 3              JAMIE PUTMAN,

 4    called as a witness, being duly sworn or affirmed,

 5        was examined and testified as follows:

 6                  *    *    *    *

 7                  EXAMINATION

 8  BY ATTORNEY O'BRIEN:

 9      Q. Good afternoon, Ms. Putman.

10      A. Good afternoon.

11      Q. My name is Colin O'Brien.   I work at the law

12   firm Stradley Ronon Stevens and Young, and we are here

13   today for your examination under oath.

14          I'm here on behalf of Selective Auto Insurance

15   Company of New Jersey.

16          You may have heard me before, but Bradley Metts

17   is, essentially, an intern at our office. He's a summer

18   associate.   So he's just here to observe. He will not

19   have any speaking role. So it'll just be me asking

20   questions today.

21      A.  Sure.

22      Q. Have you ever given testimony before?

23      A.  No.

24      Q. Okay.   I'm just going to go over a few

25   background rules. We usually give them at every EUO or
```

1    a deposition just so this goes as smoothly as possible.

2          As you saw, we have a court reporter here who

3    gave you your oath. The court reporter is taking down

4    everything that we say. So it's very important that

5    only one of us talk at a time.

6          I know it's difficult. We may anticipate

7    someone's response or you might anticipate my question,

8    but we'll do our best just to let one person talk at a

9    time, especially over Zoom, because it becomes very

10   difficult for the court reporter to get everything we're

11   saying if both people are talking at the same time.

12         The other rule is, just because the court

13   reporter's preparing a transcript, every response needs

14   to be verbal. So I might see you shaking your head yes

15   or no or I see, like, you're not sure, but it's very

16   difficult for the court reporter to indicate that. So I

17   might prompt you at times. If I see you shaking your

18   head I might just say, is that a yes? I'm not trying to

19   be rude. I just want to make sure that the transcript

20   is very clear.

21      A.  Heard.

22      Q. Even though we're in a very informal setting

23   here by Zoom, you still took an oath. So it's -- so the

24   testimony that you'll provide is the same as if we were

25   sitting in a conference room or sitting in court before

1    a judge.

2         A.  Okay.

3         Q. If you don't understand some of my questions,

4    they're not clear or you need them to be repeated,

5    please just let me know. Okay?

6         A.  Okay.

7         Q. If you answer a question I'll assume that you

8    understood what I was asking and that you were able to

9    provide an answer.

10        A.  Okay.

11        Q.  I don't want you to guess at any answers today.

12   If you don't know, that's fine.  Just say you don't

13   know.

14            But you will be able to provide an estimate.

15   So you can estimate about how many times you went

16   somewhere, about what time of day it was, about how

17   long, things like that.  So, you know, if you're

18   providing an estimate, just let me know. But I don't

19   want you to guess. Okay?

20        A. Okay. So would I just precede my estimate with

21   about?

22        Q.  That's perfect.   Thank you.

23            I don't anticipate that we're going to be here

24   too long today. But if at any time you need to take a

25   break, you need to use the restroom, get a drink, you

1  know, if something comes up, just let me know. We can

2  take a break for as long as we need. My only request

3  would be that you answer whatever question was pending.

4  Okay?

5      A.  Okay.

6      Q. Is there any reason why you would be unable to

7  provide testimony today?

8      A.  No.

9      Q. Okay. Have you ever been involved in any other

10  lawsuit before?

11      A.  No.

12        Q. Okay. Either as a plaintiff or a defendant?

13      A.  No.

14      Q. Okay. Have you ever submitted an insurance

15  claim before?

16      A.  I'm unsure.

17      Q. Okay. Have you ever had any type of workplace

18  injury?

19      A.  No.

20      Q. Okay. And when you say you're unsure if you have

21  ever submitted an insurance claim before, is that just

22  you can't recall or you're not sure if whatever happened

23  was technically submitting an insurance claim?

24      A. The second one.

25      Q. Okay. Could you just give me a little detail

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    about whatever that incident was?

2        A. Yes. I had camera equipment stolen while I was

3    abroad. And I had apartment insurance and I think that

4    is how we helped retrieve money for the camera.

5        Q. Okay. Can you estimate approximately when that

6    occurred?

7        A. Approximately 2016.

8        Q. Okay. Do you have anything with you today to

9    help you provide testimony today; notes, documents,

10   photos, et cetera?

11       A.  No.

12       Q. Okay. And besides speaking with your lawyer, did

13   you do anything to prepare for your testimony today?

14       A.  No.

15        Q. Okay. And may I ask, where are you located

16   today?

17       A.  Brooklyn.

18       Q. Okay. And can you provide the address, please?

19       A.  123 Melrose Street.

20       Q. Okay.   Is that your residence?

21       A.  Yes.

22       Q. Okay. Is there anyone else in the same room as

23   you right now?

24       A.  No.

25       Q. Okay. If at any time someone else comes into

Deposition of Jamie Putnam                          Selective Insurance Company of America Claim No. 22658016

1   the same room or there's someone else that would be

2   there for your testimony, could you just let me know,

3   please?

4         A.  Yes. Nobody's home, though.

5         Q. Okay. Just so we can put it on the record, can

6   you please provide your full name?

7         A. Jamie Putman.

8         Q. Okay. Do you have a middle name?

9         A.  Yes.

10        Q. And what's your middle name?

11        A. Michal.

12        Q. Can you spell that, please?

13        A. M-i-c-h-a-l.

14        Q. And what is your date of birth?

15        A.  ████████████████.

16        Q.  So you're 30 years old?

17        A.  Yes.

18        Q. Okay. Could you please go through your education

19  history starting with high school and anything after

20  high school, please?

21        A. Yes. I went to Montclair High School in

22  Montclair, New Jersey, public school. I graduated in

23  2013.

24             And then I went to the University of Miami in

25  Florida, Coral Gables, and I graduated in 2017. And

```
 1    that is my formal education.

 2         Q. Okay. What was your degree when you graduated

 3    from Miami?

 4         A. Bachelor in science.

 5          Q. Okay. And did you have any type of major or

 6    focus for study?

 7         A.   Yes.

 8         Q. And what was that?

 9         A. Film and psychology was my minor.

10         Q. So the 2016 claim that you told me about with

11      the stolen camera equipment, was that part of a study

12    abroad experience?

13         A.   Yes.

14         Q. Okay. And did you tell me where that was other

15    than just abroad? I can't recall.

16         A.   Barcelona.

17         Q. Okay. Other than your undergraduate degree, do

18    you have any other degrees, licenses, certifications,

19    trainings, anything like that?

20         A.   I'm in a certification course right now.

21         Q. Okay. And what's that for?

22         A. It's New York Camp Creative School Video

23    Editing.

24         Q. When did you start that?

25         A. A few months ago, about.
```

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1     Q. Okay. And how long is that program?

2     A. As long as -- it's self-based.

3     Q. Okay.   Is it a virtual program?

4     A.  Yes.

5     Q. Will you graduate from that program or receive

6  any type of certification or a degree, anything like

7  that?

8     A.  No, it's not a degree. It's a certificate.

9     Q. Okay. Are you currently employed?

10    A.  No.

11    Q. Okay. When was the last time you were

12 employed?

13    A. Employed full time as of July 17th, last year.

14 My last day.

15    Q. And who did you work with until July 17th,

16 2024?

17    A. GCI Health, WPP Agency.

18    Q. And just so I heard it correctly, GCI Health,

19 and then what were -- what did you say after that?

20    A.  It's WPP Agency.

21    Q. Okay. And can you tell me, please, about what

22 GCI Health, WPP Agency is?

23    A. WPP Agency is a very large agency and GCI

24 Health is under that agency and it is a health care

25 PR communications firm.

1    Q. Okay. And what was your position?

2    A.  I was a senior -- sorry.

3    Q.  I'm sorry.  Go ahead.  You were a senior --

4    A. Senior producer account supervisor.

5    Q. And how long did you work with GCI Health?

6    A.  Since May 2023, so a bit over a year.

7    Q. Okay. Were you in the same role as senior

8    producer the entire time there?

9    A.  Yes.

10   Q. Okay. Prior to May of 2023 where did you work?

11   A. Everyday Health at Ziff -- under Ziff Davis.

12   Q. Okay. And what was your role there?

13   A. I had a few different roles. I was there for a

14   while.

15   Q. Okay. Could you go through those for me

16   chronologically from your first role until your last

17   role when you left sometime before May of '23?

18   A. Yes.   I started in 2018 on the editorial

19   team as a health producer. I was then promoted around

20   2020 to a senior producer and then I was promoted

21   again as senior producer -- I'm guessing that the

22   second title had strategist in it. I forget if it was

23   content strategist or video strategist.

24   Q. Okay. Was there any -- did you go from that

25   employer directly to GCI Health or was there a gap in

1    between?

2        A. No, I went directly.

3        Q. Okay. Where did you -- did you work anywhere

4    before Everyday Health?

5        A. In terms of post grad?

6        Q.  Correct.

7        A.  No.

8        Q. Okay. So you graduated in 2017 from Miami and

9    then your first full-time job was with Everyday Health?

10        A. Full-time corporate America, yes.

11        Q. Okay. In that same -- have you had any other

12    full-time jobs in corporate America other than Everyday

13    Health or GCI Health?

14        A. Full time, no.

15        Q. Okay. How about part time?

16        A. I have done freelance work.

17        Q. Okay. Can you describe that for me, please?

18        A. Yes. Freelance work is when I independently

19    contract and go provide my services for video production

20    to people that I don't work full time.

21        Q. Okay. Do you have your own entity?

22        A.  I am not an LLC.

23        Q.  You are not.  Okay.

24        A.  No.

25        Q. How are you paid for that type of work?

1    A. I am paid for that type of work usually a

2    smaller amount, a day rate, and in the past Venmo

3    or cash.

4    Q. Okay. You told me that your last day of work

5    at GCI Health was July 17th, 2024; is that correct?

6    A. About.

7    Q. Okay. And what -- can you tell me kind of

8    the -- how your employment at GCI Health ended?

9    A. It ended -- can you be a little more specific,

10   please?

11   Q. Sure. Why did you leave GCI Health?

12   A.  I was laid off.

13   Q. Okay. Was that part of a broader layoff within

14   GCI Health?

15   A. Unknown.

16    Q. Okay. If you have any information, can you

17   expand on that, please?

18    A. Yes. I -- I am not sure how many people were

19   laid off, but I settled on a number. They did not want

20   to go to court because I -- I don't know.  I don't know

21   the -- I don't know what was going on behind the scenes.

22   But all I know is I got laid off after an injury and

23   there wasn't really a reason that they provided to me.

24    Q. Okay. So you -- you believe that your layoff or

25   termination was in relation to an injury that you --

1    A.   I believe absolutely, yes.

2    Q. Okay. You also just said that you arrived at a

3    number and they didn't want to go to court. Can you tell

4    me what you mean by that, please?

5    A. I just mean that I got -- I did not want to go

6    to court either. I just did not sign the separation

7    agreement and I paid for a lawyer out of pocket and we

8    settled that they would pay me for three months while I

9    was injured.

10    Q. Okay. So you were laid off sometime in July of

11    '24 and ultimately negotiated an, essentially, three-

12    month severance package?

13    A. Yes.   I was laid off two days after surgery.

14    Q. Okay. Was your employer aware of your injury

15    at that time?

16    A.   Yes.

17    Q. Okay. And we're going to get to the injury,

18    but can you provide the date of the injury for me?

19    A. The date of the actual injury was June 15th.

20    Q.   That's June of 2024?

21    A.   Yes.

22    Q. Okay.   From June 15th, 2024, until mid July of

23    2024 did you ever go back to work?

24    A.   No.

25    Q. Okay. Were you out on disability? Were you

Deposition of Jamie Putnam        Selective Insurance Company of America Claim No. 22658016

```
1    using vacation time?
2        A. The plan was vacation time after surgery. They
3    did not offer disability.
4        Q. Okay. What was your earning as of the time of
5    your departure from GCI In July of '24?
6        A. Annually, 115,000.
7        Q. One one five?
8        A.  Yes.
9        Q. Was that all in? That would include any type
10   of bonus, eligibility, merit --
11       A.  Yes.
12       Q. Okay. And since your time -- since July of
13   2024 have you received any income for any type of
14   work in the last approximately 11 months?
15       A.  Yes.
16       Q. Okay. And what type of projects have you
17   worked on?
18       A. I have worked on -- I am a signed contractor to
19   Everyday Health, which is my first employer, and I
20   make -- I've made stock footage videos for them
21   currently.  I assisted -- I've been a PA on set and --
22   yeah, I'm not sure that covers everything finally, but I
23   have taken small jobs here and there.
24       Q. How often do you work for Everyday Health?
25       A. It depends on their needs. This month, not at
```

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

 1   all.

 2        Q. Okay. So some months not at all?

 3           In a busiest month how much have you worked for

 4   Everyday Health?

 5        A. I am only creating stock footage videos for

 6   them based off of articles. So if they assign me three

 7   in a month, I'll create three of those.

 8        Q. Okay. And approximately how many hours would

 9   that take you?

10        A. Approximately -- are you asking for three

11   videos or one?

12        Q.   Per video.

13        A. Per video? It depends on how long the video

14   is. Approximately an hour and a half.

15        Q. Okay. Are you actively seeking employment

16   anywhere else?

17        A.   Yes.

18        Q. Okay. Based upon the jobs that you've

19   described for me, are you -- it seems like most are

20   related to PR or agency work for health-focused

21   companies; is that accurate?

22        A. Only one agency. The other was a digital

23   publisher.

24        Q. Okay. What was the focus of GCI Health?

25        A. GCI Health was -- I was on the live action team

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

```
1    creating videos for clients.
2         Q. Okay. What was the focus of Everyday Health?
3         A. Everyday Health is for the web-based consumer.
4    So it's not client based.  That's the difference.
5         Q. Okay. You have mentioned a few different
6    times, you know, an accident on June 15th, 2024. Can
7    you please provide as much detail as you can about
8    that day from the time you woke up until, you know,
9    nighttime? I'd like to know as much as you can about
10   what happened.
11        A. Yes.   I woke up in Jersey City at my
12   friend's house. I walked her to work. She worked at a
13   restaurant.
14            I then called an Uber to come back to Brooklyn.
15   I got out of my Uber. I have a one-way street in Brooklyn
16   with a wide sidewalk. I was checking my phone and I
17   stepped onto the sidewalk and then I got hit and then I
18   fell down and then I tried to stand up and then I passed
19   out.
20            And then I kind of crawled -- I have an
21   elevator building. There was nobody I spoke to, that I
22   recall. I was very disoriented from the injury.
23            I got up to the apartment and my friend came
24   and helped me get to the emergency room.
25        Q. Okay.   I'm just going to break that down a
```

Selective Insurance Company of America Claim No. 22658016

1    little bit and ask a few more questions.

2          So you woke up in Jersey City. How often were

3    you staying in Jersey City at that time?

4        A. Approximately -- not weekly, but I -- she was a

5    good friend. Approximately, probably three times in a

6    month.

7        Q.  Okay.

8        A.  That is a guess.

9        Q. Okay. And then you took -- you ordered an Uber

10   from somewhere in Jersey City to return to Brooklyn?

11       A.  Yes.

12       Q. Okay. Were you returning to the residence

13   where you're sitting today?

14       A.  Yes.

15       Q. Okay. You said -- you testified that you were

16   -- I think you said you were checking your phone. So

17   you got out of the Uber. Were you looking at your

18   phone while you were stepping up onto the sidewalk?

19       A. Approximately. That is my memory.

20       Q. Okay. And then you -- you told me then you were

21   hit. Can you give me a little bit more information on

22   who hit you or what hit you, where you were hit?

23       A. Yes. So there's about one step between getting

24   out of the Uber to the sidewalk, one to two steps, which

25   is why I was, like, getting out and looking at my phone.

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1          From my recollection, it looked like a bird was

2     coming at me from the -- I just saw something in my

3     peripheral. And then I was hit by a motor bike like I

4     see on my sidewalk. I could go downstairs and see one

5     now. That's where all the delivery drivers drive.

6          The bike did not stop. But I also did not know

7     how severe the injury was, because I kind of just fell

8     and got up. The bike -- the person, whoever was driving

9     the bike, did not fall off the bike. I did not get a

10    license plate. That's really what I can offer you.

11         Q. Okay. Where did the Uber drop you off address

12    wise?

13         A. The address I put into the Uber was my address

14    that I said earlier, 123 Melrose.  But, like I said,

15    it's a one way. It was a Saturday. So we probably did

16    not make it all the way up to the door. I probably just

17    got out kind of on the side street.

18         Q. Okay. But you recall getting out of the Uber

19    on Melrose Street?

20         A. Yes. Yes.

21         Q. Okay. What time of day was this?

22         A. Approximately 3 p.m.

23         Q. Okay. And you described it as a motor bike?

24         A.  Yes.

25         Q. Okay.   Is that --

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

```
 1          A. I don't know what kind, but it did not have

 2     pedals.  It wasn't like somebody riding a bike.  It was

 3     not -- it was a motor bike.   I'm not sure how they're

 4     built or what kind of engine, but it was going very

 5     fast.

 6          Q. Okay. You said there are no pedals on this

 7     type of bike?

 8          A. From what I could tell, from the ones that I

 9     see driving around, no.

10          Q. Okay. And you said it's -- you see them very

11     often, usually for food delivery service?

12          A. I'd say 80 percent of the time for food

13     delivery, but they're everywhere.

14          Q. Okay. And can you tell me, you know, what

15     exactly happened from what you can recall? Did the bike

16     -- you know, you said it hit you. Can you give me a

17     little bit more detail, please?

18          A. From what I can recall -- and, again, it

19     happened incredibly fast -- my right ankle was the

20     injured ankle and I am dominant on my right side.

21              I stepped onto the sidewalk. I saw something

22     fast coming. I tried to pivot and ended up flipping -it

23     either -- it clipped my ankle and I fell.

24          Q. Okay. That was my question. Did the bike hit

25     you or were you trying to turn to avoid it and that's
```

1    when you were injured?

2         A. The bike hit me.

3         Q.  Okay.

4         A. There's no question, the bike hit me.

5         Q. Do you recall what part of the bike hit you?

6         A.  If I recall -- what I recall is the front tire.

7         Q. Okay. And then you said that you recall -- I

8    believe you told me you checked your phone, you

9    recall being hit, you attempted to stand up.

10        A.  I did attempt to stand up, yes.

11        Q. Okay. And then what happened?

12        A. And then I passed out from the pain.

13        Q. Okay. When you say passed out, you know,

14   unconscious on the sidewalk?

15        A. Everything kind of went white and I got really

16   hot. And then I crawled to the side of my building and

17   sat down.

18        Q. Okay. Do you recall approximately how long you

19   were on the sidewalk for?

20        A.  No.

21        Q. Okay. Can you estimate how far you had to

22   crawl to get to your building?

23        A. Five feet.

24        Q. Okay. You said you were disoriented?

25        A.  Yes.

Deposition of Jamie Putnam

Case 1:25-cv-06563-MMH    Document 16-2    Filed 01/30/26    Page 23 of 119 PageID #: 92    Selective Insurance Company of America Claim No. 22658016

1    Q. Okay. You eventually got into your building, I

2    assume?

3    A.  Yes.

4    Q. Is that when you said you took the elevator up?

5    A.  Yes.

6    Q. Okay. And who was the friend that you called

7    up to come over to help you?

8    A.  Taylor.

9    Q. And what's Taylor's last name?

10   A. Levy, L-e-v-y.

11   Q. And what did you do next?

12   A. She opened the door and I said I -- that my

13   phone got hit out. I didn't have my phone. She went to

14   the street and found my phone and then she came back up

15   and we tried to ice it. And then it just kept swelling

16   so then we called an Uber to go to the emergency room.

17   Q. Okay. At any point did you submit -- call the

18   police or request a police report?

19   A. Within that time, no.

20   Q. Okay. Immediately after you were hit do you

21   recall if there was anyone on the sidewalk or any

22   witnesses?

23   A.  I don't recall.

24   Q. Okay. Does your building have a doorman?

25   A.  No.

Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

1    Q. Okay. Does your building have, from what

2    you're aware of, video cameras or surveillance at

3    the front of the building?

4        A. I asked them and they did not, you know.

5        Q. I missed the last word of your answer. You

6    said you asked them and they did not --

7        A. I asked them -- that was the first thing I

8    asked and I got -- well, first of all, I had to go back

9    to New Jersey and I didn't come back for a while, so it

10    was kind of phone tag, but I got a, no, we do not have

11    security cameras.

12        Q. Okay. So at approximately what time do you

13    think you left your apartment to go to the emergency

14    room?

15        A. Approximately -- that's harder to answer.

16    Around 4. Maybe 4:30.

17        Q. Okay. So pretty soon after, you know, within an

18    hour or two of being hit, you went to the emergency

19    room?

20        A. Yes, I -- I got off my foot.  It was very

21    painful, so I definitely got there.

22        Q. Okay. What hospital did you go to?

23        A. Woodhull.

24        Q. And where is that located?

25        A.  It's located in Brooklyn. The closest one to

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

