UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN,<br><br>　　　　　Plaintiff,<br><br>- against -<br><br>SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-6563 (MMH)<br><br>**VERIFIED AMENDED ANSWER** |

　　　　Defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA (hereinafter "Answering defendants") by and through their attorneys, O'Malley, Padovani & Demler, as and for a Verified Amended Answer to plaintiff's Verified Complaint, state the following:

　　　　1.　　Answering defendants admit each and every allegation contained in paragraph numbered "1" of the Verified Complaint.

　　　　2.　　Answering defendants admit the allegations contained in paragraph numbered "2" of the Verified Complaint.

　　　　3.　　Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "3" of the Verified Complaint.

　　　　4.　　Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "4" of the Verified Complaint.

　　　　5.　　Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "5" of the Verified Complaint except admit that Selective Auto Insurance Company of America issued said policy.

6. Answering defendants admit the allegations contained in paragraph numbered "6" of the Verified Complaint.

7. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "7" of the Verified Complaint.

8. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "8" of the Verified Complaint.

9. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "9" of the Verified Complaint.

10. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "10" of the Verified Complaint.

11. Answering defendants deny any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "11" of the Verified Complaint.

12. Answering defendants deny each and every allegation contained in paragraph numbered "12" of the Verified Complaint.

13. Answering defendants admit the allegations contained in paragraph numbered "13" of the Verified Complaint.

14. Answering defendants admit the allegations contained in paragraph numbered "14" of the Verified Complaint.

15. Answering defendants admit each and every allegation in the form alleged contained in paragraph numbered "15" of the Verified Complaint.

16. Answering defendants deny each and every allegation in the form alleged contained in paragraph numbered "16" of the Verified Complaint.

17. Answering defendants admit the allegations contained in paragraph numbered "17" of the Verified Complaint.

18. Answering defendants admit the allegations contained in paragraph numbered "18" of the Verified Complaint.

19. Answering defendants deny each and every allegation contained in paragraph numbered "19" of the Verified Complaint.

20. Answering defendants deny each and every allegation contained in paragraph numbered "20" of the Verified Complaint.

21. Answering defendants deny each and every allegation contained in paragraph numbered "21" of the Verified Complaint.

22. Answering defendants admit the allegations contained in paragraph numbered "22" of the Verified Complaint.

23. Answering defendants deny each and every allegation contained in paragraph numbered "23" of the Verified Complaint.

24. Answering defendants deny each and every allegation contained in paragraph numbered "24" of the Verified Complaint.

25. Answering defendants deny each and every allegation in the Verified Complaint not otherwise specifically admitted or denied.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

26. The injuries and damages allegedly sustained by plaintiff were caused in whole or in part by the culpable conduct of plaintiff, including negligence and assumption of risk, as a result of which the claim of plaintiff is therefore barred or diminished in the proportion that such culpable conduct of plaintiff bears to the total culpable conduct causing the alleged injuries and damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

27. Upon information and belief, plaintiff failed to mitigate her damages.

**WHEREFORE**, the answering defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA demand judgment dismissing the Verified Complaint herein, together with attorneys' fees, costs and disbursements of this action.

Dated: Elmsford, New York
       January 30, 2026

                                Colin Rathje
                                O'MALLEY, PADOVANI & DEMLER
                                *Attorneys for Defendants*
                                565 Taxter Road, Suite 220
                                Elmsford, NY 10523
                                (914) 347-1344
                                Colin.Rathje@Selective.com

To:
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

## **ATTORNEY'S VERIFICATION**

Colin Rathje, an attorney duly admitted to practice in the United States District Court for the Eastern District of New York, hereby affirms under penalty of perjury as follows:

I am associated with the law offices of O'MALLEY, PADOVANI & DEMLER, the attorneys of record for the defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA in the within action and as such is fully familiar with the facts and circumstances heretofore had herein by virtue of the file maintained by this office.

I have read the foregoing VERIFIED AMENDED ANSWER, and the same is true to my own knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters affirmant believes them to be true.

This verification is made by an attorney because the defendants are not in the same County where your affirmant's office is located.

Dated: Elmsford, NY
       January 29, 2026

_____
Colin Rathje, Esq.