UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
JAMIE PUTMAN,

        Plaintiff,

  - against -

SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendants.
----------------------------------------------------x

Civil Action No. 1:25-cv-6563 (MMH)

MEMORANDUM OF LAW

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND ANSWER

O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com

Defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA respectfully move this Court for permission pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to amend their answer to the complaint to change two responses to plaintiff's allegations to "admit" from "deny" or "deny in the form alleged", and to assert affirmative defenses of plaintiff's culpable conduct and plaintiff's failure to mitigate damages.

The proposed amended answer is attached as Exhibit "A" to the accompanying Attorney Affirmation in Support dated January 30, 2026.

This motion is timely. Pursuant to the Discovery Plan/Scheduling Order dated January 8, 2026, motions to amend pleadings are to be served by February 1, 2026.

Rule 15(a)(2) provides that leave to amend an answer shall be "freely give[n]." Courts routinely allow defendants to amend their answers where, as here, the defendants have acted diligently and there is no prejudice to any party. See, e.g., Coder v. Jones, Civ. No. 11:-1007, 2012 WL 844732 (D.S.D. Mar. 8, 2012); Russo v. Abington Mem'l Hosp., 881 F. Supp. 177, 183 (E.D. Pa. 1995); Burel v. Berlex Laboratories, Inc., No. C84–1624A, 1986 WL 30018 (N.D. Ga. Oct. 8, 1986).

For these reasons, defendants SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA respectfully request that this Court permit these defendants to amend their answer to plaintiff's complaint to change two responses to plaintiff's allegations to "admit" from "deny" or "deny in the form alleged", and to assert affirmative defenses of plaintiff's culpable conduct and plaintiff's failure to mitigate damages, and to deem the amended answer served on plaintiff nunc pro tunc.

Dated: Elmsford, New York
      January 30, 2026

/s/ Colin Rathje
_____
Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com