UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN,<br><br>      Plaintiff,<br><br>      - against –<br><br>SELECTIVE INSURANCE COMPANY OF NEW JERSEY and SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>      Defendants. | Civil Action No. 1:25-cv-6563 (MMH)<br><br>**DECLARATION IN PARTIAL OPPOSITION TO MOTION TO AMEND** |

Pursuant to 28 U.S.C. § 1746, I, Brandon W. Chamberlin, hereby declare as follows:

1.    I am of counsel to the Law Office of Adam D. White, attorneys for Plaintiff Jamie Putman in this action. I submit this declaration in partial opposition to the motion of Defendants Selective Insurance Company of New Jersey and Selective Insurance Company of America (collectively "Selective") for leave to amend their answer (ECF No. 16).

2.    I represented Ms. Putman at an examination under oath concerning the claim at issue in this lawsuit conducted by Selective's counsel on June 25, 2025 (the "EUO").

3.    Selective attached a copy of the EUO transcript as Ex. A to its attorney affirmation in support of this instant motion (ECF No. 16-2).

4.    On or about September 22, 2025, my firm received a letter from Selective's coverage counsel stating that "Selective has determined that Ms. Putman is entitled to UM coverage and Extended Medical Benefits ("EMB") coverage under the Policy [at issue in this action]." A true and correct copy of that letter, previously produced in this litigation as PUTMAN_0294 to PUTMAN_0300, is attached hereto as **Exhibit 1**.

5.    I represented Ms. Putman at her deposition in this action on January 28, 2026 (the

"Deposition"). A true and correct copy of relevant excerpts of the Deposition transcript is attached hereto as **Exhibit 2**.[1]

6.  At both the EUO and the Deposition, Ms. Putman testified consistently that, in the crash at issue in this case, she was struck by the motorbike while on the sidewalk in front of her Brooklyn residence.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED:   New York, New York
         February 13, 2026

_____
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

---

[1] At the Deposition, Ms. Putman reserved the right, pursuant to Federal Rule of Civil Procedure 30(e)(1), to review the transcript. The 30 days for her to do so has yet to elapse so the transcript, including the attached excerpts, remains subject to her review and potential correction.