# EXHIBIT 1

**Stradley**Ronon

2005 Market Street
Suite 2600
Philadelphia, PA 19103
T: 215.564.8000

**Samuel E. Paul**
spaul@stradley.com
215.564.8625

September 22, 2025

*Via Email and First-Class Mail*
Adam D. White, Esq.
Law Office of Adam D. White
75 Broad Street, Suite 1601
New York, New York 10004
adam@adamwlaw.com

|     |     |     |
| --- | --- | --- |
| Re: | **Named Insureds:** | Amy Putman and Donald Putman |
|     | **Claimant:** | Jamie Putman |
|     | **Policy Number:** | F 5343970 (the "Policy") |
|     | **Company Name:** | Selective Auto Insurance Company of New Jersey |
|     | **Policy Period:** | July 19, 2023 – July 19, 2024 |
|     | **Policy Type:** | Standard Personal Auto Policy |
|     | **Date of Loss:** | June 15, 2024 |
|     | **Claim Numbers:** | Personal Injury Protection ("PIP"): 22649740; and Uninsured Motorist ("UM"): 22658016 |

Dear Mr. White,

Our firm is coverage counsel to Selective Auto Insurance Company of New Jersey ("Selective") in connection with the above-referenced UM and PIP claims. I write to inform you of Selective's position regarding whether the above-referend Policy provides UM and/or PIP coverage to your client, Jamie Putman, for the accident that occurred on June 15, 2024, in Brooklyn, New York (the "Accident").

*SUMMARY OF SELECTIVE'S COVERAGE POSITION*

Based on the information Selective has received to date, Selective has determined that Ms. Putman is entitled to UM coverage and Extended Medical Benefits ("EMB") coverage under the Policy. Selective requests that Ms. Putman provide all available documents, records, and proofs that support her claim for UM and/or EMB benefits, including all medical records relating to the injuries she sustained in the accident, to Selective adjusters Jeff Brillhart and Susan DiFilippo, whose contact information is provided below.

The Policy does not afford PIP coverage to Ms. Putman because, as explained below, the Accident did not arise out of the ownership, maintenance, or use of an "auto," as that term is defined in the relevant Policy form. Similarly, because the Accident did not involve an "auto," Ms. Putman does not qualify as an "insured" for purposes of PIP coverage.

PUTMAN_0294

Adam D. White, Esq.
September 22, 2025
Page 2

### INFORMATION RECEIVED TO DATE

On June 15, 2024, Ms. Putman traveled via Uber from a friend's house in Jersey City, New Jersey, to her residence at 123 Melrose Street, Brooklyn, NY 11206. In her examination under oath ("EUO") on June 25, 2025, Ms. Putman testified as follows:

> Yes. I woke up in Jersey City at my friend's house. I walked her to work. She worked at a restaurant. I then called an Uber to come back to Brooklyn. I got out of my Uber. I have a one-way street in Brooklyn with a wide sidewalk. I was checking my phone and I stepped onto the sidewalk and then I got hit and then I fell down and then I tried to stand up and then I passed out.

(EUO Transcript at 18:11-19.)

Ms. Putman expanded on this testimony and stated the following:

> So there's about one step between getting out of the Uber to the sidewalk, one to two steps, which is why I was, like, getting out and looking at my phone. From my recollection, it looked like a bird was coming at me from the -- I just saw something in my peripheral. And then I was hit by a motor bike like I see on my sidewalk. I could go downstairs and see one now. That's where all the delivery drivers drive. The bike did not stop. But I also did not know how severe the injury was, because I kind of just fell and got up. The bike -- the person, whoever was driving the bike, did not fall off the bike. I did not get a license plate. That's really what I can offer you.

(EUO Transcript at19:23–20:10.) Additionally, Ms. Putman further described the bike that struck her as "in the more moped and dirt, like, category." (EUO Transcript at 83:16-17.) Ms. Putman testified that this incident resulted in a fracture to her right ankle requiring surgical placement of screws and plates, performed at the Hospital for Special Surgery in New York, New York.

