# EXHIBIT 2

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

JAMIE PUTNAM,

        Plaintiff,

  -against-                            Case No.
                                          1:2025cv06563

SELECTIVE INSURANCE COMPANY OF NEW
JERSEY and SELECTIVE INSURANCE
COMPANY OF AMERICA,

        Defendants.

_____

_____

ZOOM VIDEOCONFERENCE DEPOSITION OF JAMIE PUTNAM

January 28, 2026

10:00 a.m.

REPORTED BY:

NICOLE THERESA SWANSON

APPEARING REMOTELY FROM SUFFOLK COUNTY, NEW YORK

```
 1
 2     back Monday.
 3          Q.   Can you generally describe for me the nature of
 4     the work that you were, that you did at the Sundance?
 5          A.   So, I'm clear the nature of the work that I did
 6     specifically at Sundance?
 7          Q.   The, well, I'll rephrase the question. The
 8     nature of the work that you did while you were in Utah
 9     that you did during this trip?
10          A.   Yes. I, pretty much, a freelance opportunity
11     came up to a producer that didn't have a movie in
12     Sundance or anything that was really going to speak to
13     his old colleagues, and I was his assistant.
14          Q.   Okay, and what kind of duties did you perform
15     as his assistant?
16          A.   Scheduling meetings, getting coffee, making
17     sure that the hotel was inline, the Airbnb, the check-in,
18     assistant duties.
19          Q.   Okay.  All right. So, let's start from the
20     beginning. So, were you involved in an accident June
21     25th, June 15th of 2024?
22          A.   Yes. June 15th, I was involved in an accident.
23          Q.   Okay, and where did that accident happen?
24          A.   That happened back in Brooklyn on the sidewalk.
25     123 Melrose Street where I live.
```