# O'Malley, Padovani & Demler

Staff Counsel of Selective Insurance
*Not a Partnership*

565 Taxter Road Suite 220
Elmsford, NY, 10523

Phone: (914) 347-1344 | Facsimile: (855) 721-4009
*Service by Fax Not Accepted*

*Reply To: Colin Rathje*
*colin.rathje@selective.com*

February 23, 2026

Honorable Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201

   Re: Putman v. Selective Insurance Company of New Jersey and Selective Insurance Company of America
     Case No.: 1:25-cv-06563-ENV-MMH

Honorable Judge Henry,

  I represent the defendants in this action. I have conferred with counsel for plaintiff regarding the substance of this filing, and plaintiff's counsel is "cc'd" via Pacer service. I respectfully submit this letter motion pursuant to Local Rule 7.1, requesting an extension of time to file a reply affirmation in connection with the pending motion seeking to amend the defendants' answer.

  The current deadline for submission of the reply affirmation was Friday February 13, 2026. Consistent with that unlucky date, I was unable to log in to Pacer to obtain copies of plaintiff's opposition papers and thereafter file a reply affirmation. I spent 55 minutes on hold with Pacer services before being advised that Pacer could not answer my call and I should try another time. I immediately contacted plaintiff's counsel to explain my situation, and plaintiff's counsel graciously agreed to extent my time to file a reply to today, February 23, 2026. Under these circumstances, I respectfully request an extension of time to today, February 23, 2026, to file my reply affirmation.

  This is the first request for an extension of this deadline. I have attached defendants' reply affirmation as an exhibit to this letter motion, and request that if the extension of time is granted, that the reply affirmation be deemed timely served.

  Thank you for your consideration of this request.

                                                    Colin Rathje, Esq.
                                                    O'MALLEY, PADOVANI & DEMLER
                                                    Attorneys for Defendants
                                                    565 Taxter Road, Suite 220
                                                    Elmsford, NY 10523
                                                    (914) 347-1344
                                                    Colin.Rathje@Selective.com

cc:           LAW OFFICE OF ADAM D. WHITE
              *Attorneys for Plaintiff*
              75 Broad Street #1601
              New York, New York 10004
              (212) 577-9710
              brandon@adamwlaw.com