1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK


JAMIE PUTNAM,

                    Plaintiff,

        -against-                          Case No.
                                           1:2025cv06563
SELECTIVE INSURANCE COMPANY OF NEW
JERSEY and SELECTIVE INSURANCE
COMPANY OF AMERICA,

                    Defendants.
_____

_____




        ZOOM VIDEOCONFERENCE DEPOSITION OF JAMIE PUTNAM

                    January 28, 2026

                       10:00 a.m.




REPORTED BY:

NICOLE THERESA SWANSON

APPEARING REMOTELY FROM SUFFOLK COUNTY, NEW YORK

Jaime Putman
January 28, 2026

REMOTE APPEARANCES:


        FOR PLAINTIFF:

        THE LAW OFFICE OF ADAM D. WHITE
        BRANDON CHAMBERLIN, ESQUIRE
        75 Broad Street,
        Suite 1601,
        New York, New York 10004
        212.577.9710
        Brandon@adamwlaw.com

        FOR DEFENDANTS:

        O'MALLEY & PADOVANI - SELECTIVE INSURANCE STAFF
        COUNSEL
        COLIN RATHJE, ESQUIRE
        565 Taxter Road,
        Suite 220,
        Elmsford, NY 10523
        914.347.5522
        Colin.Rathje@Selective.com

Jaime Putman
January 28, 2026

1

2                        INDEX TO EXAMINATION

3                    WITNESS: JAMIE PUTNAM

4

5      EXAMINATION                                    PAGE

6      Mr. Rathje                                     07

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jaime Putman
January 28, 2026

1

2                         INDEX TO EXHIBITS

3                     WITNESS:  JAMIE PUTNAM

4       JAMIE PUTNAM vs. JERSEY and SELECTIVE INSURANCE COMPANY

5                            OF AMERICA

6                    Wednesday, January 28, 2026

7                      Nicole Theresa Swanson

8

9        MARKED              DESCRIPTION                    PAGE

10

11      Exhibit A       Uber Receipt, dated June 15th of     11

12                      2024

13      Exhibit B       Google Maps Image depicting the      17

14                      door

15      Exhibit C       Google Maps Image depicting the      19

16                      drop-off location

17

18      Exhibit D       Google Maps Sidewalk Image           38

19

20      Exhibit E       Five page document that is a         82

21                      Separation Agreement and General

22                      Release

23      Exhibit F       Four pages of photographs            84

24

25

Jaime Putman
January 28, 2026

```
 1                REPORTED REMOTELY FROM SUFFOLK COUNTY, NEW YORK;
 2
 3                  Wednesday, January 28, 2026, 10:00 a.m.
 4
 5                     (At this time, the court reporter read the
 6               following statement:
 7
 8                     "The attorneys participating in this
 9               deposition acknowledge that I am not physically
10               present in the deposition room and that I will
11               be reporting this deposition remotely.  They
12               further acknowledge that, in lieu of an oath
13               administered in person, I will administer the
14               oath remotely pursuant to Executive Order 202.7
15               issued on March 19, 2020.  The parties and
16               their counsel consent to this arrangement and
17               waive any objections to this manner of
18               reporting.)
19
20                     MR. CHAMBERLIN: Brandon Chamberlin for the
21               plaintiff. I do.
22
23                     MR. RATHJE: Colin Rathje for defendants.
24               I do.
25
```

Jaime Putman
January 28, 2026

```
1
2                    (At this time, per the court reporter's
3               request, the witness presented her New York
4               State Driver's License for verification.)
5
6    JAMIE PUTNAM,
7    having been first duly sworn, was examined and testified
8    follows:
9
10   EXAMINATION
11   BY THE COURT REPORTER:
12
13   Q. Okay. What is your full legal name for the record?
14   A. Jamie Michal Putnam.
15   Q. Okay, and what is your home address?
16   A. 123 Melrose Street, Apartment 415, Brooklyn, New York
17   11206, and 70 Upper Mountain Ave, Montclair, New Jersey
18   07042.
19   Q. And that's Montclair, New Jersey?
20   A. Montclair, M-O-N-T-C-L-A-I-R.
21   Q. Thank you. We can get started.
22
23                    MR. CHAMBERLIN: And just before we start
24               just one house keeping matter. I have got a
25               sticky note on my computer that pursuant to
```

Jaime Putman
January 28, 2026

```
 1
 2              FRCP30E the deponent avails of the right to
 3              review the transcript when its prepared.
 4
 5                   MR. RATHJE: Okay.
 6
 7
 8    EXAMINATION BY
 9    MR. RATHJE:
10
11         Q.   All right. Good Morning, Miss Putnam.
12         A.   Morning.
13         Q.   My name is Colin Rathje, I represent Selective
14    Insurance, and I'm going to ask you some questions today
15    about an accident that occurred back in June of 2024, and
16    the events subsequent thereto. Please allow me to
17    complete my question before you answer, and when you do
18    answer please answer it in words. Will that be
19    acceptable?
20         A.   Yes.
21         Q.   If you don't understand my question will you
22    let me know that?
23         A.   Yes.
24         Q.   And if you don't hear my question, will you let
25    me know that?
```

Jaime Putman
January 28, 2026

1

2          A.    Yes.

3          Q.    Okay. If for some reason the court reporter

4     should ask you to repeat something that you've already

5     said would you please try do your best to actually repeat

6     it rather than explain or paraphrase what you had said?

7          A.    Yes.

8          Q.    Because that normally comes up where there is a

9     glitch in the audio or the video and somebody doesn't get

10    all of what was said and, you know, we just want to get

11    an accurate record of what was said, so, with that

12    understanding I appreciate your response. Where are you

13    right now?

14         A.    I am in Salt Lake City, Utah.

15         Q.    And how long have you been in Salt Lake City?

16         A.    I have been in Salt Lake City since last

17    Thursday.

18         Q.    And what's the, generally, what's the purpose

19    of the trip to Salt Lake City?

20         A.    I went to Salt Lake City for a freelance

21    opportunity at the Sundance Film Festival, and then the

22    storm has impacted my flights.

23         Q.    Okay. Did you actually do the freelance work

24    that you went there to do?

25         A.    I was able to, yes, and I was supposed to fly

Jaime Putman
January 28, 2026

```
 1
 2   back Monday.
 3       Q.   Can you generally describe for me the nature of
 4   the work that you were, that you did at the Sundance?
 5       A.   So, I'm clear the nature of the work that I did
 6   specifically at Sundance?
 7       Q.   The, well, I'll rephrase the question. The
 8   nature of the work that you did while you were in Utah
 9   that you did during this trip?
10       A.   Yes. I, pretty much, a freelance opportunity
11   came up to a producer that didn't have a movie in
12   Sundance or anything that was really going to speak to
13   his old colleagues, and I was his assistant.
14       Q.   Okay, and what kind of duties did you perform
15   as his assistant?
16       A.   Scheduling meetings, getting coffee, making
17   sure that the hotel was inline, the Airbnb, the check-in,
18   assistant duties.
19       Q.   Okay.  All right. So, let's start from the
20   beginning. So, were you involved in an accident June
21   25th, June 15th of 2024?
22       A.   Yes. June 15th, I was involved in an accident.
23       Q.   Okay, and where did that accident happen?
24       A.   That happened back in Brooklyn on the sidewalk.
25   123 Melrose Street where I live.
```

Jaime Putman
January 28, 2026

```
1

2          Q.   Okay.  It is fair to say that the accident

3    happened shortly after you got out of an Uber?

4          A.   Yes.

5          Q.   Where had you come from when you got out of the

6    that Uber?

7          A.   I had come from Jersey City. I was with a

8    friend.

9          Q.   Okay.  All right. What did you do in Jersey

10   City before you left to go back to Brooklyn?

11         A.   I woke up at friend's, made some breakfast, and

12   I walked her to work at the restaurant before getting an

13   Uber.

14         Q.   Okay, and then?

15         A.   And then I took the Uber from Jersey City back

16   to my home, and I live on a one-way street, so, it's

17   Saturday, back to back, got out, was looking at any

18   phone, my texts, and I'm a righty, I stepped on to the

19   sidewalk with my right foot.

20         Q.   Okay. So, I'll get in to the details. So, on,

21   what time did you arrive at Melrose Street on June 15th?

22         A.   Approximately around 3 p.m., I do not know the

23   exact time. Around 3 p.m.

24

25              MR. RATHJE: Okay.  All right, so, I'm
```

Jaime Putman
January 28, 2026

1

2          going to share my screen and go to the first

3          exhibit.  Let me know when you can see what I

4          am sharing? Can you see it?

5

6                THE WITNESS: Yes.

7

8                MR. RATHJE: Okay.  So, for the record I am

9          sharing what was provided by Plaintiff's

10         Counsel as an Uber Receipt, dated June 15th of

11         2024, with the date at the top right corner,

12         and as I scroll through this one page document.

13

14               MR. CHAMBERLIN: Is there a date stamp on

15         that?

16

17               MR. RATHJE: Not that I have. Oh, yeah. At

18         the bottom, bottom right, date stamped

19         Putnam_0734.

20

21               (Defendant's Exhibit A, Uber Receipt,

22         dated June 15th of 2024, provided

23         electronically to the Court Reporter, marked

24         for identification.)

25

Jaime Putman
January 28, 2026

1

2          Q.   So, at the bottom of the page, it describes the

3    ride, and do you see where it says you rode with Alisha?

4          A.   Yes.

5          Q.   Okay, and do you recall anything about Alisha,

6    what she looked like, or her last name, or anything like

7    that?

8          A.   I do not.

9          Q.   Okay. All right, and according to this you were

10   picked-up in Hoboken at 3:49 p.m.; do you see that?

11         A.   Yes.

12         Q.   Okay, and does that refresh your recollection

13   as to when you left Hoboken?

14         A.   I, I was off by an hour or so.

15         Q.   Okay.  Do you have any reason to believe that's

16   not accurate? The 3:49 p.m. pick-up?

17         A.   No.

18         Q.   Okay, and then below that it says the drop-off

19   was at 4:46 p.m. at 123 Melrose; do you see that?

20         A.   Yes.

21         Q.   Okay. Do you have any reason to believe that

22   that is not accurate?

23         A.   No.

24         Q.   Okay.  So, given that you left Hoboken eleven

25   minutes to four, do you recall anything else that you did

Jaime Putman
January 28, 2026

1

2     from the time that you woke up in Jersey City to the time

3     that you left Jersey City?

4          A.    I woke up, I mean, it was a Saturday. We woke

5     up hung and around the house, and she had work.

6          Q.    Okay, and what time did she get to work?

7          A.    I would say 3:30, 3:00.

8          Q.    Okay.

9          A.    It sounds like a shift start.

10         Q.    Okay,  and when you arrived at Melrose Street

11    in Brooklyn at 4:46 p.m., what was the weather like?

12         A.    It, there was no rain, no snow, neutral.

13         Q.    Okay.  Sunny?  Cloudy?

14         A.    That I couldn't tell you.

15         Q.    Okay.  Now, you mentioned earlier that it was a

16    one-way street; correct?

17         A.    Yes.  My door is on the one-way street.

18         Q.    Okay, and if you were to go down that one-way

19    street in the proper direction which side of the street

20    would your door be on?

21         A.    The right side.

22         Q.    Okay, and about how far down Melrose is your

23    door from when you first turn on to Melrose?

24         A.    Approximately, I would seriously have to guess

25    a number of feet, but along, you can see, the distance.

1

2

3          MR. RATHJE: Okay. All right, and I'm going

4     to shop sharing and call this Defendant's

5     Exhibit A, the Uber, the June 15th Uber

6     receipt, and I'll stop sharing.  I'm going to

7     share my screen again. Let me know when you can

8     see what I'm sharing.

9

10          THE WITNESS: Yes.

11

12          MR. RATHJE: Okay.  So, what I'm sharing,

13     for the record, I'm on Google Maps.

14

15          THE WITNESS:  Yes.

16

17          MR. RATHJE: The address, well, this says

18     130 Melrose Street in Brooklyn, and, so, it's

19     not a still image. I can manipulate it as we

20     see. So, what my intention is Brandon is to ask

21     Miss Putnam to identify where her door is, and

22     where the drop-off point was, and I will take

23     still images of those, and mark those as

24     exhibits; if that is acceptable to you?

25

Jaime Putman
January 28, 2026

```
1
2              MR. CHAMBERLIN: Sure.
3
4              MR. RATHJE: Thank you.
5
6         Q.   All right. So, Miss Putman, does this image
7    that you can see now show where your door is on Melrose
8    Street?
9         A.   In the way back.  I would have to scroll back.
10        Q.   Okay. I can scroll back.
11        A.   -- I have to scroll back --
12        Q.   -- Just tell me where --
13
14             MR. RATHJE: I'm sorry. I didn't mean to
15             cut you off.
16
17        Q.   When you say back, do you mean behind where
18   this image is taken or going further down the street?
19        A.   Going further down the street.
20        Q.   Okay. So, I will go further down the street.
21   Keep going?
22        A.   Yes.
23        Q.   It is across this intersection that that we
24   see?
25        A.   It's past it. It's, it's right there. There is
```

Jaime Putman
January 28, 2026

```
1
2      a stairway right there. It's in the middle. No.

3           Q.    No, go back?

4           A.    Yes.

5           Q.    Sorry.

6           A.    It's on that one-way.  Keep going back.

7           Q.    Go back this way?

8           A.    Yeah, sorry. It's all disorienting because you

9      keep changing directions.

10          Q.    Sorry.

11          A.    It's about across from that mural.

12          Q.    Oh, okay.

13          A.    It's probably covered by trees.  There you go.

14          Q.    All right. Okay.  So, this image that I'm

15     showing, does this show where your door is?

16          A.    No.

17          Q.    Okay.  Sorry.

18          A.    That does.

19          Q.    That black box where is says Densen; is that

20     your door?

21          A.    Yes.

22          Q.    Okay. Got it.

23          Q.    So, in this image that I have on the screen

24     your door would be to the right of the red car?

25          A.    Yes.
```

Jaime Putman
January 28, 2026

```
 1

 2

 3              MR. RATHJE: Brandon, I am going to take a

 4         still image of this.

 5

 6              MR. CHAMBERLIN: Okay.

 7

 8              (A brief discussion was held off of the

 9         record.)

10

11              MR. RATHJE: We'll call this image

12         Defendant's Exhibit B, door, and then, again, I

13         will share all the exhibits after the

14         deposition.

15

16              (Defendant's Exhibit B, Google Maps Image

17         depicting the door, provided electronically to

18         the Court Reporter, marked for identification.)

19

20    Q.    So, now using this image as Exhibit B, I'll be

21   repeating the question, Miss Putnam. Your door on 123

22   Melrose would be to the right of the red car that appears

23   on the right in that photograph; correct?

24    A.    Yes.

25    Q.    It would also be on the right of the silver
```

Jaime Putman
January 28, 2026

1
2      car?

3          A.    Between it, just kind in between those.

4          Q.    Okay. Fair enough. All right. Does this same

5      image show the drop-off point where the Uber dropped you

6      off on June 15th?

7          A.    The exact drop-off point?

8          Q.    Yeah?

9          A.    I believe it was further back because there was

10     traffic and cars parked on both sides as they are in the

11     picture as well. I believe it was probably a little bit

12     further back.

13         Q.    Okay.  So, I'm going to go a little bit back

14     and from this vantage point. Does this show the exact

15     drop-off point?

16         A.    I would say even further back.

17         Q.    Okay.

18         A.    Maybe a little bit more. We are talking like

19     inches,  feet.

20         Q.    I understand. My goal is to be as accurate as

21     possible. Is this too far back or does this show where

22     the drop-off point was?

23         A.    I'd say exactly there, or close to where the

24     front of the silver car.

25         Q.    Is that to the bottom right of this photo?

Jaime Putman
January 28, 2026

1

2      A.   Yes.

3

4           MR. RATHJE: Okay. All right. Now, I'm

5           going to take a still image of this and call it

6           Exhibit C. For the record, it's a Google Maps

7           image dated October 2020 and the address is 130

8           Melrose. I am going to call this Exhibit C,

9           drop-off.

10

11          (Defendant's Exhibit C, Google Maps Image

12          depicting the drop-off location, provided

13          electronically to the Court Reporter, marked

14          for identification.)

15

16     Q.   So, now, using this image that we see now

17     called Exhibit C, can you describe for me where the Uber

18     dropped you off on June 15th?

19     A.   Somewhere within image C.  It's really not that

20     long a street. It looks like it with the wide fish lens

21     on Google Maps. So, it's kind of hard to actually see

22     with the light and angle, I don't, on the street. It's

23     not a big street.

24     Q.   Okay.  So, on this image that we see as we

25     noted before on the bottom right there is a silver or

Jaime Putman
January 28, 2026

1

2       grey SUV parked on the right hand side; correct?

3           A.    Correct.

4           Q.    Okay. Then, there is a space or one or more car

5       lengths and then a small black coop or sedan; do you see

6       that?

7           A.    Yes.

8           Q.    Is the drop-off point somewhere between where

9       the silver SUV and the black sedan is?

10          A.    You are asking me to guess at that point. I

11      would say that there were cars completely parked on that

12      side. So, it's harder to just, there is usually not a car

13      and a half length of space there.

14          Q.    Okay.  On the date that you were dropped off on

15      June 15th, when your Uber dropped you off was there any

16      open spots for cars to park, or were all the spots full?

17          A.    It, to me like all the parking spots were

18      taken, but again that is a guess, an approximation, it's,

19      yeah.

20          Q.    Okay.  So, do you know or remember? I just want

21      to make sure.

22          A.    I think we as humans, we approximate. I've

23      lived there for years and every single Saturday you can't

24      park. Yes, there are cars parked. You can't get a spot.

25      It's packed there. I remember again I can make

Jaime Putman
January 28, 2026

1

2  approximations. I was told not to guess. Usually there

3  were cars lining there usually every Saturday on the

4  right.

5        Q.    Okay.  Do you know what car it was that you got

6  out of, what kind car was it?

7        A.    I don't know.

8        Q.    Was it sedan, an SUV, something else?

9        A.    I don't know, but I'm also very bad at cars. I

10  call them red, silver, grey.

11        Q.    Do you know how many doors it had?

12        A.    Four.

13        Q.    And what door did you get out of?

14        A.    The right door.

15        Q.    Right front or right rear?

16        A.    Right rear.

17        Q.    Okay.  Prior to getting out of the car did you

18  use the Uber app to leave feedback or the tip?

19        A.    Before I got out of the car?  I believe that's

20  not possible. I believe the ride needed to end to tip.

21        Q.    Okay.  As you got out of the Uber on this day,

22  what, if anything, did you have with you?

23        A.    My phone.

24        Q.    Okay.  Anything else?

25        A.    I know I had my phone. I'm not going to guess

Jaime Putman
January 28, 2026

1

2    on what else I had.

3          Q.    Did you have an overnight bag?

4          A.    No. Not a overnight bag, like a purse perhaps.

5    Not like a big duffle bag.

6          Q.    Okay.  When the Uber stopped to drop you off,

7    where was it in relation to the curb on the right versus

8    the curb on the left, what I mean by that is, was it

9    parked, was it on the side, in the middle of the street,

10   or closer to one side, or closer to the other?

11         A.    Approximately, it's a one-way. So, to not hit

12   the corners they pulled in the middle.

13         Q.    Okay.  Did you have any problem opening the

14   door when you got out?

15         A.    It was a sliding door.

16         Q.    Okay.

17         A.    It slid.

18         Q.    Okay, and then when you got out of the Uber did

19   you have to close the door, was it a self-closing door,

20   or something else?

21         A.    Self-closing.

22         Q.    Okay.  So, once you got out of the door and out

23   of the Uber can you describe for me your movements up to

24   the time you got on to the sidewalk?

25         A.    Yes.  So, again, cars were lining the street,

Jaime Putman
January 28, 2026

1

2    so, I kind of went behind a car like to the right, and

3    then tried to get in-between a car to get on to the

4    sidewalk.  I don't know many steps between when I got out

5    and the sidewalk.

6         Q.   Okay. So, then correct me if I'm wrong, that

7    means when you got out of the Uber you had to turn to the

8    right in order to get behind that car that was next to

9    you?

10        A.   Approximately. That is my guess.

11        Q.   Well, can you say whether or not that is

12   accurate?

13        A.   If I had to go the right, I am guessing, I

14   can't, you want me to, you know. I can't say. I know that

15   I had to get, I can't walk through a car. So, I have to

16   get around a car. I remember going to the right.

17        Q.   Okay. All right, and how many steps did you

18   have to walk around the car when you turned to the right

19   to get around that car?

20        A.   Approximately, I would have to guess like and

21   say seven to ten. Let's say approximately. I'm doing a

22   lot of guessing here.

23        Q.   Where were you looking while you took those

24   seven to ten, the approximately seven to ten steps?

25        A.   Approximately, I reached in to my pocket to get

Jaime Putman
January 28, 2026

1

2     my phone, and then I got up on the sidewalk. Was I

3     looking at my phone when I took those steps to get on the

4     sidewalk, I'm not sure what I was looking at.

5          Q.    Okay.  I'm going to stop sharing my screen.

6     Actually, in this photo which is from October 2020 we see

7     between the curb and sidewalk or adjacent to the curb

8     some tree wells; do you see those?

9          A.    Yes.

10         Q.    Okay.  Were they there on June 15th, 2024?

11         A.    Yes. They are there to this day.

12         Q.    Okay. In 2020 those looked fairly new in the

13    photo. Were they more grown in 2024?

14         A.    They still look pretty, not lush, but maybe a

15    little bit bigger.

16         Q.    Okay.  All right.  When you got to the point

17    that you were behind whatever car it was that you had to

18    go around on the sidewalk was there a clear sidewalk, or

19    was there a tree well you also had to get around, or

20    something else?

21         A.    I have at this point lived there a while.  I've

22    sometimes walked over the tree wells.  Sometimes, it's

23    something I did. It's not like a tree you have to dodge.

