**VIA ECF**

May 4, 2026

The Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201

RE:    *Putman v. Selective Insurance Company of N.J. et al.* (1:25-cv-06563-MMH)
       Joint Letter Certifying Close of Fact Discovery and Requesting Stay Pending Arbitration

Dear Judge Henry:

Pursuant to Section C.5 of the Court's January 8, 2026, Scheduling Order, the parties respectfully submit this joint letter certifying the close of fact discovery and updating the Court regarding the status of this matter.

The parties certify that fact discovery is complete. The parties further advise the Court that they have agreed to submit this matter to binding arbitration before National Arbitration and Mediation ("NAM"). The arbitration is currently scheduled to proceed on May 12, 2026.

In light of the parties' agreement to arbitrate, the parties respectfully request that the Court stay all proceedings in this action pending completion of the arbitration. The requested stay is appropriate under Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, which provides for a stay of judicial proceedings where the issues in the action are referable to arbitration. Because the parties have agreed to arbitrate the claims in this action, no expert discovery, dispositive-motion practice, or pretrial deadlines are needed in this Court while the arbitration proceeds.

The parties further request that the Court retain jurisdiction over this action for the purposes of confirming, entering judgment on, and/or enforcing any arbitration award pursuant to the FAA, 9 U.S.C. § 9. The parties will file a joint status letter within thirty days after issuance of the final arbitration award, or by such other date as the Court deems appropriate.

[signature page follows]

Hon. Marcia M. Henry
May 4, 2026
Page 2 of 2

Respectfully,

_____/s/_____
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

_____
Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com