**VIA ECF**

June 12, 2026

The Honorable Marcia M. Henry

United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201

RE:    *Putman v. Selective Insurance Company of N.J. et al.* (1:25-cv-06563-MMH)
       Joint Status Report Regarding the Arbitration and Intended Next Steps

Dear Judge Henry:

      Pursuant to the Court's May 28, 2026, text-only order, the parties submit this joint status report regarding the arbitration and their intended next steps.

      The arbitration took place as scheduled on May 12, 2026. The parties submitted their post-arbitration statements yesterday. The arbitrator is out of the office until June 24, 2026, but has informed the parties of his intention to render a decision shortly.

      Regarding next steps, following the issuance of the arbitration award, if it is paid in short order, Plaintiff intends to file a stipulation to dismiss this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). If it is not, Plaintiff intends to move for this Court to confirm and enter judgment on the award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9.

      Respectfully,

/s/ Brandon W. Chamberlin
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com