**VIA ECF**

July 14, 2026

The Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201

RE:     *Putman v. Selective Insurance Company of N.J. et al.* (1:25-cv-06563-MMH)
        Joint Status Report

Dear Judge Henry:

    Pursuant to the Court's June 16, 2026, text-only order, the parties submit this joint status report.

    The arbitrator issued his decision on June 30, 2026. Defendants have mailed Plaintiff a check for the amount of the award. Once that payment is received, the parties will file a stipulation to dismiss this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

    Respectfully yours,

/s/ Brandon W. Chamberlin
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

Colin Rathje
O'MALLEY & PADOVANI
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com