UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE PUTMAN,<br><br>        Plaintiff,<br><br>        - against –<br><br>SELECTIVE INSURANCE COMPANY OF<br>NEW JERSEY and SELECTIVE<br>INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Civil Action No. 1:25-cv-6563 (MMH)<br><br><br>**STIPULATION OF DISMISSAL** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by all

parties to the above-entitled action that the action be discontinued and dismissed with prejudice

and without costs to either party.

DATED:        New York, New York
              July  29 , 2026


/s/ Brandon W. Chamberlin
Brandon W. Chamberlin
LAW OFFICE OF ADAM D. WHITE
*Attorneys for Plaintiff*
75 Broad Street #1601
New York, New York 10004
(212) 577-9710
brandon@adamwlaw.com

Colin Rathje
O'MALLEY, PADOVANI & DEMLER
*Attorneys for Defendants*
565 Taxter Road, Suite 220
Elmsford, NY 10523
(914) 347-1344
Colin.Rathje@Selective.com