```
 1   me, I think.
 2           THE COURT REPORTER:  I'm sorry. Say that
 3   again.
 4           THE WITNESS: Woodhull.    I think it's
 5   the closest one to my residence.
 6   BY ATTORNEY O'BRIEN:
 7       Q. And can you tell me what happened when you were
 8   at the hospital, please?
 9       A. Yes. I waited in the emergency room and it was
10   pretty empty and they took a while to see me. I'm not
11   sure how long. But when they did, they took scans.
12   They said it's absolutely broken, fractured -- I forget
13   the exact words -- but you need to see a surgeon after
14   the weekend because this was a Saturday, so --
15       Q. Did they provide anything for you; crutches, a
16   cast, a walker, anything like that?
17       A. They provided crutches and they had it wrapped
18   up, yes.
19       Q. Okay. And from what you recall, they told you
20   you had a broken or a fractured -- and I assume at this
21   point it was your right ankle?
22       A. Yes, it is my right ankle. And they said it
23   was definitely -- I forget if they said fractured or
24   broken, but they said that I would need to see a
25   surgeon.   That's all that they could do.
```

Deposition of Jamie Putnam

Selective Insurance Company of America Claim No. 22658016

1    Q. Okay. Did you have any type of radiology

2  testing done?

3    A. I'm not sure what test they gave me there, but

4  I went to two different -- I saw, the following week,

5  surgeons to get a scan. So probably within that time I

6  got a radiology scan.

7    Q. Okay. So this happened on a Saturday

8  afternoon. You went to the hospital early Saturday

9  evening and they told you you would need to follow

10  up with someone next week?

11    A. Well, most surgeons don't work on the weekends,

12  so, yes, they said do not do anything on it until I can

13  speak to a surgeon. They didn't tell me when that would

14  be.  I was let go.

15    Q. Okay. Can you tell me what you did next then?

16    A. Next, I took an Uber. I was helped by the nurse

17    into a car. My friend had to leave at that point.

18  I Uber'd back to 70 Upper Mountain, Montclair, New

19  Jersey, where my second residence and childhood house

20  is.

21    Q. When you say second residence, what do you mean

22  by that?

23    A.  I mean it's where I would go when I'm injured

24  and can't move and I grew up there.

25    Q. Okay. Who lives at that house?

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    A. My mom and dad.

2    Q. Okay. So you Uber'd back to Monte Claire

3  sometime Saturday evening.

4          And what happens next in the chronology of your

5  treatment?

6    A. The chronology of my treatment is then we go to

7  a surgeon -- I forget the first one's name -- but we

8  ended up not using him. Oh, he wasn't a -- basically, I

9  think my mom was getting recommendations for doctors.

10          We ended up at HSS, Hospital for Special

11 Surgery. I then saw the surgeon who would end up

12 performing surgery on me and they told me that I needed

13 surgery but that it was too swollen to operate so that I

14 would have to wait a week until the swelling went down

15 and not move or do anything. And then he explained the

16 recovery.

17    Q. Do you recall the name of the first doctor that

18 you went with the consult?

19    A.  I do not, not the first doctor.

20    Q. Do you recall where that doctor was located?

21    A.  I do not.

22    Q. New Jersey?

23    A. Yes. We didn't end up going with that doctor,

24   so, I apologize, I don't remember really anything about

25 that one.

Deposition of Jamie Putnam                  Selective Insurance Company of America Claim No. 22658016

1  Q. Okay. And how about the second doctor? The

2  Hospital for Special Surgery, is that in New Jersey

3  or New York?

4  A.  It's in New York.

5  Q. Did you ever --

6  A. Sorry. I got my surgery in New York. They have

7  a few offices. But my initial appointment -- I can't

8  recall, but it might have been in White Plains.

9  Q. And that's in New Jersey, correct? I'm sorry.

10 Is that White Plains, New York?

11 A.  I -- yeah, I think so.  I was not driving, but

12 White Plains is in New York, I'm pretty sure.

13 Q. If you recall, who was taking you to these

14 different appointments?

15 A. My mom. My mother.

16 Q. Is your mother Amy?

17 A.  Yes.

18 Q. Eventually did you have surgery?

19 A. Eventually, yes.

20 Q. Okay. Do you recall when you had surgery?

21 A. Approximately the 21st or 22nd -- it was

22 approximately a week after my injury -- of June.

23 Q. Okay. So approximately June 21st of 22nd you

24 had surgery?

25 A.  Yes.

Deposition of Jamie Putnam                Selective Insurance Company of America Claim No. 22658016

1    Q. Okay. Can you provide a bit more detail about

2  what the surgery was?

3    A. Yes. The surgery was in New York City at HSS's

4  surgical center.  I'm not sure if they have multiple.

5  And I went in and they put me to sleep. I knew what they

6  were going to do was put a metal rod into my ankle with

7  a few screws and then maybe take cartilage from my hip -

8  - I forget the medical reason for doing that, but they

9  did end up doing that. I know that because I had a

10  little puncture wound on my hip. There was a reason

11  they did it.  I'm not sure what it was.

12        Then I woke up and they said, yeah, lie down

13  with your foot elevated above your heart for two weeks.

14  Absolutely no moving. That was just at first. That was

15  the beginning of the recovery and -- yeah.

16    Q. Okay. So you had multiple screws, one screw

17  put in your ankle?

18      A.  I have multiple screws.

19      Q.  Okay.

20      A. I'm not sure if the correct term is screw now,

21  but I have a lot of metal.

22      Q. Okay. Were you ever informed if that metal,

23  the screws, whatever it may be, will need to be removed

24  from your ankle?

25        A. I was informed that they could be if I wanted

1  them to be and they did not need to be if I did not want

2  them to be.

3        Q. Okay. As we're here today do you have any

4  plans to have the hardware removed?

5        A. As we are here today I may eventually maybe

6  want them removed. I am not there. I have other

7  things -- fish to fry.

8        Q.  I missed the last few words. You said you're

9  not there, you have --

10       A. I'm not there. I need to find an employment

11  and get other parts of my life on track before going

12  back into surgery.

13       Q. Gotcha. Okay.

14        So you were told for the first two weeks you

15  need to lay down and keep your leg elevated.

16        After those two weeks -- and where did you

17  spend those two weeks?

18       A. In New Jersey, 70 Upper Mountain.

19       Q. Okay. How about after those two weeks ended,

20  what did you have to do next?

21       A. After those two weeks ended I had to go and

22  they switched my cast to a more long-term cast, I'm

23  pretty sure, and then it was I could use crutches to go

24  get up and urinate.

25        There was zero -- I forget the exact time

1  period, but there was zero weight bearing at least for a

2  month and a half. I was completely un-independent.

3      Q. Okay. So you -- for that month and a half,

4  does that include the initial two weeks as well?

5      A. That was approximate. Approximate, yeah.

6      Q. Okay. So 6/21 you had your surgery and for two

7  weeks you were at your parents' house with your leg

8  elevated and no weight bearing.

9          After that you had a new cast put on your right

10 ankle and then you had another month in which you were

11 still to remain non-weight bearing?

12     A. I will just say approximate. I am just going to

13 answer I do not know the approximate timelines. That

14 information I do have somewhere, but I was told not to

15 study.

16         I do know that I went home on June 15th, I had

17 surgery on June 21st, and I lived there through the

18 fall.

19     Q. Okay. From June 15th, you know, the time you

20 crawled into your apartment right after you were hit on

21 the sidewalk, when was the next time you returned to

22 your apartment?

23     A. After October.

24     Q. Okay. Were you required to do any type of

25 physical therapy?

1    A.  Yes.

2    Q. Okay. Can you tell me about that, please?

3    A. Yes.    It took a while to even get there, but

4  once I went from the crutches to a boot and then -- you

5  weight bear 25 percent at a time. That's when you start

6  physical therapy. That was sometime around September,

7  approximately -- I'm not sure, but I started twice a

8  week and -- yeah.

9    Q. And you say that was sometime in September you

10 started physical therapy?

11    A. They couldn't do anything until I could weight

12 bear a little bit. So that is an approximate guess.

13 I'm not sure of the timeline on that.

14    Q. Okay. Do you recall approximately how long you

15 went to physical therapy?

16    A. Approximately -- approximately four months.

17    Q. So that would be September, October, November,

18 December?

19    A. Maybe longer then.

20    Q. Okay. Where did you do PT?

21    A. The PT I ended up committing to was SJ [sic]

22 Barnabas and it was in New Jersey because I was up in

23 Montclair and I could get rides. I wasn't able to drive

24 or take the subway. So that was the one I committed to.

25        Initially, there was a further one that I

Selective Insurance Company of America Claim No. 22658016

1    didn't commit to. I went to one appointment for that.

2         Q. Do you recall where that was?

3         A.  I have a guess.

4         Q. Okay.   I know you're guessing and you don't

5    know this, but if you have a name or a location, could

6    you provide that, please?

7         A.   JAG Physical Therapy. But, again, it's a

8    guess, because I called a bunch of places and I'm

9    not sure if that's the one I physically went to.

10        Q. Okay. So it's your memory that you went to

11   physical therapy for approximately four months at

12   SJ [sic] Barnabas in Montclair?

13        A.   It is not in Montclair.   It is in an adjacent

14   town.

15        Q. Okay. Where is it located?

16        A. 70 [sic] Northfield Ave. is the address coming

17   into my brain and I'm forgetting the name of the town.

18        Q. And you would get there, you know, by asking

19   for rides?

20        A. My sister or my mom would have to drive me and

21   if they couldn't I would have to Uber.

22        Q. Okay. How often -- you know, you told me that

23   originally you went two times per week for physical

24   therapy. Is that what it remained the entire duration

25   of physical therapy?

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    A. It remained that most of the duration until we

2  went to one a week.

3    Q. And for how long did you do one session per

4  week?

5    A. I don't know.

6    Q. Okay. After physical therapy concluded were you

7  required to do anything else in terms of rehab, pain

8  management, or medication for your ankle?

9    A. Yes, I -- not pain management, but I didn't --

10  yes, pain management, but not medication. I had

11  stretching, strength training. My right leg was

12  incredibly tiny by that point, so I had to build my

13  muscle back. Mobility, yeah.

14    Q. Were you given any type of at-home therapy or

15  exercises regimen to follow?

16    A. Yes.

17    Q. And did you follow that?

18    A. Yes, I still follow that.  It looks different,

19  but, yes, I still do at-home therapy.

20    Q. Okay. When's the last time you went to an

21  appointment for an ankle-related reason?

22    A. Approximately last month.

23    Q. Okay. And where was that appointment?

24    A. HSS with my surgeon in New York City.

25    Q. And what was the reason for that appointment?

1    A.   I have a -- I don't know what it's called, but

2    a trauma-related growth next to my right pinky. It feels

3    like it's filled with fluid and I didn't know what it

4    was, so I went.

5    Q. So it's a trauma-related growth next to your

6    right smallest toe?

7    A.   Yes, on my injured side.  It's, like, a

8    cystic-looking thing.

9    Q. Okay. And what did -- what type of treatment

10   did they provide for that?

11   A. He provided me with options and I have not

12   taken care of it yet.

13   Q. Okay. And what were the options they provided?

14   A. To inject it, to surgically remove it.    I

15   think those were the only two options. There might have

16   been a third option.

17   Q.   Is it causing you pain?

18   A. Comparatively to the pain that I was in, I

19   would say no. But is it annoying? Yes.

20   Q. Okay. And is your primary concern the

21   appearance of it or discomfort or something else?

22   A. My primary concern is both and that it will

23   affect -- I don't want it to get worse.

24   Q. Prior to your appointment last month for the

25   surgical growth, when was the last time you had an

1   appointment for an issue related to your ankle?

2      A.   Issue? That was the first issue related, but

3   there was multiple check-in -- check points after

4   surgery and scans with my surgeon that were routine that

5   I went to.

6      Q. Could you give me the timeline for those

7   routine check-ins with your surgeon, please?

8      A. The first time I went back was to get the cast

9   cut off when I -- I'm not sure what month that was. But

10  then after that I'm pretty sure it was every two months

11  or a three month and a six months. I'm approximating.

12      But there was three major scans -- three scans

13  after surgery and then it was up to me if I wanted to --

14  if I felt the need to come in, I could call him. But

15  there was a certain amount of required ones --

16  approximately between two and three -- after the time

17  the cast was off.

18      Q. Okay. And did each scan and each check-in

19  appointment show that you were healing appropriately as

20  the doctor assumed you would progress?

21      A. Yes, the doctor was happy with my healing.

22     Q. Okay. Ultimately, did you have a final check-

23     in appointment with your surgeon?

24      A. I am not sure if it was final, but the one very

25  recently with the thing on my foot was my latest one.

1    Q. Okay. How about your last appointment before

2    your appointment last month, do you recall when that

3    was?

4        A. Approximately February, but I would call that a

5    guess.

6        Q. Okay. And you told me a few minutes ago that

7    you believed you had appointments every few months and

8    then approximately six months after the surgery. Could

9    that be the six-month appointment that you were

10   discussing?

11       A.  I'm -- I -- yes.  It was -- it's been one year.

12   We're pretty close to my hit date, so that makes sense.

13       Q. Okay. And what was the result of your

14   six-month appointment?

15       A. The result of my six-month appointment was

16   there were no issues with the way the scans looked and

17   I could always come back to get the metal out of my

18   ankle if I was annoyed by the limited range of motion

19   or anything that physical therapy couldn't do.

20       Q. Okay. Was there any recommendation for

21   continued physical therapy in February?

22       A. The recommendation was what -- how happy I was

23   with my progress and then what my physical therapist

24   thought.

25       Q. Okay. And as of February, how happy were you

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    with your progress?

2        A. As of February -- I mean, even as of today I -I

3    am happy. I've put in work and I'm happy with my

4    progress. But I'm an athletic 30 year old that has a

5    bunch of metal in their ankle, so I'm not thrilled.

6        Q. Would you say that you are back to your

7    condition pre-accident?

8        A. I wouldn't say anybody that goes through that

9    surgery will ever be back to their same condition pre-

10   accident.

11       Q. Okay. But you specifically, you know, how

12   close could you estimate you are to your pre-June

13   15, 2024, condition?

14       A.  Is this metaphorical or is this -- is

15   there, like, a --

16       Q. Obviously, there's no way to test it. But do you

17   think you're only 50 percent back to where you are? Do

18   you think you're 95 percent? Obviously, there's no way

19   to test it, but just subjectively where do you think you

20   are?

21       A.  I don't think I can subjectively answer that.

22       Q. What type of limitations do you have today?

23       A. Range of motion I'd say is the biggest.

24       Q. Okay. Can you tell me about that, please?

25       A. Yes. Your ankle is responsible for all your

1  motions.  So if I'm going -- if I do yoga or if I'm

2  boxing, I have a hard time pivoting too much. If I'm

3  running to the train, I kind of need to slow down

4  and get my balance. My balance is not fully there.

5       Q. Okay. Are you part of a -- a member of a gym?

6       A. My building has a gym.

7       Q. Okay. Is that where you do the boxing?

8       A.  Yes.

9       Q. Is that also where you do yoga?

10      A.  Yes.

11      Q.  Okay.

12      A. Or in my apartment.

13      Q. Okay. Do you go to any type of yoga studio?

14      A.  I don't belong to a yoga studio.

15      Q. Okay. Do you belong to any gym outside of your

16  building?

17      A. I belong to a community co-working space that

18  has a gym.

19      Q. Okay. Are you a part of any type of fitness

20  group, running club, triathlete club, anything like

21  that?

22      A.  No.

23      Q. Okay. Outside of yoga and boxing, what else do

24  you do for physical fitness?

25      A.  I like to -- it's not as easy to run, so I like

1    to walk on an incline and read.

2           Q. Prior to your accident were you a runner?

3        A. Prior to my accident I played lacrosse in high

4    school and I -- yes, I wouldn't say that I was a

5    marathon runner, but I enjoyed running.

6           Q. Okay. How often did you run before the June

7    15th incident?

8           A. I would jog on the treadmill at least three

9    times a week.

10       Q. Okay. And how about today? Do you do any type

11   of running?

12       A. Today I walk on an incline every day and I --

13   actually, no, I haven't been on a run yet.  I should

14   though.  I can.  I'm able to.  I just haven't.

15       Q. Okay. That was my next question which you

16   predicted. So you don't think there's anything that is

17   medically limiting you from running now?

18       A.  I -- no. No, I think that I could do -- I

19   think it would take time to get into, but I could

20   jog and I have jogged in physical therapy. Before

21   they release you, you have to jog on the treadmill.

22       Q. Okay. Other than some limitations to range of

23   motion that you experience --

24          ATTORNEY CHAMBERLIN: Colin, could you just

25   give me 20 seconds to grab a new note pad?

1    ATTORNEY O'BRIEN: Yeah. And, Brad, we've been

2    going 55 minutes. I think we're more than halfway done.

3    Why don't we take five or 10 minutes? I'm almost

4    certain we will be done before 2:00.  So we'll just

5        take a quick halfway break, if that works for

6        everyone. ATTORNEY CHAMBERLIN: Okay.

7        ATTORNEY O'BRIEN: Come back in 10 minutes and

8    I'm almost certain we'll be done by 2.

9        ATTORNEY CHAMBERLIN: Okay.

10       (A break was taken 12:55 p.m. to 1:09 p.m.)

11       ATTORNEY CHAMBERLIN: We're back on the record.

12       I just wanted to say before we got going and

13   I should have earlier -- that's on me -- to the extent

14   questions and answers have to do with the term

15   residence, I understand that to be in the colloquially

16   sense. To the extent that it calls for a specific legal

17   conclusion, I do object to that as Ms. Putman's

18   unqualified to render any such legal opinions.

19       ATTORNEY O'BRIEN:  Okay.  Lisa, I'm

20   sorry,

21   would you mind reading back the last question?

22       (The requested testimony was read

23   back.) BY ATTORNEY O'BRIEN:

24    Q.  So we'll continue there.

25       Other than range of motion limitations that you

1    and boxing, do you have any other limitations as a

2    result of this incident and the resulting surgery?

3        A. The limitations would be that I get more -- I

4    can't be on my feet for as long. I will get more

5    fatigued and it will cause either swelling or a

6    little bit of pain.

7        Q. How often do you experience swelling in your

8    ankle?

9        A. Weekly if I'm really working hard or if I have

10   a lot of walking to do.

11       Q. Okay. On a normal day when you go about your

12   normal activities do you experience swelling in your

13   ankle?

14       A. As of the past two months I would say no. Before

15   that, yes, it's -- I mean, it looks to me -- I'm not a

16   medical professional -- to be a little fatter than the

17   other ankle at all times. That might have to do with the

18   hardware.

19       Q. Okay. As we sit here today are you in any pain in

20   your right ankle?

21       A.  No.

22       Q. Okay. How often do you experience pain in your

23   right ankle?

24       A.  I'd say that has changed over time.   I

25   think

    less frequently over time, but --

1     Q. If you could estimate it within the last month,

2  how many days have you experienced pain in your ankle?

3     A.  Out of 30 days, I'd say 10.

4     Q. Okay. And what typically triggers the pain?

5     A. What typically triggers the pain is a long time

6  on my feet, so a full day walking around New York City

7  or anywhere else or trying out new exercises like

8  jumping.

9     Q. Okay. And do you take anything to manage that

10  pain?

11     A. Advil, if I need it.

12     Q. Okay. And how often per month would you

13  estimate you take Advil for your right ankle pain?

14     A.  I'd say about a few times a week.

15     Q. Okay. So other than range of motion limitations,

16  swelling, and Advil, is there anything else that you are

17  experiencing today as a result of the June 15th, 2024,

18  incident?

19     A. In my opinion, emotionally and financially and

20  all of that, yes, I experience it every day.

21     Q. Okay. Can you tell me about that, please?

22     A. Yes. I am unemployed in a bad job market in an

23  industry that is in an especially bad job market in

24  uncertain times. I went back on antidepressants for the

25  first time in years a month ago and -- yeah.

1  Q. Do you see anyone for any of the emotional or

2  psychiatric issues that you've just discussed?

3  A. I see a -- I am prescribed through a doctor,

4  Bruce Friedman, who I've been seeing since I was an

5  adolescent, at least 15, and I am not currently in

6  cognitive behavioral therapy. I have health insurance

7  that I pay out of pocket per month, but I -- I would

8  like to get back into that when I am on insurance

9  through an employer.

10  Q. Okay. Have you treated with Dr. Friedman since

11  this incident?

12  A. Yes. He put me back on my anti-depressants.

13  Q. And when you spoke with him did you relay

14  issues related to the June 15th incident?

15  A. I relayed collateral damage of the June 15th

16  incident, yes.

17  Q. Okay. So are you -- is the June 15th incident

18  the reason why you're on anti-depressants now or one of

19  the reasons?

20  A. That's hard to say.  Yes, I, in my belief,

21  would not have lost my job. And I was traveling -- that

22  was a huge part of my job -- and I couldn't do that in

23  the surgeon's note for at least four months.

24  And then I was laid off and -- and a lot of

25  stuff in the world happened.  So I think, yes, the

Selective Insurance Company of America Claim No. 22658016

1  anti-depressants are very directly related to June

2  15th. But who knows? Because if it didn't happen, I

3  don't know because it did.

4      Q. What type of traveling were you doing for work?

5      A. Air travel.

6      Q. Okay. To what type of places?

7      A. To multiple -- I was a -- they would send me,

8  as a field producer -- I was their lead field

9  producer -- to Texas, to Seattle.  It was all over -- it

10  was America. I didn't have any international. We had a

11  few planned coming up, but that was before the injury.

12      Q. Okay. And what type of programs or products

13  were you producing? What was the end result of your

14  work?

15      A. They were un-scripted, a lot of patient stories.

16  So campaigns, either branded or unbranded. One cervical

17  cancer campaign was an example that won a big PR award

18  after my layoff and -- yeah, they were not actors, real

19  people, and I would fly to the set, conduct interviews,

20  lead the crews, manage them. Just pretty much produce

21  and direct.

22      Q. Have you done any type of that work since June

23  15th?

24      A. As in video work or --

25      Q. Anything related to production.

Deposition of Jamie Putnam                          Selective Insurance Company of America Claim No. 22658016

1    A. Yes, I have done work related to production but

2  not at that scale.

3    Q. Okay. When was the last time that you applied

4  for a job?

5    A.  Today.

6    Q. Okay. What types of jobs are you applying for?

7    A.  Producer jobs, line producer, creative

8  producer, some editing jobs.  It depends.

9    Q. Have you applied in the New York Metropolitan

10  area?

11    A.  Yes.

12    Q. Have you received any offers of employment for

13  full-time work since July of 2024?

14    A.  No.

15    Q. Okay. Have you had any interviews for a job

16  since July of 2024?

17    A.  Yes.

18    Q. Okay. Approximately how many interviews have

19  you had?

20    A. Approximately two interviews for legitimate

21  positions, so open positions.

22    Q. And when were those interviews?

23    A. The first one was approximately two months ago.

24  Yeah, I would say three and two months ago.

25    Q. Okay. Are those, either of those

1  opportunities, still possibilities or have those

2  been closed out?

3      A. It is hard to know in today's world if you will

4  hear back or if they are closed out.

5          One of them, they got their budget cut and had

6  to go with somebody more junior. So I know that's

7  closed out. The other one, I do not know if they will

8  get back.

9      Q. Okay. You testified earlier when I asked you

10  if police came or you received a police report and

11  you said something along the lines of not right at

12  that time. Can you explain to me what you meant by

13  that answer, please?

14      A. Yes. It means I went -- we were talking about

15  when I went up to my apartment and then went to the

16  emergency room and, no, while I was there I did not at

17  that time call the police. I went to get my health

18  fixed.

19      Q. Okay. And did you ever call the police or

20  receive any type of police report related to the

21  June 15th accident?

22      A. I did call the police and I'm unsure if it was

23  filed as a report. There was a back and forth because I

24  could not make it to New York to file the report and

25  they could not send a New York officer to New Jersey to

```
1   file the report. And then I had surgery.

2           And then, again, I'll guess on the reason, but

3   it was past the time because I couldn't make it back to

4   New York. I think there is a time in which you can file

5   a police report and I think I missed that slot.

6       Q. Okay. Did you ever have to give your side of

7   the story or tell someone what you think happened?

8       A. To a police officer?

9       Q.  Correct.

10      A. Never. From what I can remember they don't

11  take that on the phone. That was the issue.

12      Q. Okay. So your attempts are mostly you called

13  them or -- did someone call them on your behalf or did

14  you call them?

15      A. I was -- my mom probably called once or twice

16  and didn't get through. I was the one that ended up

17  hearing that I would need to come back to New York City

18  or they could send somebody. Basically, I couldn't

19  leave New Jersey at that time.

20      Q.  Okay.

21      A. And then I didn't prioritize it over getting my

22  surgery done.

23      Q. Did you -- were you able to see the person who

24  hit you?

25      A. When you say person, do you mean face?
```

1    Q. Or can you describe for me -- you've told me it

2    was a motorized bike without pedals. Is there any more

3    description of the bike or the operator that you can

4    provide?

5    A. The description of the operator, no. The bike,

6    thicker tires than what I would call your average

7    mountain bike.

8    Q. Okay. Do you remember the color of the bike?

9    A. I have a guess. I have what I -- what I think,

10    but, no, I don't have a solid memory of the color, the

11    make, the license plate, anything specific.

12    Q. Okay. Do you think the bike had a license

13    plate?

14    A. I don't know, but I've seen -- most of the ones

15    I see have license plates. So that was me, I guess,

16    making a generalization.

17    Q. Okay. Could you tell if the operator was a man or

18    a woman?

19    A. No, because I didn't see the face of the

20    operator and, also, I feel like that is hard to

21    tell these days in Bushwick.

22    Q. Okay. Did the person have a helmet on or

23    anything covering their face?

24    A. From what I remember there was a helmet, yes.

25    Q. Okay. I believe you told me that the bike did

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    not stop; is that correct?

2         A. From my recollection it did not stop. I know

3    for a fact he didn't fall off or she didn't fall off

4    because then we would have been on the same spot on the

5    floor. There was nobody on the floor with me.

6         Q. Okay. Can you estimate approximately how fast

7    the bike was traveling on the sidewalk?

8         A. Approximately, I'd say, over 30 miles per hour

9    and that is a guess based off of myself and my

10   conversation with my surgeon about the injuries.

11        Q. Okay. Do you recall if there was anyone else on

12   the sidewalk at the time other than you and the bike

13   operator?

14        A. No, I don't -- I don't recall anybody on the

15   sidewalk, but I also was not looking for them. I do

16   know that there were parked cars. I don't know if

17   anybody was in those cars.

18        Q. Okay. After the incident did anyone ever reach

19   out to you and say, you know, I saw you fall or I saw

20   the incident, I saw what happened, any of your neighbors

21   or anything like that?

22        A. No, they did not. And that's also due to the

23   nature of my street.  It's -- there's a warehouse

24   across.  I'm not sure if anything's in there.  It's a

25   Brooklyn side street.

 1     Q. Okay. Do you know if anyone observed your

 2   incident or are there any witnesses?

 3     A. No, that's the problem.

 4     Q.  Okay.

 5     A. I know people -- I know my friend was the

 6   closest to observe it to the time and she found my

 7   phone, but in terms of at the actual time, no.

 8     Q. Do you recall where she found your phone?

 9     A. She recalls that she found it -- and I can find

10   out -- either cracked on the sidewalk or directly off

11   onto the street.

12     Q. Okay. Was your phone damaged?

13     A. I had a screen protector on it, so the screen

14   protector was fully cracked, but I took that off.

15     Q. Okay. So you told me earlier that you were

16   living at your parents' house from the date of the

17   incident then while having PT.

18          At what point did you move back to your --

19   is it an apartment, a condo? What do you live in in

20   Brooklyn?

21     A. An apartment.

22     Q. When did you move back to your apartment in

23   Brooklyn?

24     A. I moved back slowly over time, because I would

25   still -- I lived full time in Montclair for all of July,

1    August, September, and most of October, and then I -- I

2    started moving back in the October/November area but

3    still had to go back for PT to New Jersey. So I spent a

4    lot of the week there and I would try to come spend some

5    weekends. So it was a slow transition back.

6        Q. Okay. Can you estimate for me how long of a

7    drive it is from your apartment to your parents' home?

8        A. You can get there in about an hour and a -- an

9    hour 15 without traffic.

10       Q. Okay. So full time at your parents' house from

11   June 15th through October and then part time from

12   October on.

13           When would you say you were back full time

14   residing in your apartment?

15       A. I would say -- I would say by January I was

16   full time.

17       Q.  Okay. And that's January of '25?

18       A.  Yes.

19       Q. Okay. As we are here on June 25th, do you

20   still reside in your apartment on a full-time basis?

21       A.  I go back and forth still, but, yes, I'm here

22   mostly in my apartment.

23       Q. Okay. How often do you go back and forth?

24       A. Often.   I was there -- I got back to this

25   apartment yesterday, but I spent -- I was there this --

1   for the past four days.

2       Q. Okay. And how about -- so is that typical for you

3   that you're staying at your parents' house four days at a

4   time or was it for an event over the weekend? You know,

5   how do you determine where you're going to stay?

6       A. It was a long weekend, so it is more typical I

7   always -- I do go home a lot in general, but it has been

8   more typical, seeing as I'm unemployed and there's not

9   much I can do in the city right now, that I go and spend

10  time at home.

11      Q. Okay.  If you had to estimate, you know, in

12  April and May of those 60 days or so, how often did you

13  stay at your apartment and how often were you at your

14  parents' home?

15      A. I'd say I would go home at least once a week

16  for one or two days, but other than that, I was in

17  my apartment.

18      Q. Okay. And when you would go home once a week

19  for one or two days would you stay overnight?

20      A. Yes, I would typically stay overnight. That's

21  the norm.  If I'm going to make the trip there,

22  I typically stay overnight.

23      Q. Okay. And do you have a designated room at

24  your parents' house?

25      A.  Yes.

1    Q. Is that the -- can you describe it for me,

2    please?

3    A. Yes.   It's pretty much -- it's pretty much what

4    I -- I moved up there when I was 15.  It's on the third

5    floor.  It has a yellow carpet, a brown duvet cover.  It

6    still has a bunch of pictures and lipstick on the

7    mirror. It has a lot of my video equipment that I can't

8    fit in my apartment, so I keep it at home. It has a few

9    musical instruments.

10   Q. So was that your primary bedroom from the time

11   you turned 15 --

12   A.  Yes.

13   Q. -- until presumably you moved to Miami for

14   college?

15   A.  Yes.

16   Q. Okay. So the timeline then is you went to high

17   school in Montclair, four years in Miami.

18   Did your parents reside in that same address

19   the entire time throughout high school and college?

20   A. Yes. And I want to clarify. I only moved from

21   the second to the third floor when I was 15. The rest

22   was still in Montclair.  I was just downstairs.

23   Q. Okay. Did you ever live in any other house

24   other than the -- I know you -- 70 Mountain Ave.?

25   A. No, not ever since -- we moved there when I was

1    4 from an apartment and I never lived in another house.

2        Q. Okay. So from age 4 on through high school,

3    that was your -- you know, the place where you slept

4    most often and then you moved down to Miami. You were

5    in Florida for approximately four years?

6        A. Three and a half.

7        Q. Okay. And the other half year would be when

8    you were studying abroad?

9        A.  I was a -- I went in the spring.  I just

10   started -- most people start in the fall. I graduated.

11   I took a lot of credits and I had a job. So I graduated

12   earlier than most.  I just -- so it's just the timeline

13   fall versus spring.

14       Q. Gotcha. Okay.

15           So you moved home in spring of 2017?

16        A. Approximately. I might have stayed for a few

17   extra months, but approximately pretty soon after

18   graduation.

19       Q. Okay. And graduation would have been sometime

20   in May or June of 2017?

21       A.  Yes.

22       Q. Okay. How long did you -- when did you move

23   into Brooklyn?

24       A. Into this specific residence or just Brooklyn?

25       Q.  I guess my -- let me re-ask that then.

Selective Insurance Company of America Claim No. 22658016