### RELEVANT POLICY PROVISIONS

The Policy form titled **PERSONAL INJURY PROTECTIVE COVERAGE (STANDARD PERSONAL AUTO POLICY) – NEW JERSEY**, bearing form number SI 05 77 04 18 (the "PIP Form"), states, in relevant part, as follows:

    **I.  Definitions**

        The **Definitions** Section is amended as follows:
        . . . .

        **B.**  The following definitions are added:
            . . . .

            **3.**  "Auto" means a self-propelled vehicle of one of the following types, which is designed for use principally on public roads:

                **a.**  A private passenger or station wagon type automobile;

PUTMAN_0295

Adam D. White, Esq.
September 22, 2025
Page 3

    **b.**  A pickup, delivery sedan or van; or

    **c.**  A utility automobile designed for personal use as a camper, motor home, or for family recreational purposes.

However, "auto" does not include:

    **a.**  A motorcycle;

    **b.**  An automobile used as a public or livery conveyance for passengers, including but not limited to any period of time an automobile is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the automobile.

        This Paragraph (b.) does not apply to an automobile being used during any period of time a person is logged into a "transportation network platform" as a driver, a "transportation network company rider" not "occupying" the automobile and that driver has not accepted a request through the "transportation network platform" to transport a passenger.

    **c.**  A pickup, delivery sedan, van, or utility automobile customarily used in the occupation, profession or business of an "insured" other than farming or ranching; or

    **d.**  A utility automobile customarily used for the transportation of passengers other than members of the user's family or their guests.
        . . . .

**II.  Personal Injury Protection Coverage**

  **A.  Principal Personal Injury Protection Coverage**

  **INSURING AGREEMENT**

  **1.**  We will pay principal personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use, including loading or unloading, of an "auto" as an automobile.

  **2.**  With respect to Principal Personal Injury Protection Coverage, "insured" means:

    **a.**  The "named insured" or any "family member" who sustains "bodily injury" while:

      **(1)**  "Occupying" or using an "auto"; or

      **(2)**  A "pedestrian", when caused by:

Adam D. White, Esq.
September 22, 2025
Page 4

      **(a)** An "auto"; or

      **(b)** An object propelled by or from an "auto".

  **b.** Any other person who sustains "bodily injury" while "occupying" or using "your covered auto" with the permission of the "named insured".
    . . . .

**B. Extended Medical Expense Benefits Coverage**

**INSURING AGREEMENT**

**1.** We will pay extended medical expense benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the ownership, maintenance or use, including loading and unloading, of a "highway vehicle" not owned by or furnished or available for the regular use of the "named insured" or any "family member".

**2.** With respect to Extended Medical Expense Benefits Coverage, "insured" means:

  **a.** The "named insured" or any "family member" who sustains "bodily injury" while:

    **(1)** "Occupying" or using a "highway vehicle"; or

    **(2)** A "pedestrian", caused by a "highway vehicle".

  **b.** Any other person:

    **(1)** Who sustains "bodily injury" while "occupying" a "highway vehicle" being operated by the "named insured" or any "family member", other than a:

      **(a)** Motorcycle; or

      **(b)** Vehicle being used as a public or livery conveyance. This includes but is not limited to any period of time a vehicle is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle; or

    **(2)** Using such "highway vehicle" with the permission of the "named insured".

**3.** Subject to the limit shown in the Schedule or in the Declarations, extended medical expense benefits

Adam D. White, Esq.
September 22, 2025
Page 5

The Policy form titled **UNINSURED MOTORISTS COVERAGE – NEW JERSEY**, bearing form number SI 04800123, states, in relevant part, as follows:

    I. **Part C — Uninsured Motorists Coverage**

      Part C is replaced by the following:

      **Insuring Agreement**

    **A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" or "underinsured motor vehicle" because of:

      **1.** "Bodily injury" sustained by an "insured" and caused by an accident; and

      **2.** "Property damage" caused by an accident except under Paragraph 2. of the definition of "uninsured motor vehicle".

      The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

      Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

    **B.** "Insured" as used in this endorsement means:

      1. You or any "family member".

      2. Any other person "occupying" "your covered auto".

      3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in **1.** or **2.** above.