24    So, I don't really know was the tree there at the time.

25    Yes, one of them probably was I guess. I wasn't thinking

Jaime Putman
January 28, 2026

1

2    did I have to dodge the tree.

3        Q.   Well, I'll ask you a different question.   As

4    you were behind the car that you had to get around facing

5    the sidewalk was there a tree well in front of you, or

6    was it just sidewalk, or something else?

7        A.   Again, are you asking me to guess. I'll --

8        Q.   -- if you don't know, that's fine. If you don't

9    know --

10       A.   -- no, I don't know.

11       Q.   Okay.  All right.  Can you say with any

12   certainty at all how near the tree well was to where you

13   stepped up on to the sidewalk?

14       A.   I can't say that looking at it just from the

15   picture. There's an equal amount of space at any given

16   time on the street. There would be the same amount of

17   feet. Do I know the amount of feet between the plants,

18   no, but they are evenly planted. So, no matter where I am

19   it is the same distance between the trees on the right

20   side.

21       Q.   Okay.  I'll ask again using the photograph to

22   try to help me.  So, using the photograph Exhibit C, and

23   looking at the tree well in front of the silver SUV at

24   the bottom right do you see the tree well?

25       A.   Yes.

Jaime Putman
January 28, 2026

1

2          Q.    Okay. So, let's assume that you walked in front

3     of it just for the purposes of this question. You walked

4     in front of that silver SUV to get up on the sidewalk and

5     there would be a tree well somewhat to your left, and

6     there would be a tree well to the right next to the

7     silver car; correct?

8          A.    Yes.

9          Q.    Okay.

10         A.    It is the same distance, you asked that

11    question right before.

12         Q.    Sure, but is it also possible that you stepped

13    on to the curb closer to one of those tree wells versus

14    the other; correct?

15         A.    Sure.

16         Q.    Do you know whether or not you were closer to

17    one or somewhere equally between the two tree wells, or

18    something else?

19         A.    No.

20         Q.    No, you don't know?

21         A.    No, I don't know.

22         Q.    Okay.  Fine.  Do you remember the route that

23    the Uber took to get from Jersey City to your address on

24    Melrose Street?

25         A.    No, and I don't drive a lot. So, it's not

Jaime Putman
January 28, 2026

1

2       really something I think about maybe.

3           Q.    Yeah. Sure. All right. Do you remember what

4       street the Uber turned off of to turn on to Melrose

5       Street?

6           A.    I think, I think you have to turn from that

7       one-way on to Evergreen.

8           Q.    Okay, and I think that's correct. Do you

9       remember the Uber making that turn on June 15th?

10          A.    Do I remember? No.

11          Q.    Okay.  Do you remember when the Uber made that

12      turn whether there was a change in the sunlight, like you

13      had to shield your eyes, or anything because there was

14      sunlight?

15          A.    I don't know.

16          Q.    Okay.  Once you stepped up on to the sidewalk

17      how many more steps, if any, did you take before the

18      accident happened?

19          A.    Very little. I'd say two and a half to three.

20          Q.    Okay, and those two to three steps, were they

21      perpendicular, meaning you were still walking in the same

22      direction that you were walking behind the car, or did

23      you make a left turn, and walk toward your door diagonal,

24      or something else?

25          A.    Like, I don't remember which way I went between

Jaime Putman
January 28, 2026

1

2  the cars. I remember stepping with my dominant foot, and

3  thinking a bird was dive bombing me. I don't know how

4  many steps I took.

5       Q.   My question is a little different. My question

6  is, do you remember which direction those steps were in?

7       A.   Well, I mean, I would say forward, slightly to

8  the left, because I have to get to my door which is

9  always to the left.

10      Q.   Okay, and is that something you remember, or

11  something you would generally do?

12      A.   I just feel that's just kind of common sense.

13  I'm just using common sense, and where I would have been

14  walking.

15      Q.   Okay.  Just listen up for a minute.  I just

16  want you to, I want you to answer as best as you recall

17  then, and I think your attorney will agree as well. If

18  you don't have a recollection, if you don't have know,

19  that's okay.  So, if you recall something I'll ask that

20  you answer yes. If you recall if it is something that you

21  would normally have done then I'll accept that. So, with

22  that do you think that once you got on to the sidewalk,

23  were they perpendicular to the street, parallel to the

24  street, or some sort of diagonal?

25      A.   Some sort of diagonal, and again, I guess.

Jaime Putman
January 28, 2026

1

2      Q.   Okay.  When you walked behind the car, and you

3   had to walk behind it to get up on to the sidewalk was

4   another car parked behind that car?

5      A.   I don't know.

6      Q.   Okay, and just, I'll ask it a different way.

7   Did you have to walk between two cars to get up on to the

8   sidewalk?

9      A.   I already told you there were cars lining the

10  right. Those are the cars I walked behind. I didn't look

11  at what was behind me.

12     Q.   No, no. Not behind you. I think we are saying

13  the same thing, I just want to make sure.  When you

14  walked behind the car that was parked next to the curb in

15  order to get up on to the street was there another car

16  behind that parked car that you were walking behind?

17     A.   Approximately, yes. I remember it just being

18  very tight.

19     Q.   Yes?

20     A.    I feel, I don't know about, I was not counting

21  the cars that are all over the street.  I remember it was

22  tight I had to get around. That's what I did.

23     Q.   Okay. When you stepped up from the street on to

24  the sidewalk did you look right or left before you took

25  that step?

Jaime Putman
January 28, 2026

1

2       A.   Do you look right or left before crossing a

3   sidewalk?

4       Q.   I'm asking the questions, for today's purposes

5   I ask the questions.

6       A.   So, no, I did not look right and left.

7       Q.   Okay, and from the time that you walked between

8   or behind the car up until the time the accident happened

9   did you ever look to your right?

10      A.   In my peripherals I saw something coming from

11  my right. I had no time to be, like, oh, but, yeah, but

12  it's more like that I felt something coming from my right

13  hand-side.

14      Q.   Okay.  Just for the record, and if you want

15  chime in on this, Brandon, the witness indicated various

16  movements of her head. I don't think that was accurately

17  captured.  So, what I'll do is ask a more specific

18  question.  At the time you stepped up from the street on

19  to the sidewalk did you turn from your right, from the

20  right to look at anything on your right side?

21      A.   Yes.

22      Q.   Okay, and when you did turn your legs to the

23  right to step from the street to the sidewalk to see what

24  could you see?

25      A.   I could see it, it wasn't, I didn't turn my

Jaime Putman
January 28, 2026

1

2      head and look right before crossing. I was looking at my

3      phone. It was really more of a reaction look. I didn't

4      really see anything besides the bike for a second, like

5      there just coming down fast. I'm not really sure how to

6      answer these questions.

7

8               MR. CHAMBERLIN: It's part of the process

9               of the deposition.

10

11              THE WITNESS: I went over it in full closer

12              to when the accident happened in my last one.

13              I don't know what I said.

14

15              MR. CHAMBERLIN: You are doing fine. Just

16              answer it best as you can. If you don't recall

17              you can just say you don't recall, or if you

18              don't understand you can ask for a

19              clarification.

20

21              THE WITNESS: Okay.

22

23      A.   I can't, I did not look right and left before

24      crossing the sidewalk.  That is definitely, I did not

25      think I needed to, and then, I can't say, I saw something

Jaime Putman
January 28, 2026

1

2     in my peripherals and I had a reaction. I saw a blur and

3     that is what I saw.

4          Q.   Okay.  Now, you are using the word reaction.

5     You are talking about where you might have been looking.

6     So, what were you reacting so?

7          A.   I was reacting, the only thing I can compare it

8     to is when birds in New York dive bomb your face, you

9     know. They are coming from the right and you are twisting

10    away.  I think part of the reaction is that again I've

11    lived in this building for two, three years and a lot of

12    bikes speed down that sidewalk daily, it's, that's, I

13    kind of didn't know what I was hit by, something like an

14    animal, or a bike, yeah.

15         Q.   Okay.  So, how long had you lived at that

16    address before the day of the accident?

17         A.   I moved in in May of 2032.

18         Q.   Okay.  So, a little over a year?

19         A.   Yes.

20         Q.   And during that period of time you would come

21    and go on a daily basis?

22         A.   Yes, I would the leave the apartment on a daily

23    basis.

24         Q.   Okay, and on the day of the accident when you

25    reacted to what turned out to be this motor bike,

Jaime Putman
January 28, 2026

1

2    whatever we are going to call it, had you ever seen bikes

3    like that on the street before the day of your accident?

4        A.    Yes, and the sidewalk.

5        Q.    Okay, and specifically regarding the sidewalk

6    in the years previous you had lived there before the date

7    of the accident how frequently did you see bikes?

8        A.    Daily.

9        Q.    And on a daily basis how many bikes would you

10   see on the sidewalk in that period of time that you lived

11   there before the accident?

12       A.    I didn't count them. I just know they were a

13   frequent thing and still are a frequent thing. I mean

14   people pull up.

15       Q.    Okay. All right. Just to sort of, you said,

16   would it be more than once a day that you would see a

17   bike on the sidewalk?

18       A.    Approximately. Some days there's one.  Some

19   days there's more.

20       Q.    More than five?

21       A.    Some days.

22       Q.    Okay.

23       A.    It depends on how long I'm standing outside.

24       Q.    Okay.  Would it be more than ten?

25       A.    If I'm standing for like, I'm talking about

Jaime Putman
January 28, 2026

1

2      what I see personally, not like my approximation of it.

3      No, ten sounds like it's a high number. I wouldn't be

4      standing outside for that long on a one-way street, but

5      you know.

6            Q.   All right.  So, given all of the time that you

7      lived there can you estimate on an hourly basis how

8      frequently bikes like the bike that hit you would

9      traverse the sidewalk in front of your building; how many

10     in an hour on average?

11           A.   So, you're asking, is it okay if I guess?

12           Q.   If you give me information based on your

13     experience about what I'm asking you, that's fine.

14           A.   Approximately, I am guessing, let's say three

15     an hour.

16           Q.   Okay, and would that frequency change with the

17     time of day? Would there be more at a certain period of

18     the day versus the others?

19           A.   I would guess, I would say 3 p.m. has more

20     bikes than 3 a.m. I would hope so.

21           Q.   We are talking about twenty-four clock in this

22     answer?

23           A.   Yes.

24           Q.   Okay.  All right. So, let's go to, you

25     mentioned that you saw a blur, and then what happened

Jaime Putman
January 28, 2026

1

2    immediately after you saw this blur?

3         A.    That's where it gets, you know, a little bit

4    fuzzy, but I twisted out of the way, which, yeah, and

5    then I fell, and then honestly it was adrenaline, and I

6    was a bit embarrassed. I tried to stand up and I passed

7    out because it was fully shattered. I crawled to the wall

8    and sat there for a second while I got my bearings, and

9    yeah.

10        Q.    Okay.  Did the bike actually make contact with

11   you?

12        A.    Yes.

13        Q.    What part of your body did it make contact

14   with?

15        A.    The right ankle.

16        Q.    Do you know what part of the bike made contact

17   with your right ankle?

18        A.    I would answer that I assumed it was the tire.

19   That is my guess, from my guess, as well as logically

20   what would make sense, like the side of the tire.

21        Q.    Do you know whether or not the Uber was still

22   parked on the street at the time this impact occurred,

23   let me rephrase that. Do you know was the Uber still

24   stopped on the street at the time the impact occurred?

25        A.    No.

Jaime Putman
January 28, 2026

1

2      Q.   No, you don't know, or --

3      A.   -- no, I don't believe it was. I didn't check

4   or look for it, but, no, I didn't see it.

5      Q.   Okay.  From the time you got out of the Uber up

6   until the impact do you see anything else on the street?

7      A.   The answer is, no, I did not.

8      Q.   I understand that you testified before, and

9   gave your testimony, but this is a separate proceeding,

10  so, you know I'm asking you these questions, I'm just,

11  you know, trying to make a clear record; okay?

12     A.   All right.

13     Q.   Okay.  So, you mentioned that you were

14  twisting, so, when you saw the blur and twisted to get

15  out of the way, was that just before there was an impact,

16  or during the impact, or after the impact?

17     A.   Pretty much at the same. The twist helped it

18  not become worse and probably helped as well. I got out

19  of the way a bit. Again, that's my speculation.  It was

20  my first time being hit. So, I don't have anything to

21  compare it to.

22     Q.   Okay.  Do you know how far from the crash your

23  body was at the time the impact occurred?

24     A.   I fell kind of off of the curb, like I twisted

25  to the right, and back, and you know, going on to the

Jaime Putman
January 28, 2026

1

2    floor. I twisted and back. I guess I don't understand the

3    question. Do you mean how far on the sidewalk was it?

4         Q.   Yeah. I'll take that one?

5         A.   I'd really just gotten on to the sidewalk and

6    then twisted away. I wanted to get off of the sidewalk.

7    My internal gut feeling was get away from the sidewalk.

8    So, I twisted back and right.

9         Q.   Okay.  Give me one second.  The bike that hit

10   you, do you know where it came from?

11        A.   No.

12        Q.   Okay.  Do you know how long it had been on

13   sidewalk before it hit you?

14        A.   No.

15        Q.   Okay.  Do you know was is traveling parallel

16   with the street on the sidewalk or was it on some sort of

17   diagonal either toward the street, or away from the

18   street, or something else?

19        A.   It was on the sidewalk going toward me and

20   coming down the street.

21        Q.   Was it traveling in the same way that street

22   traffic would?

23        A.   Yes, yes.

24

25             MR. RATHJE: Okay.  Okay.  I'm going to

Jaime Putman
January 28, 2026

```
 1
 2              share my screen again. I'm going to show you
 3              one more Google Maps Image, Exhibit D.
 4
 5                   (Defendant's Exhibit D, Google Maps
 6              Sidewalk Image, provided electronically to the
 7              court reporter, marked for identification.)
 8
 9         Q.   Can you see what I'm sharing?
10         A.   Yes.
11         Q.   Okay. So, this is basically just a different
12    vantage point of the same view we looked at in Exhibit B,
13    or Exhibit C, I'm sorry, showing the black sedan about in
14    the middle left of the photograph and the silver car off
15    now in the center of the picture; do you see it?
16         A.   Yes.
17         Q.   Okay.  Now, I understand you think those are
18    not the way the cars were parked on the day of the
19    accident, but using that as an inference point for the
20    sidewalk we see here a pull-up door on the building to
21    the right of the photograph; do you see that?
22         A.   Yes.
23         Q.   Okay there's a curb cut where the curb is level
24    with the street; do you see that?
25         A.   Yes.
```

Jaime Putman
January 28, 2026

1

2      Q.   Okay.  Do you know whether your step was on the

3   area where the curb was level with the street, or was it

4   the area where the curb was raised off of the street, or

5   something else?

6      A.   I would approximately say raised above, but I'm

7   seriously guessing at this point.

8      Q.   Okay.  For the record let's call this

9   Defendant's Exhibit D, and I'll take a still image.

10  Exhibit D sidewalk.  Okay.  So, now, using this image

11  which I can no longer can manipulate, we talked earlier

12  about the tree wells that are, is it fair to say

13  continuing down the right outside of the picture;

14  correct?

15     A.   Yes.

16     Q.   Okay.  Do you know whether or not you had

17  stepped past the length of the tree wells or the width of

18  the tree wells before you were hit by the bike?

19     A.   No. That would be guessing. I'm not sure about

20  the tree wells.

21     Q.   Okay.  So, just so I'm clear, can you see

22  either by referencing of this photograph or otherwise

23  using your words how many steps you took on to the

24  sidewalk before you got hit?

25     A.   In a testimony of oath --

Jaime Putman
January 28, 2026

```
 1

 2

 3              MR. CHAMBERLIN: -- objection, asked and

 4         answered.  You can answer the question.

 5

 6              THE WITNESS: The question Mr. Ratheje

 7         posed?

 8

 9    Q.   Okay. I'm going to rephrase the question, and,

10    again, I know you testified previously. I'm talking about

11    how many steps you took. Okay.  So, then in reference to

12    my question referencing the photograph exhibit D

13    specifically?

14    A.   Right.

15    Q.   With that understanding, there are tree wells

16    on both sides as we see on the left and to the right

17    outside this photograph, using it as a reference can you

18    say where you were on the sidewalk when the bike hit you?

19    A.   Using this image as a reference?

20    Q.   Yes?

21    A.   I can say that I was either in between the

22    trees or literally on the dirt, because I have done both.

23    Like you said it doesn't have a full line of cars and I

24    never never seen that like on this Google Map in 2020.

25    So, long story short, I don't know whether or not I was
```

Jaime Putman
January 28, 2026

1

2      to the left or the right or in the middle of them. It

3      could have been either. Especially with the cars parked.

4      You do what you got to do to get around it, and up it. I

5      don't --

6          Q.   -- okay.  All right.

7

8                    MR. RATHJE: I'm going to stop sharing.

9

10         Q.   How long were you on the ground against the

11     building before you were able to get up?

12         A.   My phone was lost. I didn't have the time.

13         Q.   Okay.

14         A.   So, it was somewhere on the sidewalk and my

15     friend found it when she found me.

16         Q.   So, do you have any sense of how much time it

17     was?

18         A.   Enough time for the passing out to stop. I was

19     passed out. So, I would say more than five minutes, less

20     than thirty minutes.

21         Q.   Okay.

22         A.   Enough for me to get my bearings.  I had no

23     idea what was going on to be honest, so.

24         Q.   Okay. During that period of time did you see

25     anything, and when I say that I mean the period of time

Jaime Putman
January 28, 2026

1

2    you were on the ground against the building, did you see

3    anything on the street?

4        A.    During that period of time I don't recollect.

5    I recollect someone asking me if I was okay, and me

6    saying, yes, I was. The adrenaline was going and I was

7    just sitting there. It was embarrassing. I was like get

8    away from me. I didn't know that my ankle was broken. I

9    was confused.

10        Q.    Okay.  While you were sitting there against the

11    building so far as you know were you bleeding at all?

12        A.    Oh, my hands.

13        Q.    Okay.  Both hands?

14        A.    I don't remember if it was both hands. I tried

15    to catch my fall. So, my right hand, my knuckles.

16        Q.    Okay, and then were you were able to get up on

17    your own power eventually?

18        A.    That's the mystery of the year. I half crawled.

19    I don't know how I got to the elevator, but I did it

20    alone. I think a lot of it was on fours and I probably

21    damaged it a a bit more by putting pressure on it, again,

22    I didn't know it was broken. It was an elevator building.

23    So, no stairs, but I got to the elevator.

24        Q.    Okay.  How far inside in the building is the

25    elevator?

Jaime Putman
January 28, 2026

1

2          A.    It's taking a left down the hall. I don't how

3     many feet.  I'm not good with measuring, but it felt like

4     ten miles. I don't know.

5          Q.    I can imagine.  Did the building have a

6     doorman?

7          A.    It didn't have a doorman. It had a front desk

8     that sometimes had someone.

9          Q.    Was someone there that day?

10         A.    No.  If they were, they were on their lunch

11    break or something.

12         Q.    Okay.  What floor was your apartment on?

13         A.    Fourth floor.

14         Q.    How far from the elevator is your door?

15         A.    Oh, my actual apartment is very close to the

16    elevator door. It's like two feet.

17         Q.    Okay.  Once you got to your apartment what did

18    you do?

19         A.    I crawled in. I had a work phone at that time.

20    I did find it, and I called my roommate who was away. I

21    had my work phone and told her to call my friend Taylor

22    who I was supposed to meet with that day and tell her to

23    leave earlier because something had happened, to come

24    over sooner. So Taylor came. I let her in at that point,

25    and she could tell, I was on all fours, like that I got

Jaime Putman
January 28, 2026

1

2    hit. I said please go look for my phone. She found my

3    phone on the street scratched but working and she brought

4    it up, and yeah. I don't want to continue, if you don't

5    want me to.

6        Q.   So, no, no, no, that's fine. Did she say where

7    on the street she found the phone?

8        A.   If she did, I didn't care. I was just happy she

9    found it.

10       Q.   Okay.  Do I remember right that you stepped on

11   the sidewalk looking at your phone?

12       A.   I was reaching in to my back pocket to take it

13   out to look at the time.

14       Q.   Okay.

15       A.   But, so, you know, like when you just click the

16   home screen to look at the time. I wasn't like actively

17   texting.

18       Q.   Okay.  How much time passed between when you

19   got in to your apartment and when Taylor arrived?

20       A.   Approximately, she lives very close by so maybe

21   fifteen to twenty minutes.

22       Q.   Okay. What, if anything, did you do for

23   yourself during that time between when you got in the

24   apartment and when Taylor came over?

25       A.   I crawled to my work phone called my roommate,

Jaime Putman
January 28, 2026

1
2      and sat on the couch.

3          Q.    The friend that morning of the accident what's

4      that friend's name?

5          A.    Zoe Hager.

6          Q.    If I ask your attorney, would he be able to get

7      the contact information for that person?

8          A.    Is that like my preference?

9          Q.    Can you get this person's contact information

10     today?

11         A.    Yes.

12         Q.    I don't see any reason today, so, but I may ask

13     you for it.

14         A.    If anything wouldn't you want Taylor's

15     information, she was there.

16         Q.    Thank you.  Okay, and then after Taylor showed

17     up, what, if anything, did you and or she do, other than

18     get the phone?

19         A.    Yeah. She got me ice, got my phone, and I much

20     pretty still didn't realize how bad it was. It was

21     adrenaline still but it was getting nasty. I called my

22     dad.  He's a doctor, and then I facetimed with him, and

23     he said get to the ER, and he never really says that. So,

24     I said are you sure, and Taylor got me an Uber, and

25     helped me like hop and took me to Woodhull.

Jaime Putman
January 28, 2026

1

2          Q.    What kind of doctor is your father?

3          A.    He's a pediatrician.

4          Q.    Okay.  Did you show him images of any part of

5     your body during that facetime?

6          A.    Yes. It was live. I was facetimeing.

7          Q.    Was it only face-to-face or did you show him

8     your ankle or hands?