```
 1              Where was your first place that you lived
 2    outside of your parents' home?
 3         A. The Lower East Side.
 4         Q. Okay. And when did you move to the Lower East
 5    Side?
 6         A.  Either late 2018 or early 2019.
 7         Q. Okay. So that would have been approximately a
 8      year to a year and a half after graduating from Miami?
 9         A.  Yes.
10          Q. Okay. Were you working in New York at that
11    time?
12         A.  Yes.
13              Q. What was your first address in the Lower East
14    Side?
15         A.  122 Ludlow Street.
16         Q. Ludlow, L-u-d-l-o-w?
17         A.  Yes.
18              Q. How long did you live on Ludlow Street?
19         A. I technically had signed two years of a lease
20    there. But then the pandemic hit. So we didn't live out
21    -- I was with my exboyfriend at the time and we had to
22    go back to New Jersey and the lease ended up -- we
23    didn't live out the lease. New York emptied out. So I
24    ended up living back at my parents'.
25              Q. Okay. Can you recall anything more specific
```

1  about when you moved other than late 2018? You know, do

2  you recall if you were there, you know, Christmas 2018,

3  New Year's 2018, anything like that?

4      A. Yes. I mean, I remember when I moved out was

5  right before my 25th birthday, which is March 16th. The

6  city kind of shut down on March 13th, and that was 2020,

7  so I -- does that help?

8      Q. Yes. So you moved out -- you moved out of your

9  apartment on Ludlow Street --

10     A.  I still paid for it.  It's just that they said

11 you have today to get -- if you want to use the tunnels

12 and bridges. And then we didn't know how long, so we

13 just fled the apartment.

14     Q. Okay. And that was mid March of 2020, right,

15 when New York City was closed?

16     A.  Yes.

17     Q. Okay. How about can you recall with any more

18  specificity when you moved into the Ludlow apartment?

19  A. I'm pretty sure I started my job in March of

20 2018.  So a few months after that.

21     Q.  Okay.

22     A. Maybe summer of 2018, and that is a guess.

23     Q. And you said it was a two-year lease?

24     A. It was a one-year lease and then we re-signed

25 it.

1    Q. Okay. So in March of 2020 sometime, you know,

2    during the pandemic you moved out of Ludlow Street and

3    where did you go?

4    A. We -- well, we were living at -- I was living

5    at my parents'.

6    Q. Okay. And how long did you remain living at

7    your parents' house?

8    A. I remained living at my parents' house at least

9    for a year. Are you asking -- sorry -- about the next

10   apartment after that time?

11   Q. Well, I'm just, you know, trying to put a

12   timeline together.

13        So you moved back into your parents' house in

14   March of 2020. You think you were there approximately

15   one year?

16   A.  Yeah.  Hold on.

17        Yes, in between the -- we -- Airbnb was --

18   apartments were Airbnb'ing. So I didn't have an

19   officially residence. My boyfriend and I Airbnb'd at one

20   apartment for a month -- and I don't recall exactly what

21   date that was -- before we officially broke up. And then

22   that was when I moved to Brooklyn.

23   Q. Okay. Where was the Airbnb?

24   A.  It was Domino Park in Brooklyn.  So,

25   technically, I guess that Airbnb was my first taste of

1    Brooklyn.

2        Q. Okay. Can you recall approximately when you

3    lived in Domino Park?

4        A.  I can -- we can reverse order it.  I can recall

5    approximately when I moved into this apartment.

6        Q. Sure. So when did you move into your current

7    apartment?

8        A. May 2023.

9        Q. And have you remained in that apartment since

10   May of 2023?

11       A.  Yes.

12       Q. Okay. Did you move into -- did you move

13   directly from Domino Park to your current location?

14       A. No, I had one other apartment for one year.

15   The leases pretty much lined up. So that was 2022 then,

16   I guess. So summer 2022, and then I moved in summer of

17   2023, yeah.

18       Q. And where was your apartment from summer '22 to

19   '23?

20       A. I was on Powers Street in Brooklyn, East

21   Williamsburg. 267 was the number.

22       Q. Okay. And where did you live prior to the

23   summer of 2022 when you were at Powers Street?

24       A. That I would say -- prior to that fully at my

25   parents', besides the Airbnbs here and there.

1     Q.   Okay.

2     A. So we're back to the Airbnbs now, but my main

3 residence was my parents' through the pandemic.

4     Q. How many different Airbnbs do you think you

5 lived in?

6     A. That was -- that was the only one that I lived

7 in with my exboyfriend. He had gotten one that I would

8 visit sometimes. We were breaking up. We wanted to see

9 if that would work.

10     Q. Okay. The last Airbnb you were in, or the only

11 one that you were in, did you move from there then

12 directly to the Powers Street address?

13     A. No, no, no. I moved -- I moved back home and

14 then started looking for an apartment with my friend.

15     Q. Okay. So sometime between March of 2020 and

16 summer of 2022 you were in a one-month Airbnb?

17     A.   Yes.

18     Q. And other than that you were at your

19 parents' -- your parents' home or staying in your

20 exboyfriend's Airbnbs?

21     A. Yes. And he was very much in my parents' home

22 too. He didn't have too many. He maybe had one or two

23 more.

24     Q. Okay. Other than the locations you've told me

25 about since you've graduated college in 2017, do you

1  recall any other places where you, you know, lived for

2  a -- you know, anything more than kind of a vacation or

3  a hotel or anything like that?

4      A.  No.

5      Q. I understand that you are making two separate

6  claims to Selective; is that true?

7          THE WITNESS: Brandon, do you have the --

8  BY ATTORNEY O'BRIEN:

9      Q.  So I'll just leave it. You either know that or

10 you don't.  I'll go through it with more questions.

11          So are you able to answer the question?

12      A. No, I'm not able to answer the question.

13      Q. Okay. At some point in time did you submit a

14 claim to Selective Auto Insurance of New Jersey related

15 to the June 15th incident?

16      A. Me personally?

17      Q.  Yes.

18      A.  No.

19      Q. Okay. Do you know who did?

20      A.  I'm -- my parents.

21      Q. Okay. Did you ask them to submit a claim for

22 you?

23      A. Yes, we talked about submitting a claim.

24      Q. Okay. And what was that discussion? Can you

25 tell me as much as you can recall?

1    A. The discussion was that I am a -- I -- we all

2    view it as me living -- I'm a resident of their home and

3    I -- that is my not my home-away-from-home but kind of

4    my permanent address that's kind of fail proof and

5    especially in my 20s I lived there a lot. And they

6    explained to me that they had insurance and that I'm a

7    resident and we can take out a claim. And that's pretty

8    much the extent of the conversation.

9    Q. Okay. So as you can recall your parents informed

10    you that you were a resident of their home, you agreed

11    with them, and you submitted -- or someone submitted an

12    insurance claim on your behalf?

13    A. No. My parents --

14    ATTORNEY CHAMBERLIN: I object to the question

15    to the extent that it calls for a legal conclusion. BY

16    ATTORNEY O'BRIEN:

17    Q. Okay. Did you have a discussion with your

18    parents about where your residence is?

19    A. No, my parents don't inform me of my residence.

20    I don't -- I guess I don't understand the

21    question.

22    ATTORNEY O'BRIEN: Okay. Lisa, if you don't

23    mind, could you read back Ms. Putman's response two

24    questions ago, please?

25    (The requested testimony was read back.)

1    BY ATTORNEY O'BRIEN:

2        Q. Ms. Putman, my question then is, when you said

3    they explained to me that I am a resident, can you

4    describe that conversation for me, please?

5        A. I would say the word explained is not correct

6    in that. They explained to me what -- what the

7    insurance was. I know where I live and I know my

8    relationship to my home.

9        Q. Okay. At the time of this incident, June 15th,

10   2024, you had been living full time in Brooklyn for

11   approximately two years, correct?

12       A. Full time -- I had been signing -- I had leases

13   signed in Brooklyn.

14       Q.  Okay.

15       A. I guess that means I was living here full time

16   then.

17       Q. And when you were residing in Brooklyn full time

18   from 2022 through the day of the incident, June 15th,

19   2024, how often did you return to your parents'

20   house?

21       A. Between 2022 and 2023 a lot, because my mental

22   health was very bad and I went home a lot.

23       Q. Okay. Can you provide an estimate for me what

24   a lot means?

25       A. A lot more than the year after. I would say I

1    would stay there and then I -- I would stay there at

2    least half of the week when I could. I went into the

3    office sometimes, so it would be the second half of the

4    week. And I didn't have a good relationship with my

5    roommate. So especially toward the end of that lease

6    period I was home pretty much constantly.

7        Q. Okay.   So from -- your lease, you told me,

8    started sometime in the summer of 2022 and then went to

9    the summer of 2023 and that was at the Powers Street

10   address, correct?

11       A.  Yes.

12       Q.  For the first half of the lease -- so let's say

13   approximately June through December of 2022 -- how often

14   did you stay overnight at your parents' home?

15       A. The first half of the lease, the first six

16   months, I would be guessing, and it would depend on the

17   week and not every week was the same. So I don't know.

18   I don't know a number. It's hard to put a number

19   towards that kind of thing.

20       Q. Okay. Did you have any set schedule on when

21   you would return to your parents' home?

22       A. No, there wasn't a set schedule.    It was -- no.

23       Q. Okay. So you can't provide any type of

24   estimate on how often you stayed at your parents'

25   house during the first six months of your lease?

1    A.  Two nights a week, if I'm guessing.  That's

2    just weeks and then the weekends. I would guess more

3    than that, but --

4    Q. Okay. And just to clarify, because I was not

5    able to hear, did you say a few nights per week or two

6    nights per week?

7    A. Well, since you are pushing for me to put a

8    number to the guess, I'm going to say two because that's

9    how long the weekend is. But I would guess that there

10   was more.

11   Q. Okay. And then how about for the second half of

12   your lease? So we'll say roughly January 1st through

13   June of 2023.

14   A. I would say at least three nights a week.

15   Q. Okay. And was that a combination of factors,

16   because you've told me mental health and issues with

17   your roommates? Was there any other reasons why you

18   were returning to your home?

19   A. They correlated. My roommate was a childhood

20   friend and we weren't having a good relationship. And I

21   was getting out of a seven-year relationship and a

22   global pandemic and a lot of my friends had passed

23   during the pandemic, so I went home a lot.

24   Q. Okay. And then at that point, that's when you,

25   sometime in the summer of '23, signed a lease for your

Deposition of Jamie Putnam          Selective Insurance Company of America Claim No. 22658016

```
1   current apartment?

2        A.  Yes.   In May.

3        Q.  Okay.   So May of '23.

4            Do you live there by yourself?

5        A. I don't.

6        Q. Okay. Who is your roommate?

7        A.  Zoe Hager.

8        Q. Could you spell that name for me, please?

9        A. Z-o-e, H-a-g-e-r.

10       Q. Z-o-e, H-e-g-e-r?

11       A. A, as in apple for the second letter, g-e-r.

12       Q.  Thank you.   So Zoe H-e-g-a-r?

13       A.  H-a-g-e-r.

14       Q.  I'm sorry.   Thank you.

15       A.  That's okay.   No worries.

16       Q. And how do you know Zoe?

17       A. I was best friends with her brother who passed

18  three years ago.

19       Q. Okay. Has Zoe resided in the apartment with

20  you since you first signed the lease?

21       A.  Yes.

22       Q. Okay. And I assume, since you are still at

23     that apartment today, you have re-upped on your lease?

24       A. Yes, recently.

25       Q. Okay. How often is Zoe in your apartment?
```

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    A. She goes into the office Tuesday through

2    Thursday. But other than that, she's here a lot.

3    Q. Okay. And when she goes into the office does

4    she return at night?

5    A. Yes, most nights.

6    Q. Okay. But I'm asking if her office is

7    somewhere in the New York City area.

8    A. Yes. Calvin Klein, Garment District.

9    Q. Okay. So once you were in your current apartment

10   did you still continue returning home -- so this is May

11   of '23 -- May or June of '23 through June of '24. Were

12   you still returning home approximately three days a

13   week?

14   A. No.

15   Q. Okay. Did that frequency subside because of a

16   new roommate?

17   A. New job, new roommate, new mindset. I traveled a

18   lot for work, so I did return home a lot because I flew

19   out of Newark a lot and it was easier. But it was less of

20   a comfort thing and more of a convenience thing.

21   Q. Okay. So as of June 1st, 2023, you know, in

22   that next six months -- so we'll say June 1st through

23   December 31st, '23 -- your first six months in your

24   current apartment how often would you estimate you were

25   staying at your parents' house?

1    A. So if I signed in May -- you're talking about

2    the first six months before the accident?

3    Q.  Correct.

4    A. It would depend. I would say -- I would say at

5    least biweekly. Twice biweekly if I had -- I really did

6    fly out of Newark a lot and it would save money. So I

7    would say -- and then I would go home, have dinner,

8    sleep over, but it was less frequent for sure.

9    Q. Okay. So typically you would go home for, you

10   know, an occasional dinner and when you were flying out

11   of Newark?

12   A. Yes, and then also to, you know, see my family.

13   Q. Okay. And you said that was, you know, at least

14   once biweekly I believe your answer was?

15   A.  Yes, at least.

16   Q.  Okay.

17   A. On the lower end.

18   Q. So approximately two nights per month you would

19   stay at your parents' home?

20   A. That's fair.

21   Q. And that remained true from May 1st through

22   December 31st of 2023?

23        ATTORNEY CHAMBERLIN: Sorry, I did not hear

24   that previous answer.

25        ATTORNEY O'BRIEN: I had heard that sounds

```
 1    fair. Lisa, is that what you --

 2            THE COURT REPORTER: That's what I got as well.

 3            ATTORNEY CHAMBERLIN: Thank you.

 4    BY ATTORNEY O'BRIEN:

 5        Q.   So May 1st, 2023 through December 31st,

 6    2023, you were staying at your parents' residence

 7    overnight approximately two times per month?

 8        A. Yes, if we're not including holidays and just

 9    times that you go back for extended. That would -- that

10    would raise the number. There's Thanksgiving, there's

11    Christmas, and I'd go stay for a week so -- at least

12    so --

13        Q. Okay. Two times per month plus Thanksgiving

14    and Christmas holidays?

15        A. Yes, and the tail and -- beginning and end of

16    that.  Since it's so close to where I live, I can

17    go home for longer periods than most people.

18        Q. Okay. And I said two times a week.   I meant

19    two times per month plus the additional Thanksgiving and

20    Christmas holidays.

21        A. Yes. Well, you're talking about a six-month

22    window, so it's hard to median out the times.

23        Q. Right. So getting past the holidays. Now

24    we're looking at January 1st, '24 through June 15th,

25    '24. Did you still continue staying over at your
```

1  parents' house approximately two times per

2      month? A. Or more. Two to three.

3      Q.   Okay.

4      A.   I had a lot of shoots between then. Like, I

5  was traveling a ton for work, especially towards the

6  second half of my job, yes. So I honestly might have

7  been in Montclair more than the first half.

8      Q. Okay. And that was a result of more air travel

9  through Newark?

10      A. Through Newark, yes, and then if -- or Amtrak

11  and then I would just Uber home. I would have my

12  suitcase and just rest.

13      Q. Okay. When you started your -- your last job,

14  what address was listed on your paychecks?

15      A. When I started my last job?

16      Q. Or let me rephrase that. What address was

17  listed on your paychecks that you received?

18      A. For Everyday Health, when I first started I'm

19  guessing that my parents' was listed at the beginning

20  until I really got settled and had an address and then

21  afterwards one of the apartments we spoke about,

22  either Powers or this one.

23      Q. Okay. And how about when you were at GCI

24  Health? What address was on your paychecks for GCI

25  Health?

1    A.   123 Melrose.

2    Q. Okay. Did you pay -- so I assume if that was

3  your address, were you paying New York City taxes?

4    A. It was taken out of my paycheck.

5    Q. Okay. Were you paying New York State taxes?

6    A. Also, I'm pretty sure it was taken out of my

7  paycheck.

8    Q. Were any taxes for the State of New Jersey

9  taken out of your paycheck?

10    A. Not at GCI Health.    I can't answer that for

11  the previous job.

12    Q. Okay. Did you vote -- I know New York City

13  just had an election -- a primary election this

14  week. Did you vote in that election?

15    A. I didn't.

16    Q. Okay. Have you voted in prior New York City

17  elections?

18    A.   Yes.

19    Q. Okay. Do you recall when the first time you

20  voted in a New York City election is?

21    A.   Four years ago, five years ago.

22    Q. Okay.   So sometime, you know, back in 2020 or

23  2021 is when you began voting in New York elections?

24    A.   Yes.

25    Q. Okay. How about your license? As we're here

1    today what state is your license issued from?

2        A. New York.

3         Q. And when did you receive a New York license?

4        A. I don't remember the exact date, but I had a

5    New Jersey one for a while and then switched it. I

6    think when I was at Powers Street is when I did it,

7    within that time period. That is a guess but a very --

8    one that I am confident --

9        Q. Okay. So Powers Street was your address from

10   2022 to 2023?

11       A.   Yes.

12       Q. Okay. So you think sometime during that lease

13   you received a New York City license -- I'm sorry, a New

14   York State license?

15       A.   I think so, yes.

16       Q. Okay. Do you have a car?

17       A.   I -- in New York?

18       Q.   Yes.

19       A.   In New York City, no.

20       Q. Okay. Do you keep -- in your parents' home, you

21   know, as your bedroom is right now, do you keep -- I

22   know you told me you have certain pictures. You said

23   there's still lipstick on your dresser. You have things

24   decorating your room, a duvet. Do you keep clothes and,

25   you know, health and beauty supplies, sneakers, things

1    like that in your room?

2         A.  Yes.

3         Q. Okay. Do you have to travel home to get them?

4         A. Yes.   If I forget something, yes.

5         Q. Okay. As we're sitting here today can you tell

6    me what personal items you have in your -- in

7    the bedroom in your parents' home?

8         A. Yes. I have my summer clothes, which I

9    actually need to go switch out. I have a few lighting

10   kits that don't fit for my equipment. I have --

11   honestly, mostly seasonal stuff that I need to go and

12   retrieve.

13        Q.  Okay.

14        A. And work attire that I haven't needed during

15   this period.

16        Q. Okay. So you kind of use -- you know, knowing

17   New York City apartments as I do, do you use kind of

18   your parents' home and your room there as kind of some

19   overflow for non-seasonal items, your big camera

20   equipment, things that might not fit as easily in a New

21   York City apartment?

22        A.  I call it a second closet, yeah.

23        Q.  Okay. But in the summer months you have your

24   winter clothes at your parents' home and then in the

25   winter you keep your summer clothes, that kind of --

1    A. Primarily, yes.

2        Q. Okay. Do you have any responsibilities or

3    chores or upkeep, maintenance or anything like that that

4    you are required to do at your parents' home?

5        A. Yes, I'd say clean up after myself and be an

6    adult.  That's about it.

7        Q. Okay. But you're not -- are you responsible for,

8    you know, cutting their lawn every week or cleaning the

9    pool every day, things like that?

10       A. No.   I will help my dad garden, because I like

11   to, but he's not forcing me to.

12       Q. Do you pay any type of rent to your parents to

13   stay at their Montclair residence?

14       A.  I do not.

15       Q. Have you ever?

16       A.  No.

17       Q. Okay. Do you pay rent for your Brooklyn

18   apartment?

19       A.  Yes.

20        Q. Okay. Do you receive mail at your Brooklyn

21   address?

22       A. Yes. Both, actually.

23       Q. Okay. What type of mail do you receive at your

24   Brooklyn address?

25       A. I receive my vitamins, Amazon packages

1  sometimes. It depends if I know I'm going to be home.

2  Sometimes I'll send packages to my parents' if I know

3  I'll be there or if it's a bigger package.

4          My health insurance stuff comes here. That's

5  all I really know.

6      Q. Okay. How about bills? Do you receive bills

7    in the mail or is it all on-line or email,

8    automated? A. On-line, yeah.

9      Q. Okay. And then you said for Amazon packages or

10  deliveries, you know, if you know you're going to be in

11  Montclair, you'll have them delivered to Montclair, but

12  if you know you're going to be in Brooklyn, you'll have

13  them delivered to Brooklyn?

14      A.  Yeah, that's a good split.

15      Q. Okay. Do you have any insurance policies now

16  in your name only?

17      A. Lemonade for my apartment.

18      Q. Okay. Is Lemonade the name of the insurance

19  carrier?

20      A.  Yes.  Unless it's just their website.  But,

21  yes, it's -- yes.

22      Q. Okay.   Is that renter's insurance?

23      A.  Yes.

24      Q. Okay. I've seen some -- you mentioned to me

25    before that you have health insurance that you pay out

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

```
 1   of pocket right now. Who is that through?

 2       A. It is technically still through my agency and

 3   then the third party is Alight, I'm pretty sure.

 4       Q. Okay. How much is your monthly out-of-pocket

 5   payment for that?

 6       A.  It just got raised to about 689-ish.  It's

 7   almost at 690.  I'm approximating.  It's in the 680s.

 8         Q. So $690 per month for medical insurance.

 9          Is there any limitation on how long you can use

10   that?

11       A. There is and I'm probably approaching it. I am

12   not sure of the exact amount.

13       Q. Okay. Other than your renter's insurance for

14   your Brooklyn apartment, do you have any other type of

15   insurance?

16       A. Not that I know of.

17       Q. Okay. Do you have -- you mentioned that you

18   don't have a car in New York City. But do you have your

19   own auto insurance for a vehicle anywhere else outside

20   of New York?

21       A.  I -- there's a car that my sister and I

22   share that is kept in New Jersey and it's leased and

23   it's probably about to end.

24       Q. Okay.   So I -- let me step back too.   I know

25   you mentioned your parents. Your mom I think is Amy.
```

Selective Insurance Company of America Claim No. 22658016

```
 1    What's your father's name?

 2         A.   Don.

 3         Q.   Don?

 4         A. Um-hum. Yes.

 5         Q. Okay. You've mentioned you have a sister.

 6    What's her name?

 7         A.   Noa.

 8         Q.   I'm sorry. Everything froze on me. Are you

 9    there?

10         A.   It's Noa.

11         Q. I asked -- sorry. Can you say it one more

12    time?

13         A.   Yes.  Sorry, I'm getting a lot too.  It's Noa,

14    N-o-a.

15         Q.   Okay.  Sister Noa.

16              And any other siblings?

17         A.   Yes, a brother.

18         Q. And what's your brother's name?

19         A. Jacob, J-a-c-o-b.

20         Q. So Amy and Don, three kids; you, your sister

21    Noa, and your brother Jacob?

22         A.   Yes.

23           Q. Do Noa or Jacob still live at your parents'

24    home?