*SELECTIVE'S COVERAGE POSITION*

As set forth above, the Policy provides PIP coverage under certain circumstances to an "insured" for bodily injury "caused by an accident arising out of the ownership, maintenance or use, including loading or unloading, of an 'auto' as an automobile." Here, the Policy does not provide PIP coverage because neither the Uber nor the bike that struck Ms. Putman meets the definition of "auto." As to the Uber, the PIP Form specifically excludes from the definition of "auto" an "automobile used as a public or livery conveyance for passengers, including but not limited to any period of time an automobile is being used by any person who is logged into a 'transportation network platform' as a driver, whether or not a passenger is 'occupying' the automobile." Additionally, the bike as described by Ms. Putman is not an "auto" because it is not: (i) a "private passenger or station wagon type automobile," (ii) a "pickup, delivery sedan or van," or (iii) a "utility automobile designed for personal use as a camper, motor home, or for family recreational

Adam D. White, Esq.
September 22, 2025
Page 6

purposes." Consequently, the Accident did arise out of the ownership, maintenance, or use of an 'auto.' For that reason, the Policy does not provide PIP coverage.

Relatedly, to qualify as an "insured" for purposes of PIP coverage, an injured claimant must be occupying or using an "auto" or be a pedestrian who is injured by an "auto" or an object propelled by or from an "auto." Because the Accident did not involve an "auto," Ms. Putman does not qualify as an "insured." Selective therefore declines PIP coverage for this additional reason.

The Policy does, however, afford UM and EMB coverage to Ms. Putman for the Accident, subject to the applicable Policy limits, terms, and conditions. Selective is continuing its evaluation of Ms. Putman's damages as a result of Accident, and requests that Ms. Putman provide all available documents, records, and proofs that support her claim for UM and/or EMB benefits, including all medical records relating to the injuries she sustained in the accident. Please provide all such documents and information to the following Selective adjusters:

| | |
|---|---|
| Jeff Brillhart | Sue DiFilippo, AIC |
| Claims Specialist | Mailing address: |
| P.O. Box 7264 | PO Box 7250 |
| London, KY 40742 | London, KY  40742-7250 |
| jeff.brillhart@selective.com | susan.difilippo2@selective.com |
| p. 973-948-9350 | p: 1-609-689-7610 |
| f. 877.233.1355 | f: 877-352-5592 |

***RESERVATION OF RIGHTS***

Selective respectfully declines coverage for Ms. Putman's PIP claim for the reasons stated above. If you disagree with this coverage position, or if you have additional information that you would like Selective to consider, please advise us at your earliest convenience and Selective will take this matter under consideration subject to the provisions of the Policy.

Selective's position regarding PIP, EMB, and UM coverage is based on the documents and information currently available to it. Selective expressly reserves all rights and defenses under and in connection with the Policy and applicable law, including all rights and defenses to deny coverage on additional or alternative grounds as the terms, conditions, exclusions, endorsements, and provisions of the Policy are found to apply. Nothing herein should be construed as a waiver of any rights or defenses that Selective has or may later have under the Policy and applicable law.

If you have any questions, or if you would like to discuss Selective's coverage analysis in more detail, please do not hesitate to contact me.

If Selective's final determination regarding the claim is unacceptable, Ms. Putman may request a review of that determination through Selective's internal appeals process by contacting:

Claim Internal Appeal Administrator
Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

Adam D. White, Esq.
September 22, 2025
Page 7

Telephone: (866) 871-9254
Fax: (855) 283-6879
E-mail: ClaimInternalAppeals@selective.com

If Ms. Putman is not satisfied with the decision of Selective's internal appeals panel, she may contact:

New Jersey Department of Banking and Insurance Consumer Assistance
20 West State Street
PO Box 329
Trenton, NJ 08625-0329
Telephone: (609) 292-7272
Telefax: (609) 292-2431 or (609) 777-0508
Automated Hotline: 1-800-446-7467
E-mail: ombudsman@dobi.nj.gov
Electronic complaint submissions: http://www.state.nj.us/dobi/consumer.htm

Sincerely,

*/s/ Samuel E. Paul*

Samuel E. Paul

7905030

PUTMAN_0300