9          A.    No, I only showed him my ankle. He doesn't like

10    to advise me on anything.

11         Q.    Okay.  Did you take anything for the pain in

12    your apartment before going to Woodhull?

13         A.    That I actually don't remember. That's a great

14    question.

15         Q.    Thanks.  Okay.

16         A.    I'm sure if I had Advil in the house it was

17    definitely taken, but that is speculation.

18         Q.    Okay.  You know something, as you sit here are

19    you on any medication today?

20         A.    Am I? Yes.

21         Q.    What are you on today?

22         A.    Oh, today, as we sit here?

23         Q.    Yeah. I'll rephrase the question. Are you on

24    any active prescriptions today?

25         A.    Yes.

Jaime Putman
January 28, 2026

1

2          Q.    What active prescriptions do you take?

3          A.    Birth control, Prozac twenty milligrams that I

4     took this morning and then Vyvanse 30 milligrams for work

5     which I did not take this morning.

6          Q.    The first one, what is that for?

7          A.    That is a type of Prozac slash antidepressant

8     that I was put on shortly after my accident. I don't,

9     it's an antidepressant.

10         Q.    And who is your current prescriber of that

11    medication?

12         A.    Bruce P. Friedman.

13         Q.    So, as far as you understand does that

14    medication affect your ability to testify?

15         A.    No.

16         Q.    Okay, and the Vyvanse, is that something that

17    you are supposed to take on a regular basis or is it an

18    as needed thing, or something else?

19         A.    As needed.

20         Q.    And when is the last time you took it?

21         A.    I'd say forty eight hours ago.

22         Q.    What is the purpose of that medication?

23         A.    ADHD.

24         Q.    And who is the current prescriber of that

25    medication?

Jaime Putman
January 28, 2026

1

2          A.    Bruce P. Friedman.

3          Q.    Okay.  On the day of the accident did you have

4    any active prescriptions for medication?

5          A.    Yes.

6          Q.    What were your active prescriptions on the date

7    of the accident?

8          A.    Are you asking if I took them or if I was

9    actively prescribed medication?

10         Q.    Just what were the medications you took on the

11   date of the accident?

12         A.    Yes. Just the Vyvanse and birth control.

13         Q.    Okay, and back on the day of the accident who

14   was the prescriber of the Vyvanse?

15         A.    Bruce P. Friedman.

16         Q.    And how long had that prescription been issued

17   to you before the day of the accident?

18         A.    Are we referring to the Vyvanse, not the

19   Prozac?

20         Q.    Just the Vyvanse, how long how you been

21   prescribed that medication?

22         A.    I'd say I think I went on it in, you know,

23   when, I would say when I was about sixteen, but it was

24   high school. So, years, and years, and years, and years.

25         Q.    Okay, and do you know whether or not you took

Jaime Putman
January 28, 2026

1

2        the Vyvanse on the day of the accident?

3            A.    I don't know for certain but usually I wouldn't

4        do that on a Saturday. There's not much need.

5            Q.    So, before the accident date, six months prior,

6        how frequently would you take the Vyvanse?

7            A.    Most days of the week. My job was very

8        demanding.

9            Q.    Okay.

10           A.    And I would usually skip the weekends.

11           Q.    Okay.  All right so, how did you get to

12       Woodhull?

13           A.    The Uber that Taylor called.

14           Q.    Okay, and do you remember your treatment at

15       Woodhull?

16           A.    Yes.

17           Q.    What did they do for you at Woodhull?

18           A.    First, I was in the waiting room. I had to ask

19       a few times when they could see me, and then gave me some

20       x-rays though.  I don't know what type of x-rays, but it

21       confirmed that it was indeed fractured, and I needed

22       crutches. I got myself an Uber back to Montclair, New

23       Jersey, and by then it was around 10:30, 11:00 p.m.

24           Q.    Okay.  When Taylor found your phone was it

25       still working?

Jaime Putman
January 28, 2026

1

2          A.    It was cracked, and I believe it was working

3     but I had my work phone that I could talk to my parents

4     on. So, I didn't need to test it out immediately.

5          Q.    Oh, okay all right. The reason I ask is your

6     attorney provided an Uber receipt in your name for the

7     trip to Woodhull. Now, you mentioned Taylor called the

8     Uber, do you know if she called it on your phone, using

9     your credentials on her phone, or something else?

10         A.    I just know that she called it.  It could have

11    been my phone or her phone.

12         Q.    Okay.

13         A.    She's a good friend.

14         Q.    Sounds like it.  Did anyone at Woodhull give

15    you any discharge instructions?

16         A.    They said to see a specialist immediately as

17    soon as the weekend was over.

18         Q.    Did they give you anything in writing?

19         A.    I believe. If they did I would have given it to

20    Brandon. Probably the results of the scan and the results

21    in the portal at that point.

22         Q.    Okay.

23         A.    I just had to consult with a surgeon. That was

24    where my brain went next.

25         Q.    All right, and you still have the crutches that

Jaime Putman
January 28, 2026

1

2    you were given when you went to Woodhull?

3        A.   I don't know exactly which crutches I have. The

4    crutches could have been from anywhere.

5        Q.   Okay, and when you left Woodhull, was your

6    ankle in a bandage, or a brace, or a cast, or what?

7        A.   They put, they put an ace bandage, or, I think

8    it was more intense, that material that was used. They

9    were trying to pad it so nothing else could impact it, I

10    think.

11        Q.   Oh, okay.

12        A.   It was big. It was a big wrapping.

13        Q.   Do you have any photographs of your ankle in

14    that bandage the way it was when you left Woodhull?

15        A.   I could look.  Probably.

16

17            MR. RATHJE: I would ask you to look for

18            any photographs like that and I would ask you

19            to produce them to your attorney, and I'll

20            followup with him.

21

22        Q.   At any time from when you got home in Jersey

23    City from Woodhull up until today other than your

24    father's advice to go to the emergency room had you ever

25    been provided any medical treatment by your father for

Jaime Putman
January 28, 2026

1

2    any injuries you are claiming in the lawsuit?

3        A.    No.

4        Q.    Okay.  Was your father ever present with you

5    while you consulted with any physicians while you sought

6    treatment?

7        A.    No.

8        Q.    Do you yourself have any medical training?

9        A.    I do not.

10       Q.    Other than your father do any members of your

11   immediate family need have any medical training?

12       A.    I was trained in CPR when I was a life guard

13   does that count.

14       Q.    Sure.  Something else I forgot to ask in the

15   beginning. I am going to ask you for your date of birth

16   and ask the court reporter to just X it out for privacy

17   concerns. Tell me your date of birth?

18       A.    XX/XX/XXXX.

19

20            (The witnesses date of birth was given off

21        of the record.)

22

23       Q.    I am also going to ask you for your Social

24   Security Number and have the court reporter just put all

25   X's?

Jaime Putman
January 28, 2026

1

2      A.    XXX-XX-XXXX.

3

4             (The witnesses Social Security Number was

5             given off of the record.)

6

7      Q.    Other than the name that you gave me here today

8    to the reporter beginning of the deposition ever been

9    known by any other names?

10     A.    No.

11     Q.    Please don't get offended. I ask this at all

12   depositions. Have you ever been convicted of a crime?

13     A.    No.

14     Q.    You had to think about it?

15     A.    No.

16     Q.    That's fine.

17     A.    No, I have never been convicted of a crime.

18   Yeah, no, no.

19     Q.    Okay.

20

21             MR. CHAMBERLIAN: This is one of those no

22             harm no foul situations, but under the federal

23             rules it is limited to felonies.

24

25             MR. RATHJE: Okay.

Jaime Putman
January 28, 2026

1

2

3      Q.   All right. After you left Woodhull who is the

4   next medical professional you saw for any injuries you

5   claim for this accident?

6      A.   I went to the first appointment after the

7   weekend. I went straight to New Jersey and then I forget

8   the name of the doctor that we did not end up going with

9   in Paramus, and that's, I don't remember his name because

10  he didn't, I ended up using someone at HHS.

11     Q.   Okay.

12     A.   And I do remember that he was a man.  That's

13  why I'm saying he.

14     Q.   Okay.  Why did you end up not using that

15  doctor?

16     A.   I believe it was because we had heard amazing

17  things about HSS. It was less about the doctor. HSS is

18  the best.

19     Q.   Okay.  Who, if anyone, went with you to that

20  visit to the first doctor you saw after any the accident?

21     A.   My mom.

22     Q.   Okay, and then when did you first go to HSS?

23     A.   After the following appointment, it was within

24  that week. Ir could have been Tuesday or a Wednesday, but

25  it was as soon as we could get it.

Jaime Putman
January 28, 2026

1

2          Q.    The HSS stands for The Hospital for Special

3     Surgery?

4          A.    Yes.

5          Q.    And is that, I understand that they have more

6     than one location, do you know which campus you went to?

7          A.    I believe my first appointment was in White

8     Plains and ever since I had been going to the New York

9     City campus.

10         Q.    All right. When you first went to HSS what did

11    they do for you?

12         A.    Well, I believe they rescanned me, and I

13    believe that he looked, he would be the surgeon, looked

14    at the scan that I had previously done from the emergency

15    room, the scans, and then my actual foot and he talked to

16    me about, yeah.

17         Q.    Okay, and just because I want to hear you say

18    the doctor's name, what was his name?

19         A.    Doctor D. His name is Dr. Demetracopoulos.

20         Q.    D-E-M-E-T-R-A-C-O-P-O-U-L-O-U-S; does that

21    sound right?

22         A.    Yes. That's why I call him Doctor D.

23         Q.    All right.  On the day of your accident, up

24    until the time that you got hit by the bike, did you

25    yourself ever make any order for food delivery?

Jaime Putman
January 28, 2026

1

2          A.   An order of food delivery?  Can you repeat that

3     question?

4          Q.   Sure. On the day of your accident up until the

5     time that you got hit by the bike did you make any order

6     to have food delivered at the Melrose address like Uber

7     Eats, Seamless, or whatever app, you now, to have food

8     delivered?

9          A.   Do you mean ever before or on the day?

10         Q.   On the day of the accident?

11         A.   Did I order food to my apartment before I was

12    hit?

13         Q.   Yeah.

14         A.   When I wasn't home?

15         Q.   Or after?

16         A.   No, I, no.

17         Q.   Okay.  All right. The first time you saw doctor

18    D what did he recommend for you?

19         A.   Well, I was in a little bit of denial. I had a

20    trip booked for Italy and I was supposed leave in about a

21    week or two weeks. I forget the exact timeline. I thought

22    maybe it wasn't as bad as it was. He informed me it was

23    very bad since I needed surgery, and they would need to

24    wait because it was too swollen to operate on, and we

25    needed to wait before they could even, you know, operate

Jaime Putman
January 28, 2026

1

2      to fix it, and he told me about the recovery.  I was just

3      like okay.

4          Q.   Okay.  What did he tell you about recovery

5      process?

6          A.   It was not an easy one, like I wouldn't be able

7      to travel for at least approximately four months

8      approximately.  That I would have to lay down with my

9      foot elevated for the first two weeks and not move at all

10     absolutely with the foot elevated above the head.  I

11     mean, it would be a long journey. It would be, you know,

12     first absolutely no weight bearing. I forget the exact

13     timeline but then you go to the crutches, and then you

14     weight bear thirty percent of the time, and it would be a

15     least a year before I fully felt even remotely better but

16     about six months before I could walk in the boot.

17         Q.   And before he did the surgery did he ever give

18     you a long term prognosis of what the outcome would be

19     that he anticipated?

20         A.   He said I'd live.

21         Q.   Okay.  Before he did surgery did he give you an

22     estimate of how close you would return if at all to your

23     pre-accident status?

24         A.   No. I believe it's very case by case. I believe

25     I wanted very much to know, and I, he couldn't, you know,

Jaime Putman
January 28, 2026

1

2    say, you know, the success rates. If it would be very

3    successful. He's a surgeon. He legally can say you'll be

4    completely fine.

5        Q.   Yeah?

6        A.   There's metal in your ankle.

7        Q.   Yeah.  Did he do surgery?

8        A.   He did.

9        Q.   When was that?

10       A.   That was on June 21st.

11       Q.   Of 2024?

12       A.   Yes, sorry.

13       Q.   And where?

14       A.   At HSS, Hospital for Special Surgery in New

15   York City.

16       Q.   You can say HHS. I understand.

17

18              MR. CHAMBERLAIN: Don't state any legal

19          conclusions of your own. Just going forward

20          don't state any.

21

22              THE WITNESS: Okay.

23

24       Q.   How many days did you have to stay in the

25   hospital if at all as a result of the surgery?

Jaime Putman
January 28, 2026

```
 1
 2          A.    I was sent home the same day.
 3          Q.    Okay.  While you were home after the surgery
 4     did you have any home nursing services?
 5          A.    My mother and my sister.
 6          Q.    Okay, and that's, they are not nursing
 7     professionals?
 8          A.    Correct. My sister took the day.
 9          Q.    While at home did you receive any medical care
10     from actual medical providers, surgical wound care, any
11     other services?
12          A.    No, no. You have to keep it wrapped up, you
13     can't.
14          Q.    Okay, and you had follow-ups with doctor D
15     after the surgery?
16          A.    Yes.
17          Q.    How frequently did you see Doctor D after the
18     surgery?
19          A.    I believe it was, it was a very short time
20     between the time of the surgery and when I saw him for
21     the first post-op follow-up. I don't know the exact
22     number of days. There was a period of time, I think
23     about, it was two weeks right after I had a surgical cast
24     on to avoid any infection and then they took it off and
25     switched it out for my permanent cast. So, it was more so
```

Jaime Putman
January 28, 2026

1

2    in the beginning and, then it was like a month and then I

3    would be able to go less and less often.

4        Q.    Okay. After the hard cast?

5        A.    After the surgery the cast I was in, it was

6    softer and it was to prevent incision infection. Then I

7    believe it went to a harder cast so that the foot, that

8    when, I don't know the exact date. It was softer.

9        Q.    Whatever your ankle was enclosed in immediately

10   after the surgery, do you have photographs of that?

11       A.    Yes.

12

13            MR. RATHJE: All right.  I am going to ask

14            that you preserve those and I will make a

15            request to your attorney for that.

16

17       A.    How long were you in that wrapping that was put

18   on after the surgery?

19       A.    I believe two weeks. So, I couldn't shower or

20   get it wet, and I believe that was a two week time period

21   before they switched it out.

22       Q.    What did they switch it to?

23       A.    I don't believe this was before my way before

24   my stiches were out, so, I was still protected.  I don't

25   believe I know the material.

Jaime Putman
January 28, 2026

1

2       Q.    Was it a soft wrapping though?

3       A.    Yes.

4       Q.    Do you have any photographs of your ankle in

5    the second soft wrapping?

6       A.    I don't know. I believe that I have photographs

7    at every stage, but I don't know for sure.

8       Q.    Okay.

9       A.    I know that when I had finally took off the

10   second wrapping they took out the stitches.

11

12              MR. RATHJE: Okay.  So, look for these and

13              all photographs and for anything else that you

14              do find I'll follow-up with your attorney.

15

16              THE WITNESS: Okay.

17

18      Q.    The second wrapping, how long were you in that?

19      A.    The second wrapping, however long it is before

20   they take out the stiches.

21      Q.    Do you remember when the stitches came out?

22      A.    I don't remember, but I do have images, so,

23   that is easy to find out.

24      Q.    After the stiches were taken out was your ankle

25   still immobilized?

Jaime Putman
January 28, 2026

1

2          A.    Yes.

3          Q.    What was it immobilized in?

4          A.    It was a boot. Well, like a sock and a boot.

5          Q.    Do you have any photographs of your ankle in

6     the boot?

7          A.    Oh, yes. Same instruction. Please preserve

8     those follow-up with your attorney, and how long were you

9     in the boot?

10         A.    The boot I was in for a good amount of time.

11    At first it was mixed with the crutches and then you put

12    more weight on it each month. I don't know the exact

13    timeline, but eventually come October I remember I was

14    walking around, like when I was starting to move more I

15    was still wearing it.

16         Q.    Okay.  When you started moving around more was

17    there a time when you could take the a boot off?

18         A.    When I started moving around, yes. Once the

19    stitches are out, but, no, I wasn't allowed to take it

20    off outside my house. You could only take it off when you

21    sleep really. The ankle needed to stay immobile.

22         Q.    After surgery how long did you use the crutches

23    for?

24         A.    Months and months, let's see, I'd say at least

25    three months approximately. They kind of have to work

Jaime Putman
January 28, 2026

1

2     together, the boot and crutches. It's like a transition.

3          Q.   Do you have any photographs of you using the

4     crutches?

5          A.   Yes.

6

7               MR. RATHJE:  All right. Same instructions.

8               Please preserve them, and I'll followup with

9               your attorney.

10

11         Q.   Now, when this accident happened were you

12    employed?

13         A.   Yes.

14         Q.   Where were you employed at time of the

15    accident?

16         A.   WPP Agency.

17         Q.   And what was the nature of your employment with

18    them?

19         A.   Full-time In-House Senior Producer Account

20    Supervisor on the live action team.

21         Q.   What was your job?

22         A.   Job duties were producing content for clients,

23    video, either shooting or directing and scurrying around,

24    a lot to do, so.

25         Q.   Okay. Can you be more specific as to those

Jaime Putman
January 28, 2026

1

2    things that you physically have to do?

3        A.    Be on your feet all day, run around directing.

4    I worked with real people telling real stories not actors

5    directing them in to telling their story kind of, you

6    know, it's a supporting role, so, it's a very active job

7    to be an on set producer. There's also a five day

8    convention. I run around and shoot that myself. So, just

9    going around the whole convention center to get my shot

10   at interviewing people and at night et.

11       Q.    So, I'm trying to get a sense of what you do

12   what your body does when you are doing the shots

13   yourself; what does that mean?

14       A.    I had a camera running around getting some

15   candid shots. Sometimes its to cover an event. I'm on my

16   feet all day and getting up high and getting down low.

17       Q.    Some kind of what, what kind of camera are we

18   talking?

19       A.    Depending on the shot I shoot a Sony A7. Some

20   of them there are Iphone shoots, like the convention.

21       Q.    Meaning you take an Inphone and take video with

22   the Iphone?

23       A.    It's very specific and just one shot in a

24   typical, a whole camera kit.

25       Q.    Can you describe a camera kit?

Jaime Putman
January 28, 2026

1

2        A.    Okay. A typical kit is one to two camera bodies

3    two to four lenses, light equipment rigs, boom

4    microphones, normal microphones.  A huge backpack that I

5    carry that around and building my camera, and I hold

6    that, and building my camera means rigging it up on to

7    the camera, audio, like a microphone on the top of handle

8    bars on the side, and anything else. It really depends on

9    the contents of the, that tripod, a monopod, or anything

10   else.

11       Q.    All right.   So, using the camera kit, would

12   that whole kit, that would fit in the backpack?

13       A.    A camera backpack is very different. It's not

14   your typical Jansport that's for one person.  All of the

15   equipment now is within 3 big crates and a backpack if

16   that helps.

17       Q.    Okay.  So, I just want to be clear here. So,

18   there is a claim here for you not being to do the work

19   that you used to do; right?

20       A.    Yes.

21       Q.    I need to get physically what it was that you

22   did, what you were required to do and how those

23   capabilities are now limited. I am trying to understand,

24   you know, does your camera weigh fifty pounds or ten

25   pounds, does the tripod extend twenty feet or extend to

Jaime Putman
January 28, 2026

1

2    two feet? I need to understand what you did and to the

3    extent you can't do it now and why; okay?

4        A.    With that understanding I am thirty years old

5    and I have doing this for my whole career.  You need to

6    be on your feet on set holding your equipment which

7    varies in weight by what I need for the shot. The bare

8    minimum is an heavy backpack and camera, bare minimum,

9    and tripod, and then be on my feet for up fourteen hours

10   a day, and show up and be the first one on set and the

11   last one to leave. Sometimes I am lucky enough to have a

12   sit down interview in one room directing the clients.

13   Most of the time its just a bunch of running around. Like

14   if you have ever seen a photographer running around at a

15   wedding, but you know, the photographer is running every

16   which way around, and then there is the range of motion

17   issues, you know, you have to fit in to small spaces, get

18   tight, and it's like, you know, you have to be able to

19   get your body to move in every which way, you have to

20   stand up, or get up on to a chair or a table like just

21   it's very active.

22        Q.    Okay.  Did you ever return to your employment

23   with the employer you had at the time of the accident

24   after the accident?

25        A.    No. I was laid off two days after my surgery.

Jaime Putman
January 28, 2026

1

2          Q.   When was the next time you worked after the

3     accident?

4          A.   Worked for money?

5          Q.   Well, no, worked, did any kind of thing that

6     you did while you were employed?

7          A.   Not for months and months but there's another

8     part to my job that's on the computer because I could

9     still really do the computer competent that I did at all

10    but there's limited stuff I can do the computer as a

11    producer as well.

12         Q.   What would that be that you produced on the

13    computer?

14         A.   I was at home working on postproduction, so

15    making some edits.  They decided to lay me off.

16         Q.   What kind of work can you with that employer,

17    what could you do?

18         A.   Video editing.

19         Q.   Okay.

20         A.   I could still do content creation but the

21    skills they need are the ones that involve mobility. I

22    mean, why hire a video editor when you can hire the

23    person that shoots it and edits it.

24         Q.   Okay.

25         A.   The whole shebang.

Jaime Putman
January 28, 2026

1

2          Q.   All right.  So, when if at all, did you ever

3     return to the type of work you did before the accident?

4          A.    Still trying.  I shot my first event I would

5     say last month.

6          Q.   Okay, and the reason I ask is because there is

7     a a note in Doctor D's records from August of 2024 that

8     says you directed a music video that week?

9          A.   On crutches.

10         Q.   What happened?

11         A.   I didn't get paid for that for me that's, that

12    was me trying to save my mental health, you know. Yeah

13    that was a sitting one but it was fun, but not work.

14         Q.   I should clarify that it doesn't matter whether

15    you were on crutches. I will rephrase the question again.