25         A. No. Well, no.    Jacob has his own house.
```

Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

1    Q. Where does Jacob live?

2    A. Long Island.

3    Q. How long has he lived in Long Island?

4    A. Approximately two years.

5    Q. Okay. Is he older or younger than you?

6    A.   Older.

7    Q. By how many years, if you could estimate?

8    A.   Two years.

9    Q. And your sister Noa, where does she live?

10   A. She is in Copenhagen for a period of time right

11   now.

12   Q. Okay. When did she move to Copenhagen?

13   A.   It's an internship.   It's about eight months.

14   She's been there for, I think, three approximately.

15   Q. Okay. Prior to moving to Copenhagen where did

16   she live?

17   A. Her primary residence is also my parents'

18   house, but she went to Syracuse University, so --

19   Q. Okay.   Is she younger than you?

20   A.   Yes.

21   Q. Okay. The policy of insurance, as I understand

22   it, you are seeking benefits under two different parts

23   of the insurance policy that your parents have. And

24   specifically I believe the policy is in your mother

25   Amy's name for PIP benefits, Personal Injury Protection

1  benefits. And also there was a claim made for uninsured

2  motorist benefit coverages.

3        Does any of that sound familiar to you?

4        A.  Yes.

5        Q. Okay. Are you aware -- at some point were you

6  listed as a named -- do you know what the term named

7  insured means?

8        A.  No.

9        Q. Okay. Do you know if your name was ever listed

10  on the insurance policy that you're making a claim or

11  claims under?

12        A.  Yes.

13        Q. Okay. Are you aware that at some point in 2023

14  your name was removed from the insurance policy that

15  you're making claims under?

16        A.  No.

17        Q. Okay. So you're unaware that sometime in April

18  or May of 2023 the insurance policy was changed to

19  remove you from the policy?

20        A.  Pre-accident?

21        Q. Correct. So that would be approximately 14

22  months prior to the incident.

23        A.  But if it was -- oh, I see.  I don't know and I

24  would say that I'm unaware of this.

25        Q. Okay. Did you ever have any discussions with

1    your parents about updating the insurance policy?

2        A.  No, I did not.

3        Q. Did your parents ever tell you that they were

4    removing you from the Selective insurance policy

5    sometime in April of '23?

6        A.  I can't speak for them.   If they did, I was not

7    listening.

8        Q. Okay. Did you have any discussions from what you

9    can recall with your parents about, you know, the

10   benefits or the risks of removing you from the Selective

11   insurance policy?

12       A.  If they did, I was not listening.

13       Q. Okay. So is it fair to say that the first --

14   well, is today the first time you're hearing that you

15   are not listed on the insurance policy as of April or

16   May of 2023?

17       A.  Yes.

18       Q.  Okay.

19       A. That I recall.

20       Q. Okay. So when you contemplated making the two

21   claims, the PIP and the UM benefits, was it your

22   understanding that you were listed as an insured under

23   that insurance policy?

24       A.  I guess I didn't really think about it.

25       Q. Okay. Did you ever overhear your parents or

Deposition of Jamie Putnam                              Selective Insurance Company of America Claim No. 22658016

1    did you ever discuss with them if any of your other

2    siblings are listed on the insurance policy?

3         A. No, I did not discuss or overhear anything

4    about my siblings.

5         Q. Okay. As we sit here today do you know if your

6    siblings are listed on the insurance -- under the

7    Selective Auto Insurance policy?

8         A. As we sit here today I do not know what

9    policies my siblings are covered under.

10        Q. Do you recall preparing a document that was

11   called an Application for Benefits for Selective

12   Insurance?

13        A.  I recall preparing a lot of documents.  I

14   can't

15   say that that one specifically rings out.

16             ATTORNEY O'BRIEN: Okay. Is everyone able to

17   White?

18             THE WITNESS:  Yes, I am.

19   BY ATTORNEY O'BRIEN:

20        Q. I asked if you recalled preparing any documents.

21   What I have in front of me is a Selective insurance

22   document. It is a two-page document. The first page, I

23   believe, is just a FAX cover sheet, as it indicates here,

24   and then the document itself is just two pages. It

25   appears that it was signed here by Mr. White

1    and dated in August of 2024.

2             Do you recall ever seeing this document before?

3         A.   It looks familiar.   I can't recall for sure.

4    Like I said, there was a lot of paperwork during this

5    time.

6         Q. Okay.    Is this signature here your signature?

7         A.   No.

8         Q. Okay.    I just have a couple of questions on

9    this form. So on page 2 here there's -- the policy

10   holder is Amy. That's your mom, correct?

11        A.   Yes.

12        Q. Okay.    It says here a date of loss of July

13   18th, 2024. Do you know what might have been July 18th,

14   2024?

15        A. Three days after my accident?

16        Q. Okay.    I thought your accident was June 15th.

17        A. Oh, yeah.    Sorry.   June and July I mixed up.  I

18   don't know what July 18th might have been then.

19        Q. Okay.    Is it possible that this is just an

20   incorrect date here?

21        A.   It's possible.

22        Q. Okay. Because down here under date and time of

23   accident it says June 15th, 3 to 4 p.m.

24        A. That definitely makes way more sense.

25        Q. Okay. And that's consistent with what you

1    testified to earlier.

2            It says, brief description of accident.

3    Pedestrian struck by motor vehicle.

4            And you told us before that the motor vehicle

5    was some type of -- you may or may not know this. The

6    bicycle that struck you, was it powered by gas? Was it

7    electric? Do you have -- you know, I'm trying to

8    picture what it may be.

9        A. I wouldn't know that. Even sometimes looking at

10   them you can't even see what's inside. They all kind of

11   look similar these days.

12       Q. Okay. So from what you described before, it's

13   at least self-propelled in that the operator doesn't

14   have to cycle to move it forward, you know, cycle with

15   their feet, but it somehow moves forward?

16       A. I would, yes, classify it in the more moped and

17   dirt, like, category.

18       Q.  Okay.  Thank you.

19           It identifies that you had a fracture to the

20   ankle with surgical placement of screws and plates. And

21   you testified before that it was your right ankle,

22   correct?

23       A.  Yes.

24       Q. Okay. Woodhull is the first hospital you went

25   to, correct?

1    A. Emergency room, yes.

2    Q. For amount of medical bills to date -- and,

3  again, this was -- this was signed August 12th of 2024,

4  so this is about almost exactly two months after the

5  incident.  It says, unknown.

6        And I'll show you that a lot of the answers

7  here are to be provided. I just wanted to see if you

8  could clarify.

9        Do you have any idea of, kind of, what your

10  medical bills have been as a result of this incident?

11    A. I know I had insurance through my job that

12  greatly helped, but I still had a lot of medical bills.

13    Q. Okay. Was the surgery covered by your

14  insurance?

15    A.  The surgery, yes, mostly. Most of it. And I'm

16  not sure what falls into which category, but there's

17  payments for anesthesia that are separate and there was

18  a few different claims in different ways.

19    Q. Okay. It says here that you have lost wages or

20  salary as a result of the incident. Can you estimate the

21  amount of your lost wages or salary as a result of this

22  incident on June 15th?

23    A.  It's over a year.  Let's call it 115,000 plus.

24    Q. Okay. And since June 15th, 2024, you told me that

25  you've worked some day work you've worked a little

1  bit with your prior two employers ago. How much do you

2  think you have earned since June 15th of 2024?

3       A.  I'm guessing it's less -- and this

4  is approximate -- less than $5,000.

5       Q. Okay. Then your -- did you have to sign some

6  type of release or a document when you negotiated your

7  severance pay with your former employer?

8       A.  Yes, I had to sign things.

9       Q. Okay. And you said that was for -- you

10 received three months of full pay?

11      A.  Yes.

12      Q. Okay. So that would -- I think you told me your

13 last date of employment was July 17th. So that would be

14 August, September -- approximately October 17th of 2024?

15      A. Well, it didn't start right away. We had to go

16 through negotiations, so I didn't actually get paid. I

17 think it started -- I think the last payment was in --

18 it started in March, I think, so --

19      Q. Okay. But it totaled up to three months of

20 your --

21

22       A. It totaled up to three months, yes, once it

23 started.

24       Q. Did you receive any other benefits other than

25 three months of pay?

Deposition of Jamie Putnam     Selective Insurance Company of America Claim No. 22658016

1      A.  No.

2      Q. Did they provide you health insurance or

3  anything like that?

4      A. No, I've been paying the third-party insurance

5  since all of this happened.

6      Q. Okay. And who is the attorney that you used to

7  negotiate with your employer?

8      A. Her first name is Kim and I'm actually not sure

9  what her last name is.  I forget.  I should know that,

10  though.

11      ATTORNEY O'BRIEN: Okay. Ms. Putman, if you

12  won't mind, I'd like to take about five minutes.  I want

13  to make sure I didn't miss anything.

14      THE WITNESS:   Okay.

15      ATTORNEY O'BRIEN: I may have five or 10

16  minutes of questions remaining, but we should be

17  done very close to 2:30 or so.

18      THE WITNESS: Okay.    Thank you.

19      (A break was taken 2:16 p.m. to 2:23 p.m.)

20  BY ATTORNEY O'BRIEN:

21      Q. Ms. Putman, I know it's famous last words, but

22  just a few last questions, but I -- I will hold myself

23  to it and we'll be done by 2:30.  Just a few things that

24  I wanted to follow up on.

25      You said you get most of your mail to your

Selective Insurance Company of America Claim No. 22658016

1  Brooklyn address. You know, would you consider that

2  your go-to or your official address?

3       A.   For mail?

4       Q. Yeah.   For mail, for documents, you know, if

5  you were -- you know, for a Passport, for government

6  documents, whatever it may be, if you need to provide an

7  address, what address do you provide?

8       A.   I would say a lot of the times -- like, I

9  don't get much mail because it's -- it's on-line, but I

10  actually went to New Jersey to get my Passport renewed a

11  few weeks ago.

12      Q. Okay. Do you use a credit card?

13      A. I do.

14      Q. What address is listed with your credit card?

15      A. My address here, 123 Melrose Street. And then

16  I have a gold Amex card that still says -- that says 70

17  Upper Mountain, but I don't use it as much.

18      Q. Okay. And how about your bank? Do you have a

19  checking or a savings account?

20      A.  Yes.

21      Q. And what address do you have listed with your

22  bank, if you're aware? If you're not --

23      A. When I frequent -- I go to the Chase Bank. It is

24  in Montclair, New Jersey. When I talk to them, the

25  people I know intimately about my money, it has been at

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

1    Chase.  It's been the same person.

2        Q. Okay.   So you're -- for your in-person

3    visits you go to Chase Bank because you're familiar

4    with the people in that location?

5        A. Yes, exactly.

6        Q. Okay. So other than the -- you know, is there

7    anything else that related to the injury; treatment,

8    limitations, progress, anything on that scope that I did

9    not ask and you want to share?

10       A.  I would just say it's been a -- there's

11   been layers to this year, from mental to physical to

12   financial.  It's just been a really hard time.

13       Q. Okay. And other than your attorneys, including

14   Mr. Chamberlin and Mr. White, have you spoken with

15   anyone else about the claims that you're making to

16   Selective?

17       A.  No.

18       Q. Okay. Have you told your roommate Zoe?

19       A. I don't even -- she knows I'm on a court Zoom

20   thing and that's about the extent of what she knows.

21       Q. Okay. Have you told your brother or sister?

22       A. I have not personally. My parents might have,

23   but my sister's abroad, so it's hard to --

24       Q. Have you talked with your parents about your

25   claims made to Selective?

1    A. Yes, I have talked with them about it. They

2    know about it.

3    Q. When was the last time you talked with them

4    about it?

5    A. Probably yesterday. I said that I have this

6    meeting today.

7    Q. Okay. Other than your parents, is anyone else -

8    - so your parents and your attorneys, have you talked

9    with anyone else about your claims made to Selective or

10    preparing for this EUO or anything like that? Do you

11    have a friend who's an insurance agent or an aunt or

12    uncle who does this type of work?

13    A. No.   I've had -- when I first got hit -- it

14    had nothing to do with this claim -- I mean, I talked

15    with a few friends who are lawyers and whatnot. But, no,

16    not specifically about this that I can recall.

17    ATTORNEY O'BRIEN: Okay. All right. Well, thank

18    you very much for your time this afternoon. Sorry we're

19    meeting under these circumstances, but I appreciate

20    your time and for answering all the questions.

21    THE WITNESS: Of course. Thank you.

22    ATTORNEY O'BRIEN: Brandon, do you have any

23    questions or are we okay to adjourn this?

24    ATTORNEY CHAMBERLIN: I don't have anything.

25

1    Thank you very much.

2            Best of luck with everything, Bradley.

3            MR. METTS:  Thank you.

4                (The EUO was concluded at 2:27 p.m.)

5                        *   *   *   *

6            ATTORNEY O'BRIEN: Lisa, we'll take a copy of

7    the transcript. It can be electronic, pdf is fine. And

8    there's no rush request on this.

9            ATTORNEY CHAMBERLIN: Colin, would you send us

10   a copy for review and for an errata sheet or --

11           ATTORNEY O'BRIEN: Sure. So we should have

12   noted that too. Do you want your client to -- are you

13   waiving the right to read and sign or --

14           ATTORNEY CHAMBERLIN: Can I check in with Adam

15   this afternoon and get back to you on that?

16           ATTORNEY O'BRIEN: Sure. And we'll probably

17   need to let Ms. Miller know as well.

18           ATTORNEY CHAMBERLIN: Yes, I understand.   I'll

19   just shoot everyone an email this afternoon.

20           ATTORNEY O'BRIEN: Okay. Thank you.

21                           *   *   *   *

22

23

24

25

Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

```
 1   COUNTY OF LANCASTER              :
                                       SS
 2   COMMONWEALTH OF PENNSYLVANIA:

 3
             I, Lisa L. Miller, RPR, a Notary Public of
 4
      the Commonwealth of Pennsylvania, County of Lancaster,
 5
      do hereby certify that the foregoing was taken
 6
      stenographically by me on June 25, 2025, and that this
 7
      transcript is a true and correct transcript of the same,
 8
      fully transcribed under my direction, to the best of my
 9
      ability and skill.
10
             I further certify that I am not a relative
11
      or employee of any of the parties in this action; that I
12
      am not a relative or employee of any attorney in this
13
      action; and that I am not financially interested in the
14
      event of this action.
15
             As witness my hand and Notarial Seal this
16
      11th day of July 2025.
17

18

19                           _____
                             Lisa L. Miller, Notary Public
20
                             Notary Public in and for the
21                           Commonwealth of Pennsylvania