16    When, if at all, after your surgery did you ever do any

17    type of work that you had done before the accident

18    whether or not you were paid for it or if was done for

19    fun?

20         A.   The music video.

21         Q.   That's the first one?

22         A.   Yes. The only one.

23         Q.   Okay, and you were not paid for it?

24         A.   No.

25         Q.   What was the music video of?

Jaime Putman
January 28, 2026

1

2          A.   It was of a singer. It was all shot within her

3     apartment on the upper west side. My sister drove me

4     there and got me up the elevator. I had been planning it

5     for a while. I needed a fun project. She's not a big

6     singer, but she's a friend.

7          Q.   Were you planning that before the accident?

8          A.   No.

9          Q.   So, you started planning it after the accident?

10         A.   I said yes after the accident. I needed

11    something to do. I know I talked to her about wanting to

12    do one, and I didn't have time and all of a sudden I had

13    time.

14         Q.   Do you have copy of the video?

15         A.   It's not released, yes.

16         Q.   Do you have a copy?

17         A.   Yes. I have the raw footage. I don't have it

18    edited.

19         Q.   Okay.  But will you do the editing?

20         A.   No. Probably not for no money.

21

22              MR. RATHJE: Please preserve the raw

23              footage. I may followup with your attorney.

24

25         Q.   What kind of equipment did you use for the

Jaime Putman
January 28, 2026

1

2    video?

3        A.   I didn't shoot it.  I was there as a producer,

4    an on-site director of photograph that you run and and do

5    everything. I was the director in the chair like the

6    movies and he brought his whole camera kit. I can get his

7    list if you would like to know.

8        Q.   All right thank you.  All right. When after the

9    surgery was the first time you saw any type of medical

10   providers other than Doctor D and his staff?

11       A.   I believe probably when I started physical

12   therapy. I'm not entirely sure honestly.

13       Q.   Okay.

14       A.   It was either I believe maybe Bruce Friedman

15   probably for refills, but I don't know the time line

16   between, Doctor D was my doctor. That's who I saw all the

17   time.

18       Q.   All right.

19       A.   I didn't get like a physical or go to the

20   gynecologist. That was put on the back burner.

21       Q.   Okay.  In the six months prior to the accident

22   how frequently if at all did you see Dr. Friedman?

23       A.   I think every six months we would check in and

24   renew my prescriptions.

25       Q.   Would he do anything else for you?

Jaime Putman
January 28, 2026

1

2          A.    No. He was really my prescription renewer.

3          Q.    Okay.

4          A.    I mean they check-in on your mental health.

5     It's like a check-in.

6          Q.    All right. In the three years prior to the

7     accident other than Dr. Friedman did you see any other

8     type of mental providers like social workers or a

9     therapist?

10         A.    Yes, her name was Tess.

11         Q.    Tess.  Okay. When was the last time before the

12    accident that you had seen Tess?

13         A.    I don't recall. It might have been a whole year

14    but that's speculation.

15         Q.    Well, was it within the three years before the

16    accident?

17         A.    Oh, yes. Yes.

18         Q.    Okay. When you saw Tess what did you see her

19    for?

20         A.    I saw her for mental health during pandemic.

21    The city shut down, you know, I lost a lot of friends to

22    suicide and I got out of the seven year relationship and

23    I was feeling down.

24         Q.    Okay, and what, if anything did Tess do for you

25    during the sessions?

Jaime Putman
January 28, 2026

```
 1
 2        A.   She talked to me. It was very CBT oriented, I
 3   think. We all go through some crisis's at twenty five.
 4   Mine had some intense ones. She gave me some tools to
 5   cope with that.
 6        Q.   What does CBT stand for?
 7        A.   Cognitive Behavioral Support Therapy.
 8        Q.   And what does that mean?
 9        A.   It means you talk to someone.
10        Q.   Does Tess have a professional name for her
11   practice?
12        A.   Definitely.  I just don't know it.
13        Q.   Okay. Have you seen Tess since the accident?
14        A.   No. I'm sorry. There might been one time when I
15   wanted go back.  If I did it would have been one time,
16   like I was only there  one time, but I need to double
17   check.
18        Q.   Okay.  Okay. Now, where did you first start
19   physical therapy?
20        A.   I first went where HSS has like an off-campus
21   place. I don't remember exactly what it's called though.
22   I was recommended to go there and I only went there once
23   or twice because it was very busy and I did not get a lot
24   of attention and I found one closer to my apartment.
25        Q.   And where was the location HSS facility?
```

Jaime Putman
January 28, 2026

1

2        A.    I feel like it was in White Plains or Paramus.

3    I can't really tell you where the physical therapy place

4    is because I don't remember where the one I went to.

5        Q.    You mean the first one you went to?

6        A.    In the beginning it was trying to like get some

7    blood flow back to my foot, and the whole band thing. Oh,

8    it was drawing the alphabet with my foot.

9        Q.    I'm talking about the first place, the HSS

10   place, what did they do for you?

11       A.    I believe they were making me draw the alphabet

12   with my foot.

13       Q.    Okay. Can you describe what that means?

14       A.    It means using your foot to draw A like though

15   Z and move it, it was stiff, and I was getting to it move

16   a little, trying to straighten it, trying to get it

17   moving. You draw the alphabet with your foot and then

18   that was like my homework to do after, the first type of

19   assignment.

20       Q.    I'm going to ask you a series of questions

21   based on photographs of various stages in your treatment.

22   Are you aware of any videos whatsoever taken of you from

23   the day of the incident up until today?

24       A.    Any photos from the day of up until today?

25       Q.    Just videos?

Jaime Putman
January 28, 2026

```
 1
 2        A.   So, over whole year?
 3        Q.   Yes. Are you aware of any videos of you?
 4        A.   I'm sure. Yes, I'm sure.
 5        Q.   Okay.  Do you now yourself have any of those
 6   videos?
 7        A.   Yeah. I'm sure I've taken some videos of
 8   myself.
 9        Q.   Do any of those videos show your ability to
10   walk or to move your ankle or move your legs?
11        A.   I can look for you.
12
13
14             MR. RATHJE: Okay. I'd appreciate if you
15             would and if you find any preserve them and
16             I'll follow-up with your attorney.
17
18             THE WITNESS: Okay.
19
20        Q.   All right. So, I understand you went to a
21   second facility for physical therapy which am I right
22   that is Coopers St. Barnabas?
23        A.   Yes.
24             THE WITNESS: Can we take a break?
25
```

Jaime Putman
January 28, 2026

```
 1

 2                    MR. RATHJE: Yes.

 3

 4                    (A brief recess was held.)

 5

 6

 7                    (The last asked question before the recess

 8              was read back by the Court Reporter.)

 9

10         Q.    Was the answer, yes, Miss Putnam?

11         A.    Yes.

12         Q.    When you first went to Coopers what were they

13    doing for you?

14         A.    More of the alphabet at first, like, and

15    massaging.

16         Q.    Okay, and was the therapy limited solely to

17    your ankle?

18         A.    Yes.

19         Q.    And I don't know that I said it, so, for which

20    ankle are we talking about?

21         A.    Right.

22         Q.    And you only have physical therapy for the

23    right ankle?

24         A.    Right.

25         Q.    Okay.  When you first started at Cooper how
```

Jaime Putman
January 28, 2026

```
 1
 2   frequently did you go?
 3        A.   Twice weekly.
 4        Q.   Okay, and how long did you go to Cooper for
 5   physical therapy?
 6        A.   Approximately six months.
 7        Q.   Okay, and during this time it was always
 8   approximately twice weekly, or did it change?
 9        A.   It changed at one point from twice weekly to
10   once.
11        Q.   And how did it change?
12        A.   Approximately after two months, three months.
13        Q.   And why did it change?
14        A.   I believe that's protocol.
15        Q.   Okay.  Had you been making progress?
16        A.   I believe there were, I was given homework. So,
17   let me think about that for a second.
18        Q.   All right.
19        A.   I left there because there was more I could do
20   at home.
21        Q.   Okay.
22        A.   So, yeah.
23        Q.   While you were going twice at week were there
24   any therapies, any different types of therapy in addition
25   to what you got when you first started?
```

Jaime Putman
January 28, 2026

1

2      A.    Sure.  Strength, they start using bands at one

3    point.

4      Q.    Okay. Can you describe how the bands were used?

5      A.    They were wrapped around the foot and kind of

6    pointed, pointing the toes.

7      Q.    Okay.  All right, and then at the time you

8    stopped going to Coopers for physical therapy were you

9    still using the boot?

10     A.    No, or I was able to put full weight bearing on

11   it by the time I stopped going and honestly I went back

12   then a few times for more check-ups.

13     Q.    Okay.  All right.  Now, during the time you

14   would go to therapy at Coopers did you also have any

15   occasion to do any work?

16     A.    Can you repeat that question?

17     Q.    Sure. During the time you were going to Coopers

18   for the therapy for that period of a month after the

19   surgery did you have any occasion to work?

20     A.    Did I have occasion to work in general, paid

21   work?

22     Q.    Well. All right. We'll start with that one,

23   sure?

24     A.    On my computer.

25     Q.    Okay, and during that time period you were

Jaime Putman
January 28, 2026

1

2    going to physical therapy did you do any type of activity

3    that before the accident you would have been done as paid

4    work without getting paid for it other than that music

5    video that you told me about?

6         A.   The music video was an exception. It was just

7    for fun.

8         Q.   Okay, and during the time period you were going

9    to physical therapy were you traveling outside of New

10   York or New Jersey?

11        A.   No.

12        Q.   Did you have any plans to travel outside of New

13   York or New Jersey?

14        A.   Yes. I had a trip to Italy scheduled for late

15   June or early July that was planned.

16        Q.   And that was a work trip?

17        A.   No. Oh. I had work trips cancelled, but I was

18   off.

19        Q.   They were cancelled?

20        A.   They were planned, I mean.

21        Q.   In one of your follow-up appointments with

22   Doctor D his staff references there was a trip to

23   Charleston?

24        A.   In October.

25        Q.   Okay.  Did you make that trip?

Jaime Putman
January 28, 2026

1

2          A.    I went to Charleston.

3          Q.    Okay.  What was purpose of that trip?

4          A.    To get out of town.

5          Q.    Okay. So just for leisure then, not for any

6     type of work?

7          A.    Yes.

8          Q.    Okay.  So, having said that, does that refresh

9     your recollection as to whether you took any other trips

10    out of New York or New Jersey during the time you were

11    going to physical therapy?

12         A.    During the time that I was going to therapy and

13    even once a week, no, I did not. There was intermittent

14    check-ups in therapy for starting to try to work up my

15    time on the treadmill, and at that point, during the time

16    frame that was twice a week, once a week, the actual

17    physical therapy was like a job.

18         Q.    So, you just had the one trip to Charleston?

19         A.    Well, I went to Paris, but I was not in

20    physical therapy. When I went to Charleston I was not in

21    physical therapy twice a week.

22         Q.    But you were you in physical therapy at all

23    when you took the trips?

24         A.    Not at the, I'm speculating, not once a week

25    not twice a week, but more check-ups. It was more

Jaime Putman
January 28, 2026

1

2  check-ups and observation at that point. It's like your

3  ankle is moving, that there was good blood flow.

4       Q.   All right. So, from the day of the accident

5  through the end of the year 2024 did you take any trips

6  other than that trip to Charleston outside of New York or

7  New Jersey?

8       A.   Within that same month I went to Paris in

9  October.

10       Q.   And it was a leisure trip?

11       A.   Yes. It had nothing to do with work.

12       Q.   How long were you in Charleston?

13       A.   It was a long weekend.

14       Q.   Okay, and was that trip planned before the

15  accident or planned after the accident?

16       A.   No, it was planned after.

17       Q.   And how about the trip planned to Paris?

18       A.   It was planned after because of my Italy trip

19  being canceled.  I just transferred my points. I had to

20  use my points.

21       Q.   Got it, and how long were you in Paris?

22       A.   Again, five days approximately. I don't

23  remember the full amount.

24       Q.   Okay, and what kind of things did you do while

25  you were in Paris?

Jaime Putman
January 28, 2026

1

2         While I was in Paris I went to museums, and was

3    trying to walk around all day but I couldn't at that

4    point.  It was very swollen at night so there not much I

5    could do, but I wasn't at my parent's house so I was

6    happier.

7         Q.   Okay.  Okay.  All right.  At some point did you

8    start doing, after the accident did you start doing work

9    for which you were paid?

10        A.   At some point after the accident as in up to

11   today, yes.

12        Q.   Okay. When did you start doing work after the

13   accident for which you were paid?

14        A.    I'm approximating around the time that I

15   started traveling. So, around October.

16        Q.   And what type of work did you do?

17        A.   Virtual production on the computer.

18        Q.   And was that with one particular employer or

19   was it a gig app or something, or something else?

20        A.    It was my old employer before WPP and it was

21   hourly contract work. It was not consistent.

22

23             MR. RATHJE: I'm going to share my screen

24        again.  Give me one second.  This is a five

25        page document that is a Separation Agreement

Jaime Putman
January 28, 2026

```
 1
 2              and General Release. This is going to be
 3              Exhibit E.
 4
 5                  (Defendant's Exhibit E, five page document
 6              that is a Separation Agreement and General
 7              Release, provided electronically to the court
 8              reporter, marked for identification.)
 9
10                  MR. RATHJE: I'm going to scroll slowly so
11              you can see them all.  For the record this is
12              date stamped Putnam 0685 to 0689.
13
14       Q.   All right. Miss Putnam, did you have a chance
15   to see all five pages?
16       A.   I glanced at all five pages as you were
17   scrolling
18       Q.   And do you recognize the document from what you
19   saw?
20       A.   Yes.
21       Q.   Have you seen this document before?
22       A.   Yes.
23       Q.   And looking at the last page of this document
24   your name is printed at the bottom above the signature
25   line. Is that your signature?
```

Jaime Putman
January 28, 2026

1

2          A.    Yes.

3          Q.    Was it signed January 7th of 2025?

4          A.    That's what is says, I feels it like a weird

5     date to me saying I was let go in July. So I'm a bit

6     confused.

7          Q.    So, do you know when you actually did sign it?

8          A.    It's just that I didn't sign the initial

9     separation agreement because I was looking for a

10    severance deal and that I could work again. So that's the

11    date that my lawyer probably came to a conclusion and

12    deal.

13         Q.    What is the deal that you mentioned?

14         A.    I don't believe, I believe that the deal, I

15    don't know what the deal is. I don't, I can tell you what

16    we landed on.

17         Q.    All right.  So, what did you land on?

18         A.    We landed on them paying my salary for three

19    months.

20         Q.    Okay.  All right. So, I'm going to direct you

21    to photograph two in this agreement and it is big enough

22    for you to read?

23         A.    Yeah.

24         Q.    So, to read it through you're going to go

25    beyond the bottom. Let me know when you need me to scroll

Jaime Putman
January 28, 2026

1

2    down.

3         A.    Okay.

4         Q.    All right. Just paragraph two.  Have you read

5    it?

6         A.    Yes.

7         Q.    Okay.  Does this photograph embody the deal

8    that you mentioned?

9         A.    I believe. I believe.

10

11             MR. RATHJE: Okay.  All right I'm going to

12             shop sharing my screen.  This is what I think

13             will be my last exhibit.  I'm going to share my

14             screen again and show you some photographs that

15             might be upsetting. It is not my intention. If

16             you need to take a break or compose yourself

17             just let me know. Okay. So, I'm showing you a

18             four page document of photographs all provided

19             by your attorney which we'll call Exhibit F,

20             photographs.

21

22             (Defendant's Exhibit F, four pages of

23             photographs, provided electronically to the

24             Court Reporter, marked for identification.)

25

Jaime Putman
January 28, 2026

1

2          Q.   Looking at the first page of Exhibit F, do you

3     recognize what's shown there?

4          A.   Yes.

5          Q.   That's date stamped Putman_0518, and what do

6     you recognize this photograph to be?

7          A.   My foot.

8          Q.   Okay, and approximately when during your

9     treatment was this photograph taken?

10         A.   I believe that was the first time I was able to

11    see the scar. So, when they took it off.

12         Q.   Okay.  So, this would be sometime in July or

13    August?

14         A.   Approximately. That is my guess.

15         Q.   All right.  Other than these sutures and stitch

16    marks that we see on the photograph were there sutures or

17    stitch marks anywhere else on your body from this

18    accident?

19         A.   They took cartilage from my hip but they didn't

20    haven't to stitch it up.  If you see the two incisions,

21    you see one of them in the picture, but yes there is two

22    incisions on the front and then that big one on the side.

23         Q.   Okay, and taking the cartilage from your hip

24    was that done with a surgical incision?

25         A.   I'm not sure. I was already, they told me they

Jaime Putman
January 28, 2026

1

2    might have to do that, and that's all I know.

3         Q.   Okay.  Have you had any complications specific

4    to the cartilage that was taken out of your hip?

5         A.   I don't believe so.

6         Q.   Okay.  All right. I'm going to scroll the next

7    image, before I do, do you know who took this photograph?

8         A.   I believe, I think my mom.

9         Q.   Okay. Now, scrolling to the next, photograph

10   which t that's date stamped Putman_0519.   Ma'am, do you

11   recognize this photo?

12        A.   Yes.

13        Q.   What do you recognize this to be?

14        A.   This is my foot and an image of the growth.

15        Q.   When you say the growth can you be more

16   specific?

17        A.   Yes. It's next to the right pinky toe, a

18   trauma-related growth. I believe it's a called a bunion

19   but don't quote me on that.

20        Q.   Okay. When was this photo taken?

21        A.   This photo, over the this summer.

22        Q.   And where was this taken?

23        A.   This photograph was taken it looks like at SSA

24   in Brooklyn.

25        Q.   And what is SSA?

Jaime Putman
January 28, 2026

1

2       A.   It looks like, I actually don't, it looks like

3   a pool side or on my friend's roof.

4       Q.   And SSA what is that?

5       A.   A co-working space.

6       Q.   Okay.  The growth that you mentioned when did

7   you first notice that?

8       A.   When did I first notice it?

9       Q.   Yeah.

10      A.   If that was taken in the summer I'd say about a

11  month prior to the photo. That's approximate. It took a

12  while to pop up. It wasn't immediately after the surgery.

13      Q.   Okay. Up to today have you had any treatment

14  specific to the growth?

15      A.   No.

16      Q.   Is there any scheduled treatment for it?

17      A.   I did and now I don't.

18      Q.   Can you explain that?

19      A.   I had a follow-up. I was supposed to get

20  surgery on February 20th and unfortunately my COBRA ends

21  so now I'm just in limbo.

22      Q.   Okay.  Now, it's my understanding it was also

23  surgery to remove the hardware in February is that now

24  also on hold?

25      A.   Yes. They would have done that at the same

Jaime Putman
January 28, 2026

1

2      exact time.

3          Q.   Okay.  Have you had any discussions with any

4      medical providers as to what impacts, if any, a delay in

5      surgery would have either on the growth or on your ankle?

6          A.   Pain symptoms.

7          Q.   Okay. So specific to the growth what kind of

8      symptoms do you have?

9          A.   Tenderness.  Pain.  It's ugly.

10         Q.   And the nature of the pain how frequently do

11     you have pain in the growth?

12         A.   I have to think about what shoes I am going to

13     wear.  I can 't wear anything that is narrow constantly.

14     If I'm wearing sneakers its better.

15         Q.   Okay. When you say better, are you familiar

16     with the pain scale of zero to ten with zero to ten being

17     the worst pain, using that scale, when it's better,

18     what's the pain?

19         A.   My scale is kind of skewed by the past few

20     years even comparatively, if I compare to the pain to

21     when I fell, lower back, I'd say like a four.

22         Q.   Right, and then when it's worse what would the

23     pain be?

24         A.   It's on the same side as my ankle so it is hard

25     to separate it, the pain from the hardware from the

Jaime Putman
January 28, 2026

1

2    growth it's hard.

3        Q.    Okay.

4        A.    Above ten is when they are both really acting

5    up, above ten.

6        Q.    All right. I'm going to scroll to the to the

7    third page which does not have a date stamp.

8

9            MR. CHAMBERLIN: That is dated stamped

10           Putnam_0520, the third page of Exhibit F.

11

12       Q.    Ma'am, do you recognize what's shown here?

13       A.    Yes. My ankle.

14       Q.    When was this taken?

15       A.    I have no idea, but that's my couch.

16       Q.    Okay. Your couch in New Jersey or in Brooklyn?

17       A.    In Brooklyn.

18       Q.    Okay.  At some point after the accidnet did you

19   return to Brooklyn to live there full-time?

20       A.    It was a process.  There wasn't like a one day

21   move.

22       Q.    Okay, and just for the purposes of the record,

23   when did you consider yourself to be living back in

24   Brooklyn full-time?

25       A.    After November, after those trips I started

Jaime Putman
January 28, 2026

1

2    going back. In the new year, we can say full-time after

3    January without the back and forth of driving my things.

4         Q.   Okay of 2024 or 2025?

5         A.   2025.

6         Q.   Do you know who took this photograph the third

7    page of Exhibit F?

8         A.   I would guess it was my roommate.

9         Q.   What was purpose of this photo?

10        A.   It also might have been me just trying to see,

11   I wanted to see what it is looks like from an angle.

12        Q.   Okay.  This the surgical ankle; correct? The

13   one that surgery was done on?

14        A.   Yes, and I would take pictures for my surgeon

15   as well just in between.

16        Q.   The photos, did you send them to him? The

17   photos you took for your surgeon?

18        A.   Yes.

19        Q.   Okay. Would it be by like text or e-mail?

20        A.   It would be for my followup or the growth I

21   sent it in the portal.

22        Q.   So, you could upload a photo in the portal in

23   the messaging system?

24        A.   Yes.

25        Q.   On the third page of Exhibit F is it fair to

Jaime Putman
January 28, 2026

1

2    say that right along or over the ankle bone protrusion we

3    see the surgical scar; right?