22                           My Commission expires:  6/26/2028

23

24

25
```

## WORD INDEX

**< $ >**
**$5,000** 85:4
**$690** 76:8

**< 0 >**
**04** 3:3

**< 1 >**
**1:09** 41:10
**10**   41:3, 7 43:3
86:15
**10004** 2:4
**11** 16:14
**115,000** 16:6 84:23
**11th** 91:2
**12:00** 1:13
**12:03** 4:1
**12:55** 41:10
**122** 56:15
**123** 8:19 20:14 71:1
87:15
**12th** 84:3
**13th** 57:6
**14** 79:21
**15** 38:12 44:5 52:9
54:4, 11, 21
**15th** 15:19, 22 18:6
31:16, 19 40:7 43:18
44:14, 15, 17 45:1, 23
47:21 52:11 61:15
63:9, 19 69:24 82:16,
23   84:22, 24 85:2
**1601** 2:4
**16th** 9:15 57:5
**17th** 11:13, 15 14:5
85:13, 14
**18th** 82:13, 18
**19103** 2:10
**1995** 9:15
**1st** 65:12 67:21, 22
68:21 69:5, 24

**< 2 >**
**2** 41:8 82:9
**2:00** 41:4
**2:16** 86:19
**2:23** 86:19

**2:27** 90:4
**2:30** 86:17, 23
**20** 40:25
**2005** 2:9
**2013** 9:23
**2016** 8:7 10:10
**2017** 9:25 13:8
55:15, 20 60:25
**2018** 12:18 56:6
57:1, 2, 3, 20, 22
**2019** 56:6
**2020** 12:19 57:6, 14
58:1, 14 60:15 71:22
**2021** 71:23
**2022** 59:15, 16, 23
60:16 63:18, 21 64:8,
13 72:10
**2023** 12:6, 10 59:8,
10, 17 63:21 64:9
65:13 67:21 68:22
69:5 72:10 79:13, 18
80:16
**2024** 11:16 14:5
15:20, 22, 23 16:13
18:6 38:13 43:18
46:13, 16 63:10, 19
82:1, 13, 14 84:3, 24
85:2, 15
**2025** 1:12 91:2
**20s** 62:5
**212.577.9710** 2:5
**215.564.8024** 2:11
**21st** 28:21, 23 31:17
**22** 59:18
**22nd** 28:21, 23
**23** 12:17 59:19
65:25 66:3 67:11, 23
80:5
**24** 15:11 16:5 67:12
69:24, 25
**25** 1:12 32:5 52:17
91:2
**25th** 52:19 57:5
**2600** 2:10
**267** 59:21

**< 3 >**
**3** 20:22 82:23
**30** 9:16 38:4 43:3
50:8

**31st** 67:23 68:22
69:5

**< 4 >**
**4**   24:16 55:1, 2
82:23
**4:30** 24:16

**< 5 >**
**50** 38:17
**55** 41:2

**< 6 >**
**6/21** 31:6
**6/26/2028** 91:22
**60** 53:12
**680s** 76:7
**689-ish** 76:6
**690** 76:7

**< 7 >**
**70** 26:18 30:18
33:16 54:24 87:16
**75** 2:3

**< 8 >**
**80** 21:12

**< 9 >**
**95** 38:18

**< A >**
**ability** 91:2
**able** 6:8, 14 32:23
40:14 48:23 61:11,
12 65:5 81:15
**abroad** 8:3 10:12, 15
55:8 88:23
**absolutely** 15:1
25:12 29:14
**accident** 18:6 40:2, 3
47:21 68:2 82:15, 16,
23 83:2
**account** 12:4 87:19
**accurate** 17:21
**action** 17:25 91:2
**actively** 17:15
**activities** 42:12
**actors** 45:19
**actual** 15:19 51:7

**ADAM** 2:2 81:16 90:14
**adam.adamwlaw.com**
2:5
**additional** 69:19
**address** 8:18 20:11,
13 33:16 54:18
56:13 60:12 62:4

64:10 70:14, 16, 20,
24 71:3 72:9 74:21,
24   87:1, 2, 7, 14, 15,
21
**adjacent** 33:13
**adjourn** 89:24
**adolescent** 44:5
**adult** 74:6
**Advil** 43:11, 13, 16
**affect** 35:23
**affirmed** 4:4
**afternoon** 4:9, 10
26:8 89:18 90:15, 19
**age** 55:2
**Agency** 11:17, 20, 22,
23, 24 17:20, 22 76:2
**agent** 89:11
**ago** 10:25 37:6
43:25 46:23, 24
62:24 66:18 71:21
85:1 87:11
**agreed** 62:11
**agreement** 15:7
**ahead** 12:3
**Air** 45:5 70:8
**Airbnb** 58:17, 23, 25
60:10, 16
**Airbnb'd** 58:19
**Airbnb'ing** 58:18
**Airbnbs** 59:25 60:2,
4, 20
**Alight** 76:3
**Amazon** 74:25 75:9
**America** 2:11 13:10,
12 45:10
**Amex** 87:16
**amount** 14:2 36:15
76:12 84:2, 21
**Amtrak** 70:10
**Amy** 28:16 76:25
77:20 82:10

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

Amy's 78:*25*
**anesthesia** 84:*17*
**ankle** 21:*19, 20, 23*
25:*21*, 22 29:6, *17, 24*
31:*10* 34:*8* 36:*1* 37:*17*
38:*5, 25* 42:8,
*13, 17, 20, 23* 43:2, *13*
83:*20, 21* **ankle-**
**related** 34:*21*
**annoyed** 37:*18*
**annoying** 35:*19*
**Annually** 16:6 **answer**
6:*7, 9* 7:*3* 24:*5, 15*
31:*13* 38:*21* 47:*13*
61:*11, 12* 68:*14, 24*
71:*10* **answering**
89:*20* **answers** 6:*11*
41:*14* 84:6
**anticipate** 5:6, *7* 6:*23*
**antidepressants** 43:*24*
**anti-depressants**
44:*12, 18* 45:*1*
**anybody** 38:*8* 50:*14, 17*
**anything's** 50:*24*
**apartment** 8:*3* 18:*23*
24:*13* 31:*20, 22*
39:*12* 47:*15* 51:*19, 21,*
*22* 52:*7, 14, 20, 22, 25*
53:*13, 17* 54:*8* 55:*1*
57:*9, 13, 18* 58:*10, 20*
59:*5, 7, 9,*
*14, 18* 60:*14* 66:*1, 19,*
*23, 25* 67:*10, 24* 73:*21*
74:*18* 75:*17* 76:*14*
**apartments** 58:*18*
70:*21* 73:*17*
**apologize** 27:*24*
**appearance** 35:*21*
**APPEARANCES** 2:*1*
**appears** 81:*25* **apple**
66:*11* **Application**
81:*11* **applied** 46:*3, 9*
**applying** 46:6
**appointment** 28:*7*
33:*1* 34:*21, 23, 25*

35:*24* 36:*1, 19, 23* 37:*1,*
*2, 9, 14, 15*
**appointments** 28:*14*
37:*7*
**appreciate** 89:*20*
**approaching** 76:*11*
**appropriately** 36:*19*
**approximate** 31:*5,*
*12, 13* 32:*12* 85:*4*
**approximately** 8:*5, 7*
16:*14* 17:*8, 10, 14*
19:*4, 5, 19* 20:*22*
22:*18* 24:*12, 15*
28:*21, 22, 23* 32:*7,*
*14, 16* 33:*11* 34:*22*
36:*16* 37:*4, 8* 46:*18,*
*20, 23* 50:*6, 8* 55:*5,*
*16, 17* 56:*7* 58:*14*
59:*2, 5* 63:*11* 64:*13*
67:*12* 68:*18* 69:*7* 70:*1*
78:*4, 14* 79:*21* 85:*14*
**approximating** 36:*11*
76:*7*
**April** 53:*12* 79:*17* 80:*5,*
*15*
**area** 46:*10* 52:*2*
67:*7*
**arrived** 15:*2*
**articles** 17:6
**asked** 24:*4, 6, 7, 8*
47:*9* 77:*11* 81:*20*
**asking** 4:*19* 6:8
17:*10* 33:*18* 58:*9*
67:6
**assign** 17:6
**assisted** 16:*21*
**Associate** 2:*15* 4:*18*
**assume** 6:*7* 23:*2*
25:*20* 66:*22* 71:*2*
**assumed** 36:*20*
**athletic** 38:*4*
**at-home** 34:*14, 19*
**attempt** 22:*10*
**attempted** 22:*9*
**attempts** 48:*12*
**Attending** 2:*2, 8, 15*
**attire** 73:*14*
**Attorney** 3:*3* 4:*8*
25:*6* 40:*24* 41:*1, 6, 7,*

*9, 11, 19, 22* 61:*8*
62:*14, 16, 22* 63:*1*
68:*23, 25* 69:*3, 4* 81:*15,*
*19* 86:*6, 11, 15, 20*
89:*17, 23, 25* 90:*6, 9,*
*11, 14, 16, 18, 20* 91:*2*
**attorneys** 88:*13* 89:*8*
**August** 52:*1* 82:*1*
84:*3* 85:*14* **aunt**
89:*12*
**Auto** 4:*14* 61:*14*
76:*19* 81:*7*
**automated** 75:*7*
**Ave** 33:*16* 54:*24*
**average** 49:6
**avoid** 21:*25*
**award** 45:*18*
**aware** 15:*14* 24:*2*
79:*5, 13* 87:*22*

**< B >**
**Bachelor** 10:*4* **back**
15:*23* 18:*14* 23:*14*
24:*8, 9* 26:*18* 27:*2*
30:*12* 34:*13* 36:*8*
37:*17* 38:*6, 9, 17* 41:*7,*
*11, 20, 21* 43:*24* 44:*8,*
*12* 47:*4, 8, 23* 48:*3, 17*
51:*18, 22, 24* 52:*2, 3,*
*5, 13, 21, 23, 24*
56:*22, 24* 58:*13* 60:*2,*
*13* 62:*23, 25* 69:*9*
71:*22* 76:*24* 90:*15*
**background** 4:*25* **bad**
43:*22, 23* 63:*22*
**balance** 39:*4*
**bank** 87:*18, 22, 23*
88:*3*
**Barcelona** 10:*16*
**Barnabas** 32:*22*
33:*12*
**based** 17:6, *18* 18:*4*
50:*9*
**basically** 27:*8* 48:*18*
**basis** 52:*20*
**bear** 32:*5, 12*
**bearing** 31:*1, 8, 11*
**beauty** 72:*25*

**bedroom** 54:*10*
72:*21* 73:*7*
**began** 71:*23*
**beginning** 29:*15*
69:*15* 70:*19*
**behalf** 4:*14* 48:*13*
62:*12*
**behavioral** 44:6
**belief** 44:*20*
**believe** 14:*24* 15:*1*
22:*8* 49:*25* 68:*14*
78:*24* 81:*23*
**believed** 37:*7*
**belong** 39:*14, 15, 17*
**benefit** 79:*2*
**benefits** 78:*22, 25*
79:*1* 80:*10, 21* 81:*11*
85:*24*
**best** 5:*8* 66:*17* 90:*2*
91:*2*
**bicycle** 83:6
**big** 45:*18* 73:*19*
**bigger** 75:*3*
**biggest** 38:*23*
**bike** 20:*3, 6, 8, 9, 23*
21:*2, 3, 7, 16, 24* 22:*2,*
*4, 5* 49:*2, 3, 5, 7, 8, 12,*
*25* 50:*7, 12*
**bills** 75:6 84:*2, 10, 12*
**bird** 20:*1*
**birth** 9:*14*
**birthday** 57:*5*
**bit** 12:6 19:*1, 21*
21:*17* 29:*1* 32:*12*
42:6 85:*1*
**biweekly** 68:*5, 14*
**bonus** 16:*10*
**boot** 32:*4*
**boxing** 39:*2, 7, 23*
42:*1*
**boyfriend** 58:*19*
**Brad** 41:*1*
**Bradley** 4:*16* 90:*2*
**brain** 33:*17*
**branded** 45:*16*
**BRANDON** 2:*3* 61:*7*
89:*23*
**break** 6:*25* 7:*2*
18:*25* 41:*5, 10* 86:*19*

Deposition of Jamie Putnam

Selective Insurance Company of America Claim No. 22658016

**breaking** 60:*8*
**bridges** 57:*12*
**brief** 83:*2*
**Broad** 2:*3*
**broader** 14:*13*
**broke** 58:*21*
**broken** 25:*12, 20, 24*
**Brooklyn** 8:*17* 18:*14,
16* 19:*10* 24:*25* 50:*25*
51:*20, 23* 55:*23, 24*
58:*22, 24* 59:*1, 20*
63:*10, 13, 17* 74:*17,
20, 24* 75:*12, 13*
76:*14* 87:*1* **brother**
66:*17* 77:*17,
21* 88:*21*
**brother's** 77:*18*
**brown** 54:*5*
**Bruce** 2:*15* 44:*4*
**budget** 47:*5*
**build** 34:*12*
**building** 18:*21* 22:*16,
22* 23:*1, 24* 24:*1, 3*
39:*6, 16*
**built** 21:*4*
**bunch** 33:*8* 38:*5*
54:*6*
**Bushwick** 49:*21*
**busiest** 17:*3*

**< C >**
**call** 23:*17* 36:*14* 37:*4*
47:*17, 19, 22* 48:*13,
14* 49:*6* 73:*22* 84:*23*
**called** 4:*4* 18:*14*
23:*6, 16* 33:*8* 35:*1*
48:*12, 15* 81:*11* **calls**
41:*16* 62:*15* **Calvin**
67:*8*
**camera** 8:*2, 4* 10:*11*
73:*19*
**cameras** 24:*2, 11*
**Camp** 10:*22*
**campaign** 45:*17*
**campaigns** 45:*16*
**cancer** 45:*17* **car**
26:*17* 72:*16* 76:*18,
21*

**card** 87:*12, 14, 16*
**care** 11:*24* 35:*12*
**carpet** 54:*5*
**carrier** 75:*19*
**cars** 50:*16, 17*
**cartilage** 29:*7*
**cash** 14:*3*
**cast** 25:*16* 30:*22* 31:*9*
36:*8, 17* **category**
83:*17* 84:*16* **cause**
42:*5*
**causing** 35:*17*
**center** 29:*4*
**certain** 36:*15* 41:*4, 8*
72:*22*
**certificate** 11:*8*
**certification** 10:*20*
11:*6*
**certifications** 10:*18*
**certify** 91:*2*
**cervical** 45:*17*
**cetera** 8:*10*
**CHAMBERLIN** 2:*3*
40:*24* 41:*6, 9, 11* 62:*14*
68:*23* 69:*3* 88:*14* 89:*25*
90:*9, 14, 18*
**changed** 42:*24* 79:*18*
**Chase** 87:*23* 88:*1, 3*
**check** 36:*3* 90:*14*
**checked** 22:*8* **check-
in** 36:*3, 18, 23*
**checking** 18:*16*
19:*16* 87:*19*
**check-ins** 36:*7*
**childhood** 26:*19*
65:*19*
**chores** 74:*3* **Christmas**
57:*2* 69:*11, 14, 20*
**chronologically** 12:*16*
**chronology** 27:*4, 6*
**circumstances** 89:*19*
**City** 18:*11* 19:*2, 3, 10*
29:*3* 34:*24* 43:*6* 48:*17*
53:*9* 57:*6, 15* 67:*7* 71:*3,
12, 16, 20* 72:*13, 19*
73:*17, 21* 76:*18*

**claim** 7:*15, 21, 23*
10:*10* 61:*14, 21, 23*
62:*7, 12* 79:*1, 10*
89:*14*
**claims** 61:*6* 79:*11,
15* 80:*21* 84:*18*
88:*15, 25* 89:*9*
**Claire** 27:*2*
**clarify** 54:*20* 65:*4* 84:*8*
**classify** 83:*16*
**clean** 74:*5*
**cleaning** 74:*8*
**clear** 5:*20* 6:*4*
**client** 18:*4* 90:*12*
**clients** 18:*1*
**clipped** 21:*23*
**close** 37:*12* 38:*12*
69:*16* 86:*17*
**closed** 47:*2, 4, 7*
57:*15*
**closest** 24:*25* 25:*5* 51:*6*
**closet** 73:*22*
**clothes** 72:*24* 73:*8,
24, 25*
**club** 39:*20*
**cobrien@stradley.com**
2:*11*
**cognitive** 44:*6*
**Colin** 1:*11* 2:*9* 4:*11*
40:*24* 90:*9*
**collateral** 44:*15*
**college** 54:*14, 19*
60:*25*
**colloquially** 41:*15*
**color** 49:*8, 10*
**combination** 65:*15*
**come** 18:*14* 23:*7* 24:*9*
36:*14* 37:*17* 41:*7*
48:*17* 52:*4* **comes** 7:*1*
8:*25* 75:*4* **comfort**
67:*20* **coming** 20:*2*
21:*22* 33:*16* 45:*11*
**Commission** 91:*22*
**commit** 33:*1*
**committed** 32:*24*
**committing** 32:*21*

**COMMONWEALT
H** 91:*2, 21*
**communications**
11:*25*
**community** 39:*17*
**companies** 17:*21*
**Company** 2:*11* 4:*15*
**Comparatively** 35:*18*
**completely** 31:*2*
**concern** 35:*20, 22*
**concluded** 34:*6* 90:*4*
**conclusion** 41:*17*
62:*15*
**condition** 38:*7, 9, 13*
**condo** 51:*19*
**conduct** 45:*19*
**conference** 5:*25*
**confident** 72:*8*
**consider** 87:*1*
**consistent** 82:*25*
**constantly** 64:*6*
**consult** 27:*18*
**consumer** 18:*3*
**contemplated** 80:*20*
**content** 12:*22*
**continue** 41:*23* 67:*10*
69:*25* **continued**
37:*21* **contract** 13:*19*
**contractor** 16:*18*
**convenience** 67:*20*
**conversation** 50:*10*
62:*8* 63:*4*
**Copenhagen** 78:*10,
12, 15*
**copy** 90:*6, 10* **Coral**
9:*25* **corporate**
13:*10, 12* **Correct**
13:*6* 14:*5* 28:*9* 29:*20*
48:*9* 50:*1* 63:*5, 11*
64:*10* 68:*3* 79:*21*
82:*10* 83:*22, 25* 91:*2*
**correctly** 11:*18*
**correlated** 65:*19*
**Counsel** 2:*5, 11*
**COUNTY** 91:*1, 2*
**couple** 82:*8*
**course** 10:*20* 89:*22*

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

---

**court** 5:*2*, *3*, *10*, *12*, *16*, *25* 14:20 15:*3*, *6* 25:*2* 69:*2* 88:*19*
**cover** 54:*5* 81:*23*
**coverages** 79:*2*
**covered** 81:*9* 84:*13*
**covering** 49:*23*
**covers** 16:*22* **co-working** 39:*17*
**cracked** 51:*10*, *14*
**crawl** 22:*22*
**crawled** 18:*20* 22:*16* 31:*20*
**create** 17:*7*
**creating** 17:*5* 18:*1*
**Creative** 10:*22* 46:*7*
**credit** 87:*12*, *14* **credits** 55:*11*
**crews** 45:*20*
**crutches** 25:*15*, *17* 30:*23* 32:*4*
**current** 59:*6*, *13* 66:*1* 67:*9*, *24* **currently** 11:*9* 16:*21* 44:*5*
**cut** 36:*9* 47:*5*
**cutting** 74:*8*
**cycle** 83:*14*
**cystic-looking** 35:*8*

**< D >**
**dad** 27:*1* 74:*10*
**damage** 44:*15*
**damaged** 51:*12*
**DATE** 1:*12* 9:*14* 15:*18*, *19* 37:*12* 51:*16* 58:*21* 72:*4* 82:*12*, *20*, *22* 84:*2* 85:*13*
**dated** 82:*1*
**Davis** 12:*11* **day** 6:*16* 11:*14* 14:*2*, *4* 18:*8* 20:*21* 40:*12* 42:*11* 43:*6*, *20* 63:*18* 74:*9* 84:*25* 91:*2* **days** 15:*13* 43:*2*, *3* 49:*21* 53:*1*, *3*, *12*, *16*, *19* 67:*13* 82:*15* 83:*11*

**December** 32:*18* 64:*13* 67:*23* 68:*22* 69:*5*
**decorating** 72:*24*
**defendant** 7:*12*
**definitely** 24:*21* 25:*23* 82:*24* **degree** 10:*2*, *17* 11:*6*, *8*
**degrees** 10:*18*
**delivered** 75:*11*, *13*
**deliveries** 75:*10*
**delivery** 20:*5* 21:*11*, *13*
**departure** 16:*5*
**depend** 64:*16* 68:*4*
**depends** 16:*25* 17:*13* 46:*8* 75:*1*
**deposition** 5:*1* **describe** 13:*17* 49:*1* 54:*1* 63:*4*
**described** 17:*19* 20:*23* 83:*12*
**description** 49:*3*, *5* 83:*2*
**designated** 53:*23*
**detail** 7:*25* 18:*7* 21:*17* 29:*1*
**determine** 53:*5*
**difference** 18:*4*
**different** 12:*13* 18:*5* 26:*4* 28:*14* 34:*18* 60:*4* 78:*22* 84:*18*
**difficult** 5:*6*, *10*, *16*
**digital** 17:*22* **dinner** 68:*7*, *10* **direct** 45:*21* **direction** 91:*2*
**directly** 12:*25* 13:*2* 45:*1* 51:*10* 59:*13* 60:*12*
**dirt** 83:*17*
**disability** 15:*25* 16:*3*
**discomfort** 35:*21*
**discuss** 81:*1*, *3*
**discussed** 44:*2*
**discussing** 37:*10*
**discussion** 61:*24* 62:*1*, *17*

**discussions** 79:*25* 80:*8*
**disoriented** 18:22 22:24
**District** 67:*8*
**doctor** 27:*17*, *19*, *20*, *23* 28:*1* 36:*20*, *21* 44:*3*
**doctors** 27:*9*
**document** 81:*10*, *22*, *24* 82:*2* 85:*6*
**documents** 8:*9* 81:*13*, *21* 87:*4*, *6*
**doing** 29:*8*, *9* 45:*4*
**dominant** 21:*20*
**Domino** 58:*24* 59:*3*, *13*
**Don** 77:*2*, *3*, *20*
**door** 20:*16* 23:*12*
**doorman** 23:*24*
**downstairs** 20:*4* 54:*22*
**Dr** 44:*10*
**dresser** 72:*23*
**drink** 6:*25*
**drive** 20:*5* 32:*23* 33:*20* 52:*7*
**drivers** 20:*5*
**driving** 20:*8* 21:*9* 28:*11*
**drop** 20:*11*
**due** 50:*22*
**duly** 4:*4*
**duration** 33:*24* 34:*1*
**duvet** 54:*5* 72:*24*

**< E >**
**earlier** 20:*14* 41:*13* 47:*9* 51:*15* 55:*12* 83:*1*
**early** 26:*8* 56:*6*
**earned** 85:*2*
**earning** 16:*4*
**easier** 67:*19*
**easily** 73:*20*
**East** 56:*3*, *4*, *13* 59:*20*
**easy** 39:*25*
**Editing** 10:*23* 46:*8*

**editorial** 12:*18*
**education** 9:*19* 10:*1*
**eight** 78:*13*
**Either** 7:*12* 15:*6* 21:*23* 42:*5* 45:*16* 46:*25* 51:*10* 56:*6* 61:*9* 70:*21*
**election** 71:*13*, *14*, *20*
**elections** 71:*17*, *23*
**electric** 83:*7* **electronic** 90:*7* **elevated** 29:*13* 30:*15* 31:*8*
**elevator** 18:*21* 23:*4*
**eligibility** 16:*10*
**email** 75:*7* 90:*19*
**emergency** 18:*24* 23:*16* 24:*13*, *18* 25:*9* 47:*16* 84:*1*
**emotional** 44:*1*
**emotionally** 43:*19*
**employed** 11:*9*, *12*, *13* **employee** 91:*2*
**employer** 12:*25* 15:*14* 16:*19* 44:*9* 85:*7* 86:*7*
**employers** 85:*1*
**employment** 14:*8* 17:*15* 30:*10* 46:*12* 85:*13*
**emptied** 56:*23*
**empty** 25:*10*
**ended** 14:*8*, *9* 21:*22* 27:*8*, *10* 30:*19*, *21* 32:*21* 48:*16* 56:*22*, *24*
**engine** 21:*4*
**enjoyed** 40:*5*
**entire** 12:*8* 33:*24* 54:*19*
**entity** 13:*21*
**equipment** 8:*2* 10:*11* 54:*7* 73:*10*, *20*
**errata** 90:*10*
**especially** 5:*9* 43:*23* 62:*5* 64:*5* 70:*5*
**Esquire** 1:*11* 2:*3*, *9*
**essentially** 4:*17* 15:*11*

---

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

**estimate** 6:*14, 15, 18, 20* 8:5 22:21 38:*12* 43:*1, 13* 50:6 52:6 53:*11* 63:23 64:24 67:*24* 78:7 84:20 **et** 8:*10*

**EUO** 4:25 89:*10* 90:*4*

**evening** 26:*9* 27:*3* **event** 53:*4* 91:2 **eventually** 23:*1* 28:*18, 19* 30:5

**Everyday** 12:*11* 13:*4, 9, 12* 16:*19, 24* 17:*4* 18:*2, 3* 70:*18*

**exact** 25:*13* 30:25 72:*4* 76:*12*

**exactly** 21:*15* 58:*20* 84:*4* 88:5

**EXAMINATION** 1:*3* 3:*3* 4:7, *13*

**examined** 4:5

**example** 45:*17*

**exboyfriend** 56:*21* 60:7

**exboyfriend's** 60:*20*

**exercises** 34:*15* 43:7

**EXHIBITS** 3:*10*

**expand** 14:*17*

**experience** 10:*12* 40:*23* 41:*25* 42:*7, 12, 22* 43:*20*

**experienced** 43:2

**experiencing** 43:*17*

**expires** 91:22

**explain** 47:*12*

**explained** 27:*15* 62:6 63:*3, 5, 6*

**extended** 69:*9*

**extent** 41:*13, 16* 62:*8, 15* 88:20

**extra** 55:*17*

**< F >**

**face** 48:*25* 49:*19, 23*

**fact** 50:*3*

**factors** 65:*15*

**fail** 62:*4*

**fair** 68:*20* 69:*1* 80:*13*

**fall** 20:*9* 31:*18* 50:*3, 19* 55:*10, 13*

**falls** 84:*16*

**familiar** 79:*3* 82:*3* 88:*3*

**family** 68:*12*

**famous** 86:*21*

**far** 22:*21*

**fast** 21:5, *19, 22* 50:6

**father's** 77:*1*

**fatigued** 42:5

**fatter** 42:*16*

**FAX** 81:*23*

**February** 37:*4, 21, 25* 38:2

**feel** 49:*20*

**feels** 35:*3*

**feet** 22:*23* 42:*4* 43:*6* 83:*15*

**fell** 18:*18* 20:7 21:*23*

**felt** 36:*14*

**field** 45:*8*

**file** 47:*24* 48:*1, 4*

**filed** 47:*23*

**filled** 35:*3*

**Film** 10:*9*

**final** 36:*22, 24*

**finally** 16:*22*

**financial** 88:*12*

**financially** 43:*19* 91:2

**find** 30:*10* 51:*9*

**fine** 6:*12* 90:*7*

**firm** 4:*12* 11:*25*

**first** 12:*16* 13:*9* 16:*19* 24:*7, 8* 27:*7, 17, 19* 29:*14* 30:*14* 36:*2, 8* 43:*25* 46:*23* 56:*1, 13* 58:*25* 64:*12, 15, 25* 66:*20* 67:*23* 68:2 70:*7, 18* 71:*19* 80:*13, 14* 81:*23* 83:*24* 86:*8* 89:*13*

**fish** 30:*7*

**fit** 54:*8* 73:*10, 20*

**fitness** 39:*19, 24*

**five** 16:*7* 22:*23* 41:*3*

**fixed** 47:*18*

**fled** 57:*13*

**flew** 67:*19*

**flipping** 21:22

**floor** 50:5 54:*5, 21*

**Florida** 9:*25* 55:5

**fluid** 35:*3*

**fly** 45:*19* 68:6

**flying** 68:*10*

**focus** 10:6 17:*24* 18:2

**follow** 26:*9* 34:*15, 17, 18* 86:24

**following** 26:*4*

**follows** 4:5

**food** 21:*11, 12*

**foot** 24:20 29:*13* 36:25

**footage** 16:*20* 17:5

**forcing** 74:*11*

**foregoing** 91:2

**forget** 12:22 25:*12, 23* 27:7 29:*8* 30:25 73:*4* 86:*9*

**forgetting** 33:*17*

**form** 82:*9*

**formal** 10:*1*

**former** 85:7

**forth** 47:*23* 52:*21, 23*

**forward** 83:*14, 15*

**found** 23:*14* 51:*6, 8, 9*

**four** 32:*16* 33:*11* 44:*23* 53:*1, 3* 54:*17* 55:5 71:*21*

**fracture** 83:*19*

**fractured** 25:*12, 20, 23*

**freelance** 13:*16, 18*

**frequency** 67:*15*

**frequent** 68:*8* 87:*23*

**frequently** 42:*25*

**Friedman** 44:*4, 10*

**friend** 18:*23* 19:5 23:*6* 26:*17* 51:5 60:*14* 65:*20* 89:*11* **friends** 65:22 66:*17* 89:*15*

**friend's** 18:*11*

**front** 22:6 24:*3* 81:*21*

**froze** 77:*8*

**fry** 30:7

**full** 9:6      11:*13* 13:*14, 20*  43:6    51:*25* 52:*10, 13, 16*  63:*10, 12, 15, 17*  85:*10*

**full-time** 13:*9, 10, 12* 46:*13* 52:20

**fully** 39:*4* 51:*14* 59:24 91:2

**further** 32:25 91:2

**< G >**

**Gables** 9:*25*

**gap** 12:25

**garden** 74:*10*

**Garment** 67:8

**gas** 83:6

**GCI** 11:*17, 18, 22, 23* 12:5, *25* 13:*13* 14:5, *8, 11, 14* 16:5 17:*24, 25* 70:*23, 24* 71:*10* **general** 53:7 **generalization** 49:*16* **g-e-r** 66:*11*

**getting** 19:*23, 25* 20:*18* 27:*9* 48:*21* 65:*21* 69:*23* 77:*13*

**give** 4:25 7:*25* 19:*21* 21:*16* 36:6 40:25 48:6

**given** 4:*22* 34:*14*

**global** 65:22 **go** 4:*24* 9:*18* 12:*3, 15, 24* 13:*19* 14:20 15:*3, 5, 23* 20:*4* 23:*16* 24:*8, 13, 22* 26:*14, 23* 27:6 30:*21, 23* 39:*13* 42:*11* 47:6 52:*3, 21, 23* 53:*7, 9, 15, 18* 56:22 58:*3* 61:*10* 68:*7, 9* 69:*9, 11, 16* 73:*9, 11* 85:*16* 87:*23* 88:*3*

**goes** 5:*1* 38:*8* 67:*1, 3*

**going** 4:*24* 6:23 14:*21* 15:*17* 18:25

Deposition of Jamie Putnam                                                    Selective Insurance Company of America Claim No. 22658016

21:*4* 27:23 29:6
30:*11* 31:*12* 39:*1*
41:2, *12* 53:5, *21*
65:8 75:*1, 10, 12*
**gold** 87:*16*
**Good** 4:*9, 10* 19:5
64:*4* 65:20 75:14
**Gotcha** 30:*13* 55:14
**go-to** 87:2
**gotten** 60:7
**government** 87:5
**grab** 40:*25*
**grad** 13:5
**graduate** 11:*5*
**graduated** 9:22, *25*
10:2 13:8 55:*10, 11*
60:*25*
**graduating** 56:8
**graduation** 55:*18,
19* greatly 84:*12*
**grew** 26:*24*
**group** 39:*20*
**growth** 35:2, *5, 25*
**guess** 6:*11, 19* 19:8
32:*12* 33:3, *8* 37:5
48:2 49:9, *15* 50:9
55:25 57:22 58:25
59:16 62:20 63:*15*
65:2, *8, 9* 72:7 80:*24*
**guessing** 12:*21* 33:4
64:*16* 65:*1* 70:*19* 85:*3*
**gym** 39:*5, 6, 15, 18*

**< H >**
**Hager** 66:7 **H-a-g-
e-r** 66:*9, 13* half
17:*14* 31:2, *3* 55:6,
*7* 56:8 64:2, *3, 12,
15* 65:*11* 70:6, *7*