4        A.    Yes.

5        Q.    And then in the back at your ankle on the leg

6    there is a red mark; do you see that?

7        A.    Yes.

8        Q.    Do you know what cause that?

9        A.    No.

10       Q.    Do you know if that's related to the surgery?

11       A.    Unknown.

12       Q.    Okay.  Did you receive any treatment for that

13   piece of redness above your heel?

14       A.    Unknown.

15       Q.    What introduce that mean,unknown.?

16       A.    I didn't get surgery on it, but I don't know.

17       Q.    Did you ever go to the doctor and say I got

18   this red spot on my ankle?

19       A.    No.

20       Q.    Okay.  All right. Scrolling to the last page of

21   the exhibit if which is Putnam_0521, and ma'am, do you

22   recognize this photo?

23       A.    Yes.

24       Q.    All right. What do you recognize this photo to

25   be?

Jaime Putman
January 28, 2026

```
 1
 2         A.    My foot.

 3         Q.    The foot you had surgery on?

 4         A.    Yes.

 5         Q.    Do you know when this photograph was taken?

 6         A.    No.

 7         Q.    Okay.  Do you know who took this photograph?

 8         A.    Somebody in my family.

 9         Q.    Where it was taken?

10         A.    It looks like New Jersey 70 Upper Mountain.

11         Q.    That's your family home?

12         A.    Yes.

13         Q.    Okay, and why was it taken?

14         A.    Unknown.

15         Q.    Okay.  Now, we marked when looking earlier what

16    is above the sock compressions, those two marks high up;

17    do you see those?

18         A.    Yes.

19         Q.    Are those also from the surgery?

20         A.    Yes.

21         Q.    Okay, and on your left foot in the photograph

22    we see a black shoe which is on your left foot?

23         A.    Yes.

24               Okay. Is that representative of the type of

25    footwear you would wear normally after you started to
```

Jaime Putman
January 28, 2026

1

2    wear normal footwear again?

3         A.    That was recommend from my physical therapy. My

4    first pair of sneakers post accident.

5         Q.    Are their special sneakers or just normal

6    speakers?

7         A.    They are sneakers that are suggested by

8    physical therapists, but you can buy them at foot locker

9    I'm sure.

10

11                    (A brief recess was held.)

12

13        Q.    So, ma'am, do yo still wears sneakers like

14   those like the sneakers we see in the photo?

15        A.    Yes.

16

17                    MR. RATHJE: Okay.  I'm going to stop

18            sharing.

19

20        Q.    The prescriptions that you took as prescribed

21   by Dr. Friedman that you took on the date of the

22   accident, were they ever changed in terms of the

23   frequency that you would take them or the strength or any

24   additional prescriptions after the accident?

25        A.    I was put on Alprazolam, the Prosac after the

Jaime Putman
January 28, 2026

1

2    accident, so.

3         Q.    Okay, and that was by  Dr. Friedman?

4         A.    Yes.

5         Q.    As far as you understand it why was Prosac

6    added to your treatment?

7         A.    Because my mental health was declining and I

8    was low.  My mental health was declining.

9         Q.    Okay.  At your last visit for physical therapy

10   did they give you any instructions as to what you should

11   do as far as home exercises or treatment?

12        A.    Yes.

13        Q.    And what did they tell you to do?

14        A.    Keep my strength up and walk on an incline when

15   I can.

16        Q.    Okay, and at home either in New Jersey or

17   Brooklyn did you have like a treadmill?

18        A.    In Brooklyn.

19        Q.    Okay, and how frequently during the time you

20   were going to physical therapy did you using the

21   treadmill at home?

22        A.    I was very much living in New Jersey when I was

23   frequently going to physical therapy so there was no

24   treadmill there. There was a Peloton.

25        Q.    Did you use the Peloton in New Jersey?

Jaime Putman
January 28, 2026

1

2        A.   After was cleared I don't know. My workouts

3    were mainly just floor based.

4        Q.   All right. Did you yourself have a Peloton

5    subscription?

6        A.   No.

7        Q.   Now, your physical therapy notes talk about

8    your ability to do single leg pogos. Can you tell me what

9    that means?

10       A.   It means standing on one leg and jumping.

11       Q.   Okay, and towards the end of your physical

12   therapy were you standing on your right leg and jumping?

13       A.   Yes. Those are the notes you are reading.

14       Q.   Yeah. Okay.  I just just want to make sure they

15   are accurate.  At some point after the accident did you

16   start to jog in addition to walking?

17       A.   I tried. I attempted.

18       Q.   Okay, and what was the results of your attempt?

19       A.   Severe swelling and pain overall. Not a great

20   experience.

21       Q.   Okay. Is that true up until today?

22       A.   After a certain point, yes.

23       Q.   Okay, and what when is that point?

24       A.   No more than a mile these days.

25       Q.   Okay?

Jaime Putman
January 28, 2026

1

2      A.   I struggle with a mile.

3      Q.   Okay. When you jog whether or not you make it

4  to a mile is that something you do in the neighborhood or

5  at the gym or something else?

6      A.   Mostly on the treadmill in my building. I have

7  attempted it outside a few times.

8      Q.   The treadmill is that in like an exercise area

9  within your building?

10     A.   Yes.

11     Q.   I didn't hear the answer. I'm sorry.

12     A.   Yes.

13     Q.   In order to use it do you have to have some

14  sort of like card or sign in?

15     A.   Yes.  You need to have a key fob. A building

16  fob.

17     Q.   Okay.  Do you know whether the building keeps

18  any record of those who access the exercise area with

19  their fobs?

20     A.   I don't know, but I use my roommate's fob.

21     Q.   How come you have your roommate's fob?

22     A.   I can't find my fob.

23     Q.   Okay.  All right.  When's the last time you saw

24  Doctor D.?

25     A.   November.

Jaime Putman
January 28, 2026

1

2       Q.   And what was the purpose of the visit in

3   November?

4       A.   Pain from working out.  Just pain and yeah.

5       Q.   So was that scheduled follow-up or did you have

6   to make that appointment?

7       A.   I had that scheduled in the portal. He had me

8   coming back for that and pain.

9       Q.   And back at the last time you saw Doctor D what

10  recommendations if any did he make?

11      A.   We talked about the initial surgery and we

12  discussed it here at well.

13      Q.   And he was aware you were not going to have the

14  surgery in February?

15      A.   He is aware I was figuring out the insurance

16  and that I would still like to have the surgery very

17  much.

18      Q.   Okay.  Do you have any reasonable educated

19  estimation as to what is the chance that you will have

20  surgery to your ankle within the next six months?

21      A.   No. I can't reasonably estimate that without

22  insurance.

23      Q.   Okay. Okay.  All right.  Did you make any trips

24  out of New York or New Jersey in the year 2025?

25      A.   The year 2025?

Jaime Putman
January 28, 2026

1

2          Q.    Yes?

3          Q.    Where did you go?

4          A.    Bozeman, Montana.

5          Q.    Okay, and what was purpose of that trip?

6          A.    I was invited by my friend to see Yellowstone.

7          Q.    Okay.  So, for leisure?

8          A.    Yes.

9          Q.    Okay, and again, I'm not trying to trip you up

10    on anything, do you recall that you went to Puerto Rico,

11    is that your recollection?

12         A.    Yes.

13         Q.    So, was that also a leisure trip?

14         A.    Yes.

15         Q.    So, having your best recollection, are there

16    any other trips that might have taken place in 2025?

17         A.    Bozeman, Puerto Rico, other than these no, I

18    can't remember. You can remind me. It sounds like you

19    know.

20         Q.    No, okay.

21         A.    At lot of these trips were ones that were paid

22    for already so that's why I went on them.

23         Q.    For any medical treatment that you received for

24    anything that you relate to this accident how was it paid

25    for?

Jaime Putman
January 28, 2026

1

2          A.    Can you repeat that question?

3          Q.    Sure. Any medical treatment that you received

4    for anything that you relate to this accident how was it

5    paid for?

6          A.    With my COBRA insurance and any prescription

7    medication, anything out-of-pocket, deductibles, so,

8    myself, and insurance.

9          Q.    Do you remember which insurance carrier it was?

10         A.    Aetna, I believe.

11         Q.    And when did your COBRA expire?

12         A.    Technically this is my last month or the 15th

13   of this month. January 15th I had to enroll.

14         Q.    And did you know that was going to be the

15   deadline when the COBRA would expire?

16         A.    I think it was wishful thinking but I was told.

17         Q.    Okay. Is there any reason why you intended to

18   have the surgery for February when you could have it

19   within the time that COBRA would have been active?

20         A.    It's very hard to get. There was absolutely no

21   surgery appointments.

22         Q.    Did you make Doctor D aware of the insurance

23   issue?

24         A.    No.

25         Q.    Okay.  In the year 2025 how many freelance jobs

Jaime Putman
January 28, 2026

1

2    or how much freelance work did you do for which you were

3    paid?

4         A.   Can you clarify whether you mean number of

5    client days, and these would all be approximations.

6         Q.   Okay, so, let's start with individual instances

7    where you were hired to do a particular project

8    regardless of what the project was?

9         A.   I'm doing on set days because projects can be

10   prolonged as this is a very difficult question to answer

11   in a straight line. I'd say on set days about five.

12        Q.   Okay.  So that is five projects that you had

13   onset?

14        A.   Five shoots.

15        Q.   If it was shot in a single day, could they

16   could be multiday?

17        A.   I am giving you single day shots. I believe I

18   was on set approximately five times within that year.

19        Q.   Okay, and then in the addition to being on set

20   on the day of the, the freelance work that you had, it

21   also involved pre shot and post shoot work?

22        A.   Depending on the client.

23        A.   Okay.

24        Q.   So, were there times where it did include pre

25   and post shot work?

Jaime Putman
January 28, 2026

1

2          A.    Yes.

3          Q.    Okay, and what kind of pre and post shot work

4     would the opportunities have involved?

5          A.    Pre would be conceptualizing shots and that's

6     pretty much the way you prepare for this. In the case you

7     are preparing for the postproduction would be setting the

8     color and that would be if they hire me for that and if

9     not I just shot it. It's kind of like you pick what you

10    want.

11         Q.    Okay.  How did you go out obtaining these

12    freelance jobs?

13         A.    Looking for them, talking to people.

14         Q.    Okay. When you look for them how do you look

15    for them?

16         A.    All over in terms of word of mouth. It's all

17    connections honestly. That and being open to work on

18    Linked-In.

19         Q.    And for those projects that you just mentioned

20    2025 how were you paid?

21         A.    Through direct deposit.

22         Q.    As an independent contractor or as an employee

23    or something else?

24         A.    Yes, as an independent contractor.  I was also

25    a temp at Calvin Klein.

Jaime Putman
January 28, 2026

1

2          Q.    So, for the projects we are talking about in

3     2025 when you paid forthose did you receive like a 1099

4     or a W-2 or some other documentations?

5          A.    Yes.

6          Q.    What would you receive?

7          A.    When I started I believe it was a 1099.

8          Q.    You mentioned did you say temporary work?

9          A.    A temp.

10         Q.    For Calvin Klein is that you what you said?

11         A.    Yes.

12         Q.    Okay.  What kind of work did you do temporarily

13    for Calvin Klein?

14         A.    Everything is on the computer for Calvin Klein,

15    so.

16         Q.    And do they call you when they need you or do

17    you ask, is this work on some sort of set schedule or

18    something?

19         A.    No set schedule. They let me know when they

20    need me.

21         Q.    And when is the last time you worked for Calvin

22    Klein?

23         A.    I'd say about one month ago. Some weeks are

24    busy.  Some weeks there is absolutely nothing.

25         Q.    Okay, and is some of that work through an

Jaime Putman
January 28, 2026

1

2       agency or you just contract yourself or something else?

3              A.    I'm a part-time temp with Calvin Klein.

4              Q.    And do you receive a 1099 when yourget paid?

5              A.    I'm sorry.  I get direct deposit. I received

6       documents when I was on-boarded.  I don't receive them

7       every time I'm paid.

8              Q.    Did you work for them in 2025?

9              A.    In 2025, yes.

10             Q.    So, for the 2025 tax year have your or will you

11      receive a 1099 from Calvin Klein?

12             A.    I will.

13             Q.    Okay.  It will a a 1099. It won't be a W-2?

14             A.    I'm new to freelance. I don't know.

15             Q.    Okay.  Okay.  All right.  Before being in this

16      accident other than working did you have any hobbies?

17             A.    Yes.

18             Q.    What kind of hobbies did you have?

19             A.    Skateboarding, dancing, cooking, hanging out

20      with my friends. Photography is a hobby, and I get paid

21      for it sometimes. I like a lot of things.

22             Q.    All right.  I'm sorry. I did mean to cut you

23      off.  Have you finished?

24             A.    Yes.

25             Q.    Okay. All right as far as skateboarding goes

Jaime Putman
January 28, 2026

1

2    six month prior to accident how frequently would you have

3    skateboard?

4         A.    Prior meaning before the accident?

5         A.    Yes.

6         Q.    Weekly?

7         Q.    Okay,  and where would you do that?

8         A.    In Brooklyn either in Maria Hernandez Park and

9    by the M train.

10        Q.    Okay, and you had your own skateboard?

11        A.    Yes. Do you still have it?

12        A.    Yes.

13        Q.    Have you used it since the accident?

14        A.    No.

15        Q.    Okay, and you said dancing; is that correct?

16        A.    Yes.

17        Q.    Any particular type of dancing?

18        A.    Like not like any type of dancing, like just

19    going out dancing with any friends.

20        Q.    I mean any type of organized dancing, like

21    ballroom dancing?

22        A.    No. Not organized dance.

23        Q.    Okay. All right. In the six months prior to

24    accident how frequently would you have gone out dancing?

25        A.    Prior before like once a week.

Jaime Putman
January 28, 2026

 1

 2         Q.    Once on the weekend?

 3         A.    At least.

 4         Q.    Have you gone out dancing since the accident?

 5         A.    I tried.

 6         Q.    And how frequently have you tried?

 7         A.    Like twice.

 8         Q.    Okay, and what happens when you try?

 9         A.    Well, my ankle, I end up sitting, and there are

10    not many places to isit in Brooklyn. It's, I mean, you, I

11    got to wear sneakers if I am going to last. So, it's just

12    not as fun to go out I guess.

13         Q.    Okay.  Now, as far as you understand it is due

14    to your physical condition?

15         A.    Yes.

16         Q.    If your former employee WPP or whatever it was

17    called, if they called and said they had the old job that

18    had done previously and you could come back  and do that

19    same job could you do?

20         A.    Could I do it?

21         Q.    Yes?

22         A.    Okay. Not without difficulty. But I can do it,

23    meaning, I could stand on my feet in pain for fifteen

24    hours but would it would not look the same as it looked

25    prior to the accident absolutely not.

Jaime Putman
January 28, 2026

1

2

3              MR. RATHJE: Okay.  All right.  I have no

4        other questions. Thank you. Brandon, thank you.

5

6              MR. CHAMBERLIN: Thank you.  I have

7        nothing.

8

9

10             (Deposition concluded at 12:40 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jaime Putman
January 28, 2026

1

2              DECLARATION UNDER PENALTY OF PERJURY

3

4              I, JAMIE PUTNAM , do hereby certify under

5        penalty of perjury that I have read the

6        foregoing transcript of my deposition taken on

7        January 28, 2026; that I have made such

8        corrections as appear noted herein in ink,

9        initialed by me; that my testimony as contained

10       herein, as corrected, is true and correct.

11              Dated this _____ day of _____,

12       2026, at _____, NEW YORK.

13

14

15

16

17

18

19

20

21       _____

22              JAMIE PUTNAM

23

24

25

Jaime Putman
January 28, 2026

1

2                    DEPOSITION ERRATA SHEET

3

    Page No._____ Line No. _____
4
    Change:_____
5
    Reason for change: _____
6
    Page No._____ Line No. _____
7
    Change:_____
8
    Reason for change: _____
9
    Page No._____ Line No. _____
10
    Change:_____
11
    Reason for change: _____
12
    Page No._____ Line No. _____
13
    Change:_____
14
    Reason for change: _____
15
    Page No._____ Line No. _____
16
    Change:_____
17
    Reason for change: _____
18
    Page No._____ Line No. _____
19
    Change:_____
20
    Reason for change: _____
21
    Page No._____ Line No. _____
22
    Change:_____
23
    Reason for change: _____
24

25
    _____          _____
    JAMIE PUTNAM                              DATED

Jaime Putman
January 28, 2026

```
1

2    STATE OF NEW YORK          )
                                )
3    COUNTY OF SUFFOLK          )

4

5              I, NICOLE THERESA SWANSON, a Certified

6    Shorthand Reporter, do hereby certify:

7              That prior to being examined, the witness in

8    the foregoing proceedings was by me duly sworn to testify

9    to the truth, the whole truth, and nothing but the truth;

10   That said proceedings were taken before me remotely at

11   the time and place therein set forth and were taken down

12   by me in shorthand and thereafter transcribed into

13   typewriting under my direction and supervision;

14             I further certify that I am neither counsel

15   for, nor related to, any party to said proceedings, not

16   in anywise interested in the outcome thereof.

17             In witness whereof, I have hereunto subscribed

18   my name.

19

20   Dated:  February 9 2026

21

22

23   _____

24   NICOLE THERESA SWANSON

25
```

Jaime Putman
January 28, 2026

## Exhibits

**EX A Jaime Putman 012826**
  4:11 11:21 14:5
**EX B Jaime Putman 012826**
  4:13 17:12, 16,20 38:12
**EX C Jaime Putman 012826**
  4:15 19:6,8, 11,17 25:22 38:13
**EX D Jaime Putman 012826**
  4:18 38:3,5 39:9,10 40:12
**EX E Jaime Putman 012826**
  4:20 82:3,5
**EX F Jaime Putman 012826**
  4:23 84:19, 22 85:2 89:10 90:7, 25

## 0

**0685**
  82:12
**0689**
  82:12
**07042**
  6:18

## 1

**1099**
  102:3,7 103:4,11,13
**10:30**
  49:23

**11206**
  6:17
**11:00**
  49:23
**123**
  6:16 9:25 12:19 17:21
**12:40**
  106:10
**130**
  14:18 19:7
**15th**
  9:21,22 10:21 11:10, 22 14:5 18:6 19:18 20:15 24:10 27:9 99:12,13

## 2

**2020**
  19:7 24:6,12 40:24
**2024**
  7:15 9:21 11:11,22 24:10,13 58:11 68:7 80:5 90:4
**2025**
  83:3 90:4,5 97:24,25 98:16 99:25 101:20 102:3 103:8,9,10
**2032**
  32:17
**20th**
  87:20
**21st**
  58:10
**25th**
  9:21

## 3

**3**
  10:22,23 34:19,20 65:15
**30**
  47:4
**3:00**
  13:7
**3:30**
  13:7
**3:49**
  12:10,16

## 4

**415**
  6:16
**4:46**
  12:19 13:11

## 7

**70**
  6:17 92:10
**7th**
  83:3

## A

**a.m.**
  34:20
**A7**
  64:19
**ability**
  47:14 74:9 95:8
**able**
  8:25 41:11 42:16 45:6 57:6 60:3 66:18 77:10 85:10

**above**
  39:6 57:10 82:24 89:4,5 91:13 92:16
**absolutely**
  57:10,12 99:20 102:24 105:25
**accept**
  28:21
**acceptable**
  7:19 14:24
**access**
  96:18
**accident**
  7:15 9:20, 22,23 10:2 27:18 30:8 31:12 32:16, 24 33:3,7,11 38:19 45:3 47:8 48:3,7, 11,13,17 49:2,5 54:5, 20 55:23 56:4,10 63:11,15 66:23,24 67:3 68:3,17 69:7,9,10 70:21 71:7, 12,16 72:13 78:3 80:4,15 81:8,10,13 85:18 93:4, 22,24 94:2 95:15 98:24 99:4 103:16 104:2,4,13, 24 105:4,25
**accidnet**
  89:18
**Account**
  63:19
**accurate**
  8:11 12:16, 22 18:20 23:12 95:15

Jaime Putman
January 28, 2026

accurately
  30:16
ace
  51:7
across
  15:23 16:11
acting
  89:4
action
  63:20
active
  46:24 47:2
  48:4,6 64:6
  66:21 99:19
actively
  44:16 48:9
activity
  78:2
actors
  64:4
actual
  43:15 55:15
  59:10 79:16
added
  94:6
addition
  76:24 95:16
  100:19
additional
  93:24
address
  6:15 14:17
  19:7 26:23
  32:16 56:6
ADHD
  47:23
adjacent
  24:7
adrenaline
  35:5 42:6
  45:21
advice
  51:24
Advil
  46:16
advise
  46:10

Aetna
  99:10
affect
  47:14
agency
  63:16 103:2
ago
  47:21 102:23
agree
  28:17
agreement
  81:25 82:6
  83:9,21
Airbnb
  9:17
Alisha
  12:3,5
allow
  7:16
allowed
  62:19
alphabet
  73:8,11,17
  75:14
Alprazolam
  93:25
amazing
  54:16
amount
  25:15,16,17
  62:10 80:23
angle
  19:22 90:11
animal
  32:14
ankle
  35:15,17
  42:8 46:8,9
  51:6,13 58:6
  60:9 61:4,24
  62:5,21
  74:10 75:17,
  20,23 80:3
  88:5,24
  89:13 90:12
  91:2,5,18
  97:20 105:9

answer
  7:17,18
  28:16,20
  31:6,16
  34:22 35:18
  36:7 40:4
  75:10 96:11
  100:10
answered
  40:4
anticipated
  57:19
antidepressan
t
  47:7,9
anyone
  50:14 54:19
apartment
  6:16 32:22
  43:12,15,17
  44:19,24
  46:12 56:11
  69:3 72:24
app
  21:18 56:7
  81:19
appears
  17:22
appointment
  54:6,23 55:7
  97:6
appointments
  78:21 99:21
appreciate
  8:12 74:14
approximate
  20:22 87:11
approximately
  10:22 13:24
  22:11 23:10,
  20,21,24,25
  29:17 33:18
  34:14 39:6
  44:20 57:7,8
  62:25 76:6,
  8,12 80:22
  85:8,14