**halfway** 41:2, *5*
**hand** 91:2
**happen** 45:2
**happened** 7:*23*
18:*10* 21:*15, 19*
22:*11* 25:7 26:7
44:*25* 48:7 50:*20*
86:5
**happens** 27:*4*

**happy** 36:*21* 37:22, *25*
38:*3*
**hard** 39:2 42:*9*
44:*20* 47:*3* 49:*20*
64:*18* 69:22 88:*12,
23*
**harder** 24:*15*
**hardware** 30:*4* 42:*18*
**head** 5:*14, 18*
**healing** 36:*19, 21*
**Health** 11:*17, 18, 22,
24* 12:5, *11, 19, 25*
13:*4, 9, 13* 14:5, *8, 11,
14* 16:*19, 24* 17:*4, 24,
25* 18:2, *3* 44:6
47:*17* 63:22 65:*16*
70:*18, 24, 25* 71:*10*
72:25 75:*4, 25* 86:2
**health-focused** 17:*20*
**hear** 47:*4* 65:5
68:*23*
**heard** 4:*16* 5:*21*
11:*18* 68:25
**hearing** 48:*17* 80:*14*
**heart** 29:*13*
**H-e-g-a-r** 66:*12* **H-
e-g-e-r** 66:*10* helmet
49:*22, 24* help 8:*9*
23:7 57:7 74:*10*
**helped** 8:*4* 18:*24*
26:*16* 84:*12*
**high** 9:*19, 20, 21*
40:*3* 54:*16, 19* 55:2
**hip** 29:*8, 10*
**history** 9:*19*
**hit** 18:*17* 19:*21, 22*
20:*3* 21:*16, 24* 22:*2,
4, 5, 9* 23:*13, 20*
24:*18* 31:*20* 37:*12* 48:*24*
56:*20* 89:*13* **Hold** 58:*16*
86:*22* holder 82:*10*
**holidays** 69:*8, 14, 20,
23*
**home** 9:*4* 31:*16* 52:7
53:*7, 10, 14, 15, 18*
54:*8* 55:*15* 56:2 60:*13,
19, 21* 62:2, *10* 63:*8,
22* 64:6, *14, 21*

65:*18, 23* 67:*10,
12, 18* 68:7, *9, 19*
69:*17* 70:*11* 72:*20*
73:3, *7, 18, 24* 74:4
75:*1* 77:*24* **home-
away-from-home**
62:*3*
**honestly** 70:6 73:*11*
**hospital** 24:22 25:8
26:8 27:*10* 28:2 83:*24*
**hot** 22:*16*
**hotel** 61:*3*
**hour** 17:*14* 24:*18*
50:*8* 52:*8, 9*
**hours** 17:8
**house** 18:*12* 26:*19,
25* 31:7 51:*16* 52:*10*
53:*3, 24* 54:*23* 55:*1*
58:7, *8, 13* 63:20
64:*24* 67:*25* 70:*1*
77:25 78:18
**HSS** 27:*10* 34:24 **HSS's**
29:*3*
**huge** 44:22

**< I >**
**ice** 23:*15*
**idea** 84:*9*
**identifies** 83:*19*
**Immediately** 23:*20*
**important** 5:*4*
**incident** 8:*1* 40:7 42:2
43:*18* 44:*11, 14, 16, 17*
50:*18, 20* 51:2, *17*
61:*15* 63:*9, 18* 79:22
84:*5, 10, 20, 22* **incline**
40:*1, 12* **include** 16:*9*
31:*4* **including** 69:8
88:*13* **income** 16:*13*
**incorrect** 82:*20*
**incredibly** 21:*19* 34:*12*
**independently** 13:*18*
**INDEX** 3:*1, 10*
**indicate** 5:*16*
**indicates** 81:*24*
**industry** 43:*23*

**inform** 62:*19*
**informal** 5:*22*
**information** 14:*16*
19:*21* 31:*14*
**informed** 29:22, *25*
62:*10*
**initial** 28:7 31:*4*
**Initially** 32:*25*
**inject** 35:*14*
**injured** 15:*9* 21:*20*
22:*1* 26:*23* 35:*7* **injuries**
50:*10*
**injury** 7:*18* 14:22,
*25* 15:*14, 17, 18, 19*
18:22 20:7 28:22
45:*11* 78:25 88:7 **in-
person** 88:*2*
**inside** 83:*10*
**instruments** 54:*9*
**Insurance** 2:*11* 4:*14*
7:*14, 21, 23* 8:3 44:6,
*8* 61:*14* 62:6, *12* 63:7
75:*4, 15, 18, 22, 25*
76:8, *13, 15, 19* 78:*21,
23* 79:*10, 14, 18* 80:*1,
4, 11, 15, 23* 81:2, *6,
7, 12, 22* 84:*11, 14*
86:2, *4* 89:*11*
**insured** 79:7 80:22
**interested** 91:2
**intern** 4:*17*
**international** 45:*10*
**internship** 78:*13*
**interviews** 45:*20*
46:*15, 18, 20, 22*
**intimately** 87:*25*
**involved** 7:*9*
**Island** 78:2, *3*
**issue** 36:*1, 2* 48:*11*
**issued** 72:*1*
**issues** 37:*16* 44:2, *14*
65:*16*
**items** 73:6, *19*
**it'll** 4:*19*

**< J >**
**Jacob** 77:*19, 21, 23,
25* 78:*1*

Deposition of Jamie Putnam

Selective Insurance Company of America Claim No. 22658016

**J-a-c-o-b** 77:*19*
**JAG** 33:*7*
**JAMIE** 1:*4, 10* 2:*5*
3:*3* 4:*3* 9:*7*
**January** 52:*15, 17*
65:*12* 69:*24*
**Jersey** 4:*15* 9:22
18:*11* 19:2, *3, 10* 24:9
26:*19* 27:22 28:2, *9*
30:*18* 32:22 47:*25*
48:*19* 52:*3* 56:22
61:*14* 71:8 72:5 76:22
87:*10, 24* **job** 13:9
43:22, *23* 44:*21, 22*
46:*4, 15* 55:*11* 57:*19*
67:*17* 70:6, *13, 15*
71:*11* 84:*11*
**jobs** 13:*12* 16:*23*
17:*18* 46:*6, 7, 8* **jog**
40:8, *19, 21* **jogged**
40:*20*
**judge** 6:*1*
**July** 11:*13, 15* 14:5
15:*10, 22* 16:5, *12*
46:*13, 16* 51:25
82:*12, 13, 17, 18*
85:*13* 91:2
**jumping** 43:*8* **June**
1:*12* 15:*19, 20, 22*
18:6 28:22, *23* 31:*16,
17, 19* 40:6 43:*17*
44:*14, 15, 17* 45:*1,
22* 47:*20* 52:*11, 19*
55:*20* 61:*15* 63:*9, 18*
64:*13* 65:*13* 67:*11,
21, 22* 69:*24* 82:*16,
17, 23* 84:22, *24* 85:2
91:*2* **junior** 47:6

**< K >**
**keep** 30:*15* 54:*8*
72:*20, 21, 24* 73:*25*
**kept** 23:*15* 76:22
**kids** 77:*20*
**Kim** 86:*8*
**kind** 14:7 18:*20*
20:*7, 17* 21:*1, 4*
22:*15* 24:*10* 39:*3*

57:*6* 61:*2* 62:*3, 4*
64:*19* 73:*16, 17,
18, 25* 83:*10* 84:*9*
**kits** 73:*10*
**Klein** 67:*8*
**knew** 29:*5*
**know** 5:*6* 6:5, *12, 13,
17, 18* 7:*1* 9:2 14:*20,
21, 22* 18:6, *8, 9* 20:6
21:*1, 14, 16* 22:*13*
24:*4, 17* 29:*9* 31:*13,
16, 19* 33:*4, 5, 18, 22*
34:*5* 35:*1, 3* 38:*11*
45:*3* 47:*3, 6, 7* 49:*14*
50:*2, 16, 19* 51:*1, 5*
53:*5, 11* 54:*24* 55:*3*
57:*1, 2, 12* 58:*1, 11*
61:*1, 2, 9, 19* 63:*7*
64:*17, 18* 66:*16*
67:*21* 68:*10, 12, 13*
71:*12, 22* 72:*21, 22,
25* 73:*16* 74:8 75:*1, 2,
5, 10, 12* 76:*16, 24*
79:6, *9, 23* 80:9 81:*5,
8* 82:*13, 18* 83:*5, 7, 9,
14* 84:*11* 86:*9, 21*
87:*1, 4, 5, 25* 88:*6*
89:*2* 90:*17*
**knowing** 73:*16*
**knows** 45:*2* 88:*19, 20*

**< L >**
**lacrosse** 40:*3*
**laid** 14:*12, 19, 22*
15:*10, 13* 44:*24*
**LANCASTER** 91:*1, 2*
**large** 11:*23*
**late** 56:*6* 57:*1*
**latest** 36:*25*
**LAW** 2:2 4:*11*
81:*16*
**lawn** 74:*8*
**lawsuit** 7:*10*
**lawyer** 8:*12* 15:*7*
**lawyers** 89:*15*
**lay** 30:*15*
**layers** 88:*11*
**layoff** 14:*13, 24*
45:*18*
**lead** 45:8, *20*

**lease** 56:*19, 22, 23*
57:*23, 24* 64:*5, 7, 12,
15, 25* 65:*12, 25*
66:*20, 23* 72:*12* **leased**
76:*22*
**leases** 59:*15* 63:*12*
**leave** 14:*11* 26:*17*
48:*19* 61:*9*
**left** 12:*17* 24:*13* **leg**
30:*15* 31:*7* 34:*11* **legal**
41:*16, 18* 62:*15*
**legitimate** 46:*20*
**Lemonade** 75:*17, 18*
**letter** 66:*11*
**Levy** 23:*10*
**L-e-v-y** 23:*10*
**license** 20:*10* 49:*11,
12, 15* 71:25 72:*1, 3,
13, 14*
**licenses** 10:*18*
**lie** 29:*12*
**life** 30:*11*
**lighting** 73:*9*
**limitation** 76:*9*
**limitations** 38:22
40:*22* 41:*24* 42:*1, 3*
43:*16* 88:*8*
**limited** 37:*18*
**limiting** 40:*17*
**line** 46:*7*
**lined** 59:*15*
**lines** 47:*11*
**lipstick** 54:6 72:*23*
**Lisa** 1:*15* 41:*19*
62:*22* 69:*1* 90:6 91:*2,
19*
**listed** 70:*14, 17, 19*
79:6, *9* 80:*15, 22*
81:*2, 6* 87:*14, 21*
**listening** 80:*7, 12*
**little** 7:*25* 14:9 19:*1,
21* 21:*17* 29:*10* 32:*12*
42:*5, 16* 84:*25* **live**
17:*25* 51:*19* 54:*23*
56:*18, 20, 23* 59:22
63:*7* 66:*4* 69:*16*
77:*23* 78:*1, 9, 16*

**lived** 31:*17* 51:25
55:*1* 56:*1* 59:*3* 60:*5, 6*
61:*1* 62:*5* 78:*3* **lives**
26:*25*
**living** 51:*16* 56:*24*
58:*4, 6, 8* 62:2 63:*10, 15*
**LLC** 13:*22*
**LLP** 2:*8*
**located** 8:*15* 24:*24, 25*
27:*20* 33:*15* **location**
33:*5* 59:*13* 88:*4*
**locations** 60:*24* **long**
6:*17, 24* 7:2 11:*1, 2*
12:*5* 17:*13* 22:*18*
25:*11* 32:*14* 34:*3*
42:*4* 43:*5* 52:*6* 53:*6*
55:22 56:*18* 57:*12*
58:*6* 65:*9* 76:*9* 78:*2,
3*
**longer** 32:*19* 69:*17*
**long-term** 30:*22* **look**
83:*11*
**looked** 20:*1* 37:*16*
**looking** 19:*17, 25*
50:*15* 60:*14* 69:*24* 83:*9*
**looks** 34:*18* 42:*15* 82:*3*
**loss** 82:*12*
**lost** 44:*21* 84:*19, 21*
**lot** 29:*21* 42:*10* 44:*24*
45:*15* 52:*4* 53:*7* 54:*7*
55:*11* 62:*5* 63:*21, 22,
24, 25* 65:22, *23* 67:*2,
18, 19* 68:6 70:*4*
77:*13* 81:*13* 82:*4*
84:*6, 12* 87:*8*
**Lower** 56:*3, 4, 13* 68:*17*
**luck** 90:*2*
**Ludlow** 56:*15, 16, 18*
57:*9, 18* 58:*2* **L-u-
d-l-o-w** 56:*16*

**< M >**
**mail** 74:*20, 23* 75:*7*

Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

86:25 87:3, 4, 9
**main** 60:2
**maintenance** 74:3
**major** 10:5 36:12
**making** 49:16 61:5 79:10, 15 80:20 88:15
**man** 49:17
**manage** 43:9 45:20
**management** 34:8, 9, 10
**marathon** 40:5
**March** 9:15 57:5, 6, 14, 19 58:1, 14 60:15 85:19
**marked** 3:11 **Market** 2:9 43:22, 23 **mean** 15:4, 5 26:21, 23 38:2 42:15 48:25 57:4 89:14
**means** 47:14 63:15, 24 79:7
**meant** 47:12 69:18
**median** 69:22 **medical** 29:8 42:16 76:8 84:2, 10, 12 **medically** 40:17 **medication** 34:8, 10 **meeting** 89:6, 19 **Melrose** 8:19 20:14, 19 71:1 87:15
**member** 39:5 **memory** 19:19 33:10 49:10
**mental** 63:21 65:16 88:11

**mentioned** 18:5 75:24 76:17, 25 77:5
**merit** 16:10
**metal** 29:6, 21, 22 37:17 38:5
**metaphorical** 38:14
**Metropolitan** 46:9
**Metts** 2:15 4:16 90:3
**Miami** 9:24 10:3 13:8 54:13, 17 55:4 56:8
**Michal** 9:11

**M-i-c-h-a-l** 9:13
**mid** 15:22 57:14
**middle** 9:8, 10
**miles** 50:8
**Miller** 1:15 90:17 91:2, 19
**mind** 41:20 62:23 86:12
**mindset** 67:17
**minor** 10:9
**minutes** 37:6 41:2, 3, 7 86:12, 16
**mirror** 54:7
**missed** 24:5 30:8 48:5
**mixed** 82:17
**Mobility** 34:13
**mom** 27:1, 9 28:15 33:20 48:15 76:25 82:10
**money** 8:4 68:6 87:25
**Montclair** 9:21, 22 26:18 32:23 33:12, 13 51:25 54:17, 22 70:7 74:13 75:11 87:24
**Monte** 27:2
**month** 16:25 17:3, 7 19:6 31:2, 3, 10 34:22 35:24 36:9, 11 37:2 43:1, 12, 25 44:7 58:20 68:18 69:7, 13, 19 70:1 76:8
**monthly** 76:4

**months** 10:25 15:8 16:14 17:2 32:16 33:11 36:10, 11 37:7, 8 42:14 44:23 46:23, 24 55:17 57:20 64:16, 25 67:22, 23 68:2 73:23 78:13 79:22 84:4 85:10, 20, 22, 25
**moped** 83:16
**mother** 28:15, 16 78:24
**motion** 37:18 38:23

40:23 41:24 43:15
**motions** 39:1
**motor** 20:3, 23 21:3 83:3, 4
**motorist** 79:2
**motorized** 49:2
**Mountain** 26:18 30:18 49:7 54:24 87:17
**move** 26:24 27:15 51:18, 22 55:22 56:4 59:6, 12 60:11 78:12 83:14
**moved** 51:24 54:4, 13, 20, 25 55:4, 15 57:1, 4, 8, 18 58:2, 13, 22 59:5, 16 60:13
**moves** 83:15
**moving** 29:14 52:2 78:15
**multiple** 29:4, 16, 18 36:3 45:7
**muscle** 34:13
**musical** 54:9

**< N >**
**name** 4:11 9:6, 8, 10 23:9 27:7, 17 33:5, 17 66:8 75:16, 18 77:1, 6, 18 78:25 79:9, 14 86:8, 9
**named** 79:6
**nature** 50:23
**need** 6:4, 24, 25 7:2 25:13, 24 26:9 29:23 30:1, 10, 15 36:14

39:3 43:11 48:17 73:9, 11 87:6 90:17
**needed** 27:12 73:14
**needs** 5:13 16:25
**negotiate** 86:7
**negotiated** 15:11 85:6
**negotiations** 85:17
**neighbors** 50:20
**Never** 48:10 55:1
**New** 2:4 4:15 9:22 10:22 24:9 26:18 27:22 28:2, 3, 4, 6, 9, 10, 12 29:3 30:18

31:9 32:22 34:24 40:25 43:6, 7 46:9 47:24, 25 48:4, 17, 19 52:3 56:10, 22, 23 57:3, 15 61:14 67:7, 16, 17 71:3, 5, 8, 12, 16, 20, 23 72:2, 3, 5, 13, 17, 19 73:17, 20 76:18, 20, 22 87:10, 24
**Newark** 67:19 68:6, 11 70:9, 10
**night** 67:4
**nights** 65:1, 5, 6, 14 67:5 68:18
**nighttime** 18:9
**Noa** 77:7, 10, 13, 15, 21, 23 78:9
**N-o-a** 77:14
**Nobody's** 9:4 **non-seasonal** 73:19
**non-weight** 31:11
**norm** 53:21
**normal** 42:11, 12
**Northfield** 33:16
**Notarial** 91:2
**Notary** 1:15 91:2, 19
**note** 40:25 44:23
**noted** 90:12
**notes** 8:9
**November** 32:17
**number** 14:19 15:3 59:21 64:18 65:8 69:10
**nurse** 26:17

**< O >**
**OATH** 1:3 4:13 5:3, 23
**object** 41:17 62:14
**O'Brien** 1:11 2:9 3:3 4:8, 11 25:6 41:1, 7, 19, 22 61:8 62:16, 22 63:1 68:25 69:4 81:15, 19 86:11, 15, 20 89:17, 23 90:6, 11, 16, 20
**observe** 4:18 51:6
**observed** 51:1

Case 1:25-cv-06563-MMH    Document 16-2    Filed 01/30/26    Page 100 of 119 PageID #:
169
Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

**Obviously** 38:*16, 18*
**occasional** 68:*10*
**occurred** 8:6
**October** 31:*23* 32:*17*
52:*1, 11, 12* 85:*14*
**October/November**
52:*2*
**offer** 16:*3* 20:*10*
**offers** 46:*12*
**OFFICE** 2:2 4:*17*
64:*3* 67:*1, 3, 6* 81:*16*
**officer** 47:*25* 48:*8*
**offices** 28:*7*
**official** 87:*2*
**officially** 58:*19, 21*
**Oh** 27:*8* 79:*23*
82:*17*
**Okay** 4:*24* 6:2, *5, 6,*
*10, 19, 20* 7:*4, 5, 9, 12,*
*14, 17, 20, 25* 8:*5, 8,*
*12, 15, 18, 20, 22, 25*
9:*5, 8, 18* 10:*2, 5, 14,*
*17, 21*    11:*1, 3, 9, 11,*
*21*    12:*1, 7, 10, 12, 15,*
*24*    13:*3, 8, 11, 15, 17,*
*21, 23* 14:*4, 7, 13, 16,*
*24*    15:*2, 10, 14, 17, 22,*
*25*    16:*4, 12, 16* 17:*2,*
*8, 15, 18, 24* 18:*2, 5,*
*25*    19:*7, 9, 12, 15, 20*
20:*11, 18, 21, 23, 25*
21:*6, 10, 14, 24* 22:*3,*
*7, 11, 13, 18, 21, 24*
23:*1, 6, 17, 20, 24*
24:*1, 12, 17, 22* 25:*19*
26:*1, 7, 15, 25* 27:*2*
28:*1, 20, 23* 29:*1, 16,*
*19, 22* 30:*3, 13, 19*
31:*3, 6, 19, 24* 32:*2,*
*14, 20* 33:*4, 10, 15, 22*
34:*6, 20, 23* 35:*9, 13,*
*20* 36:*18, 22* 37:*1, 6,*
*13, 20, 25* 38:*11, 24*
39:*5, 7, 11, 13, 15, 19,*
*23*  40:*6, 10, 15, 22*
41:*6, 9, 19* 42:*11, 19,*
*22*  43:*4, 9, 12, 15, 21*
44:*10, 17* 45:*6, 12*
46:*3, 6, 15, 18, 25*
47:*9, 19* 48:*6, 12, 20*

49:*8, 12, 17, 22, 25*
50:*6, 11, 18* 51:*1, 4,*
*12, 15* 52:*6, 10, 17, 19,*
*23*   53:*2, 11, 18, 23*
54:*16, 23* 55:*2, 7, 14,*
*19, 22* 56:*4, 7, 10, 25*
57:*14, 17, 21* 58:*1, 6,*
*23*   59:*2, 12, 22* 60:*1,*
*10, 15, 24* 61:*13, 19,*
*21, 24* 62:*9, 17, 22*
63:*9, 14, 23* 64:*7, 20,*
*23*   65:*4, 11, 15, 24*
66:*3, 6, 15, 19, 22, 25*
67:*3, 6, 9, 15, 21* 68:*9,*
*13, 16* 69:*13, 18* 70:*3,*
*8, 13, 23* 71:*2, 5, 12,*
*16, 19, 22, 25* 72:*9, 12,*
*16, 20* 73:*3, 5, 13, 16,*
*23*  74:*2, 7, 17, 20, 23*
75:*6, 9, 15, 18, 22, 24*
76:*4, 13, 17, 24* 77:*5,*
*15*  78:*5, 12, 15, 19, 21*
79:*5, 9, 13, 17, 25*
80:*8, 13, 18, 20, 25*
81:*5, 15* 82:*6, 8, 12,*
*16, 19, 22, 25* 83:*12,*
*18, 24* 84:*13, 19, 24*
85:*5, 9, 12, 20* 86:*6,*
*11, 14, 18* 87:*12, 18*
88:*2, 6, 13, 18, 21*
89:*7, 17, 24* 90:*20*
**old** 9:*16* 38:*4*
**older** 78:*5, 6*
**once** 32:*4* 48:*15*
53:*15, 18* 67:*9* 68:*14*
85:*22*
**one-month** 60:*16*
**ones** 21:8 36:*15*
49:*14*
**one's** 27:7
**one-way** 18:*15*
**one-year** 57:*24*
**on-line** 75:*7, 8* 87:*9*
**oOo** 1:*4*
**open** 46:*21*
**opened** 23:*12*
**operate** 27:*13*
**operator** 49:*3, 5, 17,*
*20* 50:*13* 83:*13*

**opinion** 43:*19*
**opinions** 41:*18*
**opportunities** 47:*1*
**option** 35:*16*
**options** 35:*11, 13, 15*
**order** 59:*4*
**ordered** 19:*9*
**originally** 33:*23*
**out-of-pocket** 76:*4*
**outside** 39:*15, 23*
56:*2* 76:*19*
**overflow** 73:*19*
**overhear** 80:*25* 81:*3*
**overnight** 53:*19, 20,*
*22* 64:*14* 69:*6*

**< P >**
**p.m** 1:*13* 4:*1* 20:*22*
41:*10* 82:*23* 86:*19*
90:*4*
**PA** 16:*21*
**package** 15:*12* 75:*3*
**packages** 74:*25* 75:*2,*
*9*
**pad** 40:*25*
**PAGE** 3:*2, 3* 81:*23*
82:*9*
**pages** 81:*25*
**paid** 13:*25* 14:*1*
15:*7* 57:*10* 85:*17*
**pain** 22:*12* 34:*7, 9,*
*10*  35:*17, 18* 42:*6, 19,*
*22*  43:*2, 4, 5, 10, 13*
**painful** 24:*21*
**pandemic** 56:*20*
58:*2* 60:*3* 65:*22, 23*
**paperwork** 82:*4*
**parents** 31:*7* 51:*16*
52:*7, 10* 53:*3, 14, 24*
54:*18* 56:*2, 24* 58:*5,*
*7, 8, 13* 59:*25* 60:*3,*
*19, 21* 61:*20* 62:*9, 13,*
*18, 19* 63:*19* 64:*14,*
*21, 24* 67:*25* 68:*19*
69:*6* 70:*1, 19* 72:*20*
73:*7, 18, 24* 74:*4, 12*
75:*2* 76:*25* 77:*23*
78:*17, 23* 80:*1, 3, 9,*
*25*   88:*22, 24* 89:*7, 8*

**Park** 58:*24* 59:*3, 13*
**parked** 50:*16*
**part** 10:*11* 13:*15*
14:*13* 22:*5* 39:*5, 19*
44:*22* 52:*11*
**parties** 91:*2*
**parts** 30:*11* 78:*22*
**party** 76:*3*
**passed** 18:*19* 22:*12,*
*13* 65:*22* 66:*17*
**Passport** 87:*5, 10*
**patient** 45:*15*
**pay** 15:*8* 44:*7* 71:*2*
74:*12, 17* 75:*25* 85:*7,*
*10, 25*
**paycheck** 71:*4, 7, 9*
**paychecks** 70:*14, 17,*
*24*
**paying** 71:*3, 5* 86:*4*
**payment** 76:*5* 85:*18*
**payments** 84:*17*
**pdf** 81:*16* 90:*7*
**pedals** 21:*2, 6* 49:*2*
**Pedestrian** 83:*3*
**pending** 7:*3*
**Pennsylvania** 2:*10*
91:*2, 21*
**people** 5:*11* 13:*20*
14:*18* 45:*19* 51:*5*
55:*10* 69:*17* 87:*25*
88:*4*
**percent** 21:*12* 32:*5*
38:*17, 18*
**perfect** 6:*22*
**performing** 27:*12*
**period** 31:*1* 64:*6*
72:*7* 73:*15* 78:*10*
**periods** 69:*17*
**peripheral** 20:*3*
**permanent** 62:*4*
**person** 5:*8* 20:*8*
48:*23, 25* 49:*22* 88:*1*
**personal** 73:*6* 78:*25*
**personally** 61:*16*
88:*22*
**Philadelphia** 2:*10*
**phone** 18:*16* 19:*16,*
*18, 25* 22:*8* 23:*13, 14*
24:*10* 48:*11* 51:*7, 8,*

*12*

**photos** 8:*10* physical 31:*25* 32:6, *10, 15* 33:*7, 11, 23, 25* 34:6 37:*19, 21, 23* 39:*24* 40:*20* 88:*11*
**physically** 33:*9*
**picture** 83:*8*
**pictures** 54:*6* 72:*22*
**pinky** 35:*2*
**PIP** 78:*25* 80:*21*
**pivot** 21:*22*
**pivoting** 39:*2*
**PLACE** 1:*14* 55:*3* 56:*1*
**placement** 83:*20*
**places** 33:*8* 45:*6* 61:*1*
**Plains** 28:*8, 10, 12*
**plaintiff** 7:*12*
**plan** 16:*2*
**planned** 45:*11*
**plans** 30:*4*
**plate** 20:*10* 49:*11, 13*
**plates** 49:*15* 83:*20*
**played** 40:*3*
**please** 6:*5* 8:*18* 9:*3, 6, 12, 18, 20* 11:*21* 13:*17* 14:*10, 17* 15:*4* 18:*7* 21:*17* 25:*8* 32:*2* 33:*6* 36:*7* 38:*24* 43:*21* 47:*13* 54:*2* 62:*24* 63:*4* 66:*8*
**plus** 69:*13, 19* 84:*23*
**pocket** 15:*7* 44:*7* 76:*1*
**point** 23:*17* 25:*21* 26:*17* 34:*12* 51:*18* 61:*13* 65:*24* 79:*5, 13*
**points** 36:*3*
**police** 23:*18* 47:*10, 17, 19, 20, 22* 48:*5, 8*
     **policies** 75:*15* 81:*9*
**policy** 78:*21, 23, 24* 79:*10, 14, 18, 19* 80:*1, 4, 11, 15, 23* 81:*2, 7* 82:*9*
**pool** 74:*9*

**position** 12:*1*
**positions** 46:*21*
**possibilities** 47:*1*
**possible** 5:*1* 82:*19, 21*
**post** 13:*5*
**powered** 83:*6*
**Powers** 59:*20, 23* 60:*12* 64:*9* 70:*22* 72:*6, 9*
**PR** 11:*24* 17:*20* 45:*18*
**pre-accident** 38:*7, 10* 79:*20*
**precede** 6:*20*
**predicted** 40:*16*
**pre-June** 38:*12*
**prepare** 8:*13*
**preparing** 5:*13* 81:*10, 13, 20* 89:*10*
**prescribed** 44:*3*
**PRESENT** 2:*14*
     **presumably** 54:*13*
     **pretty** 24:*17* 25:*10* 28:*12* 30:*23* 36:*10* 37:*12* 45:*20* 54:*3* 55:*17* 57:*19* 59:*15* 62:*7* 64:*6* 71:*6* 76:*3*
**previous** 68:*24* 71:*11*
**Primarily** 74:*1*
**primary** 35:*20, 22* 54:*10* 71:*13* 78:*17*
**Prior** 12:*10* 35:*24* 40:*2, 3* 59:*22, 24* 71:*16* 78:*15* 79:*22* 85:*1*
**prioritize** 48:*21*
**probably** 19:*5* 20:*15, 16* 26:*5* 48:*15* 76:*11, 23* 89:*5* 90:*16*
**problem** 51:*3*
**produce** 45:*21*
**producer** 12:*4, 8, 19, 20, 21* 45:*8, 9* 46:*7, 8*
**producing** 45:*13*
**production** 13:*19* 45:*25* 46:*1*
**products** 45:*12*
**professional** 42:*16*

**program** 11:*1, 3, 5*
**programs** 45:*12*
**progress** 36:*20* 37:*23* 38:*1, 4* 88:*8*
**projects** 16:*16*
**promoted** 12:*19, 20*
**prompt** 5:*17*
**proof** 62:*4*
**Protection** 78:*25*
**protector** 51:*13, 14*
**provide** 5:*24* 6:*9, 14* 7:*7* 8:*9, 18* 9:*6* 13:*19* 15:*18* 18:*7* 25:*15* 29:*1* 33:*6* 35:*10* 49:*4* 63:*23* 64:*23* 86:*2* 87:*6, 7*
**provided** 14:*23* 25:*17* 35:*11, 13* 84:*7*
**providing** 6:*18*
**psychiatric** 44:*2*
**psychology** 10:*9*
**PT** 32:*20, 21* 51:*17* 52:*3*
**Public** 1:*15* 9:*22* 91:*2, 19*
**publisher** 17:*23*
**puncture** 29:*10*
**pushing** 65:*7*
**put** 9:*5* 20:*13* 29:*5, 6, 17* 31:*9* 38:*3* 44:*12* 58:*11* 64:*18* 65:*7*
**PUTMAN** 1:*4, 10* 2:*5* 3:*3* 4:*3, 9* 9:*7* 63:*2* 86:*11, 21*
**Putman's** 41:*17* 62:*23*

**< Q >**
**question** 5:*7* 6:*7* 7:*3* 21:*24* 22:*4* 40:*15* 41:*20* 61:*11, 12*   62:*14, 21* 63:*2*
     **questions** 4:*20* 6:*3* 19:*1* 41:*14* 61:*10* 62:*24* 82:*8* 86:*16, 22* 89:*21, 24*
**quick** 41:*5*

**< R >**
**radiology** 26:*1, 6*
**raise** 69:*10*
**raised** 76:*6*
**range** 37:*18* 38:*23* 40:*22* 41:*24* 43:*15*
**rate** 14:*2*
**reach** 50:*18*
**read** 40:*1* 41:*21* 62:*23, 25* 90:*13*
**reading** 41:*20*
**real** 45:*19*
**really** 14:*23* 20:*10* 22:*15* 27:*24* 42:*9* 68:*5* 70:*20* 75:*5* 80:*24* 88:*12*
**re-ask** 55:*25*
**reason** 7:*6* 14:*23* 29:*8, 10* 34:*21, 25* 44:*18* 48:*2*
**reasons** 44:*19* 65:*17*
**recall** 7:*22* 10:*15* 18:*22* 20:*18* 21:*15, 18*   22:*5, 6, 7, 8, 18* 23:*21, 23* 25:*19* 27:*17, 20* 28:*8, 13, 20* 32:*14* 33:*2* 37:*2* 50:*11, 14* 51:*8* 56:*25* 57:*2, 17* 58:*20* 59:*2, 4* 61:*1, 25* 62:*9* 71:*19* 80:*9, 19* 81:*10, 13* 82:*2, 3* 89:*16*
**recalled** 81:*20*
**recalls** 51:*9*
**receive** 11:*5* 47:*20* 72:*3* 74:*20, 23, 25* 75:*6* 85:*24*
**received** 16:*13* 46:*12* 47:*10* 70:*17* 72:*13* 85:*10*
**recollection** 20:*1* 50:*2*
**recommendation** 37:*20, 22*
**recommendations** 27:*9*
**record** 9:*5* 41:*11*
**recovery** 27:*16* 29:*15*
**regimen** 34:*15*
**rehab** 34:*7*

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

**related** 17:*20* 36:*1,
*2* 44:*14* 45:*1, 25*
46:*1* 47:*20* 61:*14*
88:*7* **relation** 14:*25*
**relationship** 63:*8*
64:*4* 65:*20, 21*
**relative** 91:*2* **relay**
44:*13* **relayed** 44:*15*
**release** 40:*21* 85:*6*
**remain** 31:*11* 58:*6*
**remained** 33:*24*
34:*1* 58:*8* 59:*9* 68:*21*

**remaining** 86:*16*
**remember** 27:*24*
48:*10* 49:*8, 24* 57:*4*
72:*4*
**remove** 35:*14* 79:*19*
**removed** 29:*23* 30:*4,
6* 79:*14*
**removing** 80:*4, 10*
**render** 41:*18*
**renewed** 87:*10*
**rent** 74:*12, 17*
**renter's** 75:*22* 76:*13*
**repeated** 6:*4*
**rephrase** 70:*16*
**report** 23:*18* 47:*10,
20, 23, 24* 48:*1, 5*
**REPORTER** 1:*15*
5:*2, 3, 10, 16* 25:*2*
69:*2*
**reporter's** 5:*13*
**request** 7:*2* 23:*18*
90:*8*
**requested** 41:*21*
62:*25*
**required** 31:*24* 34:*7*
36:*15* 74:*4*
**reside** 52:*20* 54:*18*
**resided** 66:*19*
**residence** 8:*20* 19:*12*
25:*5* 26:*19, 21* 41:*15*