  100:18
approximating
  81:14
approximation
  20:18 34:2
approximation
s
  21:2 100:5
area
  39:3,4 96:8,
  18
around
  10:22,23
  13:5 23:16,
  18,19 24:18,
  19 25:4
  29:22 41:4
  49:23 62:14,
  16,18 63:23
  64:3,8,9,14
  65:5 66:13,
  14,16 77:5
  81:3,14,15
arrive
  10:21
arrived
  13:10 44:19
asked
  26:10 40:3
  75:7
asking
  20:10 25:7
  30:4 34:11,
  13 36:10
  42:5 48:8
assignment
  73:19
assistant
  9:13,15,18
assume
  26:2
assumed
  35:18
attempt
  95:18
attempted
  95:17 96:7

Jaime Putman
January 28, 2026

**attention**
72:24

**attorney**
28:17 45:6
50:6 51:19
60:15 61:14
62:8 63:9
69:23 74:16
84:19

**audio**
8:9 65:7

**August**
68:7 85:13

**avails**
7:2

**Ave**
6:17

**average**
34:10

**avoid**
59:24

**aware**
73:22 74:3
97:13,15
99:22

———————

**B**

———————

**back**
7:15 9:2,24
10:10,15,17
15:9,10,11,
17 16:3,6,7
18:9,12,13,
16,21 36:25
37:2,8 44:12
48:13 49:22
70:20 72:15
73:7 75:8
77:11 88:21
89:23 90:2,3
91:5 97:8,9
105:18

**backpack**
65:4,12,13,
15 66:8

**bad**
21:9 45:20
56:22,23

**bag**
22:3,4,5

**ballroom**
104:21

**band**
73:7

**bandage**
51:6,7,14

**bands**
77:2,4

**bare**
66:7,8

**Barnabas**
74:22

**bars**
65:8

**based**
34:12 73:21
95:3

**basically**
38:11

**basis**
32:21,23
33:9 34:7
47:17

**bear**
57:14

**bearing**
57:12 77:10

**bearings**
35:8 41:22

**beginning**
9:20 52:15
53:8 60:2
73:6

**Behavioral**
72:7

**behind**
15:17 23:2,8
24:17 25:4
27:22 29:2,
3,4,10,11,
12,14,16
30:8

**believe**
12:15,21
18:9,11
21:19,20
36:3 50:2,19
54:16 55:7,
12,13 57:24
59:19 60:7,
19,20,23,25
61:6 70:11,
14 73:11
76:14,16
83:14 84:9
85:10 86:5,
8,18 99:10
100:17 102:7

**below**
12:18

**besides**
31:4

**best**
8:5 28:16
31:16 54:18
98:15

**better**
57:15 88:14,
15,17

**big**
19:23 22:5
51:12 65:15
69:5 83:21
85:22

**bigger**
24:15

**bike**
31:4 32:14,
25 33:17
34:8 35:10,
16 37:9
39:18 40:18
55:24 56:5

**bikes**
32:12 33:2,
7,9 34:8,20

**bird**
28:3

**birds**
32:8

**birth**
47:3 48:12
52:15,17,20

**bit**
18:11,13,18
24:15 35:3,6
36:19 42:21
56:19 83:5

**black**
16:19 20:5,9
38:13 92:22

**bleeding**
42:11

**blood**
73:7 80:3

**blur**
32:2 34:25
35:2 36:14

**bodies**
65:2

**body**
35:13 36:23
46:5 64:12
66:19 85:17

**bomb**
32:8

**bombing**
28:3

**bone**
91:2

**booked**
56:20

**boom**
65:3

**boot**
57:16 62:4,
6,9,10,17
63:2 77:9

**bottom**
11:18 12:2
18:25 19:25
25:24 82:24
83:25

**box**
16:19

**Bozeman**
98:4,17

Jaime Putman
January 28, 2026

brace
  51:6
brain
  50:24
Brandon
  14:20 17:3
  30:15 50:20
  106:4
break
  43:11 74:24
  84:16
breakfast
  10:11
brief
  17:8 75:4
  93:11
broken
  42:8,22
Brooklyn
  6:16 9:24
  10:10 13:11
  14:18 86:24
  89:16,17,19,
  24 94:17,18
  104:8 105:10
brought
  44:3 70:6
Bruce
  47:12 48:2,
  15 70:14
building
  32:11 34:9
  38:20 41:11
  42:2,11,22,
  24 43:5
  65:5,6 96:6,
  9,15,17
bunch
  66:13
bunion
  86:18
burner
  70:20
busy
  72:23 102:24
buy
  93:8

——————————
        C
——————————

call
  14:4 17:11
  19:5,8 21:10
  33:2 39:8
  43:21 55:22
  84:19 102:16
called
  19:17 43:20
  44:25 45:21
  49:13 50:7,
  8,10 72:21
  86:18 105:17
Calvin
  101:25
  102:10,13,
  14,21 103:3,
  11
camera
  64:14,17,24,
  25 65:2,5,6,
  7,11,13,24
  66:8 70:6
campus
  55:6,9
canceled
  80:19
cancelled
  78:17,19
candid
  64:15
capabilities
  65:23
captured
  30:17
car
  16:24 17:22
  18:2,24
  20:4,12
  21:5,6,17,19
  23:2,3,8,15,
  16,18,19
  24:17 25:4
  26:7 27:22
  29:2,4,14,

  15,16 30:8
  38:14
card
  96:14
care
  44:8 59:9,10
career
  66:5
carrier
  99:9
carry
  65:5
cars
  18:10 20:11,
  16,24 21:3,9
  22:25 28:2
  29:7,9,10,21
  38:18 40:23
  41:3
cartilage
  85:19,23
  86:4
case
  57:24 101:6
cast
  51:6 59:23,
  25 60:4,5,7
catch
  42:15
CBT
  72:2,6
center
  38:15 64:9
certain
  34:17 49:3
  95:22
certainty
  25:12
chair
  66:20 70:5
CHAMBERLAIN
  58:18
CHAMBERLIAN
  53:21
CHAMBERLIN
  6:23 11:14
  15:2 17:6

  31:8,15 40:3
  89:9 106:6
chance
  82:14 97:19
change
  27:12 34:16
  76:8,11,13
changed
  76:9 93:22
changing
  16:9
Charleston
  78:23 79:2,
  18,20 80:6,
  12
check
  36:3 70:23
  72:17
check-in
  9:17 71:4,5
check-ups
  77:12 79:14,
  25 80:2
chime
  30:15
city
  8:14,15,16,
  19,20 10:7,
  10,15 13:2,3
  26:23 51:23
  55:9 58:15
  71:21
claim
  54:5 65:18
claiming
  52:2
clarification
  31:19
clarify
  68:14 100:4
clear
  9:5 24:18
  36:11 39:21
  65:17
cleared
  95:2

Jaime Putman
January 28, 2026

click
  44:15
client
  100:5,22
clients
  63:22 66:12
clock
  34:21
close
  18:23 22:19
  43:15 44:20
  57:22
closer
  22:10 26:13,
  16 31:11
  72:24
Cloudy
  13:13
co-working
  87:5
COBRA
  87:20 99:6,
  11,15,19
coffee
  9:16
Cognitive
  72:7
Colin
  7:13
colleagues
  9:13
color
  101:8
come
  10:5,7 32:20
  43:23 62:13
  96:21 105:18
comes
  8:8
common
  28:12,13
comparatively
  88:20
compare
  32:7 36:21
  88:20

competent
  67:9
complete
  7:17
completely
  20:11 58:4
complications
  86:3
compose
  84:16
compressions
  92:16
computer
  6:25 67:8,9,
  10,13 77:24
  81:17 102:14
conceptualizi
ng
  101:5
concerns
  52:17
concluded
  106:10
conclusion
  83:11
conclusions
  58:19
condition
  105:14
confirmed
  49:21
confused
  42:9 83:6
connections
  101:17
consider
  89:23
consistent
  81:21
constantly
  88:13
consult
  50:23
consulted
  52:5
contact

  35:10,13,16
  45:7,9
content
  63:22 67:20
contents
  65:9
continue
  44:4
continuing
  39:13
contract
  81:21 103:2
contractor
  101:22,24
control
  47:3 48:12
convention
  64:8,9,20
convicted
  53:12,17
cooking
  103:19
coop
  20:5
Cooper
  75:25 76:4
Coopers
  74:22 75:12
  77:8,14,17
cope
  72:5
copy
  69:14,16
corner
  11:11
corners
  22:12
correct
  13:16 17:23
  20:2,3 23:6
  26:7,14 27:8
  39:14 59:8
  90:12 104:15
couch
  45:2 89:15,
  16

Counsel
  11:10
count
  33:12 52:13
counting
  29:20
court
  6:2,11 8:3
  11:23 17:18
  19:13 38:7
  52:16,24
  75:8 82:7
  84:24
cover
  64:15
covered
  16:13
CPR
  52:12
cracked
  50:2
crash
  36:22
crates
  65:15
crawled
  35:7 42:18
  43:19 44:25
creation
  67:20
credentials
  50:9
crime
  53:12,17
crisis's
  72:3
crossing
  30:2 31:2,24
crutches
  49:22 50:25
  51:3,4 57:13
  62:11,22
  63:2,4 68:9,
  15
curb
  22:7,8 24:7
  26:13 29:14

Jaime Putman
January 28, 2026

36:24 38:23
39:3,4
**current**
47:10,24
**cut**
15:15 38:23
103:22

_____

**D**
_____

**D's**
68:7
**D-E-M-E-T-R-**
**A-C-O-P-O-U-**
**L-O-U-S**
55:20
**dad**
45:22
**daily**
32:12,21,22
33:8,9
**damaged**
42:21
**dance**
104:22
**dancing**
103:19
104:15,17,
18,19,20,21,
24 105:4
**date**
11:11,14,18
20:14 33:6
48:6,11 49:5
52:15,17,20
60:8 82:12
83:5,11 85:5
86:10 89:7
93:21
**dated**
11:10,22
19:7 89:9
**day**
21:21 24:11
32:16,24
33:3,16
34:17,18

38:18 43:9,
22 48:3,13,
17 49:2
55:23 56:4,
9,10 59:2,8
64:3,7,16
66:10 73:23,
24 80:4 81:3
89:20
100:15,17,20
**days**
33:18,19,21
49:7 58:24
59:22 66:25
80:22 95:24
100:5,9,11
**deadline**
99:15
**deal**
83:10,12,13,
14,15 84:7
**decided**
67:15
**declining**
94:7,8
**deductibles**
99:7
**defendant's**
11:21 14:4
17:12,16
19:11 38:5
39:9 82:5
84:22
**definitely**
31:24 46:17
72:12
**delay**
88:4
**delivered**
56:6,8
**delivery**
55:25 56:2
**demanding**
49:8
**Demetracopoul**
**os**
55:19

**denial**
56:19
**Densen**
16:19
**Depending**
64:19 100:22
**depends**
33:23 65:8
**depicting**
17:17 19:12
**deponent**
7:2
**deposit**
101:21 103:5
**deposition**
17:14 31:9
53:8 106:10
**depositions**
53:12
**describe**
9:3 19:17
22:23 64:25
73:13 77:4
**describes**
12:2
**desk**
43:7
**details**
10:20
**diagonal**
27:23 28:24,
25 37:17
**different**
25:3 28:5
29:6 38:11
65:13 76:24
**difficult**
100:10
**difficulty**
105:22
**direct**
83:20 101:21
103:5
**directed**
68:8
**directing**
63:23 64:3,5

66:12
**direction**
13:19 27:22
28:6
**directions**
16:9
**director**
70:4,5
**dirt**
40:22
**discharge**
50:15
**discussed**
97:12
**discussion**
17:8
**discussions**
88:3
**disorienting**
16:8
**distance**
13:25 25:19
26:10
**dive**
28:3 32:8
**doctor**
45:22 46:2
54:8,15,17,
20 55:19,22
56:17 59:14,
17 68:7
70:10,16
78:22 91:17
96:24 97:9
99:22
**doctor's**
55:18
**document**
11:12 81:25
82:5,18,21,
23 84:18
**documentation**
**s**
102:4
**documents**
103:6

Jaime Putman
January 28, 2026

dodge
24:23 25:2
doing
23:21 31:15
64:12 66:5
75:13 81:8,
12 100:9
dominant
28:2
door
13:17,20,23
14:21 15:7
16:15,20,24
17:12,17,21
21:13,14
22:14,15,19,
22 27:23
28:8 38:20
43:14,16
doorman
43:6,7
doors
21:11
double
72:16
draw
73:11,14,17
drawing
73:8
drive
26:25
Driver's
6:4
driving
90:3
drop
22:6
drop-off
12:18 14:22
18:5,7,15,22
19:9,12 20:8
dropped
18:5 19:18
20:14,15
drove
69:3

due
105:13
duffle
22:5
duly
6:7
duties
9:14,18
63:22

---

**E**

e-mail
90:19
earlier
13:15 39:11
43:23 92:15
early
78:15
easy
57:6 61:23
Eats
56:7
edited
69:18
editing
67:18 69:19
editor
67:22
edits
67:15,23
educated
97:18
eight
47:21
either
37:17 39:22
40:21 41:3
63:23 70:14
88:5 94:16
104:8
electronically
11:23 17:17
19:13 38:6
82:7 84:23

elevated
57:9,10
elevator
42:19,22,23,
25 43:14,16
69:4
eleven
12:24
embarrassed
35:6
embarrassing
42:7
embody
84:7
emergency
51:24 55:14
employed
63:12,14
67:6
employee
101:22
105:16
employer
66:23 67:16
81:18,20
employment
63:17 66:22
enclosed
60:9
end
21:20 54:8,
14 80:5
95:11 105:9
ended
54:10
ends
87:20
enroll
99:13
entirely
70:12
equal
25:15
equally
26:17
equipment
65:3,15 66:6

69:25
ER
45:23
estimate
34:7 57:22
97:21
estimation
97:19
et
64:10
evenly
25:18
event
64:15 68:4
events
7:16
eventually
42:17 62:13
Evergreen
27:7
exact
10:23 18:7,
14 56:21
57:12 59:21
60:8 62:12
88:2
exactly
18:23 51:3
72:21
EXAMINATION
6:10 7:8
examined
6:7
exception
78:6
exercise
96:8,18
exercises
94:11
exhibit
11:3,21 14:5
17:12,16,20
19:6,8,11,17
25:22 38:3,
5,12,13
39:9,10
40:12 82:3,5

Jaime Putman
January 28, 2026

84:13,19,22
85:2 89:10
90:7,25
91:21
**exhibits**
14:24 17:13
**experience**
34:13 95:20
**expire**
99:11,15
**explain**
8:6 87:18
**extend**
65:25
**extent**
66:3
**eyes**
27:13

---

**F**

**face**
32:8
**face-to-face**
46:7
**facetime**
46:5
**facetimed**
45:22
**facetimeing**
46:6
**facility**
72:25 74:21
**facing**
25:4
**fair**
10:2 18:4
39:12 90:25
**fairly**
24:12
**fall**
42:15
**familiar**
88:15
**family**
52:11 92:8,

11
**far**
13:22 18:21
36:22 37:3
42:11,24
43:14 47:13
94:5,11
103:25
105:13
**fast**
31:5
**father**
46:2 51:25
52:4,10
**father's**
51:24
**February**
87:20,23
97:14 99:18
**federal**
53:22
**feedback**
21:18
**feel**
28:12 29:20
73:2
**feeling**
37:7 71:23
**feels**
83:4
**feet**
13:25 18:19
25:17 43:3,
16 65:25
66:2,6,9
105:23
**feet all**
64:3,16
**fell**
35:5 36:24
88:21
**felonies**
53:23
**felt**
30:12 43:3
57:15

**Festival**
8:21
**fifteen**
44:21 105:23
**fifty**
65:24
**figuring**
97:15
**Film**
8:21
**finally**
61:9
**find**
43:20 61:14,
23 74:15
96:22
**fine**
25:8 26:22
31:15 34:13
44:6 53:16
58:4
**finished**
103:23
**first**
6:7 11:2
13:23 36:20
47:6 49:18
54:6,20,22
55:7,10
56:17 57:9,
12 59:21
62:11 66:10
68:4,21 70:9
72:18,20
73:5,9,18
75:12,14,25
76:25 85:2,
10 87:7,8
93:4
**fish**
19:20
**fit**
65:12 66:17
**five**
33:20 41:19
64:7 72:3
80:22 81:24

82:5,15,16
100:11,12,
14,18
**fix**
57:2
**flights**
8:22
**floor**
37:2 43:12,
13 95:3
**flow**
73:7 80:3
**fly**
8:25
**fob**
96:15,16,20,
21,22
**fobs**
96:19
**follow-up**
59:21 61:14
62:8 74:16
78:21 87:19
97:5
**follow-ups**
59:14
**following**
54:23
**follows**
6:8
**followup**
51:20 63:8
69:23 90:20
**food**
55:25 56:2,
6,7,11
**foot**
10:19 28:2
55:15 57:9,
10 60:7
73:7,8,12,
14,17 77:5
85:7 86:14
92:2,3,21,22
93:8
**footage**
69:17,23

Jaime Putman
January 28, 2026

footwear
 92:25 93:2
forget
 54:7 56:21
 57:12
forgot
 52:14
forth
 90:3
forthose
 102:3
forty
 47:21
forward
 28:7 58:19
foul
 53:22
found
 41:15 44:2,
 7,9 49:24
 72:24
four
 12:25 21:12
 57:7 65:3
 84:18,22
 88:21
fours
 42:20 43:25
fourteen
 66:9
Fourth
 43:13
fractured
 49:21
frame
 79:16
FRCP30E
 7:2
freelance
 8:20,23 9:10
 99:25 100:2,
 20 101:12
 103:14
frequency
 34:16 93:23
frequent
 33:13

frequently
 33:7 34:8
 49:6 59:17
 70:22 76:2
 88:10 94:19,
 23 104:2,24
 105:6
Friedman
 47:12 48:2,
 15 70:14,22
 71:7 93:21
 94:3
friend
 10:8 41:15
 43:21 45:3
 50:13 69:6
 98:6
friend's
 10:11 45:4
 87:3
friends
 71:21 103:20
 104:19
front
 18:24 21:15
 25:5,23
 26:2,4 34:9
 43:7 85:22
full
 6:13 20:16
 31:11 40:23
 77:10 80:23
full-time
 63:19 89:19,
 24 90:2
fully
 35:7 57:15
fun
 68:13,19
 69:5 78:7
 105:12
fuzzy
 35:4

---

G

---

gave

36:9 49:19
53:7 72:4
general
 77:20 82:2,6
generally
 8:18 9:3
 28:11
getting
 9:16 10:12
 21:17 45:21
 64:14,16
 73:15 78:4
gig
 81:19
give
 34:12 37:9
 50:14,18
 57:17,21
 81:24 94:10
given
 12:24 25:15
 34:6 50:19
 51:2 52:20
 53:5 76:16
giving
 100:17
glanced
 82:16
glitch
 8:9
goal
 18:20
goes
 103:25
going
 7:14 9:12
 11:2 14:3,6
 15:18,19,21
 16:6 17:3
 18:13 19:5,8
 21:25 23:16
 24:5 33:2
 36:25 37:19,
 25 38:2 40:9
 41:8,23 42:6
 46:12 52:15,
 23 54:8 55:8

58:19 60:13
64:9 73:20
76:23 77:8,
11,17 78:2,8
79:11,12
81:23 82:2,
10 83:20,24
84:11,13
86:6 88:12
89:6 90:2
93:17 94:20,
23 97:13
99:14 104:19
105:11
good
 7:11 43:3
 50:13 62:10
 80:3
Google
 14:13 17:16
 19:6,11,21
 38:3,5 40:24
great
 46:13 95:19
grey
 20:2 21:10
ground
 41:10 42:2
grown
 24:13
growth
 86:14,15,18
 87:6,14
 88:5,7,11
 89:2 90:20
guard
 52:12
guess
 13:24 20:10,
 18 21:2,25
 23:10,20
 24:25 25:7
 28:25 34:11,
 19 35:19
 37:2 85:14
 90:8 105:12
guessing
 23:13,22

34:14 39:7,
19
**gut**
37:7
**gym**
96:5
**gynecologist**
70:20

---

**H**

**Hager**
45:5
**half**
20:13 27:19
42:18
**hall**
43:2
**hand**
20:2 42:15
**hand-side**
30:13
**handle**
65:7
**hands**
42:12,13,14
46:8
**hanging**
103:19
**happen**
9:23
**happened**
9:24 10:3
27:18 30:8
31:12 34:25
43:23 63:11
68:10
**happier**
81:6
**happy**
44:8
**hard**
19:21 60:4
88:24 89:2
99:20
**harder**
20:12 60:7

**hardware**
87:23 88:25
**harm**
53:22
**head**
30:16 31:2
57:10
**health**
68:12 71:4,
20 94:7,8
**hear**
7:24 55:17
96:11
**heard**
54:16
**heavy**
66:8
**heel**
91:13
**held**
17:8 75:4
93:11
**help**
25:22
**helped**
36:17,18
45:25
**helps**
65:16
**Hernandez**
104:8
**HHS**
54:10 58:16
**high**
34:3 48:24
64:16 92:16
**hip**
85:19,23
86:4
**hire**
67:22 101:8
**hired**
100:7
**hit**
22:11 32:13
34:8 36:20
37:9,13

39:18,24
40:18 44:2
55:24 56:5,
12
**hobbies**
103:16,18
**hobby**
103:20
**Hoboken**
12:10,13,24
**hold**
65:5 87:24
**holding**
66:6
**home**
6:15 10:16
44:16 51:22
56:14 59:2,
3,4,9 67:14
76:20 92:11
94:11,16,21
**homework**
73:18 76:16
**honest**
41:23
**honestly**
35:5 70:12
77:11 101:17
**hop**
45:25
**hope**
34:20
**hospital**
55:2 58:14,
25
**hotel**
9:17
**hour**
12:14 34:10,
15
**hourly**
34:7 81:21
**hours**
47:21 66:9
105:24
**house**
6:24 13:5