55:*24* 58:*19* 60:*3*
62:*18, 19* 69:*6* 74:*13*
78:*17*
**resident** 62:*2, 7, 10*
63:*3*
**residing** 52:*14* 63:*17*
**re-signed** 57:*24*

**response** 5:*7, 13*
62:*23*
**responsibilities** 74:*2*
**responsible** 38:*25*
74:*7*
**rest** 54:*21* 70:*12*
**restaurant** 18:*13*
**restroom** 6:*25*
**result** 37:*13, 15* 42:*2*
43:*17* 45:*13* 70:*8*
84:*10, 20, 21*
**resulting** 42:*2*
**retrieve** 8:*4* 73:*12*
**return** 19:*10* 63:*19*
64:*21* 67:*4, 18*
**returned** 31:*21*
**returning** 19:*12*
65:*18* 67:*10, 12*
**re-upped** 66:*23*
**reverse** 59:*4*
**review** 90:*10*
**rides** 32:*23* 33:*19*
**riding** 21:*2*
**right** 8:*23* 10:*20*
21:*19, 20* 25:*21, 22*
31:*9, 20* 34:*11* 35:*2,
6* 42:*20, 23* 43:*13*
47:*11* 53:*9* 57:*5, 14*
69:*23* 72:*21* 76:*1*
78:*10* 83:*21* 85:*16*
89:*17* 90:*13*
**rings** 81:*14*
**risks** 80:*10*
**rod** 29:*6*
**role** 4:*19* 12:*7, 12,
16, 17*
**roles** 12:*13*
**RONON** 2:*8, 15* 4:*12*
**room** 5:*25* 8:*22* 9:*1*
18:*24* 23:*16* 24:*14,
19* 25:*9* 47:*16* 53:*23*
72:*24* 73:*1, 18* 84:*1*
**roommate** 64:*5*
65:*19* 66:*6* 67:*16, 17*
88:*18*
**roommates** 65:*17*
**roughly** 65:*12*
**routine** 36:*4, 7*
**RPR** 1:*15* 91:*2*

**rude** 5:*19*
**rule** 5:*12*
**rules** 4:*25*
**run** 39:*25* 40:*6,
13* **runner** 40:*2,
5* **running** 39:*3,
20* 40:*5, 11, 17*
**rush** 90:*8*

**< S >**
**salary** 84:*20, 21*
**sat** 22:*17*
**Saturday** 20:*15*
25:*14* 26:*7, 8* 27:*3*
**save** 68:*6*
**savings** 87:*19*
**saw** 5:*2* 20:*2* 21:*21*
26:*4* 27:*11* 50:*19, 20*
**saying** 5:*11*
**says** 81:*16* 82:*12, 23*
83:*2* 84:*5, 19* 87:*16*
**scale** 46:*2*
**scan** 26:*5, 6* 36:*18*
**scans** 25:*11* 36:*4, 12*
37:*16*
**scenes** 14:*21*
**schedule** 64:*20, 22*
**school** 9:*19, 20, 21,
22* 10:*22* 40:*4* 54:*17,
19* 55:*2*
**science** 10:*4*
**scope** 88:*8*
**screen** 51:*13*
**screw** 29:*16, 20*
**screws** 29:*7, 16, 18,
23* 83:*20*
**Seal** 91:*2*
**seasonal** 73:*11*
**Seattle** 45:*9*
**second** 7:*24* 12:*21*
26:*19, 21* 28:*1* 54:*21*
64:*3* 65:*11* 66:*11*
70:*6* 73:*22*
**seconds** 40:*25*
**security** 24:*11*
**see** 5:*14, 15, 17* 20:*4*
21:*9, 10* 25:*10, 13, 24*
44:*1, 3* 48:*23* 49:*15,
19* 60:*8* 68:*12* 79:*23*
81:*16* 83:*10* 84:*7*

**seeing** 44:*4* 53:*8*
82:*2*
**seeking** 17:*15* 78:*22*
**seen** 49:*14* 75:*24*
**Selective** 2:*11* 4:*14*
61:*6, 14* 80:*4, 10* 81:*7,
11, 21* 88:*16, 25* 89:*10*
**self-based** 11:*2* **self-
propelled** 83:*13* **send**
45:*7* 47:*25* 48:*18* 75:*2*
90:*9* **senior** 12:*2, 3, 4,
7, 20,*

*21*
**sense** 37:*12* 41:*16*
82:*24*
**separate** 61:*5* 84:*17*
**separation** 15:*6*
**September** 32:*6, 9, 17*
52:*1* 85:*14*
**service** 21:*11*
**services** 13:*19*
**session** 34:*3*
**set** 16:*21* 45:*19*
64:*20, 22*
**setting** 5:*22*
**settled** 14:*19* 15:*8*
70:*20*
**seven-year** 65:*21*
**severance** 15:*12* 85:*7*
**severe** 20:*7*
**shaking** 5:*14, 17*
**share** 76:*21* 88:*9*
**sheet** 81:*23* 90:*10*
**shoot** 90:*19*
**shoots** 70:*4*
**show** 36:*19* 84:*6*
**shut** 57:*6*
**siblings** 77:*16* 81:*2,
4, 6, 9*
**sic** 32:*21* 33:*12, 16*
**side** 20:*17* 21:*20*
22:*16* 35:*7* 48:*6*
50:*25* 56:*3, 5, 14*
**sidewalk** 18:*16, 17*
19:*18, 24* 20:*4* 21:*21*
22:*14, 19* 23:*21*
31:*21* 50:*7, 12, 15*
51:*10*

Case 1:25-cv-06563-MMH    Document 16-2    Filed 01/30/26    Page 103 of 119 PageID #:
172
Deposition of Jamie Putnam    Selective Insurance Company of America Claim No. 22658016

**sign** 15:*6* 85:*5, 8*
90:*13*
**signature** 82:*6*
**signed** 16:*18* 56:*19*
63:*13* 65:*25* 66:*20*
68:*1* 81:*25* 84:*3*
**signing** 63:*12*
**similar** 83:*11*
**sister** 33:*20* 76:*21*
77:*5, 15, 20* 78:*9*
88:*21*
**sister's** 88:*23*
**sit** 42:*19* 81:*5, 8*
**sitting** 5:*25* 19:*13*
73:*5*
**six** 36:*11* 37:*8*
64:*15, 25* 67:*22, 23*
68:*2*
**six-month** 37:*9, 14,*
*15* 69:*21*
**SJ** 32:*21* 33:*11*
**skill** 91:*2*
**sleep** 29:*5* 68:*8*
**slept** 55:*3*
**slot** 48:*5*
**slow** 39:*3* 52:*5*
**slowly** 51:*24*
**small** 16:*23*
**smaller** 14:*2*
**smallest** 35:*6*
**smoothly** 5:*1*
**sneakers** 72:*25*
**solid** 49:*10*
**somebody** 21:*2* 47:*6*
48:*18*
**someone's** 5:*7*
**soon** 24:*17* 55:*17*
**sorry** 12:*2, 3* 25:*2*
28:*6, 9* 41:*19* 58:*9*
66:*14* 68:*23* 72:*13*
77:*8, 11, 13* 82:*17*
89:*18*
**sound** 79:*3*
**sounds** 68:*25*
**space** 39:*17*
**speak** 26:*13* 80:*6*
**speaking** 4:*19* 8:*12*
**Special** 27:*10* 28:*2*
**specific** 14:*9* 41:*16*
49:*11* 55:*24* 56:*25*

**specifically** 38:*11*
41:*25* 78:*24* 81:*14* 89:*16*
**specificity** 57:*18*
**spell** 9:*12* 66:*8*
**spend** 30:*17* 52:*4*
53:*9*
**spent** 52:*3, 25*

**split** 75:*14*
**spoke** 18:*21* 44:*13*
70:*21*
**spoken** 88:*14*
**spot** 50:*4*
**spring** 55:*9, 13, 15*
**SS** 91:*1*
**stand** 18:*18* 22:*9, 10*
**start** 10:*24* 32:*5*
55:*10* 85:*16*
**started** 12:*18* 32:*7,*
*10* 52:*2* 55:*10* 57:*19*
60:*14* 64:*8* 70:*13, 15,*
*18* 85:*18, 19, 23*
**starting** 9:*19*
**State** 71:*5, 8* 72:*1, 14*
**stay** 53:*5, 13, 19, 20,*
*22* 64:*1, 14* 68:*19*
69:*11* 74:*13*
**stayed** 55:*16* 64:*24*
**staying** 19:*3* 53:*3*
60:*19* 67:*25* 69:*6, 25*
**stenographically** 91:*2*
**step** 19:*23* 76:*24*
**stepped** 18:*17* 21:*21*
**stepping** 19:*18*
**steps** 19:*24*
**STEVENS** 2:*8* 4:*12*
**stock** 16:*20* 17:*5*
**stolen** 8:*2* 10:*11*
**stop** 20:*6* 50:*1, 2*
**stories** 45:*16*
**story** 48:*7*
**STRADLEY** 2:*8, 15*
4:*12*
**strategist** 12:*22, 23*
**Street** 2:*3, 9* 8:*19*
18:*15* 20:*17, 19*
23:*14* 50:*23, 25*
51:*11* 56:*15, 18* 57:*9*
58:*2* 59:*20, 23* 60:*12*

*64:9* 72:*6, 9* 87:*15*
**strength** 34:*11*
**stretching** 34:*11*
**struck** 83:*3, 6*
**studio** 39:*13, 14*
**study** 10:*6, 11* 31:*15*
**studying** 55:*8* **stuff**
44:*25* 73:*11*
75:*4*
**subjectively** 38:*19, 21*
**submit** 23:*17* 61:*13,*
*21*
**submitted** 7:*14, 21*
62:*11, 12*
**submitting** 7:*23*
61:*23*
**subside** 67:*15*
**subway** 32:*24*
**suitcase** 70:*12*
**Suite** 2:*4, 10*
**summer** 4:*17* 57:*22*
59:*16, 18, 23* 60:*16*
64:*8, 9* 65:*25* 73:*8,*
*23, 25*
**supervisor** 12:*4*
**supplies** 72:*25*
**Sure** 4:*21* 5:*15, 19*
7:*22* 14:*11, 18* 16:*22*
21:*3* 25:*11* 26:*3*
28:*12* 29:*4, 11, 20*
30:*23* 32:*7, 13* 33:*9*
36:*9, 10, 24* 50:*24*
57:*19* 59:*6* 68:*8*
71:*6* 76:*3, 12* 82:*3*
84:*16* 86:*8, 13* 90:*11,*
*16*
**surgeon** 25:*13, 25*
26:*13* 27:*7, 11* 34:*24*
36:*4, 7, 23* 50:*10*
**surgeons** 26:*5, 11*
**surgeon's** 44:*23*
**surgery** 15:*13* 16:*2*
27:*11, 12, 13* 28:*2, 6,*
*18, 20, 24* 29:*2, 3*
30:*12* 31:*6, 17* 36:*4,*
*13* 37:*8* 38:*9* 42:*2*
48:*1, 22* 84:*13, 15*
**surgical** 29:*4* 35:*25*
83:*20*

**surgically** 35:*14*
**surveillance** 24:*2*
**swelling** 23:*15*
27:*14* 42:*5, 7, 12*
43:*16* **switch** 73:*9*
**switched** 30:*22* 72:*5*
**swollen** 27:*13*
**sworn** 4:*4*
**Syracuse** 78:*18*

**< T >**
**tag** 24:*10*
**tail** 69:*15*
**take** 6:*24* 7:*2* 17:*9*
29:*7* 32:*24* 40:*19*
41:*3, 4* 43:*9, 13*
48:*11* 62:*7* 86:*12*
90:*6*
**TAKEN** 1:*11* 16:*23*
35:*12* 41:*10* 71:*4, 6,*
*9* 86:*19* 91:*2*
**talk** 5:*5, 8* 87:*24*
**talked** 61:*23* 88:*24*
89:*1, 3, 9, 14*
**talking** 5:*11* 47:*14*
68:*1* 69:*21*
**taste** 58:*25*
**taxes** 71:*3, 5, 8*
**Taylor** 23:*8*
**Taylor's** 23:*9*
**team** 12:*18* 17:*25*
**technically** 7:*23*
56:*19* 58:*25* 76:*2*
**tell** 10:*14* 11:*21*
14:*7* 15:*4* 21:*8, 14*
25:*7* 26:*13, 15* 32:*2*
38:*24* 43:*21* 48:*7*
49:*17, 20* 61:*25* 73:*5*
80:*3*
**term** 29:*20* 41:*14*
79:*6*
**termination** 14:*25*
**terms** 13:*5* 34:*7*
51:*7*
**test** 26:*3* 38:*16, 19*
**testified** 4:*5* 19:*15*
47:*9* 83:*1, 21*
**testimony** 4:*22* 5:*24*
7:*7* 8:*9, 13* 9:*2*

Deposition of Jamie Putnam                                    Selective Insurance Company of America Claim No. 22658016

41:*21* 62:*25*

**testing** 26:*2*

**Texas** 45:*9*

**Thank** 6:*22* 66:*12*, *14* 69:*3* 83:*18* 86:*18* 89:*18*, *22* 90:*1*, *3*, *20*

**Thanksgiving** 69:*10*, *13*, *19*

**therapist** 37:*23*

**therapy** 31:*25* 32:6, *10*, *15* 33:7, *11*, *24*, *25* 34:6, *14*, *19* 37:*19*, *21* 40:*20* 44:*6*

**thicker** 49:*6*

**thing** 24:*7* 35:*8* 36:*25* 64:*19* 67:*20* 88:*20*

**things** 6:*17* 30:*7* 72:*23*, *25* 73:*20* 74:*9* 85:*8* 86:*23*

**think** 8:*3* 19:*16* 24:*13* 25:*1*, *4* 27:*9* 28:*11* 35:*14* 38:*17*, *18*, *19*, *21* 40:*16*, *18*, *19* 41:2 42:*24* 44:*25* 48:*4*, *5*, *7* 49:*9*, *12* 58:*14* 60:*4* 72:6, *12*, *15* 76:*25* 78:*14* 80:*24* 85:*2*, *12*, *18*, *19*

**third** 35:*16* 54:*4*, *21* 76:*3*

**third-party** 86:*4*

**thought** 37:*24* 82:*16*

**three** 15:*8* 17:6, *7*, *10* 19:*5* 36:*11*, *12*, *16* 40:*8* 46:*24* 55:6 65:*14* 66:*18* 67:*12* 70:*2* 77:*20* 78:*14* 82:*15* 85:*10*, *20*, *22*, *25*

**three-month** 15:*12*

**thrilled** 38:*5*

**Thursday** 67:*2*

**TIME** 1:*13* 5:5, *9*, *11* 6:*16*, *24* 8:*25* 11:*11*, *13* 12:8 13:*14*, *15*, *20* 15:*15* 16:*1*, *2*, *4*, *12* 18:8 19:*3* 20:*21* 21:*12* 23:*19* 24:*12* 26:*5* 30:*25*

31:*19*, *21* 32:*5* 34:*20* 35:*25* 36:*8*, *16* 39:*2* 40:*19* 42:*24*, *25* 43:*5*, *25* 46:*3* 47:*12*, *17* 48:*3*, *4*, *19* 50:*12* 51:6, *7*, *24*, *25* 52:*10*, *11*, *13*, *16* 53:*4*, *10* 54:*10*, *19* 56:*11*, *21* 58:*10* 61:*13* 63:9, *10*, *12*, *15*, *18* 71:*19* 72:7 77:*12* 78:*10* 80:*14* 82:*5*, *22* 88:*12* 89:*3*, *18*, *20*

**timeline** 32:*13* 36:6 54:*16* 55:*12* 58:*12*

**timelines** 31:*13*

**times** 5:*17* 6:*15* 18:6 19:*5* 33:*23* 40:*9* 42:*17* 43:*14*, *24* 69:*7*, *9*, *13*, *18*, *19*, *22* 70:*1* 87:*8*

**tiny** 34:*12*

**tire** 22:6

**tires** 49:6

**title** 12:*21*

**today** 4:*13*, *20* 6:*11*, *24* 7:7 8:8, *9*, *13*, *16* 19:*13* 30:*3*, *5* 38:*2*, *22* 40:*10*, *12* 42:*19* 43:*17* 46:*5* 57:*11* 66:*23* 72:*1* 73:*5* 80:*14* 81:*5*, *8* 89:*6*

**today's** 47:*3* **toe** 35:*6*

**told** 10:*10* 14:*4* 19:*20* 22:*8* 25:*19* 26:*9* 27:*12* 30:*14* 31:*14* 33:*22* 37:*6* 41:*25* 49:*1*, *25* 51:*15* 60:*24* 64:*7* 65:*16* 72:*22* 83:*4* 84:*24* 85:*12* 88:*18*, *21* **ton** 70:*5*

**top** 81:*16*

**totaled** 85:*20*, *22*

**town** 33:*14*, *17*

**track** 30:*11*

**traffic** 52:*9*

**train** 39:*3*

**training** 34:*11*

**trainings** 10:*19*

**transcribed** 91:*2*

**transcript** 5:*13*, *19* 90:*7* 91:*2*

**transition** 52:*5*

**trauma-related** 35:*2*, *5*

**travel** 45:*5* 70:8 73:*3*

**traveled** 67:*17*

**traveling** 44:*21* 45:*4* 50:*7* 70:*5*

**treadmill** 40:*8*, *21*

**treated** 44:*10*

**treatment** 27:*5*, *6* 35:*9* 88:*7*

**triathlete** 39:*20*

**tried** 18:*18* 21:*22* 23:*15*

**triggers** 43:*4*, *5*

**trip** 53:*21*

**true** 61:6 68:*21* 91:*2*

**try** 52:*4*

**trying** 5:*18* 21:*25* 43:*7* 58:*11* 83:*7*

**Tuesday** 67:*1*

**tunnels** 57:*11*

**turn** 21:*25*

**turned** 54:*11*

**twice** 32:7 48:*15* 68:*5*

**two** 15:*13* 19:*24* 24:*18* 26:*4* 29:*13* 30:*14*, *16*, *17*, *19*, *21* 31:*4*, *6* 33:*23* 35:*15* 36:*10*, *16* 42:*14* 46:*20*, *23*, *24* 53:*16*, *19* 56:*19* 60:*22* 61:*5* 62:*23* 63:*11* 65:*1*, *5*, *8* 68:*18* 69:*7*, *13*, *18*, *19* 70:*1*, *2* 78:*4*, *8*, *22* 80:*20* 81:*24* 84:*4* 85:*1*

**two-page** 81:*22* **two-year** 57:*23* **type** 7:*17* 10:*5* 11:6 13:*25* 14:*1* 16:*9*, *13*, *16* 21:7 26:*1* 31:*24* 34:*14* 35:*9* 38:*22*

39:*13*, *19* 40:*10* 45:*4*, 6, *12*, *22* 47:*20* 64:*23* 74:*12*, *23* 76:*14* 83:*5* 85:6 89:*12*

**types** 46:*6*

**typical** 53:*2*, 6, *8*

**typically** 43:*4*, *5* 53:*20*, *22* 68:*9*

**< U >**

**Uber** 18:*14*, *15* 19:*9*, *17*, *24* 20:*11*, *13*, *18* 23:*16* 26:*16* 33:*21* 70:*11*

**Uber'd** 26:*18* 27:*2*

**ultimately** 15:*11* 36:*22*

**UM** 80:*21*

**Um-hum** 77:*4*

**unable** 7:*6*

**unaware** 79:*17*, *24*

**unbranded** 45:*16*

**uncertain** 43:*24* **uncle** 89:*12* **unconscious** 22:*14* **undergraduate** 10:*17* **understand** 6:*3* 41:*15* 61:*5* 62:*20* 78:*21* 90:*18*

**understanding** 80:*22*

**understood** 6:*8*

**unemployed** 43:*22* 53:*8*

**un-independent** 31:*2*

**uninsured** 79:*1*

**University** 9:*24* 78:*18*

**Unknown** 14:*15* 84:*5*

**unqualified** 41:*18* **un-scripted** 45:*15*

**unsure** 7:*16*, *20* 47:*22*

**updating** 80:*1*

**upkeep** 74:*3*

**Upper** 26:*18* 30:*18* 87:*17*

**urinate** 30:*24* **use** 6:*25* 30:*23* 57:*11* 73:*16*, *17* 76:9 87:*12*, *17*

Deposition of Jamie Putnam                     Selective Insurance Company of America Claim No. 22658016

**usually** 4:*25* 14:*1* 21:*11*

**< V >**
**vacation** 16:*1, 2* 61:2
**vehicle** 76:*19* 83:*3, 4*
**Venmo** 14:2
**verbal** 5:*14*
**versus** 55:*13*
**Video** 10:*22* 12:*23*
13:*19* 17:*12, 13* 24:2
45:*24* 54:7
**Videoconference** 1:*14*
2:*2, 8, 15*
**videos** 16:*20* 17:*5,*
*11* 18:*1*
**view** 62:2
**virtual** 11:*3*
**visit** 60:8
**visits** 88:2
**vitamins** 74:*25*
**vote** 71:*12, 14*
**voted** 71:*16, 20*
**voting** 71:*23*

**< W >**
**wages** 84:*19, 21*
**wait** 27:*14*
**waited** 25:9
**waiving** 90:*13* walk
40:*1, 12* walked
18:*12* **walker** 25:*16*
**walking** 42:*10* 43:6
**want** 5:*19* 6:*11, 19*
14:*19* 15:*3, 5* 30:*1,*
*6* 35:*23* 54:20 57:*11*
86:*12* 88:*9* 90:*12*
**wanted** 29:*25* 36:*13*
41:*12* 60:8 84:7
86:*24*
**warehouse** 50:*23*
**way** 20:*15, 16* 37:*16*
38:*16, 19* 82:*24*
**ways** 84:*18* **web-**
**based** 18:*3* **website**
75:*20* **Wednesday**
1:*12* **week** 26:*4, 10*
27:*14* 28:22 32:8
33:*23*

34:*2, 4* 40:9 43:*14*
52:*4* 53:*15, 18* 64:*2,*
*4, 17* 65:*1, 5, 6, 14*
67:*13* 69:*11, 18*
71:*13* 74:8
**weekend** 25:*14* 53:*4, 6*
65:*9*
**weekends** 26:*11*
52:5 65:2
**weekly** 19:*4* 42:9
**weeks** 29:*13* 30:*14,*
*16, 17, 19, 21* 31:*4, 7*
65:*2* 87:*11*
**weight** 31:*1, 8* 32:5, *11*
**well** 24:8 26:*11*
31:*4* 58:*4, 11* 65:7
69:*2, 21* 77:25 80:*14*
85:*16* 89:*17* 90:*17*
**went** 6:*15* 9:*21, 24*
13:2 22:*15* 23:*13*
24:*18* 26:*4, 8* 27:*14,*
*18* 29:*5* 31:*16* 32:*4,*
*15* 33:*1, 9, 10, 23*
34:*2, 20* 35:*4* 36:*5, 8*
43:*24* 47:*14, 15, 17*
54:*16* 55:*9* 63:22
64:*2, 8* 65:*23* 78:*18*
83:*24* 87:*10*
**we're** 5:*10, 22* 6:*23*
15:*17* 30:*3* 37:*12*
41:*2, 11* 60:*2* 69:*8,*
*24* 71:*25* 73:*5* 89:*19*
**we've** 41:*1*
**whatnot** 89:*15* **When's**
34:*20* **WHITE** 2:2
22:*15* 28:*8, 10, 12*
81:*17, 25* 88:*14*
**wide** 18:*16*
**Williamsburg** 59:*21*
**window** 69:*22*
**winter** 73:*24, 25*
**wise** 20:*12*
**WITNESS** 1:*10* 3:*1,*
*2* 4:*4* 25:*4* 61:7
81:*18* 86:*14, 18*
89:*22* 91:2
**witnesses** 23:*22* 51:2

**woke** 18:*8, 11* 19:2
29:*12*
**woman** 49:*18*
**won** 45:*17*
**Woodhull** 24:*23*
25:*4* 83:*24*
**word** 24:*5* 63:*5* **words**
25:*13* 30:8 86:*21*
**work** 4:*11* 11:*15* 12:*5,*
*10* 13:*3, 16, 18, 20, 25*
14:*1, 4* 15:*23* 16:*13,*
*24* 17:*20*
18:*12* 26:*11* 38:*3* 45:*4,*
*14, 22, 24* 46:*1, 13*
60:*9* 67:*18* 70:*5* 73:*14*
84:*25* 89:*12* **worked**
16:*17, 18* 17:*3* 18:*12*
84:*25* **working** 42:9
56:*10* **workplace** 7:*17*
**works** 41:*5*
**world** 44:*25* 47:*3*
**worries** 66:*15*
**worse** 35:*23*
**wound** 29:*10*
**WPP** 11:*17, 20, 22, 23*
**wrapped** 25:*17*

**< Y >**
**yeah** 16:*22* 28:*11*
29:*12, 15* 31:*5* 32:8
34:*13* 41:*1* 43:25
45:*18* 46:*24* 58:*16*
59:*17* 73:*22* 75:*8, 14*
82:*17* 87:*4*
**year** 11:*13* 12:6
37:*11* 38:*4* 55:7 56:8
58:*9, 15* 59:*14* 63:25
84:*23* 88:*11* **years**
9:*16* 43:25 54:*17*
55:*5* 56:*19* 63:*11*
66:*18* 71:*21* 78:*4, 7,*
*8*
**Year's** 57:*3*
**yellow** 54:*5*
**yesterday** 52:*25* 89:*5*
**yoga** 39:*1, 9, 13, 14, 23*
41:*25*

**York** 2:*4* 10:22 28:*3,*
*4, 6, 10, 12* 29:*3* 34:*24*
43:6 46:*9* 47:*24, 25*
48:*4, 17* 56:*10, 23*
57:*15* 67:*7* 71:*3, 5, 12,*
*16, 20, 23* 72:2, *3, 13,*
*14, 17, 19* 73:*17, 21*
76:*18, 20* **YOUNG** 2:*8*
4:*12* **younger** 78:*5, 19*

**< Z >**
**zero** 30:*25* 31:*1*
**Ziff** 12:*11*
**Zoe** 66:*7, 12, 16, 19,*
*25* 88:*18*
**Z-o-e** 66:*9, 10*
**Zoom** 1:*14* 2:2, *8, 15*
5:*9, 23* 88:*19*

Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

---

## WORD LIST

**< $ >**
**$5,000** (*1*)
**$690** (*1*)

**< 0 >**
**04** (*2*)

**< 1 >**
**1:09** (*1*)
**10** (*4*)
**10004** (*1*)
**11** (*1*)
**115,000** (*2*)
**11th** (*1*)
**12:00** (*1*)
**12:03** (*1*)
**12:55** (*1*)
**122** (*1*)
**123** (*4*)
**12th** (*1*)
**13th** (*1*)
**14** (*1*)
**15** (*6*)
**15th** (*23*)
**1601** (*1*)
**16th** (*2*)
**17th** (*5*)
**18th** (*3*)
**19103** (*1*)
**1995** (*1*)
**1st** (*6*)

**< 2 >**
**2** (*2*)
**2:00** (*1*)
**2:16** (*1*)
**2:23** (*1*)
**2:27** (*1*)
**2:30** (*2*)
**20** (*1*)
**2005** (*1*)
**2013** (*1*)
**2016** (*2*)
**2017** (*5*)
**2018** (*7*)
**2019** (*1*)
**2020** (*7*)

**2021** (*1*)
**2022** (*9*)
**2023** (*16*)
**2024** (*20*)
**2025** (*3*)
**20s** (*1*)
**212.577.9710**        (*1*)
**215.564.8024**        (*1*)
**21st** (*3*)
**22** (*1*)
**22nd** (*2*)
**23** (*8*)
**24** (*5*)
**25** (*4*)
**25th** (*2*)
**2600** (*1*)
**267** (*1*)

**< 3 >**
**3** (*2*)
**30** (*4*)
**31st** (*3*)

**< 4 >**
**4** (*4*)
**4:30** (*1*)

**< 5 >**
**50** (*1*)
**55** (*1*)

**< 6 >**
**6/21** (*1*)
**6/26/2028** (*1*)
**60** (*1*)
**680s** (*1*)
**689-ish** (*1*)
**690** (*1*)

**< 7 >**
**70** (*5*)
**75** (*1*)

**< 8 >**
**80** (*1*)

**< 9 >**
**95** (*1*)

**< A >**
**ability** (*1*)
**able** (*9*)
**abroad** (*5*)
**absolutely** (*3*)
**accident** (*9*)
**account** (*2*)
**accurate** (*1*)
**action** (*4*)
**actively** (*1*)
**activities** (*1*)
**actors** (*1*)
**actual** (*2*)
**ADAM** (*3*)
**adam.adamwlaw.com** (*1*)
**additional** (*1*)
**address** (*25*)
**adjacent** (*1*)
**adjourn** (*1*)
**adolescent** (*1*)
**adult** (*1*)
**Advil** (*3*)
**affect** (*1*)
**affirmed** (*1*)
**afternoon** (*6*)
**age** (*1*)
**Agency** (*9*)
**agent** (*1*)
**ago** (*11*)
**agreed** (*1*)
**agreement** (*1*)
**ahead** (*1*)
**Air** (*2*)
**Airbnb** (*5*)
**Airbnb'd** (*1*)
**Airbnb'ing** (*1*)
**Airbnbs** (*4*)
**Alight** (*1*)
**Amazon** (*2*)
**America** (*4*)
**Amex** (*1*)
**amount** (*5*)
**Amtrak** (*1*)
**Amy** (*4*)
**Amy's** (*1*)
**anesthesia** (*1*)
**ankle** (*23*)
**ankle-related** (*1*)

**annoyed** (*1*)
**annoying** (*1*)
**Annually** (*1*)
**answer** (*13*)
**answering** (*1*)
**answers** (*3*)
**anticipate** (*3*)
**antidepressants** (*1*)
**anti-depressants** (*3*)
**anybody** (*3*)
**anything's** (*1*)
**apartment** (*40*)
**apartments** (*3*)
**apologize** (*1*)
**appearance** (*1*)
**APPEARANCES** (*1*)
**appears** (*1*)
**apple** (*1*)
**Application** (*1*)
**applied** (*2*)
**applying** (*1*)
**appointment** (*14*)
**appointments** (*2*)
**appreciate** (*1*)
**approaching** (*1*)
**appropriately** (*1*)
**approximate** (*6*)
**approximately** (*47*)
**approximating** (*2*)
**April** (*4*)
**area** (*3*)
**arrived** (*1*)
**articles** (*1*)
**asked** (*7*)
**asking** (*6*)
**assign** (*1*)
**assisted** (*1*)
**Associate** (*2*)
**assume** (*5*)
**assumed** (*1*)
**athletic** (*1*)
**at-home** (*2*)
**attempt** (*1*)
**attempted** (*1*)
**attempts** (*1*)
**Attending** (*3*)
**attire** (*1*)
**Attorney** (*37*)
**attorneys** (*2*)

---

Deposition of Jamie Putnam

Selective Insurance Company of America Claim No. 22658016