46:16 62:20
81:5
**HSS**
54:17,22
55:2,10
58:14 72:20,
25 73:9
**huge**
65:4
**humans**
20:22
**hung**
13:5

---

**I**

**ice**
45:19
**idea**
41:23 89:15
**identificatio
n**
11:24 17:18
19:14 38:7
82:8 84:24
**identify**
14:21
**image**
14:19 15:6,
18 16:14,23
17:4,11,16,
20 18:5
19:5,7,11,
16,19,24
38:3,6 39:9,
10 40:19
86:7,14
**images**
14:23 46:4
61:22
**imagine**
43:5
**immediate**
52:11
**immediately**
35:2 50:4,16
60:9 87:12

Jaime Putman
January 28, 2026

immobile
  62:21
immobilized
  61:25 62:3
impact
  35:22,24
  36:6,15,16,
  23 51:9
impacted
  8:22
impacts
  88:4
in-between
  23:3
In-house
  63:19
inches
  18:19
incident
  73:23
incision
  60:6 85:24
incisions
  85:20,22
incline
  94:14
include
  100:24
indeed
  49:21
independent
  101:22,24
indicated
  30:15
individual
  100:6
infection
  59:24 60:6
inference
  38:19
information
  34:12 45:7,
  9,15
informed
  56:22
initial

83:8 97:11
injuries
  52:2 54:4
inline
  9:17
Inphone
  64:21
inside
  42:24
instances
  100:6
instruction
  62:7
instructions
  50:15 63:7
  94:10
insurance
  7:14 97:15,
  22 99:6,8,9,
  22
intended
  99:17
intense
  51:8 72:4
intention
  14:20 84:15
intermittent
  79:13
internal
  37:7
intersection
  15:23
interview
  66:12
interviewing
  64:10
introduce
  91:15
invited
  98:6
involve
  67:21
involved
  9:20,22
  100:21 101:4
Iphone

64:20,22
Ir
  54:24
isit
  105:10
issue
  99:23
issued
  48:16
issues
  66:17
Italy
  56:20 78:14
  80:18

---

**J**

Jamie
  6:6,14
Jansport
  65:14
January
  83:3 90:3
  99:13
Jersey
  6:17,19
  10:7,9,15
  13:2,3 26:23
  49:23 51:22
  54:7 78:10,
  13 79:10
  80:7 89:16
  92:10 94:16,
  22,25 97:24
job
  49:7 63:21,
  22 64:6 67:8
  79:17
  105:17,19
jobs
  99:25 101:12
jog
  95:16 96:3
journey
  57:11
July
  78:15 83:5

85:12
jumping
  95:10,12
June
  7:15 9:20,
  21,22 10:21
  11:10,22
  14:5 18:6
  19:18 20:15
  24:10 27:9
  58:10 78:15

---

**K**

keep
  15:21 16:6,9
  59:12 94:14
keeping
  6:24
key
  96:15
kind
  9:14 18:3
  19:21 21:6
  23:2 28:12
  32:13 36:24
  46:2 62:25
  64:5,17
  67:5,16
  69:25 77:5
  80:24 88:7,
  19 101:3,9
  102:12
  103:18
kit
  64:24,25
  65:2,11,12
  70:6
Klein
  101:25
  102:10,13,
  14,22 103:3,
  11
know
  7:22,25 8:10
  10:22 11:3
  14:7 20:20

21:5,7,9,11,
25 23:4,14
24:24 25:8,
9,10,17
26:16,20,21
27:15 28:3,
18 29:5,20
31:13 32:9,
13 33:12
34:15 35:3,
16,21,23
36:2,10,11,
22,25 37:10,
12,15 39:2,
16 40:10,25
42:8,11,19,
22 43:4
44:15 46:18
48:22,25
49:3,20
50:8,10 51:3
55:6 56:25
57:11,25
58:2 59:21
60:8,25
61:6,7,9
62:12 64:6
65:24 66:15,
17,18 68:12
69:11 70:7,
15 71:21
72:12 75:19
83:7,15,25
84:17 86:2,7
90:6 91:8,
10,16 92:5,7
95:2 96:17,
20 98:19
99:14 102:19
103:14

**known**
  53:9
**knuckles**
  42:15

---

**L**

**laid**
  66:25
**Lake**
  8:14,15,16,
  19,20
**land**
  83:17
**landed**
  83:16,18
**late**
  78:14
**lawsuit**
  52:2
**lawyer**
  83:11
**lay**
  57:8 67:15
**leave**
  21:18 32:22
  43:23 56:20
  66:11
**left**
  10:10 12:13,
  24 13:3 22:8
  26:5 27:23
  28:8,9 29:24
  30:2,6 31:23
  38:14 40:16
  41:2 43:2
  51:5,14 54:3
  76:19 92:21,
  22
**leg**
  91:5 95:8,
  10,12
**legal**
  6:13 58:18
**legally**
  58:3
**legs**
  30:22 74:10
**leisure**
  79:5 80:10
  98:7,13

**length**
  20:13 39:17
**lengths**
  20:5
**lens**
  19:20
**lenses**
  65:3
**level**
  38:23 39:3
**License**
  6:4
**life**
  52:12
**light**
  19:22 65:3
**limbo**
  87:21
**limited**
  53:23 65:23
  67:10 75:16
**line**
  40:23 70:15
  82:25 100:11
**lining**
  21:3 22:25
  29:9
**Linked-in**
  101:18
**list**
  70:7
**listen**
  28:15
**literally**
  40:22
**little**
  18:11,13,18
  24:15 27:19
  28:5 32:18
  35:3 56:19
  73:16
**live**
  9:25 10:16
  46:6 57:20
  63:20 89:19
**lived**
  20:23 24:21

**32:11,15**
  33:6,10 34:7
**lives**
  44:20
**living**
  89:23 94:22
**location**
  19:12 55:6
  72:25
**locker**
  93:8
**logically**
  35:19
**long**
  8:15 19:20
  32:15 33:23
  34:4 37:12
  40:25 41:10
  48:16,20
  57:11,18
  60:17 61:18,
  19 62:8,22
  76:4 80:12,
  13,21
**longer**
  39:11
**look**
  24:14 29:10,
  24 30:2,6,9,
  20 31:2,3,23
  36:4 44:2,
  13,16 51:15,
  17 61:12
  74:11 101:14
  105:24
**looked**
  12:6 24:12
  38:12 55:13
  105:24
**looking**
  10:17 23:23
  24:3,4
  25:14,23
  31:2 32:5
  44:11 82:23
  83:9 85:2
  92:15 101:13

Jaime Putman
January 28, 2026

**looks**
19:20 86:23
87:2 90:11
92:10
**lost**
41:12 71:21
**lot**
23:22 26:25
32:11 42:20
63:24 71:21
72:23 98:21
103:21
**low**
64:16 94:8
**lower**
88:21
**lucky**
66:11
**lunch**
43:10
**lush**
24:14

---

**M**

**M-O-N-T-C-L-A-I-R**
6:20
**made**
10:11 27:11
35:16
**make**
20:21,25
27:23 29:13
35:10,13,20
36:11 55:25
56:5 60:14
78:25 95:14
96:3 97:6,
10,23 99:22
**making**
9:16 27:9
67:15 73:11
76:15
**man**
54:12

**manipulate**
14:19 39:11
**Map**
40:24
**Maps**
14:13 17:16
19:6,11,21
38:3,5
**Maria**
104:8
**mark**
14:23 91:6
**marked**
11:23 17:18
19:13 38:7
82:8 84:24
92:15
**marks**
85:16,17
92:16
**massaging**
75:15
**material**
51:8 60:25
**matter**
6:24 25:18
68:14
**mean**
13:4 15:14,
17 22:8 28:7
33:13 37:3
41:25 56:9
57:11 64:13
67:22 71:4
72:8 73:5
78:20 100:4
103:22
104:20
105:10
**mean,unknown**
91:15
**meaning**
27:21 64:21
104:4 105:23
**means**
23:7 65:6
72:9 73:13,

14 95:9,10
**measuring**
43:3
**medical**
51:25 52:8,
11 54:4
59:9,10 70:9
88:4 98:23
99:3
**medication**
46:19 47:11,
14,22,25
48:4,9,21
99:7
**medications**
48:10
**meet**
43:22
**meetings**
9:16
**Melrose**
6:16 9:25
10:21 12:19
13:10,22,23
14:18 15:7
17:22 19:8
26:24 27:4
56:6
**members**
52:10
**mental**
68:12 71:4,
8,20 94:7,8
**mentioned**
13:15 34:25
36:13 50:7
83:13 84:8
87:6 101:19
102:8
**messaging**
90:23
**metal**
58:6
**Michal**
6:14
**microphone**
65:7

**microphones**
65:4
**middle**
16:2 22:9,12
38:14 41:2
**mile**
95:24 96:2,4
**miles**
43:4
**milligrams**
47:3,4
**Mine**
72:4
**minimum**
66:8
**minute**
28:15
**minutes**
12:25 41:19,
20 44:21
**mixed**
62:11
**mobility**
67:21
**mom**
54:21 86:8
**Monday**
9:2
**money**
67:4 69:20
**monopod**
65:9
**Montana**
98:4
**Montclair**
6:17,19,20
49:22
**month**
60:2 62:12
68:5 77:18
80:8 87:11
99:12,13
102:23 104:2
**months**
49:5 57:7,16
62:24,25
67:7 70:21,

Jaime Putman
January 28, 2026

23 76:6,12
83:19 97:20
104:23
**morning**
7:11,12 45:3
47:4,5
**mother**
59:5
**motion**
66:16
**motor**
32:25
**Mountain**
6:17 92:10
**mouth**
101:16
**move**
57:9 62:14
66:19 73:15
74:10 89:21
**moved**
32:17
**movements**
22:23 30:16
**movie**
9:11
**movies**
70:6
**moving**
62:16,18
73:17 80:3
**multiday**
100:16
**mural**
16:11
**museums**
81:2
**music**
68:8,20,25
78:4,6
**mystery**
42:18

---

**N**

**name**

6:13 7:13
12:6 45:4
50:6 53:7
54:8,9
55:18,19
71:10 72:10
82:24
**names**
53:9
**narrow**
88:13
**nasty**
45:21
**nature**
9:3,5,8
63:17 88:10
**need**
49:4 50:4
52:11 56:23
65:21 66:2,
5,7 67:21
72:16 83:25
84:16 96:15
102:16,20
**needed**
21:20 31:25
47:18,19
49:21 56:23,
25 62:21
69:5,10
**neighborhood**
96:4
**neutral**
13:12
**never**
40:24 45:23
53:17
**night**
64:10 81:4
**normal**
65:4 93:2,5
**note**
6:25 68:7
**noted**
19:25
**notes**
95:7,13

**notice**
87:7,8
**November**
89:25 96:25
97:3
**number**
13:25 34:3
52:24 53:4
59:22 100:4
**nursing**
59:4,6

---

**O**

**oath**
39:25
**objection**
40:3
**observation**
80:2
**obtaining**
101:11
**occasion**
77:15,19,20
**occurred**
7:15 35:22,
24 36:23
**October**
19:7 24:6
62:13 78:24
80:9 81:15
**off-campus**
72:20
**offended**
53:11
**okay**
6:13,15 7:5
8:3,23 9:14,
19,23 10:2,
9,14,20,25
11:8 12:5,9,
12,15,18,21,
24 13:6,8,
10,13,15,18,
22 14:3,12
15:10,20
16:12,14,17,

22 17:6
18:4,13,17
19:4,24
20:4,14,20
21:5,17,21,
24 22:6,13,
16,18,22
23:6,17
24:5,10,12,
16 25:11,21
26:2,9,22
27:8,11,16,
20 28:10,15,
19 29:2,6,23
30:7,14,22
31:21 32:4,
15,18,24
33:5,15,22,
24 34:11,16,
24 35:10
36:5,11,13,
22 37:9,12,
15,25 38:11,
17,23 39:2,
8,10,16,21
40:9,11
41:6,13,21,
24 42:5,10,
13,16,24
43:12,17
44:10,14,18,
22 45:16
46:4,11,15,
18 47:16
48:3,13,25
49:9,11,14,
24 50:5,12,
22 51:5,11
52:4 53:19,
25 54:11,14,
19,22 55:17
56:17 57:3,
4,21 58:22
59:3,6,14
60:4 61:8,
12,16 62:16
63:25 65:2,
17 66:3,22
67:19,24

68:6,23
69:19 70:13,
21 71:3,11,
18,24 72:13,
18 73:13
74:5,14,18
75:16,25
76:4,7,15,21
77:4,7,13,25
78:8,25
79:3,5,8
80:14,24
81:7,12
83:20 84:3,
7,11,17
85:8,12,23
86:3,6,9,20
87:6,13,22
88:3,7,15
89:3,16,18,
22 90:4,12,
19 91:12,20
92:7,13,15,
21,24 93:17
94:3,9,16,19
95:11,14,18,
21,23,25
96:3,17,23
97:18,23
98:5,7,9,20
99:17,25
100:6,12,19,
23 101:3,11,
14 102:12,25
103:13,15,25
104:7,10,15,
23 105:8,13,
22 106:3
**on-boarded**
103:6
**on-site**
70:4
**once**
22:22 27:16
28:22 33:16
43:17 62:18
72:22 76:10
79:13,16,24

104:25 105:2
**one**
6:24 11:12
20:4 22:10
24:25 26:13,
17 31:12
33:18 37:4,9
38:3 47:6
53:21 55:6
57:6 64:23
65:2,14
66:10,11,12
68:13,21,22
69:12 72:14,
15,16,24
73:4,5 76:9
77:2,22
78:21 79:18
81:18,24
85:21,22
89:20 90:13
95:10 102:23
**one-way**
10:16 13:16,
17,18 16:6
22:11 27:7
34:4
**ones**
67:21 72:4
98:21
**onset**
100:13
**open**
20:16 101:17
**opening**
22:13
**operate**
56:24,25
**opportunities**
101:4
**opportunity**
8:21 9:10
**order**
23:8 29:15
55:25 56:2,
5,11 96:13
**organized**

104:20,22
**oriented**
72:2
**out-of-pocket**
99:7
**outcome**
57:18
**outside**
33:23 34:4
39:13 40:17
62:20 78:9,
12 80:6 96:7
**overnight**
22:3,4

---

**P**

---

**p.m.**
10:22,23
12:10,16,19
13:11 34:19
49:23 106:10
**packed**
20:25
**pad**
51:9
**page**
11:12 12:2
81:25 82:5,
23 84:18
85:2 89:7,10
90:7,25
91:20
**pages**
82:15,16
84:22
**paid**
68:11,18,23
77:20 78:3,4
81:9,13
98:21,24
99:5 100:3
101:20 102:3
103:4,7,20
**pain**
46:11 88:6,
9,10,11,16,

17,18,20,23,
25 95:19
97:4,8
105:23
**pair**
93:4
**pandemic**
71:20
**paragraph**
84:4
**parallel**
28:23 37:15
**Paramus**
54:9 73:2
**paraphrase**
8:6
**parent's**
81:5
**parents**
50:3
**Paris**
79:19 80:8,
17,21,25
81:2
**park**
20:16,24
104:8
**parked**
18:10 20:2,
11,24 22:9
29:4,14,16
35:22 38:18
41:3
**parking**
20:17
**part**
31:8 32:10
35:13,16
46:4 67:8
**part-time**
103:3
**particular**
81:18 100:7
104:17
**passed**
35:6 41:19
44:18

passing
  41:18
past
  15:25 39:17
  88:19
paying
  83:18
pediatrician
  46:3
Peloton
  94:24,25
  95:4
people
  33:14 64:4,
  10 101:13
percent
  57:14
perform
  9:14
period
  32:20 33:10
  34:17 41:24,
  25 42:4
  59:22 60:20
  77:18,25
  78:8
peripherals
  30:10 32:2
permanent
  59:25
perpendicular
  27:21 28:23
person
  45:7 65:14
  67:23
person's
  45:9
personally
  34:2
phone
  10:18 21:23,
  25 24:2,3
  31:3 41:12
  43:19,21
  44:2,3,7,11,
  25 45:18,19
  49:24 50:3,

8,9,11
photo
  18:25 24:6,
  13 86:11,20,
  21 87:11
  90:9,22
  91:22,24
  93:14
photograph
  17:23 25:21,
  22 38:14,21
  39:22 40:12,
  17 70:4
  83:21 84:7
  85:6,9,16
  86:7,9,23
  90:6 92:5,7,
  21
photographer
  66:14,15
photographs
  51:13,18
  60:10 61:4,
  6,13 62:5
  63:3 73:21
  84:14,18,20,
  23
Photography
  103:20
photos
  73:24 90:16,
  17
physical
  70:11,19
  72:19 73:3
  74:21 75:22
  76:5 77:8
  78:2,9
  79:11,17,20,
  21,22 93:3,8
  94:9,20,23
  95:7,11
  105:14
physically
  64:2 65:21
physicians
  52:5

pick
  101:9
pick-up
  12:16
picked-up
  12:10
picture
  18:11 25:15
  38:15 39:13
  85:21
pictures
  90:14
piece
  91:13
pinky
  86:17
place
  72:21 73:3,
  9,10 98:16
places
  105:10
Plains
  55:8 73:2
Plaintiff's
  11:9
planned
  78:15,20
  80:14,15,16,
  17,18
planning
  69:4,7,9
plans
  78:12
planted
  25:18
plants
  25:17
please
  7:16,18 8:5
  44:2 53:11
  62:7 63:8
  69:22
pocket
  23:25 44:12
pogos
  95:8

point
  14:22 18:5,
  7,14,15,22
  20:8,10
  24:16,21
  38:12,19
  39:7 43:24
  50:21 76:9
  77:3 79:15
  80:2 81:4,7,
  10 89:18
  95:15,22,23
pointed
  77:6
pointing
  77:6
points
  80:19,20
pool
  87:3
pop
  87:12
portal
  50:21 90:21,
  22 97:7
posed
  40:7
possible
  18:21 21:20
  26:12
post
  93:4 100:21,
  25 101:3
post-op
  59:21
postproductio
n
  67:14 101:7
pounds
  65:24,25
power
  42:17
practice
  72:11
pre
  100:21,24
  101:3,5

pre-accident
57:23
preference
45:8
prepare
101:6
prepared
7:3
preparing
101:7
prescribed
48:9,21
93:20
prescriber
47:10,24
48:14
prescription
48:16 71:2
99:6
prescriptions
46:24 47:2
48:4,6 70:24
93:20,24
present
52:4
presented
6:3
preserve
60:14 62:7
63:8 69:22
74:15
pressure
42:21
pretty
9:10 24:14
36:17 45:20
101:6
prevent
60:6
previous
33:6
previously
40:10 55:14
105:18
printed
82:24

prior
21:17 49:5
70:21 71:6
87:11 104:2,
4,23,25
105:25
privacy
52:16
probably
16:13 18:11
24:25 36:18
42:20 50:20
51:15 69:20
70:11,15
83:11
problem
22:13
proceeding
36:9
process
31:8 57:5
89:20
produce
51:19
produced
67:12
producer
9:11 63:19
64:7 67:11
70:3
producing
63:22
production
81:17
professional
54:4 72:10
professionals
59:7
prognosis
57:18
progress
76:15
project
69:5 100:7,8
projects
100:9,12
101:19 102:2

prolonged
100:10
proper
13:19
Prosac
93:25 94:5
protected
60:24
protocol
76:14
protrusion
91:2
provided
11:9,22
17:17 19:12
38:6 50:6
51:25 82:7
84:18,23
providers
59:10 70:10
71:8 88:4
Prozac
47:3,7 48:19
Puerto
98:10,17
pull
33:14
pull-up
38:20
pulled
22:12
purpose
8:18 47:22
79:3 90:9
97:2 98:5
purposes
26:3 30:4
89:22
purse
22:4
pursuant
6:25
put
47:8 51:7
52:24 60:17
62:11 70:20
77:10 93:25

Putman
15:6
Putman_0518
85:5
Putman_0519
86:10
Putnam
6:6,14 7:11
14:21 17:21
75:10 82:12,
14
Putnam_0520
89:10
Putnam_0521
91:21
Putnam_0734
11:19
putting
42:21

**Q**

question
7:17,21,24
9:7 17:21
25:3 26:3,11
28:5 30:18
37:3 40:4,6,
9,12 46:14,
23 56:3
68:15 75:7
77:16 99:2
100:10
questions
7:14 30:4,5
31:6 36:10
73:20 106:4
quote
86:19

**R**

rain
13:12
raised
39:4,6

range
  66:16
rates
  58:2
Ratheje
  40:6
Rathje
  7:5,9,13
  10:25 11:8,
  17 14:3,12,
  17 15:4,14
  17:3,11 19:4
  37:25 41:8
  51:17 53:25
  60:13 61:12
  63:7 69:22
  74:14 75:2
  81:23 82:10
  84:11 93:17
  106:3
raw
  69:17,22
reached
  23:25
reaching
  44:12
reacted
  32:25
reacting
  32:6,7
reaction
  31:3 32:2,4,
  10
read
  75:8 83:22,
  24 84:4
reading
  95:13
real
  64:4
realize
  45:20
rear
  21:15,16
reason
  8:3 12:15,21
  45:12 50:5