**August** (*4*)
**aunt** (*1*)
**Auto** (*4*)
**automated** (*1*)
**Ave** (*2*)
**average** (*1*)
**avoid** (*1*)
**award** (*1*)
**aware** (*5*)

**< B >**
**Bachelor** (*1*)
**back** (*47*)
**background** (*1*)
**bad** (*3*)
**balance** (*2*)
**bank** (*4*)
**Barcelona** (*1*)
**Barnabas** (*2*)
**based** (*4*)
**basically** (*2*)
**basis** (*1*)
**bear** (*2*)
**bearing** (*3*)
**beauty** (*1*)
**bedroom** (*3*)
**began** (*1*)
**beginning** (*3*)
**behalf** (*3*)
**behavioral** (*1*)
**belief** (*1*)
**believe** (*7*)
**believed** (*1*)
**belong** (*3*)
**benefit** (*1*)
**benefits** (*7*)
**best** (*4*)
**bicycle** (*1*)
**big** (*2*)
**bigger** (*1*)
**biggest** (*1*)
**bike** (*23*)
**bills** (*5*)
**bird** (*1*)
**birth** (*1*)
**birthday** (*1*)
**bit** (*8*)
**biweekly** (*3*)
**bonus** (*1*)

**boot** (*1*)
**boxing** (*4*)
**boyfriend** (*1*)
**Brad** (*1*)
**Bradley** (*2*)
**brain** (*1*)
**branded** (*1*)
**BRANDON** (*3*)
**break** (*6*)
**breaking** (*1*)
**bridges** (*1*)
**brief** (*1*)
**Broad** (*1*)
**broader** (*1*)
**broke** (*1*)
**broken** (*3*)
**Brooklyn** (*24*)
**brother** (*4*)
**brother's** (*1*)
**brown** (*1*)
**Bruce** (*2*)
**budget** (*1*)
**build** (*1*)
**building** (*9*)
**built** (*1*)
**bunch** (*3*)
**Bushwick** (*1*)
**busiest** (*1*)

**< C >**
**call** (*11*)
**called** (*9*)
**calls** (*2*)
**Calvin** (*1*)
**camera** (*4*)
**cameras** (*2*)
**Camp** (*1*)
**campaign** (*1*)
**campaigns** (*1*)
**cancer** (*1*)
**car** (*4*)
**card** (*3*)
**care** (*2*)
**carpet** (*1*)
**carrier** (*1*)
**cars** (*2*)
**cartilage** (*1*)
**cash** (*1*)
**cast** (*6*)

**category** (*2*)
**cause** (*1*)
**causing** (*1*)
**center** (*1*)
**certain** (*4*)
**certificate** (*1*)
**certification** (*2*)
**certifications** (*1*)
**certify** (*2*)
**cervical** (*1*)
**cetera** (*1*)
**CHAMBERLIN** (*13*)
**changed** (*2*)
**Chase** (*3*)
**check** (*2*)
**checked** (*1*)
**check-in** (*3*)
**checking** (*3*)
**check-ins** (*1*)
**childhood** (*2*)
**chores** (*1*)
**Christmas** (*4*)
**chronologically** (*1*)
**chronology** (*2*)
**circumstances** (*1*)
**City** (*21*)
**claim** (*12*)
**claims** (*8*)
**Claire** (*1*)
**clarify** (*3*)
**classify** (*1*)
**clean** (*1*)
**cleaning** (*1*)
**clear** (*2*)
**client** (*2*)
**clients** (*1*)
**clipped** (*1*)
**close** (*4*)
**closed** (*4*)
**closest** (*3*)
**closet** (*1*)
**clothes** (*4*)
**club** (*2*)
**cobrien@stradley.com** (*1*)
**cognitive** (*1*)
**Colin** (*5*)
**collateral** (*1*)
**college** (*3*)

**colloquially** (*1*)
**color** (*2*)
**combination** (*1*)
**come** (*8*)
**comes** (*3*)
**comfort** (*1*)
**coming** (*4*)
**Commission** (*1*)
**commit** (*1*)
**committed** (*1*)
**committing** (*1*)
**COMMONWEALTH** (*3*)
**communications** (*1*)
**community** (*1*)
**companies** (*1*)
**Company** (*2*)
**Comparatively** (*1*)
**completely** (*1*)
**concern** (*2*)
**concluded** (*2*)
**conclusion** (*2*)
**condition** (*3*)
**condo** (*1*)
**conduct** (*1*)
**conference** (*1*)
**confident** (*1*)
**consider** (*1*)
**consistent** (*1*)
**constantly** (*1*)
**consult** (*1*)
**consumer** (*1*)
**contemplated** (*1*)
**content** (*1*)
**continue** (*3*)
**continued** (*1*)
**contract** (*1*)
**contractor** (*1*)
**convenience** (*1*)
**conversation** (*3*)
**Copenhagen** (*3*)
**copy** (*2*)
**Coral** (*1*)
**corporate** (*2*)
**Correct** (*15*)
**correctly** (*1*)
**correlated** (*1*)
**Counsel** (*2*)
**COUNTY** (*2*)

couple (1)
course (2) court (12) cover (2)
coverages (1)
covered (2)
covering (1)
covers (1) co-working (1)
cracked (2)
crawl (1)
crawled (3)
create (1)
creating (2)
Creative (2)
credit (2)
credits (1)
crews (1)
crutches (4)
current (5)
currently (3)
cut (2)
cutting (1)
cycle (2)
cystic-looking (1)

< D >
dad (2)
damage (1)
damaged (1)
DATE (13)
dated (1)
Davis (1) day (14) days (12)
December (5)
decorating (1)
defendant (1)
definitely (3)
degree (4)
degrees (1)
delivered (2)
deliveries (1)
delivery (3)
departure (1)
depend (2)
depends (4)
deposition (1)
describe (4)

described (3)
description (3)
designated (1)
detail (4)
determine (1)
difference (1)
different (9)
difficult (3)
digital (1)
dinner (2)
direct (1)
direction (1)
directly (6)
dirt (1)
disability (2)
discomfort (1)
discuss (2)
discussed (1)
discussing (1)
discussion (3)
discussions (2)
disoriented (2)
District (1)
doctor (8)
doctors (1)
document (6)
documents (5)
doing (3)
dominant (1)
Domino (3)
Don (3) door (2) doorman (1) downstairs (2) Dr (1)
dresser (1)
drink (1)
drive (4)
drivers (1)
driving (3)
drop (1)
due (1)
duly (1)
duration (2)
duvet (2)

< E >
earlier (6)
early (2)

earned (1)
earning (1)
easier (1)
easily (1)
East (4)
easy (1)
Editing (2)
editorial (1)
education (2)
eight (1)
Either (10)
election (4)
elections (2)
electric (1)
electronic (1)
elevated (3)
elevator (2)
eligibility (1)
email (2)
emergency (7)
emotional (1)
emotionally (1)
employed (3)
employee (2)
employer (6)
employers (1)
employment (5)
emptied (1)
empty (1)
ended (11)
engine (1)
enjoyed (1)
entire (3)
entity (1)
equipment (5)
errata (1)
especially (5)
Esquire (3)
essentially (2)
estimate (17)
et (1)
EUO (3)
evening (2)
event (2)
eventually (4)
Everyday (10)
exact (4)
exactly (4)
EXAMINATION (4)

examined (1)
example (1)
exboyfriend (2)
exboyfriend's (1)
exercises (2)
EXHIBITS (1)
expand (1)
experience (7)
experienced (1)
experiencing (1)
expires (1)
explain (1)
explained (5)
extended (1)
extent (5)
extra (1)

< F >
face (3)
fact (1)
factors (1)
fail (1)
fair (3)
fall (7)
falls (1)
familiar (3)
family (1)
famous (1)
far (1)
fast (4)
father's (1)
fatigued (1)
fatter (1)
FAX (1)
February (4)
feel (1)
feels (1)
feet (4)
fell (3)
felt (1)
field (2)
file (3)
filed (1)
filled (1)
Film (1)
final (2)
finally (1)
financial (1)
financially (2)

Case 1:25-cv-06563-MMH    Document 16-2    Filed 01/30/26    Page 110 of 119 PageID #:
179
Deposition of Jamie Putnam                    Selective Insurance Company of America Claim No. 22658016

**find** (*2*)
**fine** (*2*)
**firm** (*2*)
**first** (*33*)
**fish** (*1*)
**fit** (*3*)
**fitness** (*2*)
**five** (*6*)
**fixed** (*1*)
**fled** (*1*)
**flew** (*1*)
**flipping** (*1*)
**floor** (*4*)
**Florida** (*2*)
**fluid** (*1*) **fly**
(*2*)
**flying** (*1*)
**focus** (*3*)
**follow** (*5*)
**following** (*1*)
**follows** (*1*)
**food** (*2*) **foot**
(*3*) **footage**
(*2*) **forcing**
(*1*) **foregoing**
(*1*) **forget** (*8*)
**forgetting** (*1*)
**form** (*1*)
**formal** (*1*)
**former** (*1*)
**forth** (*3*)
**forward** (*2*)
**found** (*4*)
**four** (*8*)
**fracture** (*1*)
**fractured** (*3*)
**freelance** (*2*)
**frequency** (*1*)
**frequent** (*2*)
**frequently**
(*1*) **Friedman**
(*2*) **friend** (*8*)
**friends** (*3*)
**friend's** (*1*)
**front** (*3*)
**froze** (*1*) **fry**
(*1*) **full** (*14*)

**full-time** (*5*)
**fully** (*4*)
**further** (*2*)

**< G >**
**Gables** (*1*)
**gap** (*1*)
**garden** (*1*)
**Garment** (*1*)
**gas** (*1*)
**GCI** (*17*)
**general** (*1*)
**generalization** (*1*)
**g-e-r** (*1*)
**getting** (*8*)
**give** (*7*)
**given** (*2*)
**global** (*1*)
**go** (*43*)
**goes** (*4*)
**going** (*19*)
**gold** (*1*)
**Good** (*6*)
**Gotcha** (*2*)
**go-to** (*1*)
**gotten** (*1*)
**government** (*1*)
**grab** (*1*)
**grad** (*1*)
**graduate** (*1*)
**graduated** (*7*)
**graduating** (*1*)
**graduation** (*2*)
**greatly** (*1*)
**grew** (*1*)
**group** (*1*)
**growth** (*3*)
**guess** (*22*)
**guessing** (*6*)
**gym** (*4*)

**< H >**
**Hager** (*1*) **H-a-**
**g-e-r** (*2*) **half**
(*13*) **halfway**
(*2*) **hand** (*1*)
**happen** (*1*)
**happened** (*11*)

**happens** (*1*)
**happy** (*5*)
**hard** (*9*)
**harder** (*1*)
**hardware** (*2*)
**head** (*2*)
**healing** (*2*)
**Health** (*36*)
**health-focused** (*1*)
**hear** (*3*)
**heard** (*4*)
**hearing** (*2*)
**heart** (*1*)
**H-e-g-a-r** (*1*)
**H-e-g-e-r** (*1*)
**helmet** (*2*)
**help** (*4*)
**helped** (*4*)
**high** (*7*)
**hip** (*2*)
**history** (*1*)
**hit** (*20*)
**Hold** (*2*)
**holder** (*1*)
**holidays** (*4*)
**home** (*39*)
**home-away-from-**
**home** (*1*)
**honestly** (*2*)
**hospital** (*6*)
**hot** (*1*)
**hotel** (*1*)
**hour** (*5*)
**hours** (*1*)
**house** (*19*)
**HSS** (*2*)
**HSS's** (*1*)
**huge** (*1*)

**< I >**
**ice** (*1*)
**idea** (*1*)
**identifies** (*1*)
**Immediately** (*1*)
**important** (*1*)
**incident** (*20*)
**incline** (*2*)
**include** (*2*)
**including** (*2*)

**income** (*1*)
**incorrect** (*1*)
**incredibly** (*2*)
**independently**
(*1*) **INDEX** (*2*)
**indicate** (*1*)
**indicates** (*1*)
**industry** (*1*)
**inform** (*1*)
**informal** (*1*)
**information** (*3*)
**informed** (*3*)
**initial** (*2*)
**Initially** (*1*)
**inject** (*1*)
**injured** (*5*)
**injuries** (*1*)
**injury** (*13*) **in-**
**person** (*1*)
**inside** (*1*)
**instruments** (*1*)
**Insurance** (*41*)
**insured** (*2*)
**interested** (*1*)
**intern** (*1*)
**international**
(*1*) **internship**
(*1*) **interviews**
(*5*) **intimately**
(*1*) **involved** (*1*)
**Island** (*2*) **issue**
(*4*)
**issued** (*1*)
**issues** (*4*)
**items** (*2*)
**it'll** (*1*)

**< J >**
**Jacob** (*5*)
**J-a-c-o-b** (*1*)
**JAG** (*1*)
**JAMIE** (*6*)
**January** (*4*)
**Jersey** (*23*)
**job** (*15*)
**jobs** (*6*)
**jog** (*3*)
**jogged** (*1*)
**judge** (*1*)

**July** (*16*)
**jumping** (*1*)
**June** (*38*)
**junior** (*1*)

**< K >**
**keep** (*6*)
**kept** (*2*)
**kids** (*1*)
**Kim** (*1*)
**kind** (*20*)
**kits** (*1*)
**Klein** (*1*)
**knew** (*1*)
**know** (*106*)
**knowing** (*1*)
**knows** (*3*)

**< L >**
**lacrosse** (*1*)
**laid** (*6*)
**LANCASTER**    (*2*)
**large** (*1*)
**late** (*2*)
**latest** (*1*)
**LAW** (*3*)
**lawn** (*1*)
**lawsuit** (*1*)
**lawyer** (*2*)
**lawyers** (*1*)
**lay** (*1*)
**layers** (*1*)
**layoff** (*3*)
**lead** (*2*)
**lease** (*15*)
**leased** (*1*)
**leases** (*2*)
**leave** (*4*)
**left** (*2*)
**leg** (*3*)
**legal** (*3*)
**legitimate** (*1*)
**Lemonade** (*2*)
**letter** (*1*)
**Levy** (*1*)
**L-e-v-y** (*1*)
**license** (*9*)
**licenses** (*1*)
**lie** (*1*)

**life** (*1*)
**lighting** (*1*)
**limitation** (*1*)
**limitations** (*7*)
**limited** (*1*)
**limiting** (*1*)
**line** (*1*)
**lined** (*1*)
**lines** (*1*)
**lipstick** (*2*)
**Lisa** (*7*)
**listed** (*11*)
**listening** (*2*)
**little** (*10*)
**live** (*14*)
**lived** (*10*)
**lives** (*1*)
**living** (*9*)
**LLC** (*1*)
**LLP** (*1*)
**located** (*5*)
**location** (*3*)
**locations** (*1*)
**long** (*24*)
**longer** (*2*)
**long-term** (*1*)
**look** (*1*)
**looked** (*2*)
**looking** (*6*)
**looks** (*3*)
**loss** (*1*)
**lost** (*3*)
**lot** (*27*)
**Lower** (*4*)
**luck** (*1*)
**Ludlow** (*6*)
**L-u-d-l-o-w** (*1*)

**< M >**
**mail** (*7*)
**main** (*1*)
**maintenance** (*1*)
**major** (*2*)
**making** (*6*)
**man** (*1*)
**manage** (*2*)
**management** (*3*)
**marathon** (*1*)
**March** (*9*)

**marked** (*1*)
**Market** (*3*)
**mean** (*9*)
**means** (*4*)
**meant** (*2*)
**median** (*1*)
**medical** (*6*)
**medically** (*1*)
**medication** (*2*)
**meeting** (*2*)
**Melrose** (*5*)
**member** (*1*)
**memory** (*3*)
**mental** (*3*)
**mentioned** (*5*)
**merit** (*1*)
**metal** (*5*)
**metaphorical** (*1*)
**Metropolitan** (*1*)
**Metts** (*3*)
**Miami** (*7*)
**Michal** (*1*)
**M-i-c-h-a-l** (*1*)
**mid** (*2*)
**middle** (*2*)
**miles** (*1*)
**Miller** (*4*)
**mind** (*3*)
**mindset** (*1*)
**minor** (*1*)
**minutes** (*6*)
**mirror** (*1*)
**missed** (*3*)
**mixed** (*1*)
**Mobility** (*1*)
**mom** (*7*)
**money** (*3*)
**Montclair** (*14*)
**Monte** (*1*)
**month** (*23*)
**monthly** (*1*)
**months** (*29*)
**moped** (*1*)
**mother** (*3*)
**motion** (*5*)
**motions** (*1*)
**motor** (*5*)
**motorist** (*1*)
**motorized** (*1*)

**Mountain** (*5*)
**move** (*12*)
**moved** (*19*)
**moves** (*1*)
**moving** (*3*)
**multiple** (*5*)
**muscle** (*1*)
**musical** (*1*)

**< N >**
**name** (*20*)
**named** (*2*)
**nature** (*1*)
**need** (*19*)
**needed** (*1*)
**needs** (*2*)
**negotiate** (*1*)
**negotiated** (*2*)
**negotiations** (*1*)
**neighbors** (*1*)
**Never** (*2*)
**New** (*63*)
**Newark** (*5*)
**night** (*1*)
**nights** (*6*)
**nighttime** (*1*)
**Noa** (*7*)
**N-o-a** (*1*)
**Nobody's** (*1*)
**non-seasonal** (*1*)
**non-weight** (*1*)
**norm** (*1*)
**normal** (*2*)
**Northfield** (*1*)
**Notarial** (*1*)
**Notary** (*4*)
**note** (*2*)
**noted** (*1*)
**notes** (*1*)
**November** (*1*)
**number** (*7*)
**nurse** (*1*)

**< O >**
**OATH** (*4*)
**object** (*2*)
**O'Brien** (*27*)
**observe** (*2*)
**observed** (*1*)

**Obviously** (2)
**occasional** (1)
**occurred** (1)
**October** (6)
**October/November** (1)
**offer** (2)
**offers** (1)
**OFFICE** (7)
**officer** (2)
**offices** (1)
**official** (1)
**officially** (2)
**Oh** (3)
**Okay** (343)
**old** (2)
**older** (2) **once** (7) **one-month** (1)
**ones** (3)
**one's** (1)
**one-way** (1)
**one-year** (1)
**on-line** (3)
**oOo** (1)
**open** (1)
**opened** (1)
**operate** (1)
**operator** (6)
**opinion** (1)
**opinions** (1)
**opportunities** (1) **option** (1)
**options** (3)
**order** (1)
**ordered** (1)
**originally** (1)
**out-of-pocket** (1) **outside** (4)
**overflow** (1)
**overhear** (2)
**overnight** (5)

**< P >**
**p.m** (9)
**PA** (1)
**package** (2)
**packages** (3)
**pad** (1)

**PAGE** (4)
**pages** (1)
**paid** (5) **pain** (14) **painful** (1) **pandemic** (5)
**paperwork** (1) **parents** (52) **Park** (3)
**parked** (1)
**part** (8)
**parties** (1)
**parts** (2) **party** (1) **passed** (5)
**Passport** (2)
**patient** (1) **pay** (9) **paycheck** (3) **paychecks** (3) **paying** (3)
**payment** (2)
**payments** (1)
**pdf** (2)
**pedals** (3)
**Pedestrian** (1)
**pending** (1)
**Pennsylvania** (4) **people** (9)
**percent** (4)
**perfect** (1)
**performing** (1)
**period** (5)
**periods** (1)
**peripheral** (1)
**permanent** (1)
**person** (6)
**personal** (2)
**personally** (2)
**Philadelphia** (1) **phone** (13)
**photos** (1)
**physical** (15)
**physically** (1)
**picture** (1)
**pictures** (2)
**pinky** (1) **PIP** (2)
**pivot** (1)

**pivoting** (1)
**PLACE** (3)
**placement** (1)
**places** (3)
**Plains** (3)
**plaintiff** (1)
**plan** (1)
**planned** (1)
**plans** (1)
**plate** (3)
**plates** (2)
**played** (1)
**please** (25)
**plus** (3)
**pocket** (3)
**point** (9)
**points** (1)
**police** (10)
**policies** (2)
**policy** (15) **pool** (1) **position** (1)
**positions** (2)
**possibilities** (1)
**possible** (3)
**post** (1)
**powered** (1)
**Powers** (7) **PR** (3) **pre-accident** (3) **precede** (1)
**predicted** (1)
**pre-June** (1)
**prepare** (1)
**preparing** (5)
**prescribed** (1)
**PRESENT** (1)
**presumably** (1)
**pretty** (16)
**previous** (2)
**Primarily** (1)
**primary** (5)
**Prior** (10)
**prioritize** (1)
**probably** (9)
**problem** (1)
**produce** (1)
**producer** (10)
**producing** (1)

**production** (3)
**products** (1)
**professional** (1)
**program** (3)
**programs** (1)
**progress** (5)
**projects** (5)
**promoted** (2)
**prompt** (1) **proof** (1) **Protection** (1)
**protector** (2)
**provide** (20)
**provided** (5)
**providing** (1)
**psychiatric** (1)
**psychology** (1)
**PT** (4)
**Public** (5)
**publisher** (1)
**puncture** (1)
**pushing** (1)
**put** (11)
**PUTMAN** (10)
**Putman's** (2)

**< Q >**
**question** (12)
**questions** (11)
**quick** (1)

**< R >**
**radiology** (2)
**raise** (1)
**raised** (1)
**range** (5)
**rate** (1)
**reach** (1)
**read** (5)
**reading** (1)
**real** (1)
**really** (10)
**re-ask** (1)
**reason** (8)
**reasons** (2)
**recall** (43)
**recalled** (1)
**recalls** (1)
**receive** (8)

received (6)
recollection (2)
recommendation (2)
recommendations (1)
record (2)
recovery (2)
regimen (1)
rehab (1)
related (10)
relation (1)
relationship (4)
relative (2)
relay (1)
relayed (1)
release (2)
remain (2)
remained (5)
remaining (1)
remember (6)
remove (2)
removed (4)
removing (2)
render (1)
renewed (1)
rent (2)
renter's (2)
repeated (1)
rephrase (1)
report (7)
REPORTER (7)
reporter's (1)
request (3)
requested (2)
required (4)
reside (2)
resided (1)
residence (14)
resident (4)
residing (2)
re-signed (1)
response (3)
responsibilities (1)
responsible (2)
rest (2)
restaurant (1)
restroom (1)
result (9)
resulting (1)
retrieve (2)

return (5)
returned (1)
returning (4)
re-upped (1)
reverse (1)
review (1)
rides (2)
riding (1)
right (26)
rings (1)
risks (1) rod
(1) role (5)
roles (1)
RONON (3)
room (14)
roommate
(6)
roommates
(1) roughly
(1) routine
(2) RPR (2)
rude (1) rule
(1) rules (1)
run (3)
runner (2)
running (5)
rush (1)

< S >
salary (2)
sat (1)
Saturday (5)
save (1)
savings (1)
saw (8)
saying (1)
says (8)
scale (1)
scan (3)
scans (5)
scenes (1)
schedule (2)
school (9)
science (1)
scope (1)
screen (2)
screw (2)
screws (5)

Seal (1)
seasonal (1)
Seattle (1)
second (11)
seconds (1)
security (1)
see (21) seeing
(3) seeking (2)
seen (2)
Selective (12)
self-based (1)
self-propelled
(1) send (5)
senior (6)
sense (3)
separate (2)
separation (1)
September (5)
service (1)
services (1)
session (1) set
(4)
setting (1)
settled (3)
seven-year
(1) severance
(2) severe (1)
shaking (2)
share (2)
sheet (2)
shoot (1)
shoots (1)
show (2)
shut (1)
siblings (5)
sic (3) side
(9) sidewalk
(14) sign (4)
signature (2)
signed (8)
signing (1)
similar (1)
sister (7)
sister's (1)
sit (3)
sitting (4)
six (7)

six-month (4)
SJ (2)
skill (1)
sleep (2)
slept (1)
slot (1)
slow (2)
slowly (1)
small (1)
smaller (1)
smallest (1)
smoothly (1)
sneakers (1)
solid (1)
somebody (3)
someone's (1)
soon (2)
sorry (15)
sound (2)
sounds (1)
space (1)
speak (2)
speaking (2)
Special (2)
specific (5)
specifically (5)
specificity (1)
spell (2)
spend (3)
spent (2)
split (1)
spoke (3)
spoken (1)
spot (1)
spring (3)
SS (1)
stand (3)
start (4)
started (14)
starting (1)
State (4)
stay (11)
stayed (2)
staying (6)
stenographically (1)
step (2)
stepped (2)
stepping (1)
steps (1)

**STEVENS** (*2*)
**stock** (*2*)
**stolen** (*2*)
**stop** (*3*)
**stories** (*1*)
**story** (*1*)
**STRADLEY**
(*3*) **strategist**
(*3*) **Street** (*21*)
**strength** (*1*)
**stretching** (*1*)
**struck** (*2*)
**studio** (*2*)

**study** (*3*)
**studying** (*1*)
**stuff** (*3*)
**subjectively** (*2*)
**submit** (*3*)
**submitted** (*4*)
**submitting** (*2*)
**subside** (*1*)
**subway** (*1*)
**suitcase** (*1*)
**Suite** (*2*)
**summer** (*13*)
**supervisor** (*1*)
**supplies** (*1*)
**Sure** (*34*)
**surgeon** (*10*)
**surgeons** (*2*)
**surgeon's** (*1*)
**surgery** (*24*)
**surgical** (*3*)
**surgically** (*1*)
**surveillance** (*1*)
**swelling** (*6*)
**switch** (*1*)
**switched** (*2*)
**swollen** (*1*)
**sworn** (*1*)
**Syracuse** (*1*)

**< T >**
**tag** (*1*)
**tail** (*1*)
**take** (*14*)
**TAKEN** (*9*)
**talk** (*3*)
**talked** (*6*)

**talking** (*4*)
**taste** (*1*)
**taxes** (*3*)
**Taylor** (*1*)
**Taylor's** (*1*)
**team** (*2*)
**technically** (*4*)
**tell** (*18*)
**term** (*3*)
**termination** (*1*)
**terms** (*3*)
**test** (*3*)
**testified** (*5*)
**testimony** (*8*)
**testing** (*1*)
**Texas** (*1*)
**Thank** (*11*)
**Thanksgiving** (*3*)
**therapist** (*1*)
**therapy** (*15*)
**thicker** (*1*)
**thing** (*7*)
**things** (*8*)
**think** (*36*)
**third** (*4*)
**third-party** (*1*)
**thought** (*2*)
**three** (*23*)
**three-month** (*1*)
**thrilled** (*1*)
**Thursday** (*1*)
**TIME** (*78*)
**timeline** (*5*)
**timelines** (*1*)
**times** (*17*)
**tiny** (*1*)
**tire** (*1*)
**tires** (*1*)
**title** (*1*)
**today** (*27*)
**today's** (*1*)
**toe** (*1*)
**told** (*24*)
**ton** (*1*)
**top** (*1*)
**totaled** (*2*)
**town** (*2*)
**track** (*1*)
**traffic** (*1*)

**train** (*1*)
**training** (*1*)
**trainings** (*1*)
**transcribed** (*1*)
**transcript** (*5*)
**transition** (*1*)
**trauma-related** (*2*)
**travel** (*3*)
**traveled** (*1*)
**traveling** (*4*)
**treadmill** (*2*)
**treated** (*1*)
**treatment** (*4*)
**triathlete** (*1*)
**tried** (*3*)
**triggers** (*2*)
**trip** (*1*)
**true** (*3*)
**try** (*1*)
**trying** (*5*)
**Tuesday** (*1*)
**tunnels** (*1*)
**turn** (*1*)
**turned** (*1*)
**twice** (*3*)
**two** (*44*)
**two-page** (*1*)
**two-year** (*1*)
**type** (*29*)
**types** (*1*)
**typical** (*3*)
**typically** (*5*)

**< U >**
**Uber** (*12*)
**Uber'd** (*2*)
**ultimately** (*2*)
**UM** (*1*)
**Um-hum** (*1*)
**unable** (*1*)
**unaware** (*2*)
**unbranded** (*1*)
**uncertain** (*1*) **uncle**
(*1*) **unconscious** (*1*)
**undergraduate** (*1*)
**understand** (*6*)
**understanding** (*1*)
**understood** (*1*)

**unemployed** (*2*)
**un-independent**
(*1*) **uninsured**
(*1*) **University**
(*2*) **Unknown** (*2*)
**unqualified** (*1*)
**un-scripted** (*1*)
**unsure** (*3*)
**updating** (*1*)
**upkeep** (*1*)
**Upper** (*3*)
**urinate** (*1*) **use**
(*8*)
**usually** (*3*)

**< V >**
**vacation** (*3*)
**vehicle** (*3*)
**Venmo** (*1*)
**verbal** (*1*)
**versus** (*1*)
**Video** (*9*)
**Videoconference** (*4*)
**videos** (*4*)
**view** (*1*)
**virtual** (*1*)
**visit** (*1*)
**visits** (*1*)
**vitamins** (*1*)
**vote** (*2*)
**voted** (*2*)
**voting** (*1*)

**< W >**
**wages** (*2*)
**wait** (*1*)
**waited** (*1*)
**waiving** (*1*)
**walk** (*2*)
**walked** (*1*)
**walker** (*1*)
**walking** (*2*)
**want** (*14*)
**wanted** (*6*)
**warehouse** (*1*)
**way** (*6*)
**ways** (*1*)
**web-based** (*1*)
**website** (*1*)

Deposition of Jamie Putnam

Selective Insurance Company of America Claim No. 22658016

**Wednesday** (*1*)
**week** (*26*)
**weekend** (*4*)
**weekends** (*3*)
**weekly** (*2*)
**weeks** (*10*)
**weight** (*4*)
**well** (*13*) **went**
(*38*) **we're**
(*14*) **we've** (*1*)
**whatnot** (*1*)
**When's** (*1*)
**WHITE** (*8*)
**wide** (*1*)
**Williamsburg**
(*1*) **window** (*1*)
**winter** (*2*)
**wise** (*1*)
**WITNESS** (*11*)
**witnesses** (*2*)
**woke** (*4*)
**woman** (*1*)
**won** (*1*)
**Woodhull** (*3*)
**word** (*2*)
**words** (*3*)
**work** (*30*)
**worked** (*6*)
**working** (*2*)
**workplace** (*1*)
**works** (*1*)
**world** (*2*)
**worries** (*1*)
**worse** (*1*)
**wound** (*1*)
**WPP** (*4*)
**wrapped** (*1*)

**< Y >**
**yeah** (*18*)
**year** (*13*)
**years** (*12*)
**Year's** (*1*)
**yellow** (*1*)
**yesterday** (*2*)
**yoga** (*6*) **York**
(*36*) **YOUNG**
(*2*)

**younger** (*2*)

**< Z >**
**zero** (*2*)
**Ziff** (*2*)
**Zoe** (*6*)
**Z-o-e** (*2*)
**Zoom** (*7*)