68:6 99:17
reasonable
  97:18
recall
  12:5,25
  28:16,19,20
  31:16,17
  71:13 98:10
receipt
  11:10,21
  14:6 50:6
receive
  59:9 91:12
  102:3,6
  103:4,6,11
received
  98:23 99:3
  103:5
recess
  75:4,7 93:11
recognize
  82:18 85:3,6
  86:11,13
  89:12 91:22,
  24
recollect
  42:4,5
recollection
  12:12 28:18
  79:9 98:11,
  15
recommend
  56:18 93:3
recommendatio
ns
  97:10
recommended
  72:22
record
  6:13 8:11
  11:8 14:13
  17:9 19:6
  30:14 36:11
  39:8 52:21
  53:5 82:11
  89:22 96:18

records
  68:7
recovery
  57:2,4
red
  16:24 17:22
  21:10 91:6,
  18
redness
  91:13
reference
  40:11,17,19
references
  78:22
referencing
  39:22 40:12
referring
  48:18
refills
  70:15
refresh
  12:12 79:8
regarding
  33:5
regular
  47:17
relate
  98:24 99:4
related
  91:10
relation
  22:7
relationship
  71:22
Release
  82:2,7
released
  69:15
remember
  20:20,25
  23:16 26:22
  27:3,9,10,
  11,25 28:2,
  6,10 29:17,
  21 42:14
  44:10 46:13
  49:14 54:9,

12 61:21,22
62:13 72:21
73:4 80:23
98:18 99:9
remind
  98:18
remotely
  57:15
remove
  87:23
renew
  70:24
renewer
  71:2
repeat
  8:4,5 56:2
  77:16 99:2
repeating
  17:21
rephrase
  9:7 35:23
  40:9 46:23
  68:15
reporter
  6:11 8:3
  11:23 17:18
  19:13 38:7
  52:16,24
  53:8 75:8
  82:8 84:24
reporter's
  6:2
represent
  7:13
representative
  92:24
request
  6:3 60:15
required
  65:22
rescanned
  55:12
response
  8:12
restaurant
  10:12

Jaime Putman
January 28, 2026

result
  58:25
results
  50:20 95:18
return
  57:22 66:22
  68:3 89:19
review
  7:3
Rico
  98:10,17
ride
  12:3 21:20
rigging
  65:6
right
  7:2,11 8:13
  9:19 10:9,
  19,25 11:11,
  18 12:9
  13:21 14:3
  15:6,25
  16:2,14,24
  17:22,23,25
  18:4,25
  19:4,25 20:2
  21:4,14,15,
  16 22:7
  23:2,8,13,
  16,17,18
  24:16 25:11,
  19,24 26:6,
  11 27:3
  29:10,24
  30:2,6,9,11,
  12,19,20,23
  31:2,23 32:9
  33:15 34:6,
  24 35:15,17
  36:12,25
  37:8 38:21
  39:13 40:14,
  16 41:2,6
  42:15 44:10
  49:11 50:5,
  25 54:3
  55:10,21,23
  56:17 59:23

60:13 63:7
65:11,19
68:2 70:8,18
71:6 74:20,
21 75:21,23,
24 76:18
77:7,13,22
80:4 81:7
82:14 83:17,
20 84:4,11
85:15 86:6,
17 88:22
89:6 91:2,3,
20,24 95:4,
12 96:23
97:23
103:15,22,25
104:23 106:3
righty
  10:18
rigs
  65:3
rode
  12:3
role
  64:6
roof
  87:3
room
  49:18 51:24
  55:15 66:12
roommate
  43:20 44:25
  90:8
roommate's
  96:20,21
route
  26:22
rules
  53:23
run
  64:3,8 70:4
running
  64:14 66:13,
  14,15

---

S

salary
  83:18
Salt
  8:14,15,16,
  19,20
sat
  35:8 45:2
Saturday
  10:17 13:4
  20:23 21:3
  49:4
save
  68:12
saying
  29:12 42:6
  54:13 83:5
says
  12:3,18
  14:17 16:19
  45:23 68:8
  83:4
scale
  88:16,17,19
scan
  50:20 55:14
scans
  55:15
scar
  85:11 91:3
schedule
  102:17,19
scheduled
  78:14 87:16
  97:5,7
Scheduling
  9:16
school
  48:24
scratched
  44:3
screen
  11:2 14:7
  16:23 24:5
  38:2 44:16

81:23 84:12,
14
scroll
  11:12 15:9,
  10,11 82:10
  83:25 86:6
  89:6
scrolling
  82:17 86:9
  91:20
scurrying
  63:23
Seamless
  56:7
second
  31:4 35:8
  37:9 61:5,
  10,18,19
  74:21 76:17
  81:24
Security
  52:24 53:4
sedan
  20:5,9 21:8
  38:13
see
  11:3,4 12:3,
  10,19 13:25
  14:8,20
  15:7,24
  19:16,21,24
  20:5 24:6,8
  25:24 30:23,
  24,25 31:4
  33:7,10,16
  34:2 36:4,6
  38:9,15,20,
  21,24 39:21
  40:16 41:24
  42:2 45:12
  49:19 50:16
  59:17 62:24
  70:22 71:7,
  18 82:11,15
  85:11,16,20,
  21 90:10,11
  91:3,6
  92:17,22

Jaime Putman
January 28, 2026

93:14 98:6

**Selective**
7:13

**self-closing**
22:19,21

**send**
90:16

**Senior**
63:19

**sense**
28:12,13
35:20 41:16
64:11

**separate**
36:9 88:25

**separation**
81:25 82:6
83:9

**series**
73:20

**seriously**
13:24 39:7

**services**
59:4,11

**sessions**
71:25

**set**
64:7 66:6,10
100:9,11,18,
19 102:17,19

**setting**
101:7

**seven**
23:21,24
71:22

**severance**
83:10

**Severe**
95:19

**share**
11:2 14:7
17:13 38:2
81:23 84:13

**sharing**
11:4,9 14:4,
6,8,12 24:5
38:9 41:8

84:12 93:18

**shattered**
35:7

**shebang**
67:25

**shield**
27:13

**shift**
13:9

**shoe**
92:22

**shoes**
88:12

**shoot**
64:8,19 70:3
100:21

**shooting**
63:23

**shoots**
64:20 67:23
100:14

**shop**
14:4 84:12

**short**
40:25 59:19

**shortly**
10:3 47:8

**shot**
64:9,19,23
66:7 68:4
69:2 100:15,
21,25 101:3,
9

**shots**
64:12,15
100:17 101:5

**show**
15:7 16:15
18:5,14,21
38:2 46:4,7
66:10 74:9
84:14

**showed**
45:16 46:9

**shower**
60:19

**showing**
16:15 38:13
84:17

**shown**
85:3 89:12

**shut**
71:21

**side**
13:19,21
20:2,12
22:9,10
25:20 30:20
35:20 65:8
69:3 85:22
87:3 88:24

**sides**
18:10 40:16

**sidewalk**
9:24 10:19
22:24 23:4,5
24:2,4,7,18
25:5,6,13
26:4 27:16
28:22 29:3,
8,24 30:3,
19,23 31:24
32:12 33:4,
5,10,17 34:9
37:3,5,6,7,
13,16,19
38:6,20
39:10,24
40:18 41:14
44:11

**sign**
83:7,8 96:14

**signature**
82:24,25

**signed**
83:3

**silver**
17:25 18:24
19:25 20:9
21:10 25:23
26:4,7 38:14

**singer**
69:2,6

**single**
20:23 95:8
100:15,17

**sister**
59:5,8 69:3

**sit**
46:18,22
66:12

**sitting**
42:7,10
68:13 105:9

**situations**
53:22

**sixteen**
48:23

**skateboard**
104:3,10

**skateboarding**
103:19,25

**skewed**
88:19

**skills**
67:21

**skip**
49:10

**slash**
47:7

**sleep**
62:21

**slid**
22:17

**sliding**
22:15

**slightly**
28:7

**slowly**
82:10

**small**
20:5 66:17

**sneakers**
88:14 93:4,
5,7,13,14
105:11

**snow**
13:12

**social**
52:23 53:4

Jaime Putman
January 28, 2026

71:8

**sock**
62:4  92:16

**soft**
61:2,5

**softer**
60:6,8

**solely**
75:16

**Sony**
64:19

**sooner**
43:24

**sort**
28:24,25
33:15  37:16
96:14  102:17

**sought**
52:5

**sound**
55:21

**sounds**
13:9  34:3
50:14  98:18

**space**
20:4,13
25:15  87:5

**spaces**
66:17

**speak**
9:12

**speakers**
93:6

**special**
55:2  58:14
93:5

**specialist**
50:16

**specific**
30:17  63:25
64:23  86:3,
16  87:14
88:7

**specifically**
9:6  33:5
40:13

**speculating**
79:24

**speculation**
36:19  46:17
71:14

**speed**
32:12

**spot**
20:24  91:18

**spots**
20:16,17

**SSA**
86:23,25
87:4

**St**
74:22

**staff**
70:10  78:22

**stage**
61:7

**stages**
73:21

**stairs**
42:23

**stairway**
16:2

**stamp**
11:14  89:7

**stamped**
11:18  82:12
85:5  86:10
89:9

**stand**
35:6  66:20
72:6  105:23

**standing**
33:23,25
34:4  95:10,
12

**stands**
55:2

**start**
6:23  9:19
13:9  72:18
77:2,22
81:8,12
95:16  100:6

**started**
6:21  62:16,
18  69:9
70:11  75:25
76:25  81:15
89:25  92:25
102:7

**starting**
62:14  79:14

**state**
6:4  58:18,20

**status**
57:23

**stay**
58:24  62:21

**step**
29:25  30:23
39:2

**stepped**
10:18  25:13
26:12  27:16
29:23  30:18
39:17  44:10

**stepping**
28:2

**steps**
23:4,17,24
24:3  27:17,
20  28:4,6
39:23  40:11

**stiches**
60:24  61:20,
24

**sticky**
6:25

**stiff**
73:15

**stitch**
85:15,17,20

**stitches**
61:10,21
62:19

**stop**
14:6  24:5
41:8,18
93:17

**stopped**
22:6  35:24
77:8,11

**stories**
64:4

**storm**
8:22

**story**
40:25  64:5

**straight**
54:7  100:11

**straighten**
73:16

**street**
6:16  9:25
10:16,21
13:10,16,17,
19  14:18
15:8,18,19,
20  19:20,22,
23  22:9,25
25:16  26:24
27:4,5
28:23,24
29:15,21,23
30:18,23
33:3  34:4
35:22,24
36:6  37:16,
17,18,20,21
38:24  39:3,4
42:3  44:3,7

**strength**
77:2  93:23
94:14

**struggle**
96:2

**stuff**
67:10

**subscription**
95:5

**subsequent**
7:16

**success**
58:2

**successful**
58:3

Jaime Putman
January 28, 2026

sudden
  69:12
suggested
  93:7
suicide
  71:22
summer
  86:21 87:10
Sundance
  8:21 9:4,6,
  12
sunlight
  27:12,14
Sunny
  13:13
Supervisor
  63:20
Support
  72:7
supporting
  64:6
supposed
  8:25 43:22
  47:17 56:20
  87:19
sure
  9:17 15:2
  20:21 24:4
  26:12,15
  27:3 29:13
  31:5 39:19
  45:24 46:16
  52:14 56:4
  61:7 70:12
  74:4,7 77:2,
  17,23 85:25
  93:9 95:14
  99:3
surgeon
  50:23 55:13
  58:3 90:14,
  17
surgery
  55:3 56:23
  57:17,21
  58:7,14,25
  59:3,15,18,

20 60:5,10,
18 62:22
66:25 68:16
70:9 77:19
87:12,20,23
88:5 90:13
91:10,16
92:3,19
97:11,14,16,
20 99:18,21
surgical
  59:10,23
  85:24 90:12
  91:3
sutures
  85:15,16
SUV
  20:2,9 21:8
  25:23 26:4
swelling
  95:19
switch
  60:22
switched
  59:25 60:21
swollen
  56:24 81:4
sworn
  6:7
symptoms
  88:6,8
system
  90:23

—————————

T

table
  66:20
take
  14:22 17:3
  19:5 27:17
  37:4 39:9
  44:12 46:11
  47:2,5,17
  49:6 61:20
  62:17,19,20
  64:21 74:24

80:5 84:16
90:14 93:23
taken
  15:18 20:18
  46:17 61:24
  73:22 74:7
  85:9 86:4,
  20,22,23
  87:10 89:14
  92:5,9,13
  98:16
taking
  43:2 85:23
talk
  50:3 72:9
  95:7
talked
  39:11 55:15
  69:11 72:2
  97:11
talking
  18:18 32:5
  33:25 34:21
  40:10 64:18
  73:9 75:20
  101:13 102:2
tax
  103:10
Taylor
  43:21,24
  44:19,24
  45:16,24
  49:13,24
  50:7
Taylor's
  45:14
team
  63:20
Technically
  99:12
tell
  13:14 15:12
  43:22,25
  52:17 57:1
  73:3 83:15
  94:13 95:8

telling
  64:4,5
temp
  101:25 102:9
  103:3
temporarily
  102:12
temporary
  102:8
ten
  23:21,24
  33:24 34:3
  43:4 65:24
  88:16 89:4,5
Tenderness
  88:9
term
  57:18
terms
  93:22 101:16
Tess
  71:10,11,12,
  18,24 72:10,
  13
test
  50:4
testified
  6:7 36:8
  40:10
testify
  47:14
testimony
  36:9 39:25
text
  90:19
texting
  44:17
texts
  10:18
thank
  6:21 15:4
  45:16 70:8
  106:4,6
Thanks
  46:15
therapies
  76:24

Jaime Putman
January 28, 2026

therapist
71:9
therapists
93:8
therapy
70:12 72:7,
19 73:3
74:21 75:16,
22 76:5,24
77:8,14,18
78:2,9
79:11,12,14,
17,20,21,22
93:3 94:9,
20,23 95:7,
12
thereto
7:16
thing
29:13 32:7
33:13 47:18
67:5 73:7
things
54:17 64:2
80:24 90:3
103:21
think
20:22 27:2,
6,8 28:17,22
29:12 30:16
31:25 32:10
38:17 42:20
48:22 51:7,
10 53:14
59:22 70:23
72:3 76:17
84:12 86:8
88:12 99:16
thinking
24:25 28:3
99:16
third
89:7,10
90:6,25
thirty
41:20 57:14
66:4

thought
56:21
three
27:19,20
32:11 34:14
62:25 71:6,
15 76:12
83:18
Thursday
8:17
tight
29:18,22
66:18
time
6:2 10:21,23
13:2,6 22:24
24:24 25:16
30:7,8,11,18
32:20 33:10
34:6,17
35:22,24
36:5,20,23
41:12,16,18,
24,25 42:4
43:19 44:13,
16,18,23
47:20 51:22
55:24 56:5,
17 57:14
59:19,20,22
60:20 62:10,
17 63:14
66:13,23
67:2 69:12,
13 70:9,15,
17 71:11
72:14,15,16
76:7 77:7,
11,13,17,25
78:8 79:10,
12,15 81:14
85:10 88:2
94:19 96:23
97:9 99:19
102:21 103:7
timeline
56:21 57:13
62:13

times
49:19 77:12
96:7 100:18,
24
tip
21:18,20
tire
35:18,20
today
7:14 45:10,
12 46:19,21,
22,24 51:23
53:7 73:23,
24 81:11
87:13 95:21
today's
30:4
toe
86:17
toes
77:6
told
21:2 29:9
43:21 57:2
78:5 85:25
99:16
tools
72:4
top
11:11 65:7
town
79:4
traffic
18:10 37:22
train
104:9
trained
52:12
training
52:8,11
transcript
7:3
transferred
80:19
transition
63:2

trauma-
related
86:18
travel
57:7 78:12
traveling
37:15,21
78:9 81:15
traverse
34:9
treadmill
79:15 94:17,
21,24 96:6,8
treatment
49:14 51:25
52:6 73:21
85:9 87:13,
16 91:12
94:6,11
98:23 99:3
tree
24:8,19,22,
23,24 25:2,
5,12,23,24
26:5,6,13,17
39:12,17,18,
20 40:15
trees
16:13 25:19
40:22
trip
8:19 9:9
50:7 56:20
78:14,16,22,
25 79:3,18
80:6,10,14,
17,18 98:5,
9,13
tripod
65:9,25 66:9
trips
78:17 79:9,
23 80:5
89:25 97:23
98:16,21
true
95:21

Jaime Putman
January 28, 2026

**try**
8:5 25:22
79:14 105:8
**trying**
36:11 51:9
64:11 65:23
68:4,12
73:6,16 81:3
90:10 98:9
**Tuesday**
54:24
**turn**
13:23 23:7
27:4,6,9,12,
23 30:19,22,
25
**turned**
23:18 27:4
32:25
**twenty**
44:21 47:3
65:25 72:3
**twenty-four**
34:21
**twice**
72:23 76:3,
8,9,23
79:16,21,25
105:7
**twist**
36:17
**twisted**
35:4 36:14,
24 37:2,6,8
**twisting**
32:9 36:14
**two**
26:17 27:19,
20 29:7
32:11 43:16
56:21 57:9
59:23 60:19,
20 65:2,3
66:2,25
76:12 83:21
84:4 85:20,
21 92:16

**type**
47:7 49:20
68:3,17 70:9
71:8 73:18
78:2 79:6
81:16 92:24
104:17,18,20
**types**
76:24
**typical**
64:24 65:2,
14

## U

**Uber**
10:3,6,13,15
11:10,21
14:5 18:5
19:17 20:15
21:18,21
22:6,18,23
23:7 26:23
27:4,9,11
35:21,23
36:5 45:24
49:13,22
50:6,8 56:6
**ugly**
88:9
**understand**
7:21 18:20
31:18 36:8
37:2 38:17
47:13 55:5
58:16 65:23
66:2 74:20
94:5 105:13
**understanding**
8:12 40:15
66:4 87:22
**Unknown**
91:11,14
92:14
**upload**
90:22

**upper**
6:17 69:3
92:10
**upsetting**
84:15
**Utah**
8:14 9:8

## V

**vantage**
18:14 38:12
**varies**
66:7
**various**
30:15 73:21
**verification**
6:4
**versus**
22:7 26:13
34:18
**video**
8:9 63:23
64:21 67:18,
22 68:8,20,
25 69:14
70:2 78:5,6
**videos**
73:22,25
74:3,6,7,9
**view**
38:12
**Virtual**
81:17
**visit**
54:20 94:9
97:2
**Vyvanse**
47:4,16
48:12,14,18,
20 49:2,6

## W

**W-2**
102:4 103:13

**wait**
56:24,25
**waiting**
49:18
**walk**
23:15,18
27:23 29:3,7
57:16 74:10
81:3 94:14
**walked**
10:12 24:22
26:2,3 29:2,
10,14 30:7
**walking**
27:21,22
28:14 29:16
62:14 95:16
**wall**
35:7
**want**
8:10 20:20
23:14 28:16
29:13 30:14
44:4,5 45:14
55:17 65:17
95:14 101:10
**wanted**
37:6 57:25
72:15 90:11
**wanting**
69:11
**way**
15:9 16:7
27:25 29:6
35:4 36:15,
19 37:21
38:18 51:14
60:23 66:16,
19 101:6
**wear**
88:13 92:25
93:2 105:11
**wearing**
62:15 88:14
**wears**
93:13

Jaime Putman
January 28, 2026

weather
  13:11
wedding
  66:15
Wednesday
  54:24
week
  49:7 54:24
  56:21 60:20
  68:8 76:23
  79:13,16,21,
  24,25 104:25
weekend
  50:17 54:7
  80:13 105:2
weekends
  49:10
weekly
  76:3,8,9
  104:6
weeks
  56:21 57:9
  59:23 60:19
  102:23,24
weigh
  65:24
weight
  57:12,14
  62:12 66:7
  77:10
weird
  83:4
wells
  24:8,22
  26:13,17
  39:12,17,18,
  20 40:15
went
  8:20,24 23:2
  27:25 31:11
  48:22 50:24
  51:2 54:6,7,
  19 55:6,10
  60:7 72:20,
  22 73:4,5
  74:20 75:12
  77:11 79:2,

  19,20 80:8
  81:2 98:10,
  22
west
  69:3
wet
  60:20
whatsoever
  73:22
When's
  96:23
White
  55:7 73:2
wide
  19:20
width
  39:17
wishful
  99:16
witness
  6:3 11:6
  14:10,15
  30:15 31:11,
  21 40:6
  58:22 61:16
  74:18,24
witnesses
  52:20 53:4
woke
  10:11 13:2,4
Woodhull
  45:25 46:12
  49:12,15,17
  50:7,14
  51:2,5,14,23
  54:3
word
  32:4 101:16
words
  7:18 39:23
work
  8:23 9:4,5,8
  10:12 13:5,6
  43:19,21
  44:25 47:4
  50:3 62:25
  65:18 67:16

  68:3,13,17
  77:15,19,20,
  21 78:4,16,
  17 79:6,14
  80:11 81:8,
  12,16,21
  83:10 100:2,
  20,21,25
  101:3,17
  102:8,12,17,
  25 103:8
worked
  64:4 67:2,4,
  5 102:21
workers
  71:8
working
  44:3 49:25
  50:2 67:14
  97:4 103:16
workouts
  95:2
worse
  36:18 88:22
worst
  88:17
wound
  59:10
WPP
  63:16 81:20
  105:16
wrapped
  59:12 77:5
wrapping
  51:12 60:17
  61:2,5,10,
  18,19
writing
  50:18
wrong
  23:6

_____

**X**

X's
  52:25

x-rays
  49:20
XX/XX/XXXX
  52:18
XXX-XX-XXXX
  53:2

_____

**Y**

yeah
  11:17 16:8
  18:8 20:19
  27:3 30:11
  32:14 35:4,9
  37:4 44:4
  45:19 46:23
  53:18 55:16
  56:13 58:5,7
  68:12 74:7
  76:22 83:23
  87:9 95:14
  97:4
year
  32:18 42:18
  57:15 71:13,
  22 74:2 80:5
  90:2 97:24,
  25 99:25
  100:18
  103:10
years
  20:23 32:11
  33:6 48:24
  66:4 71:6,15
  88:20
Yellowstone
  98:6
yo
  93:13
York
  6:3,16 32:8
  55:8 58:15
  78:10,13
  79:10 80:6
  97:24
yourget
  103:4

Jaime Putman
January 28, 2026

|  Z  |
| --- |

**zero**
  88:16
**Zoe**
  45:5